

Politz 978

```
*************************************
```



HI NABOR
SUPERMARKET
DRUSILLA
225-927-5450

LA CRAWFISH TAILS
  2 @ LA CRAWFISH TAI    $13.98 T F

BALANCE DUE            $14.40
CREDIT CARD            $14.40
  [S] **** **** **** 5646
  EXP. DATE: 00/2009
  Seq. # = 547790
CHANGE                 $0.00

TAX-CODE    TAXABLE-VAL    TAX-VALUE
TAX 1          $13.98      $0.42 T

YOUR SAVINGS TODAY!
-------------------
TTL OFFERS                 $2.00

    TOTAL SAVINGS    $2.00

CASHIER NAME: LINDSEY 65
C0066    #0056    10:48:26    24MAR2007
         S00001    R005

    THANK YOU
FOR SHOPPING!
  COME BACK
    AGAIN!

---

# Winn·Dixie

Getting bett - all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY              12.95 T
**** TAX      .00  TOT   12.95

VF    CREDIT CARD         12.95

TOTAL NUMBER OF ITEMS SOLD =  1
3/23/07 10:46 AM 1511 33 0014 740

    SIGN UP FOR YOUR
 CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS  TERRI

YOUR OPINION IS IMPORTANT TO US!
PLEASE ACCESS OUR ON-LINE CUSTOMER
SURVEY AT WWW.WINN-DIXIE.COM/SURVEY
   OR IF NOT CONVENIENT, CALL
1-866-946-6349 FOR ASSISTANCE IN
    COMPLETING THE SURVEY

  DIRECTOR DARRYL BELLSKY
STORE # 1511   GULFPORT   MS
  PHONE # (228)832-8452
  PHARMACY(228)832-0051
 FTD FLORIST (800)852-9297

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY 49
GULFPORT, MS
03/23/07    10:46 AM
TERMINAL ID: WP1511
CARD NO: MCI XXXXXXXXXXXX5646
SEQ NO: 00331683
PURCHASE FROM CREDIT
TOTAL                    $12.95

Politz 979

## SAV-A-CENTER

I LOVE THIS STORE
STORE #47-166 GULFPORT, MS

3/22/07   4:46 PM 0166 06 0266 105

| ITEM | SAVINGS | PRICE | |
|------|---------|-------|---|
| DT COKE FRDG | BC   4.49 | B | |
| CUSTOMER ID VERIFIED | 1/02/41 | | |
| BUD 12 PACK | | 8.39 T | |
| BUD 12 PACK | NP  8.39 T | | |
| VALUED CUSTOMER | NP  8.39 T | | |
| | 467B0032915 | | |

*********************************

SC 5732 $CDKE 12PK        1.74-B
VF    TAX    1.37    BAL    20.90
VF    Credit Card              20.90
*********************************
SAV-A-CENTER
1345 PASS ROAD
GULFPORT MS 39507
Credit Card            20.90
$20.90
REF # 923809
3/22/07 16:47 0166 06 0266 105
EXPIRE : XXXX
*****************************
MasterCard Authorization
CHANGE                      .00
COUPONS TENDERED  1.74
TOTAL NUMBER OF ITEMS SOLD = 3

BONUS REWARD SAVINGS       1.74

TOTAL SAVED IS   1.74 FOR    8% SAVINGS

---

## Winn✦Dixie

Getting better all the time

Questions or Comments
1-866-4-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| | | |
|---|---|---|
| PHARMACY | 15.00 T | |
| PHARMACY | 15.00 T | |
| MEDIC TRP/ANT | 6.49 T | |
| PETROLEUM | 2.29 T | |
| REWARD CUSTOMER | 420XXXX0880 | |

****  TAX    .61    TOT    39.39

VF    CREDIT CARD          39.39

TOTAL NUMBER OF ITEMS SOLD =  4
4/10/07  2:21 PM 1511 33 0047 735
YOU HAVE SAVED A TOTAL OF   968.59
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS, TONYA

DIRECTOR DARRYL BELESKY
STORE # 1511 — GULFPORT  MS
PHONE # (228)832-8452
PHARMACY(228)832-0051
FTD FLORIST (800)852-9297

THANK YOU !   SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY. 49

# Walgreens

The Pharmacy America Trusts · Since 1901

I'm MICHAEL. Thank you for allowing me
to serve you today.

```
898        10   0805   05195  032
```

I'm Amanda. Thank you for allowing me
to serve you today.

```
852        10   0807   05195  032
```

RFN# 0519-5320-8070-0704-0120

```
F RX 0964352        1        6.17
        TOTAL                6.17

        MASTER CARD          6.17
        ACCT#*********5646
        CHANGE               .00
```

15371 Dedeaux Rd. Gulfport, MS
STORE    (228)539-2352
PHARMACY (228)539-9890

F=ELIGIBLE FLEX SPEND ACCT ITEM (FSA)

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

APRIL 1, 2007          6:11 PM

****************************************
YOUR OPINION COUNTS!
****************************************

ENTER FOR A CHANCE TO WIN $10,000 CASH

PLEASE CALL TOLL FREE
1-888-424-1018
OR LOGON TO
WWW.WALGREENSSATISFACTION.COM

WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0519-5320-8070-0704-0120-16

SEE STORE FOR CONTEST RULES

RETAIN THIS RECEIPT FOR YOUR RECORDS

APRIL 1, 2007          6:11 PM

---

WEBSTERS BED AND BONE K
14464 JOHN LEE ROAD
D'IBERVILE, MS 39532
228-392-4691

C O P Y
03/19/2007  16:17
Sale:

Transaction #             2
Card Type:    MasterCard
Acc:      ***********5646
Entry:            Swiped
Sale:             42.00
Reference No.:       002
Auth.Code:        562887
Response:        APPROVAL
Response Code:     AA010

Politz 981

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
              BF LN TNDRLRN STK   RC   41.52 B
REWARD CUSTOMER                        420XXXX0880

RC        BF LN TNDRLRN STK          16.62-B
   **** TAX        1.74  TOT         26.64

VF        CREDIT CARD                26.64
```

TOTAL NUMBER OF ITEMS SOLD = 1
4/08/07  4:15 PM 1511 09 0135 187

REWARD CARD SAVINGS           16.62

# You Saved  $16.62

YOU HAVE SAVED A TOTAL OF    968.59
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS, BERNADETTE

```
      DIRECTOR DARRYL BELESKY
    STORE # 1511 - GULFPORT    MS
       PHONE # (228)832-8452
       PHARMACY(228)832-0051
     FTD FLORIST (800)852-9297
```

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY.49
GULFPORT, MS
04/08/07     4:15 PM
TERMINAL ID: WP1511
CARD NO: MCI XXXXXXXXXXXX5646
SEQ NO: 00094281
PURCHASE FROM CREDIT
TOTAL                    $ 26.64

---

```
FREDS  985-781-2263
1317 GAUSE BLVD
SLIDELL, LA, 70458

    2948055 CASH            8970 2948 023

665291 EVERYDAY GREETING    1    1.75
097713 BRIMS SWEET PORK R  1F    1.00
858218 FRITO LAY CHIPS S.  1F     .33
045292 FREDS TRIPLE PLUS    1    2.99
353093 DAILY SHOWER SAVER   1    1.00
344397 FRED'S BOWL CLEANE   1    1.00
344397 FRED'S BOWL CLEANE   1    1.00
               SUBTOTAL          9.07
    8.75 % SALES TAX              .68
    4.75% Sales Tax               .04
               TOTAL            ( 9.81 )
Thank you POLITZ/JAN
ACCOUNT NUMBER *****************5646
    Master Card                  9.81
CUSTOMER HOTLINE 800-374-7417 EXT.8255

TRAN CODE: 499174765634
                     3/23/07  12:55
```

# WAL★MART
ALWAYS LOW PRICES.

```
ST# 0969 OP# 00000088 TE# 10 TR# 00841
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
SF TRUFFLES      007726009623 F    1.50 X
SF TRUFFLES      007726009623 F    1.50 X
S/F MINT PAT     007726009592 F    4.82 X
S/F MULTI FL     007726005094 F    4.82 X
SF TRUFFLES      007726009623 F    1.50 X
SF CRUNCH        007726009962 F    1.50 X
BREADED OKRA     020583030086 F    0.86 T
REG TENDERS      020580060730      7.39 T
S/F CRUNCH       007726009962 F    1.50 X
POTATO WEDGE     020816910017 F    1.91 T
PROVOLONE        020586880239 F    1.50 T
SMK HAM          020583080309 F    2.91 T
FRIED TURKEY     020836210342 F    3.39 T
BISCUITS         020659900022 F    3.42 T
COLE SLAW        020613701055 F    2.28 T
BANANA           000000004011KF    1.55 T
1.68 lb @ 1 lb /0.50
GV CREAMER       007874235331 F    0.84 X
JELLO PUD        004300020553 F    1.84 X
SF CHEESCAKE     004300020812 F    0.72 T
JELLO PUD        004300020659 F    0.72 T
JELLO PUD        004300020554 F    0.72 T
JELLO PUD        004300020659 F    0.72 T
JELLO PUD        004300020652 F    0.72 T
JELLO PUD        004300020682 F    0.72 T
JF PCH TEA       007874205661 F    1.76 X
SF CHEESCAKE     004300020559 F    0.72 T
SF CHEESCAKE     004300020812 F    0.72 T
JELLO PUD        004300020659 F    0.72 T
CL OTG ORG       004300097182 F    1.98 T
BREAD            007226091480 F    2.46 T
LLFE BULB        004316089436      1.88 X
PHONE BATTRY     004318850047      12.44 X
FEBRZ ALLERG     003700041186      4.27 X
                 SUBTOTAL          77.48
                 TOTAL             77.48
TRX 1  7.000 X
                 MCARD TEND        77.48
                 CHANGE DUE         0.00

ACCOUNT #5646
APPROVAL #846233
TRANS ID -
VALIDATION -
PAYMENT SERVICE - R

# ITEMS SOLD 32

TC# 5826 3830 6361 2048 3321
```

# Winn✓Dixie
Getting better all the time

```
Questions or Comments
1-866-WINN-DIXIE (1-866-946-6539)
www.winn-dixie.com

PHARMACY                          2.50
PHARMACY                         15.00
PHARMACY                         23.60
PHARMACY                          3.00
PHARMACY                          5.60
PHARMACY                         46.02
**** TAX      .00  TOT           95.87
**** TAX      .00  TOT          105.87
GIFTCARD: XXXXXXXXXXXXXX4422     10.0
$10 GIFT CARD   NP   10.00
REWARD CUSTOMER     420XXXXX60
$10 OFF REFILL #3    10.00
**** TAX      .00  TOT           95.87
CREDIT CARD                      95.8
```

Politz 983

Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
       MEDIC 3DY CR              9.99 T
  **** TAX         .70  10T     10.69

VF     CREDIT CARD            ( 10.69 )
```

TOTAL NUMBER OF ITEMS SOLD =  1
4/16/07 11:52 AM 1511 33 0019 740

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS, TERRI

DIRECTOR DARRYL BELESKY
STORE # 1511  - GULFPORT  ,MS
PHONE # (228)832-8452
PHARMACY(228)832-0051
FTD FLORIST (800)852-9297

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY.49
GULFPORT, MS
04/16/07    11:52 AM
TERMINAL ID: WPI511
CARD NO: MCI XXXXXXXXXXXX5646
SEQ NO: 00339959
PURCHASE FROM CREDIT
TOTAL                     $ 10.69

Politz 984

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
BOUNTY PRINTS BNDL         8.99 T
SHELLED PECAN HLVS RC      7.99 B
U.S. BNLSS CNTR EC        13.48 B
BS C.DBL RASPBERRY RC      1.29 B
BRKSTN COTT D/STRW RC      1.29 B
BS C.C. DLB PEACH   RC     1.29 B
BS C.C. DLB PEACH   RC     1.29 B
ROASTED GARLIC             1.49 B
1 @ 2/1.00
   D M TOMATO SAUCE   RC    .50 B
   DM ITLN STEW TOM.  RC   1.29 B
1 @ 5/3.00
   CONTADINA TOM PSTE RC    .60 B
   DM ITLN STEW TOM.  RC   1.29 B
   CENTO PLM TOMATO   RC   1.69 B
1 @ 2/1.00
   D M TOMATO SAUCE   RC    .50 B
   REESE MINT JELLY        2.49 B
1 @ 2/1.00
   D M TOMATO SAUCE   RC    .50 B
1 @ 5/3.00
   CONT ITAL PASTE GR RC    .60 B
   WHITE WHL MUSHROOM RC   1.99 B
 **** TAX    3.40  TOT    51.96
10.89   GREEN BELL PEPPERS RC   .89 B
        BRKSTN COTT/DBL PN RC  1.29 B
        BS C. DBL APP CIN  RC  1.29 B
        BRKSTN COTT/DBL PN RC  1.29 B
        BS C. DBL APP CIN  RC  1.29 B




     WD 1% GALLON MILK       3.69 B
```



```
  2.49  CELERY, SLEEVED     RC   2.49 B
        BF LN TNDRLRN STK   RC  27.43 B
  **** TAX        6.18  TOT      54.40

REWARD CUSTOMER              420XXXX0880

  RC    BF LN TNDRLRN STK        10.98-B
  RC    CELERY, SLEEVED (.99)     1.50-B
  RC    GREEN BELL PEPP (.69)      .20-B
  RC    WHITE WHL MUSH (1.29)      .70-B
  RC    CENTO PLM TOMA (1.49)      .20-B
  RC    CONT ITAL PASTE (.50)      .10-B
  RC    CONTADINA TOM P (.50)      .10-B
            3 @ 3/1.09.
  RC    D M TOMATO SAUC (.37)      .41-B
  RC    BS C. DBL APP  (1.00)      .29-B
  RC    BRKSTN COTT/DB (1.00)      .29-B
  RC    BS C. DBL APP  (1.00)      .29-B
  RC    BRKSTN COTT/DB (1.00)      .29-B
            2 @ 10/10.00
  RC    DM ITLN STEW T (1.00)      .58-B
            2 @ 10/10.00
  RC    BS C.C. DLB PE (1.00)      .58-B
  RC    BRKSTN COTT D/ (1.00)      .29-B
  RC    BS C.DBL RASPB (1.00)      .29-B
  RC    SHELLED PECAN  (5.99)     2.00-B
  **** TAX        4.84  TOT      73.97

        BF EYE RND STK      RC    4.14 B
  RC    BF EYE RND STK            1.66-B
  **** TAX        5.01  TOT      75.62
```



```
        BF LN-TNDRLRN STK   RC   27.43 B
  RC    BF LN-TNDRLRN STK        10.98-B
  **** TAX        6.16  TOT      94.22

  VF    CREDIT CARD               94.22
```



Politz 987



| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|

The Dividend Merchant Network is now the Citi Bonus Cash Center(SM). Go to www.bonuscashcenter.citicards.com You can still earn UNLIMITED CASH BACK. It's fast, easy and free. Start shopping now!

Pay your credit card bill online anytime. It's easy, secure and free. Plus, you can schedule payments in advance or pay by 5pm ET on a weekday to post the same day! Sign in at citicards.com and select Make a Payment.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | = New Balance |
|---|---|---|---|---|---|
| PURCHASES | $866.09 | $1,736.30 | $866.09 | $0.00 | $1,736.30 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $866.09 | $1,736.30 | $866.00 | $0.00 | $1,736.30 |

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $0.00 | 0.04897%(D) | 17.240% | 17.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.06367%(D) | 23.240% | 23.240% |

SEND PAYMENT TO: CITI CARDS P.O. BOX 8411 THE LAKES NV 88901-8411
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME IN ORDER FOR

Visit: www.citicards.com



Your Account Number

Please Enter Amount Of Payment Enclosed

$



| Payment Due Date | Your Total Balance | Minimum Amount Due |
|---|---|---|

9759N MC  00 V 1     BR5040911

Politz 988

```
+++++++++++++++++++++++++++++++++
+        Customer Copy
+++++++++++++++++++++++++++++++++

           Long Beach Lookout
            12013 Highway 49
           Gulfport, MS  39503
             228-328-1366

 Date:          02/15/07
 Time:          3:22 PM
 Server         47. Tammy
 Order          281506
                Tabl

                Master
 Card no:       ********....+5648
 Expires:       0809
 Appr Code:     669072


 Purchases:      $     27.61


 Tip:            $    5.00


 Total:          $   32.61
                 POLITZ/JAN
```

I agree to pay the above total amount
according to the card issuer agreement.

## Receipt 1

**Winn Dixie**
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
PHARMACY                  15.00 T
****  TAX      .00 TOT    15.00
POSTAGE STAMPS .39         7.80
****  TAX      .00 TOT    22.80
VF
CREDIT CARD               22.80
```

TOTAL NUMBER OF ITEMS SOLD = 2
3/06/07 10:57 AM 1511 33 0020 735

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS. TONYA

DIRECTOR DARRYL BELESKY
STORE # 1511 -- GULFPORT, MS
PHONE # (228)832-8452
PHARMACY 228)832-0051
FTD FLORIST (800)852-9297

THANK YOU FOR SHOPPING WINN DIXIE

WINN DIXIE STORE #1511
11312-H HWY.49
GULFPORT, MS
03/06/07      10:57 AM
TERMINAL ID: WP1511
CARD NO: MCI XXXXXXXXXXXX5646

## Receipt 2

**Winn Dixie**
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
PHARMACY                  15.00 T
PHARMACY                  15.00 T
****  TAX      .00 TOT    35.37
VF
CREDIT CARD               35.37
```

TOTAL NUMBER OF ITEMS SOLD = 3
3/13/07 10:59 AM 1511 33 0009 740

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS. TERRI

DIRECTOR DARRYL BELESKY
STORE # 1511 -- GULFPORT, MS
PHONE # (228)832-8452
PHARMACY(228)832-0051
FTD FLORIST (800)852-9297

THANK YOU FOR SHOPPING WINN-DIXIE

WINN-DIXIE STORE: #1511
11312-H HWY.49
GULFPORT, MS
03/13/07    10:59 AM
TERMINAL ID: WP1511

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| | |
|---|---|
| PHARMACY | 23.64 T |
| PHARMACY | 46.02 T |
| PHARMACY | 5.68 T |
| REWARD CUSTOMER | 420XXXX0880 |
| | |
| PHARMACY | 3.00 T |
| $10 GIFT CARD | NP   10.00 |
| GIFTCARD: XXXXXXXXXXXXXXX0557 | 10.00 |

RC    $10 OFF REFILL #2    10.00-
**** TAX    .00 [OT    78.34

VF    CREDIT CARD    78.34

TOTAL NUMBER OF ITEMS SOLD = 5
2/28/07  5:10 PM 1511 33 0067 740

REWARD CARD SAVINGS    10.00

# You Saved  $10.00

YOU HAVE SAVED A TOTAL OF    900.00
WITH YOUR CUSTOMER REWARD CARD

YOUR TOTAL GAS POINTS: ** 64    **

YOUR CASHIER TODAY IS, TERRI

DIRECTOR DARRYL BELESKY
STORE # 1511 - GULFPORT  ,MS
,PHONE # (228)832-8452
,PHARMACY(228)832-0051
FTD FLORIST (800)852-9297

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY.49
,ILFPORT, MS
02/28/07    5:10 PM

---

I'm MARY. Thank you for allowing me to
serve you today.

| | | | | |
|---|---|---|---|---|
| 511 | 10 | 5494 | 05195 | 028 |
| 511 | 10 | 5494 | 05195 | 028 |

RFN# 0519-5285-4968-0702-2320

| | | |
|---|---|---|
| LYS K/CLN 22OZ | 1A | 3.79 BGLP |
| LYS A/P 32OZ | 1A | 3.59 BGLP |
| LYS T/CLNR 16OZ | 1A | 2.59 BGLP |
| LYS CL.NR BLCH 16OZ | 1A | 2.59 BGLP |
| DOWNY UNL 35OZ | 1A | 3.99 SALE |
| $ ZPPR GLN BGS 15S | 1A | 3.00 |
| $ HBRTC CLIP | 1A | 1.00 |
| PUF POPUP 108S | 1A | 1.49 |
| PUF POPUP 108S | 1A | 1.49 |
| F WALG ASPIRIN | 1A | .99 |
| F WALG ASPIRIN | 1A | .99 |
| H/NK CARD | 1A | 2.49 |
| LYS A/P 32OZ | 1A | 3.59-FREE |
| LYS T/CLNR 16OZ | 1A | 2.59-FREE |
| SUBTOTAL | | 19.82 |

A=7% SALES TAX    1.39
TOTAL    21.21

MASTER CARD    21.21
ACCT#*********5646
CHANGE    .00-

OUR ADVERTISED SAVINGS:    7.68
YOUR TOTAL SAVINGS:    7.68

RFN# 0519-5285-4968-0702-2320

15371 Dedeaux Rd, Gulfport, MS
STORE    (228)539-2352

F=ELIGIBLE FLEX SPEND ACCT ITEM (FSA)

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

FEBRUARY 23, 2007    3:53 PM

*******************************
YOUR OPINION COUNTS!
*******************************

ENTER FOR A CHANCE TO WIN $10,000 CASH

PLEASE CALL TOLL FREE
1-888-424-1818
OR LOGON TO
WWW.WALGREENSSATISFACTION.COM

WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0519-5285-4968-0702-2320-16

SEE STORE FOR CONTEST RULES

RETAIN THIS RECEIPT FOR YOUR RECORDS

**Politz 991**

FEBRUARY 23, 2007    3:53 PM



KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS  39503
(228)832-7753

** WELCOME TO YOUR **
** KMART STORE 9520 **

CASHIER: JENNIFER
GENERAL MERCHANDISE
04289911542 ~ 1X6 CAMBUCKL      14.99 T

    **** TAX     1.05   BAL      16.04
XXXXXXXXXXXXX5646
MC  APPROVAL 329295
VF      MC                      16.04
        CHANGE                   .00

TOTAL NUMBER OF ITEMS = 1


ØRK A09 MYO ØØD 3Ø8 4YJ

02/25/07  4:11 PM 9520 02 0283 0053

Merchandise included in today's
transaction may be returned or
exchanged before 05/26/07 with
this receipt.

The complete return & exchange policy
is available at the Service Desk.

**********************************
        kmart.com
      shop anytime!
**********************************
      **** THANK YOU FOR  ****
    **** SHOPPING YOUR KMART ****

Politz 992

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
10.79   GREEN ONIONS        RC    .79 B
REWARD CUSTOMER               420XXXXX0880

RC    GREEN ONIONS     (.34)   .45-B
  2.32 lb @ .99 7lb
WT      LS BAKING POTATOES       2.30 B
  1 @ $0/$0.00
        WD CHEDDAR CRK CHP      1.00 B
        COLD SPRING MIX          3.79 B
        PERSIAN NOW LAW          3.49 B
        WD GARLIC BREAD    RC    2.29 B
RC      WD GRD PK BREA (1.79)    .50-B
RC      RIBEYE                   1.0 B
  1 @ 3/5.00
        MICH L  CKN F/ALF   RC   .67 B
RC      MICH L  CKN F/ (1.00)    .67-B
        TIS IL CK BNLS           .30 B
RC      RIBEYE STK BNLS          .33-B
        RUM  I  BNKONG I         .19 B
        BABY D.L/VAN I          2.99 B
        I.V. FLD ONION            .99 B
  0.31 lb      @ .79/lb
WT      BF    TUSTER              .03
  1.21 lb @ .99 7lb
WT      TURNING BANAN       Fn    .71 B
  1.21 lb @ 31b/1.00
RC      TURNING BANAN            .13-B
        LB BAG BABY
  ****  TAX        3.
RC      LB   LD 20                .4
RC      FREE BUCK                .0-B
RC      FREE DOL   25            1.99-B
  **** TAX     3.30   TOT       50.50

VF      GIFT CARDS             10.00
VF      CREDIT CARD            40.50


TOTAL NUMBER OF ITEMS SOLD = 15
3/03/07 11:30 AM 1511 01 0993 155

REWARD CARD SAVINGS         15.00
```

# You Saved $15.00

YOU HAVE SAVED A TOTAL OF   915.00
WITH YOUR CUSTOMER REWARD CARD

YOUR TOTAL GAS POINTS: ** 64    **

YOUR CASHIER TODAY IS, ANESHA

DIRECTOR DARRYL BELESKY
STORE # 1511  - GULFPORT  MS
PHONE # (228)832-8462
PHARMACY(228)832-0951
FTD FLORIST (800)852-9297

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY. 49

---

ALWAYS LOW PRICES.
*Always*

```
    S U P E R C E N T E R
       WE SELL FOR LESS
     MANAGER FARON CABLER
      ( 228 ) 864 - 6197
ST# C969 OP# 00000248 TE# 02 TR# 03485
SQUASH YELLOW 0000000004086KF
  1.00 lb  @  1 lb /1.68      1.68 X
BANANA        0000000000401KF
  1.13 lb  @  1 lb /0.50      0.57 X
EGGPLANT      0000000004081KF
  1.08 lb  @  1 lb /1.54      1.66 X
ZUCCHINI      0000000004067KF
  1.07 lb  @  1 lb /1.68      1.80 X
VEG GUMBO     003887361179 F  1.32 T
GV BROC FLOR  007874211695 F  1.34 T
GRN GNT PEA   002000012062 F  0.98 T
GV WAFFLES    007874243197 F  1.00 T
TURKEY        020877560325 F  3.25 T
SL SMKD HAM   029518120272 F  2.72 T
COLE SLAW     022513760161 F  1.51 T
BREADED OKRA  025889050050    0.50 T
POTATO WEDGE  028816970069    0.69 T
REG TINK  S   020580010402    4.02 T
ROLL          007343500008 F  2.38 T
MT DEW        001200000134 F  1.18 X
EGGS          060538871458 F  1.28 T
BKFST BAR     003800017949 F  2.00 X
SPEC K BARS   003800012158 F  2.00 X
BKFST BAR     003800017949 F  2.00 X
DOG TREAT     001901419124    2.27 X
CABBAGE       0000000004069KF
  2.24 lb  @  1 lb /0.37      0.83 X
GARLIC        0000000004611KF
  0.60 lb  @  1 lb /2.17      1.30 X
2  MILK       007874236187 F  3.54 T
YOP LT STRAW  007047000650 F  0.50 T
YOP LT PCH    007047000665 F  0.50 T
YOP LT PCH    007047000665 F  0.50 T
LT BLACKBERR  007047000636 F  0.50 T
YOP LT PCH    007047000665 F  0.50 T
YOP LT KEY L  007047000665 F  0.50 T
COTT CHEESE   002100000336 F  0.96 T
COTT CHEESE   002100000337 F  0.96 T
COTT CHEESE   002100000336 F  0.96 T
BUCKET/WING   066316600376    4.98 X
COTT CHEESE   002100000337 F  0.96 T
COTT CHEESE   002100000336 F  0.96 T
GV POTO MEAT  060538818810 F  0.27 T
LITE SAUSAGE  001700000933 F  0.44 X
GV POTO MEAT  060538818810 F  0.27 T
LITE SAUSAGE  001700000933 F  0.44 X
BKON CHEESE   005300000053 F  1.50 T
JELLO PUD     004300020553 F  0.72 T
SF ORANGE TB  007874227191 F  1.76 X
JELLO PUD     004300020669 F  0.72 T
JELLO PUD     004300020552 F  0.72 T
SF CHEESCAKE  004300020812 F  0.72 T
JELLO PUD     004300020669 F  0.72 T
SF CHEESCAKE  004300020812 F  0.72 T
JELLO PUD     004300020552 F  0.72 T
SFCOCONUT     007726009632 F  1.50 X
SFCOCONUT     007726009632 F  1.50 X
SF TRUFFLES   007726009623 F  1.50 X
  ** VOIDED ENTRY **
SFCOCONUT     007726009632 F  1.50-X
SF WFR PB     006731200520 F  2.23 X
S/F MINT PAT  007726009092 F  4.82 X
COTT CHEESE   002100000390 F  0.96 T
DOG TREAT     007910013542    0.97 X
SHAKE N BAKE  004300001057 F  1.58 T
DOG TREATS    068113174353    1.96 X
DOG TREATS    003810053303    2.68 X
S/F CRUNCH    007726009962 F  1.50 X
GREEN ONIONS  007142910500 F  1.68 T
MCC/SCH CHIV  005210000707 F  3.84 T
POTATO 5 LB   003338351010 F  1.98 X
                     SUBTOTAL  91.52
COUPON 38100 053810078076     1.00-O
                     SUBTOTAL  90.52
       TAX 1  7.000 %          6.41
                        TOTAL  95.93
                    MCARD TND   96.93

ACCOUNT #5646
APPROVAL #160287
TRANS ID -
VALIDATION -
PAYMENT SERVICE - A
                   CHANGE DUE   0.00
```

# # ITEMS SOLD 62

TC# 8505 1247 1910 4960 5140

New! Olay Definity UV Foam & Cleansers
~03/13/07   12:18:29

***CUSTOMER COPY***

Politz 993

# Citi® Dividend Platinum Select® Card

citi

**Customer Service:**
1-800-950-5114

BOX 6500
SIOUX FALLS, SD
57117



| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $11000 | $10133 | $10000 | $10000 | $866.09 |

| Statement/Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
|---|---|---|---|---|
| 02/15/2007 | $0.00 + | $0.00 + | $20.00 + | $20.00 |

## Payments, Credits & Adjustments
Activity Since Last Statement

| Sale Date | Post Date | Reference Number | | | | Amount |
|---|---|---|---|---|---|---|
| | 1/25 | 83961248 | PAYMENT THANK YOU | | | 291.53 |
| | 1/25 | 83961248 | PAYMENT THANK YOU | | | 500.00 |

Standard Purch

| 12/30 | 1/17 | 5RK60TGT | TEXACO 0302480 | 061 | MANDEVILLE | LA | 10.30 |
| 1/14 | 1/17 | YYY91*02 | APPLEBEE'S GUL | 117/01067 | GULFPORT | MS | 28.29 |
| 1/16 | 1/21 | XJ9L13NL | WINN-DIXIE #1511 | 591 | GULFPORT | MS | 12.95 |
| 1/21 | 1/21 | GMK1L3NL | WINN-DIXIE #1511 | 591 | GULFPORT | MS | 21.66 |
| 1/21 | 1/23 | EM6B8S5. | STRAMI'S ITALIAN | 4003 4059 | D'IBERVILLE | MS | 28.29 |
| 1/23 | 1/23 | 48LB8S00 | WAGREENS ROCHER | | GULFPORT | MS | 53.50 |
| 1/23 | 1/23 | YY4*YYS6. | YVES ROCHER | | GULFPORT | MS | 63.90 |
| 1/23 | 1/24 | 901-3RTT | SOUTH CHINA RESTAURANT | 800-321-3434 | GULFPORT | MS | 31.21 |
| 1/24 | 1/24 | AQR3T0T0 | WINN-DIXIE #1917 | 591 | GULFPORT | MS | 5.20 |
| 1/30 | 1/30 | GB7KCC24 | WINN-DIXIE #1917 | 591 | GULFPORT | MS | 12.97 |
| 1/30 | 1/30 | YH3H8000 | MAL-MART #0969 | | GULFPORT | MS | 079.28 |
| 1/30 | 2/01 | F74T15HH | PEOPLE PC INT SVC | 865-226-1015 | CA | 18.05 |
| 2/01 | 2/01 | BCDHC500 | CADLE ONE | 889-522-2535 | GUL-PORT | AZ | 33.56 |
| 2/02 | 2/02 | 5*84P23M | SANA CENTER 44042 | 591 | GUL-PORT | MS | 63.50 |
| 2/02 | 2/02 | RPQ3KHYL | WINN-DIXIE | | GULFPORT | | 30.08 |
| 2/07 | 2/07 | W-399-44 | WALGREENS 0005033 | | GULFPORT | | 4.99 |
| 2/08 | 2/08 | X41RRN00 | GRC*PRINSECRETCOMPLETE | 877-218-9257 | | MD | 15.08 |
| 2/12 | 2/12 | F7BKH8MM | WINN-DIXIE #1511 | 591 | GULFPORT | | 39.25 |
| 2/15 | 2/15 | 3QT09*00 | GRC*Principalpsecret | | 800-545-5595 | CA | |

** Citi Cash Rebate Program **

Category Bonus Dollars
Get Category Bonus on Core Store Cable, Util)
Total Category Bonus Dollars Earned

CASH WHEN YOU NEED IT: It's just that easy... to get cash up to your available cash advance limit. Tear off the attached check and... deposit it into your bank account, or use it like any personal check. Conveniently access the cash advance charges apply. Refer to your Credit Line Agreement for specific

** Dividend Dollars **
Previous Dividend Dollars
Base Dividend Dollars Earned
Bonus Dividend Dollars Earned by Special Program
Total Dividend Dollars Available

Bonus Dividend Dollars may be subject to limitations by billing cycles, to appear on your statement.
Please refer to the specific terms and conditions applicable to the promotion.
For further details.

| | | 30.40 |
| | | 8.66 |
| | | 3.44 |
| | | 42.50 |

Pd 2-23-09 866.09 0 0 500.00
# 4699
3.44
3.44

STRAMI'S ITALIAN CAFE
LAKEVIEW VILLAGE SHOPPING CENTER
3586 SANGANI BLVD
O'TBERVILLE, MS 39540

*** COPY ***

ORDER # 01062

1 WHOLE MUFHULETTA          10.99
1 CAESAR SmLAD               6.49

SUBTOTAL              $    17.48
TAX TOTAL             $     1.22
TOTAL                 $    18.70

AMOUNT : $     18.70

MASTER
ACCOUNT :  XXXXXXXXXXX5646
EXP. DATE :08/09

AUTH# :
REFERENCE# :1449

SIGN:
JAN POLITZ

I hereby approve all charges, and by
signing this document have agreed to the
charges, and full payment of these
charges for which I am billed.

CUSTOMER COPY

1412 STAN   | STATION 1   JAN.22.2007
#004        | MANAGER     14:49

THANK YOU !
PLEASE TELL YOUR FRIENDS & RELATIVES

---

Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY              $15.60 T
PHARMACY              18.36 T
J**** TAX             33.56

VI   CREDIT CARD      33.56

YOUR CASHIER TODAY IS, TONYA

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

TOTAL NUMBER OF ITEMS SOLD = 2
2/02/07   6:23 PM 1511 33 0120 735

DIRECTOR DARRYL BELESKY
STORE # 1511 - GULFPORT, MS
PHONE # (228)832-8452
PHARMACY 228)832-0051
FTD FLORIST (800)832-9257

THANK YOU FOR SHOPPING WINN DIXIE

WINN-DIXIE STORE #1511
1312 H HWY.49
GULFPORT, MS
02/02/07          6:23 PM

Politz 995

Winn Dixie
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER                    4200XXXX0880

2.13 lb @ .99 /lb
WT   SWEET POTATOES            RC    2.11 B
2.13 lb @ .79 /lb = 1.68
RC 00028556 SWEET POTATOES
RC 0003201 3LB YELLOW ONIONS  RC    .93-B
     3LB YELLOW ONIONS (1.69)        2.49 B
RC 0003201 3LB YELLOW (1.69)        .80-B
0.46 lb @ 1.99 /lb
WT   GRONNYSMITH APPLES              .92 B
0.57 lb @ 2.99 /lb
WT   RED CLUSTER TOMS.               1.70 B
     SL SMK TURKEY                   5.98 B
     SL HONEY HAM                    2.46 B
     WD 2% R/F MILK 1-G              3.69 B
     MINI ITLN BREAD                 .89 B
     WD LARGE EGGS                   1.59 B
**** TAX                             21.66
VF                          TOT      21.66

     CREDIT CARD             1.42    21.66

TOTAL NUMBER OF ITEMS SOLD = 9
1/21/07 11:19 AM 1541 01-0196-040
REWARD DEBIT SAVINGS         11.22

Applebee's

APPLEE E'S
NEIGHBORHOOD GRILL & BAR
9319 HWY 49
GULFPORT MS 39503
228-868-8668

STER: REBECCA I MASTERCARD
04-14-07/ TIME: 16:01 CTRL: 26727

CARD NUMBER       XXXXXXXXXXX5646
EXP. DATE:        XX/XX
APPROVAL CODE:    56401

AMOUNT:                      19.23
TIP:                          3.00
TOTAL:                       22.23

Cardholder agrees to pay total in
accordance with agreement governing
use of such card.

** GUEST COPY **

SOUTH CHINA RESTAURA
540 COURTHOUSE RD
GULFPORT MS

TERMINAL ID:
MERCHANT #:

MASTERCARD
XXXXXXXXXXX5646
SALE
BATCH:
AUTH NO:

BASE

TIP          13.90

TOTAL

***CUSTOMER COPY***

Winn✓Dixie
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6949)

PHARMACY
***** TAX

CREDIT CARD                $2.95

TOTAL NUMBER OF ITEMS SOLD =

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

THANK YOU FOR SHOPPING WINN-DIXIE

STORE #1511 DIRECTOR DARRYL BELESKY
STORE #1511 GULFPORT MS
PHONE #(228)832-8952
FTD FLORIST 1(800)862-9297

WINN DIXIE STORE #1511
11312-18 HWY 49
GULFPORT MS
01/21/02
TERMINAL ID:
CARD NO: MCI XXXXXXXXXX5646
SEQ NO: 00334110
PURCHASE FROM CREDIT

Winn Dixie
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY        .00  TOT   15.00 ?
**** TAX         .00        15.00

VF   CREDIT CARD            15.00

YOUR CASHIER TODAY IS, TERRI

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

2/10/07 10:21 AM 1511 33 0010 740
TOTAL NUMBER OF ITEMS SOLD = 1

FTD FLORIST (800)852-9297
PHARMACY(228)832-0051
PHONE # (228)832-8462
STORE # 1511 - GULFPORT , MS
DIRECTOR DARRYL BELESKY

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY 49
GULFPORT, MS
02/10/07     10:21 AM
TERMINAL ID: WP1511-
CARD NO: NCI XXXXXXXXXXXX5646

---

Winn Dixie
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

BENADRYL ALLRGY TAB   RC   4.29 J
PHARMACY                        2.65
**** TAX          .34  TOT     4.76

VF   CREDIT CARD               7.76

YOUR CASHIER TODAY IS, JOANN

YOU WOULD HAVE SAVED      .80
CUSTOMER REWARD CARD TODAY!
SIGN UP FOR YOUR

2/12/07 5:46 PM 1511 33 0092 
TOTAL NUMBER OF ITEMS SOLD = 

FTD FLORIST (800)852-9297
PHARMACY(228)832-0051
PHONE # (228)832-8462
STORE # 1511 - GULFPORT , MS
DIRECTOR DARRYL BELESKY

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY 49



Politz 999

# ORDER SUMMARY

**Yves Rocher**

| Customer Number | Invoice Date | Invoice Number |
|---|---|---|
| 651480812 | 01/19/2007 | 651480812211 |

| Product Description | Item # | Qty. | Reg. Price | Discount | Total |
|---|---|---|---|---|---|
| Up to $210 of FREE products when you introduce your friends to Yves Rocher! Visit www.yvesrocherusa.com/friends today for details. | | | | | |
| In this beautiful month of January, we wish you a Happy Birthday! | | | | | |
| Riche Creme, deep regenerating, cream 75 ml | 41397 | 1 | 45.00 | 22.50 | 22.50 |
| Riche Creme anti-wrinkle eye cream 15 ml | 62522 | 1 | 23.00 | 11.50 | 11.50 |
| Riche Creme cleansing mousse 150 ml | 55438 | 1 | 15.00 | 7.50 | 7.50 |
| Arnica 2in1 hand and nail cream 75 ml | 49302 | 1 | 6.00 | 3.00 | 3.00 |
| Pur Desir de Lilas liquid hand soap 250 ml | 13403 | 1 | 7.00 | 3.50 | 3.50 |
| Plaisirs Nature mango shower gel 400 ml | 55853 | 1 | 5.50 | | 5.50 |
| **Your Gifts** | | | | | |
| Riche Creme anti-wrinkle day cream 50 ml | 62333 | 1 | | | FREE |
| FLEECE BLANKET WRAP | 24162 | 1 | | | FREE |
| Lavande Essentielle comfort foot cream 50 ml | 51044 | 1 | | | FREE |
| 3PC. PURSE ACCESSORIES SET | 14378 | 1 | | | FREE |
| Comme Une Evidence mini perfume sample | 35505 | 1 | | | FREE |

To make secure payment log onto services.yvesrocherusa.com
to pay with your credit card 24 hours a day, 7 days a week

# Thank You For Your Order!

If you need to make an exchange or return, see reverse side for details.
For questions or information, call
**1-800-321-3434.**

## Check the content of your box carefully!
Sometimes small items get hidden in the packing material.
Make sure you find all your items before discarding the box.

| | |
|---|---|
| SUB-TOTAL | 53.50 |
| SHIPPING & HANDLING | 0.00 |
| MS SALES TAX | 0.00 |
| YOUR TOTAL ORDER AMOUNT | 53.50 |
| TOTAL PAID | 53.50 |

Politz 1000

# Walgreens

The Pharmacy America Trusts · Since 1901™

I'm Jeremy. Thank you for allowing me to serve you today.

```
453         10   1182   05195 .027

    RFN# 0518-5271-1821-0702-0720

GLAD PRS N SL 70FT    A    2.50 SALE
RCYKLD 25FT           A    2.50 SALE
   1 @ 2/ 5.00
EXCLNC H/COL         1A    7.99
EXCLNC H/COL         1A    7.99
EXCLNC H/COL          A    5.00-MFGC
   2 @ 2.50
W/RN H/SP 7Z         1A    1.00
W/RN H/SP 7Z         1A    1.00
H/MARK CARD          1A     .99
H/MARK CARD          1A     .99
H/MARK CARD          1A     .99
H/MK NWISHES          A    1.99
SONY T120            1A     .99
VNT BRUSH             A     .99
SONY T120             A    1.99
SONY T120             A    1.02
   1 @ 1/ 1.99 - 3/ 5.00




SONY T120             A    2.03-MAGC
   3 @  .99
MFG COUPON            1      .40-MFGC
MFG COUPON            1     1.00-MFGC
D/VEL HLK GL         1A     3.19
    SUBTOTAL               27.69

A=7% SALES TAX              2.39
    TOTAL                  30.08

   MASTER CARD            30.08
     ACCT#*********5646
   CHANGE                   .00
```

# Walgreens

The Pharmacy America Trusts · Since 1901™

I'm MARLO. Thank you for allowing me to serve you today.

```
825        10   263B   03452  003

    RFN# 0345-2032-6365-0701-2320

WRG D/MNT M/C.580Z   1A     .89
WRG D/MNT M/C.580Z   1A     .89
PUFFS 60SH           1A    1.69
PUF POPUP 108S       1A    1.48
TRVL PLN COV          A    2.99
TRVL PLN COV          A    2.01
   1 @ 2.99 - 2/ 5.00
HAIR BRUSH           1A    1.00
FLWR SEEDS            A     .59
FLWR SEEDS            A     .59
FLWR SEEDS            A     .59
FLWR SEEDS            A     .58
FLWR SEEDS            A    1.36-
   1 @ 1/ .59 - 5/ 1.00
FLWR SEEDS            A     .20
FLWR SEEDS            A     .20
FLWR SEEDS            A     .20
FLWR SEEDS            A     .20
FLWR SEEDS            A     .20
   1 @ 1/ .59 - 5/ 1.00
HYPONEX  BNS         1A    1.99
HYPONEX  BNS         1A    1.99
HYPONEX  BNS         1A    1.99
TRAVEL PILLW          A    2.50
TRAVEL PILLW          A    2.50
   1 @ 1/ 2.99 - 2/ 5.00
WALG KNEE HI          A     .79
WALG KNEE HI          A     .40
   1 @ 1/ .79 - 2/ 1.19
WALG KNEE HI          A     .60
WALG KNEE HI          A     .59
   1 @ 1/ .79 - 2/ 1.19
W/RN H/SP 7Z         1A    1.00
W/RN H/SP 7Z         1A    1.00
CMP CHKY 18.600Z      A    2.69
CMP H/R CHK 18.600Z   A     .01
   1 @ 1/ 2.69 - 2/ 5.00
DWNY ULT 40Z          A    3.50 SALE
CSCD PKS 12S          A    2.50 SALE
FLWR SEEDS            A    1.00-WAGC
  10 @ 10/ 1.00
HYPONEX  BNS          A    2.97-WAGC
   3 @ 1.00
CMP CHKY 18.600Z      A    2.00-WAGC
   2 @ 2/ 3.00
WALG KNEE HI          A    1.38-WAGC
   4 @ 4/ 1.00
WRG D/MNT M/C.580Z    A     .78-WAGC
   2 @ 2/ 1.00
PUFFS 60SH            A    1.60-WAGC
   2 @  .79
    SUBTOTAL               29.58

A=7% SALES TAX              2.07
    TOTAL                  31.65

    GIFT CARD             10.00
    ACCT#********807Z****
    BALANCE $
    MASTER CARD           21.65
    ACCT#*********5646
```

Politz 1001

**WAL★MART**

ALWAYS LOW PRICES.

*Always*

(faded receipt — item details illegible)

...
SOLD
...

---

## Winn Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER                420XXXX1406.

| | | |
|---|---|---|
| PHARMACY | 5.68 T |
| PHARMACY | 3.00 T* |
| PHARMACY | 46.02 T |
| **** TAX | .00  TOT | 54.70 |

VF    CREDIT CARD              54.70

TOTAL NUMBER OF ITEMS SOLD = 3
1/27/07  11:21 AM 1511 33 0021 740

YOU HAVE SAVED A TOTAL OF  3,296.29
WITH YOUR CUSTOMER REWARD CARD*

********** EARN FREE GAS **********
** WITH YOUR CUSTOMER REWARD CARD **

SHOP AND COLLECT 450 POINTS WITH
YOUR CUSTOMER REWARD CARD BETWEEN
2/21/2007 AND 3/19/2007 AND
RECEIVE A $25 WD GIFT CARD.
BETWEEN 2/21/2007 AND 03/06/2007.
..... = 1 POINT = $1.
SEE IN-STORE SIGNAGE FOR DETAILS.

YOU JUST EARNED 54 ..... GAS POINTS
YOUR TOTAL GAS POINTS:  ** 54 **

YOUR CASHIER TODAY IS : TERRI

DIRECTOR DANYAL BELESKY
STORE # 1511 - GULFPORT    MS
PHONE # (228)832-8452
PHARMACY (228)832-9061
1D FLORIST (800)852-9297

THANK YOU FOR SHOPPING WINN-DIXIE

WINN-DIXIE STORE #1511
13124 HWY 49
GULFPORT, MS
01/27/07    11:21 AM
TERMINAL ID: WP1511
CARD NO: MCI XXXXXXXXXXXX5646
SEQ NO: 00338871
PURCHASE FROM CREDIT
TOTAL                       $ 54.70



Politz 1003





Politz 1005

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER - 420XXXXX0880

PHARMACY                           12.95 T
***** TAX           .00 TOT       12.95

GIFTCARD: XXXXXXXXXXXXX2180       15.00
$15 GIFT CARD              NP     15.00
$10 OFF REFILL #2                 10.00-
RC                                17.95
**** TAX           .00 TOT        17.95

VF            CREDIT CARD         17.95

TOTAL NUMBER OF ITEMS SOLD = 2
12/01/06 11:27 AM 1511 33 0016 740

REWARD CARD SAVINGS               10.00

## You Saved    $10.00

YOU HAVE SAVED A TOTAL OF   776.24
WITH YOUR CUSTOMER REWARD CARD

---

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

POSTAGE STAMPS .39                 7.80
***** TAX           .00 TOT        7.80

POSTAGE STAMPS .39                 7.80
**** TAX           .00 TOT        15.60

VF            CREDIT CARD         15.60

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS, TERRI

TOTAL NUMBER OF ITEMS SOLD = 2
1/08/07 11:08 AM 1511 33 0026 740

THANK YOU FOR SHOPPING WINN-DIXIE

FTD FLORIST 1 800 8852-9297
PHARMACY 228 832-0051
PHONE # 1 228 832-8452
STORE # 1511        GULFPORT    MS
DIRECTOR DARRYL BELESKY

WINN DIXIE STORE #1511
11312-H HWY 49
GULFPORT  MS

# Winn Dixie
### Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER

PHARMACY
**** TAX          12.95 T
                  -12.95

GIFTCARD: XXXXXXXXXXXX2180       NP
$15 GIFT CARD                15.00
                             15.00

RC
$10 OFF REFILL #2            10.00-
**** TAX                     17.95-
                  .00   TOT  17.95



VF    CREDIT CARD         17.95

TOTAL NUMBER OF ITEMS SOLD = 2
12/21/06 11:27 AM 1511 33 0016 740

REWARD CARD SAVINGS          10.00

## You Saved $10.00

YOU HAVE SAVED A TOTAL OF        776.24

---

# Winn Dixie
### Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

VERIFIED BY CASHIER
BUD SELECT LNNR 12 RC         9.69 I
EG WHEAT BERRY BRD            2.99 B
KRAFT SL NAT MOZZ. RC         2.79 B
FP BNLS/SKNLS BRST RC         8.34 B
OM SHVD HONEY HAM RC          3.49 B
OM SHVD HONEY HAM RC          3.49 B

REWARD CUSTOMER               420XXXX0880

RC 00030136 FP BNLS/SKNLS BRST  3.40-B
                2 @ 2/5.00
RC 00032091 OM SHVD HO (2.50)   1.98-B
RC 00032026 KRAFT SL N (2.29)    .50-B
RC 00032056 BUD SELECT (7.99)   1.70-B
**** TAX       1.62    TOT     24.83

VF    CREDIT CARD         24.83

TOTAL NUMBER OF ITEMS SOLD = 6
12/26/06  5:01 PM 1511 05 0175 156

REWARD CARD SAVINGS          7.58

## You Saved $7.58

YOU HAVE SAVED A TOTAL OF        829.17
WITH YOUR CUSTOMER REWARD CARD

Politz 1007

# Winn Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

***** PHARMACY *****
***** PHARMACY *****
***** PHARMACY *****

| ***** TAX | .00 | TCT |
| | 3.00 T |
| | 5.60 T |
| | 43.86 T |
| | 52.54 |

VF  CREDIT CARD          52.54

YOUR CASHIER TODAY IS. TERRI

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!.

TOTAL NUMBER OF ITEMS SOLD = 3
12/25/06  4:17 PM 1511 33 0059 710

DIRECTOR DARRYL BELESKY
STORE # 1511 - GULFPORT    MS
PHONE # (228)832-8452
PHARMACY(228)832-0061
FTD FLORIST 1.800.852.9297

THANK YOU FOR SHOPPING WINN-DIXIE

---

# Publix



Village at Lee Branch
Store Manager: Tom Stagner
205-981-7415

MULTIGRAIN BATON              1.89 T F
CRUSTY WHITE BAGUE           0.99 T F
PUBLIX DIP
1 @  2 FOR      3.00
PUBLIX DIP                    1.50 T F
1 @  2 FOR      3.00
PUBLIX DIP                    1.50 T F
1 @  2 FOR      3.00
TOSTITOS BITE SIZE           3.49 T F
Balance Due                 11.74
Credit   Purchase           11.74

PRESTO!
Reference #: 113825-003
Trace #: 0010019801
Acct #: XXXXXXXXXX5646
Purchase MasterCard
Amount: $11.74
Auth #: 578778

Sales Tax                    0.87
Change                       0.00

Your cashier was Alberta
Today you s opped at store 0882

P.O. Box 407
Lakeland, FL 33802-0407

12/15/2006 18:38  S0R82  R111 2813 C0239

Where  aving Is
Part uf the Pleasure

Publix Super Markets, Inc.

Politz 1008

MERRIWOOD HILLS
ANIMAL HOSPITAL
1012 MEHILE AVENUE
GULFPORT, NM 39503
( ) 832 0185

C O P Y
02/15/2002 15.05.17
Sale:

Transaction #: 2
Card Type: MasterCard
Acct: xxxxxxxxxxxx5266
Entry: Swiped
Invoice #: 4366
Total: 52.00

Reference No : 020004247
Auth. Code: 660985
Response: APPROVAL 660985
Sequence Number: 0005

CUSTOMER COPY

Winn✓Dixie
Getting better all the time

Questions or Comments
1-800-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

4U 2Z R/F MILK 1-G          3.69 B
BS FLTD TUBE CK/PN RC      12.99 T
TAX  1.17 TOT              17.85

REWARD CUSTOMER        420XXXX0880

RC 00030032 BS FLTD TU (9.74N  3.25-T
**** TAX   .94 TOT          14.37
VF    CREDIT CARD           14.37

TOTAL NUMBER OF ITEMS SOLD = 2
12/29/06  2:45 PM 1511 33 0060 740

REWARD CARD SAVINGS          3.25

You Saved  $3.25

YOU HAVE SAVED A TOTAL OF   832.42
WITH YOUR CUSTOMER REWARD CARD

FREDS 228-831-3378
11312 HWY 49 -UNIT 0-13
GULFPORT, MS. 39503

1755002 CASH          9421 1755 023

841740 JUNGLE OVAL PET BE  1      9.99
                 SUBTOTAL          9.99
7 Z SALES TAX                       .70
                    TOTAL         10.69
Thank you POLITZ/JAN
ACCOUNT NUMBER  ******************5646
MasterCard                       10.69
CUSTOMER HOTLINE 800-374-7417 EXT.8255

TRAN CODE: 00926421S398     12/29/06  14:44

IHOP #4447
543 Highway 280 S
Birmingham, AL 35242
Phone: (205) 991-4871
Fax: (205) 991-4872
Date:    Dec18'06  10:28AM
Card Type: Visa/M.C.
Acct #:  XXXXXXXXXXXX5646
Exp Date:  06/09
Auth:    124786
         "  ?

Server:  213 TRACIE N
         JAN POLITZ

Subtotal:                43.43

Tip:                      8.60

Total:                    5/4.8

I agree to pay above total
according to my card agreement.
***GUEST COPY***



Winn Dixie
Getting better all the time.

Questions or Comments
1-866-WDW-0123 (1-866-946-6943)
www.winndixie.com

REWARD CUSTOMER                   4760700?690

        DIET MT DEW                 1.19 S
        T.M. INSTANT RICE           1.99 B
        SARA LEE PROVOLONE          5.11 B
        SL HONEY HAM                2.95 B
        HARD SALAMI HALVED          3.05 B
        GENOA SALAMI HALVE          2.62 B
        SL TINY MESQ TURKEY         6.52 B
RC 00020333 SL HNY MESQ TURKEY      3.98-B
        VG CRAB SALD GRDD           3.29 B
        US FLORL MACARONI RC        1.29 B
RC 00032193 BS C.DBL R (1.00)Y       .29-B
        BRKSTN COTT/DBL PN RC       1.29 B
RC 00032193 BRKSTN COT (1.00)N       .29-B
        BRKSTN COTT D/SIDE RC       1.29 B
RC 00032193 BRKSTN COT (1.00)N       .29 B
        BRKSTN COTT/DBL PN RC       1.29 B
RC 00032193 BRKSTN COT (1.00)N       .29-B
        B/S C.C DBL R(1.00)Y RC     1.29 B
RC 00032193 B/S C.C DB (1.00)Y       .29-B
        BS C.C. DLB PLACH  PC       1.29 B
RC 00032193 BS C.C. DL (1.00)        .29-B
        FLORAL                     14.97 T
   1 @ 10/10.00
        WD FACIAL TISSUE            1.99 B
        Mrs B's Southern C          1.99 B
        WD LARGE EGGS               1.49 B
        WH GRN 100% WHEAT           1.99 B
        MUFFLETTA BREAD             1.99 B
        DOLE CSR LITE KIT  EA       2.99 B
        DOLE CAESAR SALAD  RC       3.49 B
   0.94 lb @ 2.99 /lb
WT      RED CLUSTER TOMS    RC      2.81 B
   0.94 lb @ 1.99 /lb = 1.87
RC 00029908 RED CLUSTER TOMS.        .94+B
        FBRZ LINEN & SKY           3.29 B
RC 00032091 FBRZ LINEN (2.50)        .79-B
        FB  LINEN & SKY    RC      3.29 B
RC 00032091 FBRZ LINEN (2.50)        .79-B
   1.36 lb @ .59 /lb
WT      TURNING BANANAS              .80 B
   1 @ 4/1.00
        LIMES                       .25 B
VERIFIED BY CASHIER
        BUG                        2.99 B
        BUG                        3.29 B
RC 00029949 DOLE CAESAR SALAD       3.49-B
     **** TAX     5.17  TOT        79.05

RC    FREE FACIAL TISSUE           1.99 B
RC    FREE WG CIAL BREAD           1.99 B
     **** TAX    4.96  TOT         35.85

VT      CREDIT CARD                35.85

TOTAL NUMBER OF ITEMS SOLD =  29
1/03/07  4:54 PM 1511 95 0120 212

     REWARD CARD SAVINGS           12.72

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
1 @ 3/10.00
      MM LIGHT MANGO 10B RC    .31 B
1 @ 3/10.00
      MM LT RASPBERRY PA RC    .33 B
REWARD CUSTOMER          420XXXX6886

RC 00032091 MM LIGHT M (2.50)D    .84-B
RC 00032091 MM LT RASP (2.50)A    .83-B
      BS C. DBL APP CTN  RC     1.29 B
RC 00032097 BS C. DBL  (1.00)    .29 B
      BS C.DBL RASPBERRY RC     1.29 B
RC 00032097 BS C.DBL R (1.00)Y   .29-B
      B/S C.C DBL BLUBRY RC     1.29 B
RC 00032097 B/S C.C DB (1.00)Y   .29-B
      BS C.C. DLB PEACH  RC     1.29 B
RC 00032097 BS C.C. DL (1.00)    .29-B
      KEL SPEC K PYB BAR        2.79 B
      COMM D/R PURE COFF RC     4.99 B
RC 00032034 COMM D/R P (2.99)F   2.00-B
      COMM D/R PURE COFF RC     4.99 B
RC 00032034 COMM D/R P (2.99)F   2.00-B




      COMM D/R PURE COFF RC     4.99 B
RC 00032034 COMM D/R P (2.99)F   2.00-B
1 @ 2/7.00
      QKR S/B BKFT BITES        3.50 B
RC 2110 QKR S/B BKFT B (1.75)    1.75-B
      W D LOS U/S BUTTER RC     2.79 B
RC 00032023 W D LOS U/ (1.99)R   .80-B
      MAGGI SOUP MIX HOT        1.89 B
      EGGO BLUE WAF 10C         2.49 B
      O.M. CNTR CT BACON RC     4.99 B
RC 00032034 O.M. CNTR  (2.99)N   2.00-B
1 @ 4/5.00
      CAMP CRM/MUSH SOUP RC     1.25 B
RC 00031131 CAMP CRM/MU (.75)P   .50-B
1 @ 4/5.00
      CAMP CRM/MUSH SOUP RC     1.25 B
RC 00031131 CAMP CRM/MU (.75)P   .50-B
1 @ 4/5.00
      CAMP CRM/MUSH SOUP RC     1.25 B
RC 00031131 CAMP CRM/MU (.75)P   .50-B
1 @ 4/5.00
      CAMP CRM/MUSH SOUP RC     1.25 B
RC 00031131 CAMP CRM/MU (.75)P   .50-B
1 @ 10/10.00
      SWAN.CHICKEN BROTH RC     1.00 B
RC 00031132 SWAN.CHICKE (.50)H   .50 B
1 @ 10/10.00
      SWAN.CHICKEN BROTH RC     1.00 B
RC 00031132 SWAN.CHICKE (.50)H   .50-B
```

Politz 1012

```
          WD/ARROW FOIL      RC      1.29 T
RC 00032011 WD/ARROW F (1.19)        .10-T
  1 @ 10/10.00
          SWAN.CHICKEN BROTH RC      1.00 B
RC 00031132 SWAN.CHICKE (.50)H       .50-B
  1 @ 10/10.00
          SWAN.CHICKEN BROTH RC      1.00 B
RC 00031132 SWAN.CHICKE (.50)H       .50-B
          WD 2% R/F MILK J G         3.69 B
          REESE ARTICHKE HRT.        2.89 B
          WD LT BRWN SUGAR            .89 B
          FP BNLS/SKNLS BRST RC      7.74 B
          6IN RED POINSETTIA         6.99 T
VERIFIED BY CASHIER
          BUD SELECT LNNR 12 PC      9.69 T
RC 00032056 BUD SELECT (7.99)2       1.70-T
          TM SL PINEAPPLE JC RC       .99 B
RC 00032005 TM SL PINEA (.88)C       .11-B
          SHELLED PECAN HLVS RC      7.99 B
RC 00032047 SHELLED PE (5.99)S       2.00-B
          SHELLED PECAN HLVS RC      7.99 B
RC 00032047 SHELLED PE (5.99)S       2.00-B
  0.67 lb @ .59 /lb
WT        TURNING BANANAS             .40 B
          LIQUID TIDE/BLEACH RC     14.99 T
RC 00032060 LIQUID TI (11.99)H       3.00-T
          OVL/BT/RD BMB/BOWL RC      1.79-T
RC 00032171 OVL/BT/RD B (.50)L       1.79-T
          OVL/BT/RD BMB/BOWL RC      2.29 T
RC 00032171 OVL/BT/RD B (.50)L       1.79-T
          OVL/BT/RD BMB/BOWL RC      2.29 T
RC 00032171 OVL/BT/RD B (.50)L       1.79-T
          OVL/BT/RD BMB/BOWL RC      2.29 T
RC 00032171 OVL/BT/RD B (.50)L       1.79-T
  0.07 lb @ 2.99 /lb
WT        GINGER ROOT                 .21 B
202.29    BUNCH BROCCOLI      RC     4.58 B
          2 @ 2/3.00
RC 00028913 BUNCH BROC (1.50)        1.58-B
          WHOLE WHEAT          RC    3.39 B
RC 00032091 WHOLE WHEA (2.50)         .89-B
          B/S TOSTITOS         RC    3.49 B
RC 00032091 B/S TOSTIT (2.50)         .99-B
          FRNCH'S FRD ONIONS         1.99 B
          ANGEL SOFT MEGA 9R RC      6.99 T
RC 00032045 ANGEL SOFT (4.99)R       1.50-T
RC 00030136 FP BNLS/SKNLS BRST       3.16-B
    **** TAX     7.53  TOT  115.06

RC       $.99 EGGO WAFFL (.99)       1.50-B
RC       $1.88 OM BACON (1.88)       1.11-B
RC       $1.88 COMM COF (1.88)       1.11-B
RC       $1.88 WD GAL M (1.88)       1.81-B
MC        SCANNED COUPON             .50-
MC        SCANNED COUPON             .50-
    **** TAX     7.14  TOT  108.14

VF        GIFT CARDS                15.00

VF        CREDIT CARD               93.14


   TOTAL NUMBER OF ITEMS SOLD = 46
  12/21/06 11:40 AM 1511 03-0079 140
```

RENT TWO NEW RELEASES
AND GET ONE FREE
GOOD FOR CURRENT MEMBERS ONLY
GREAT MOVIES
832-6618
14633 Dedeaux Rd. • Gulfport

Politz 1013

citi

# Citi Dividend Platinum Select Card

Account Number

**Customer Service:**
1-800-950-5114

BOX 6500
SIOUX FALLS, SD
57117

| Total Credit Line | Available Credit Line | Cash Advance Credit Line | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $10000 | $9403 | $10000 | $9403 | $596.39 |

| Statement/Closing Date | Amount Over Credit Line | Amount Over Cash Advance Limit | Past Due/Minimum Due |
|---|---|---|---|
| 12/15/2006 | $0.00 | $0.00 | $20.00 |

## Activity Since Last Statement

| Sale Date | Post Date | Reference Number | | Amount |
|---|---|---|---|---|
| | 11/30 | 87619101 | Payments, Credits & Adjustments | |
| | | | PAYMENT THANK YOU | -291.13 |
| | | | PAYMENT LATE FEE | 29.00 |
| | | | CREDIT FINANCE CHARGES | -1.53 |
| 11/17 | 11/17 | 0X23TOKJ | Standard Purch | |
| 11/17 | 11/17 | I033TOKJ | WINN-DIXIE #1511 S9I GULFPORT MS | 12.96 |
| 11/20 | 11/20 | 89OR7*44 | WINN-DIXIE #1511 S9I GULFPORT MS | 50.96 |
| 11/20 | 11/20 | P2RJ3SNJ | WALGREEN #0960 0005I039 GULFPORT MS | 17.39 |
| 11/20 | 11/20 | P2RKJ3SNJ | WAL-MART #0960 GULFPORT MS | 18.03 |
| 11/21 | 11/21 | RTKVZLIM | CVS PHARMACY #5908 003 GULFPORT MS | 36.09 |
| 11/21 | 11/21 | GYCBPB44 | RITE AID STORE.7223 GULFPORT MS | 16.09 |
| 11/22 | 11/22 | GYCBPB44 | WALGREEN 0005I039 GULFPORT MS | 19.30 |
| 11/27 | 11/27 | W3Z4PZIT | THE BEST STOP SCOTT LA | 50.91 |
| 11/27 | 11/28 | J4LV35YJ | WINN-DIXIE #1511 S9I GULFPORT MS | 86.54 |
| 11/28 | 11/28 | P75ORN0O | CABLE ONE 888-522-2535 AZ | 58.05 |
| 12/01 | 12/01 | 9RJ3WFFK | COPELANDS OF N.O. M5 SLIDELL LA | 30.29 |
| 12/06 | 12/06 | HTWLJN18 | WINN-DIXIE #1511 S9I GULFPORT MS | 9.37 |
| 12/07 | 12/07 | PTYOPV7K | WM SUPERCENTER GULFPORT MS | 9.81 |
| 12/07 | 12/07 | 0ZS5J4* | WALGREEN #0969 0005I039 SE2 GULFPORT MS | 17.86 |
| 12/12 | 12/12 | HY78DC24 | WAL-MART #0969 0005I039 SE2 GULFPORT MS | 32.11 |
| 12/12 | 12/12 | EW*9844 | WALGREEN #1531 S9I GULFPORT MS | 37.24 |
| 12/14 | 12/14 | 747C3PFK | WINN-DIXIE #1531 S9I GULFPORT MS | 9.90 |

***Dividend Dollars Program***

Category Bonus Dividend Dollars
Gas, Groc, Drug, ConV Store, Cable, Util             4.96
Total Category Bonus Div Dollars Earned              4.96

CASH WHEN YOU NEED IT - it's easier than ever to get cash, up to your available cash advance limit. Just tear off one of the attached checks, then deposit or make a personal or business purchase. Convenience checks access the cash advance portion of your credit line. Refer to your Card Agreement for specific finance charges.

****Dividend Dollars Summary****
Previous Statement Div Dollar Total           7.24
Base Div Dollars Earned this period           6.64
Bonus Div Dollars Earned by Category          4.96
Total Div Dollars Earned this period         11.23
Total Div Dollars Available                  18.84

Bonus Cash Back may take one to two billing cycles to appear on your statement.
Please refer to the specific terms and conditions pertaining to the Promotion
for further details.

If your total Div Dollars available balance is at least $50, call us at
1-866-676-4672 or go to www.citicards.com, so that we may send you a check.

Politz 1014



| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|

*Pd. 12-26-06*
*596.39*
*# 4683*

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $291.13 | $626.92 | $321.66 | $0.00 | $596.39 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $291.13 | $626.92 | $321.66 | $0.00 | $596.39 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $0.00 | 0.04997%(D) | 18.240% | 18.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.06367%(D) | 23.240% | 23.240% |

SEND PAYMENTS TO: CITI CARDS P.O. BOX 6411 THE LAKES, NV 88901-6411                                    9560N
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 01/09/2007

Visit: www.citicards.com



| Payment Due Date | Your Total Balance | Minimum Amount Due |
|---|---|---|

Your Account Number

Please Enter Amount Of Payment Enclosed

$

9560N MC   00 V 1     BR5040851

Politz 1015

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| | |
|---|---|
| PHARMACY | 5.68 T |
| PHARMACY | 3.00 T |
| PHARMACY | 43.86 T |
| PHARMACY | 30.17 T |
| MEDIC 3DY CR | 9.99 T |
| WD 2% R/F MILK 1-G | 3.59 B |
| **** TAX    .95  TOT | 97.24 |

REWARD CUSTOMER                420XXXX0880

RD 9180 CONGRATULATIONS!       300
RC 9180 $10 REWARD             10.00-B
    **** TAX    .25  TOT       86.54

VF      CREDIT CARD            86.54

TOTAL NUMBER OF ITEMS SOLD =  6
11/28/06  1:04 PM 1511 33 0030 735

REWARD CARD SAVINGS            10.00

## You Saved  $10.00

YOU HAVE SAVED A TOTAL OF    757.70
  WITH YOUR CUSTOMER REWARD CARD

YOUR TOTAL REWARD POINTS:** 68      **

YOUR CASHIER TODAY IS, TONYA

DIRECTOR BELESKY,DARRYL A
STORE # 1511  - GULFPORT   ,MS
  PHONE # (228)832-8452
  PHARMACY(228)832-0051

THANK YOU FOR SHOPPING WINN-DIXIE

---

The Best Stop
Supermarket
615 Hwy 93 N.
Scott, LA 70583
337-233-5805

                              Dawn

11/27/2006 1:32:48 PM

                         $22.95 Tx2
COOK BOOK              F $3.82 Tx2
CRACKLIN                 $2.90 Tx2
HOT BOUDIN             F $6.97 Tx1
STUFFED PORK CHOPS     F $2.67 Tx1
FRESH PORK SAUSAGE     F $7.49 Tx1
SMOKED PORK SAUSAGE    F $1.19 Tx1
CLASSIC COLA DIE         $50.91
SubTotal
-------------------------
SUB TOTAL      $47.99
Tax  1          $0.55
Tax  2          $2.37
-------------------------
TOTAL          $50.91
Master         $50.91
Item count: 7
Trans:22543    Terminal:030000023-001002



WWW.THEBESTSTOPSUPERMARKET.COM

THANK YOU AND PLEASE COME AGAIN!!!!!

**WAL★MART**
ALWAYS LOW PRICES.
*Always.*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00000273 TE# 03 TR# 09737
CEREAL BAR       003800021441 F
MSF DPED WFR     0082011984466 F    3.98 X
MSF VAN WFR      008201198421 F     2.00 X
GV GRAPE TB      007874202214 F     2.00 X
SF ORANGE TB     007874227191 F     1.76 X
GV CHYLM TB      007874202216 F     1.76 X
JELLO PUD        004300020559 F     1.76 X
SF CHEESCAKE     004300020812 F     0.62 T
JELLO PUD        004300020552 F     0.62 T
JELLO PUD        004300020553 F     0.62 T
GV CRNAPL TB     007874202215 F     0.62 T
35MM FILM        004177109296       1.76 X
GV COOK SPRY     007874222942 F     6.44 X
GV COOK SPRY     007874222942 F     1.50 X
                                    1.50 X
            SUBTOTAL               26.94
    TAX 1    7.000 %                1.89
              TOTAL                28.83
          MCARD TEND               28.83

ACCOUNT #5646
APPROVAL #483328
TRANS ID -
VALIDATION -
PAYMENT SERVICE - A
         CHANGE DUE        0.00

**# ITEMS SOLD 14**

TC# 4755 1954 9010 6962 9120

Get 300+ generic scripts at $4 each.
up to a 30 day supply. Select states.
     11/20/06      13:15:20

***CUSTOMER COPY***

11/27/2006 1:32:48 PM                    Dawn
Trans:22543      Terminal:030000023-001002

==========Transaction Receipt==========
            The Best Stop
            615 Hwy 93 N.
            Scott, LA 70583

11/27/06                            13:33
Master Card sale
Amount: $50.91
-------------------------------------------
Card Number: XXXXXXXXXXXX5646
Expiry date: XXXX
Reference#:  00000064
Author#:     554767

              Approved

Politz 1017



**CVS PHARMACY**
11022 HWY 49, GULFPORT, MS
PHARMACY: 832-3981    STORE

REG#07 TRAN#2272 CSHR#623946 SUP#5908

```
1 KLNX FACIAL T 1200       1.29T
1 KLNX FACIAL T 1200       1.29T
1 KLNX FACIAL T 1200       1.29T
CARD #: ********8954
1 COUPON                    .40 -
1 XLX FAC TSS L 80C1       1.99T
1 GOLD EM GUMMY 5 Z         .99A
1 RTH TCH TABLE 0454       9.99T
  EXTRACARE SAVINGS         2.45 -
```

6 ITEMS
```
  SUBTOTAL                13.99
  MS 7.0% TAX              1.01
  TOTAL                   15.00
  MASTERCARD
  ************5646        15.00
                             MS
  CHANGE                    .00
```

5590 8632 4227 2078
RETURNS WITH RECEIPT THRU 01/19/2007

NOVEMBER 20, 2006      4.28 PM

TRIP SUMMARY:
  SALE & CLIPFREE CPN SAVINGS    2.45

ExtraCare balances as of 10/09

FALL 2006 SPENDING            18.98

SLEEP IN AND SAVE!
IF YOU LOVE A BARGAIN & NEED YOUR REST
VISIT US AT CVS!
GREAT DEALS ALL DAY - 2 DAYS ONLY!
FRIDAY NOV 24 & SATURDAY NOV 25

Make a difference
Donate $1.00 to St. Jude's

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US

---

I'm SHERI, Thank you for allowing me
to serve you today,

```
510        10   7761   05195  031
510        10   7762   05195  031
```
RFN# 0519-5317-7625-0611-2120

```
CIARA G/SET          1A    12.99
COLG T/P 2CT         1A     2.99 SALE
COLG T/P 2CT         1A     2.99 SALE
MFG COUPON           1       .75-MFGC
MFG COUPON           1       .75 VNFGC
MFG COUPON           1      1.00-MFGC
SUBTOTAL                   17.97

A=7% SALES TAX              1.33
TOTAL                      19.30

MASTER CARD                19.30
  ACCT#********5646
CHANGE                      .00
```

WAG ADVERTISED SAVINGS:        5.00
MFG COUPON SAVINGS:            1.00
                              ----
YOUR TOTAL SAVINGS:            6.00

RFN# 0519-5317-7625-0611-2120

15371 Dedeaux Rd. Gulfport, MS
STORE    (228)539-2352

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

MEDICARE PART D
PRESCRIPTION INSURANCE
YOU HAVE UNTIL DEC 31 TO ENROLL

STOP BY THE PHARMACY FOR
YOUR FREE PLAN REPORT!
NOVEMBER 21, 2006      12:54 PM

*************************************
YOUR OPINION COUNTS!
*************************************

ENTER FOR A CHANCE TO WIN $10,000 CASH

PLEASE CALL TOLL FREE
1-888-308-5428
OR LOGON TO
WWW.WALGREENSSURVEY.COM

WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0519-5317-7625-0611-2120-06

SEE STORE FOR CONTEST RULES

RETAIN THIS RECEIPT FOR YOUR RECORDS

NOVEMBER 21, 2006      12:55 PM

```
                 COURTLAND'S
          CAJUN FOOD EXPERIENCE

 ##141  Table 114  #Party 2
 DRINK #    Sends: 12 15:08 12/01/06

 1 GRILLED Hot. fresta glass          .25
 2 THE MATCE                         8.00
 2 1 REMAIN fil                     17.98
 2 SEA SCAL, 1 au dressing.
   Tau dressing                      1.98

                     Sub total:     23.26
                         Tax:        1.75
                         Tax:        0.28
 Rean Bar TOTAL :                   25.29

 ***    THANK     YOU    ***
 FOR  DINING  WITH  US.

 +++++++++++++++++++++++++++++++++
   Thanks for patronizing!!!
 +++++++++++++++++++++++++++++++++
```

```
 O141
 Server: Janis M
 12/01/06, 15:26  Served  1:16 Table: 5

                                        Rec:174
 Card  , of Mon or Items
 DESC Date: Batch
 Table1 na 15:08
 CONTRACT thed
 MERCHANT #:

 CARD TYPE              ACCOUNT NUMBER
 MASTER Card          XXXXXXXXXXXX5646
 Name: Job Policy
 GO TRANSACTION APPROVED
 AUTHORIZATION #: 491747
 Batch #: 561 Sequence #:
 Reference: 1200000001
 TRANS TYPE: Credit Card Sale

 CHH CK :                          25,291

 TIP:                               5.00

 TOTAL :                           30.29

 X _____

 PHONE: (
 ****Duplicate Copy****
 CARDHOLDER WILL PAY CARD ISSUER ABOVE
 AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
 ****Duplicate Copy
 Top Copy -- Customer
```

Politz 1019



With us, it's personal.

Store #07223
11279 HWY 49
GULFPORT, MS  39503
(228) 832-6280

Register #4 Transaction #228832
Cashier #72239365 11/20/06 11:57AM

```
1 GALERI CHARACTR W/BOOTS.4    2.50 TF
  ON SALE, Reg 1/2.99
1 GALERIE 06 REINDEER.412      2.50 TF
  ON SALE, Reg 1/2.99
1 $2 LOREAL EXCELLENCE         2.00-
  MANUF COUPON SPN
1 $2 LOREAL EXCELLENCE         2.00-
  MANUF COUPON SPN
1 GALERIE STRING LEGS  .412    2.50 TF
  ON SALE, Reg 1/2.99
1 GALERI CHARACTR W/BOOTS.4    2.50 TF
  ON SALE, Reg 1/2.99
1 GALERIE STRING LEGS  .412    2.50 TF
  ON SALE, Reg 1/2.99
1 TOTAL 1/2.99  .412           2.50 TF
  ON SALE, Reg 1/4.39
1 SMART START 17.52           17.52
  ON SALE, Reg 1/4.39
1 LOR EXCEL 8.5 CHAMP BLND      7.99 T
  ON SALE, Reg 1/9.29
1 LOR EXCEL 8.5 CHAMP BLND      7.99 T
  ON SALE, Reg 1/9.29
1 JG LIP GLOSS W PLUSH          3.99 T
```

12 Items

```
            Subtotal    33.47
                 Tax     2.62
               Total    36.09
```

*PAID BY MASTER*
MASTER Card * #XXXXXXXXXXXX5646
Exp 8/31/09  App # AUTO
Ref # 386848
Card Present

```
            Tendered    36.09
         Cash Change      .00
```

Winn✓Dixie
Getting better all the time

Questions or comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY

Vi-***XX TAX        .00  TOT    5.37 T
                                5.37

        CREDIT CARD           5.37

TOTAL NUMBER OF ITEMS SOLD = 1
12/07/06 12:54 PM 1511 33 0040 740

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS, TERRI

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY 49
GULFPORT, MS
12/07/06          12:54 PM
TERMINAL ID: WP1511

DIRACTOR RELESKY,DARRYL R
STORE # 1511 - GULFPORT, MS
PHONE # 228-832-8452
PHARMACY 228-832-0061
FOR FLORIST (800)862-9297

The Best Stop
Supermarket
615 Hwy 93 N.
Scott, LA 70583
337-233-5605

11/22/2006 10:56:23 AM                    Dawn

SMOKED PORK SAUSAGE        F  $4.05  Tx1
PORK TASSO                 F  $5.92  Tx1
ANDOUILLE                  F  $7.63  Tx1
CRACKLIN                   F  $7.82  Tx2
LANGLWAIS ROLLS            F  $1.89  Tx1
SubTotal                      $28.52

SUB TOTAL                     $27.31
Tax 1                          $0.58
Tax 2                          $0.63

TOTAL                         $28.52
Master                        $28.52
Item count: 5
Trans:20454     Terminal:030000023-001002

THANK YOU AND PLEASE COME AGAIN !!!

WWW.THEBESTSTOPSUPERMARKET.COM

---

Winn✓Dixie
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY                  50.00 T
****  TAX        .00      50.00
                 TOT
   CREDIT CARD             50.00

12/06/06  4:57 PM 1511 33 0088 740
TOTAL NUMBER OF ITEMS SOLD = 1

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS. TERRI

DIRECTOR BELESKY, DARRYL A
STORE # 1511 - GULFPORT ,MS
PHONE # (228)832-8452
PHARMACY 228)832-0051
FTD FLORIST (800)862-9297

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY 49
GULFPORT, MS
12/06/06      4:57 PM
TERMINAL ID: WP1511

**WAL★MART**
ALWAYS LOW PRICES.
*Always*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00000174 TE# 65 TR# 01728
1.00 lb AT 4.32 lb 4.32
LOWEST PRICE 4.04 lb 4.04
DEVELOPING 023497280432          4.04 T
HYDROCORTIZO 038113173220        4.94 X
SUBTOTAL              8.98
TAX 1  7.000 %                   0.63
TOTAL               9.61
MCARD TEND          9.61

ACCOUNT #5646
APPROVAL #110225
TRANS ID -
VALIDATION -
PAYMENT SERVICE - A
CHANGE DUE          0.00

# ITEMS SOLD 2

TC# 1957 5760 8923 2922 4633

Get 300+ generic scripts at $4 each,
up to a 30 day supply. Select states.
12/07/06     14:01:58

***CUSTOMER COPY***

---

I'm MARY, Thank you for allowing me to
serve you today.

511          10   1198   05195  031

RFN# 0519-5311-1989-0612-0720

SONY T120            A        1.99
SONY T120            A        1.99-VOID
M SONY T120          1A        .99
CIARA G/SET          1A       12.99
INVISIB TAPE         1A        .99
INVISIB TAPE         1A        .99
BOB CANE 60Z         A        1.69
P/M TAGS 21S         A        1.98
2 @ .99
H/HK TISSUE          1A        .99
B/W BOW BNS          1A        .99
BIG ROLL1000         A        1.78
2 @ .89

BIG ROLL1000         A        1.00-WAGC
2 @ .39
BOB CANE 60Z         A         .70-WAGC
P/M TAGS 21S         A        1.20-WAGC
2 @ .39
B/W BOW BNS          1A        .60-WAGC
INVISIB TAPE         A        1.20-WAGC
2 @ .39
H/HK TISSUE          1A        .60-WAGC
MFG COUPON           1         .75-MFGC
MFG COUPON           1         .75-MFGC
SUBTOTAL            16.59

A=7% SALES TAX                 1.27
TOTAL              17.86

MASTER CARD        17.86
ACCT#*******x5646
CHANGE               .00

WAG COUPON SAVINGS:            5.30
MFG COUPON SAVINGS:            1.50
                              ----
YOUR TOTAL SAVINGS:            6.80

RFN# 0519-5311-1989-0612-0720

15371 Dedeaux Rd, Gulfport, MS
STORE   (228)539-2352

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

MEDICARE PART D
PRESCRIPTION INSURANCE

Politz 1022

# Winn✓Dixie

Getting better all the time.

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| | | |
|---|---|---|
| TIC TAC BOLD MINT | | .99 B |
| TIC TAC BOLD MINT | | .99 B |
| NSA CREME CAKES | | 4.59 B |
| 1@1.69 CELERY, SLEEVED | RC | 1.69 B |
| C/S STRAWBERRIES | RC | 3.49 B |
| 4.4OZ BLUEBERRIES | BU | 1.99 B |
| 1 @ 3/.93 | | |
| POTTED MEAT | | .31 B |
| 1 @ 3/.93 | | |
| POTTED MEAT | | .31 B |
| 1 @ 3/.93 | | |
| POTTED MEAT | | .31 B |
| W-D COLBY JACK CHZ | RC | 2.29 B |
| W-D SHRP CHEZ/STCK | RC | 2.29 B |
| W-D SHRP CHEZ/STCK | RC | 2.29 B |
| SL BR HKRY SMK HAM | RC | 4.82 B |
| SL SMK TURKEY | RC | 3.70 B |
| 1@2.99 CAULIFLOWER | BU | 2.99 B |
| 1@2.29 BUNCH BROCCOLI | RC | 2.29 B |
| CARD GREETING CARD | | 1.99 T |
| 1.06 lb @ 2.99 /lb | | |
| WT   RED CLUSTER TOMS. | RC | 3.17 B |
| GARLIC 3 BULBS | | .99 B |
| 0.66 lb @ 1.79 /lb | | |
| WT   YELLOW SQUASH | RC | 1.18 B |
| 0.92 lb @ 1.99 /lb | | |
| WT   GREEN ZUCCHINI | RC | 1.83 B |
| WD B&S FLAKEY ROLL | | 1.49 B |
| 1 @ 2/3.00 | | |
| TM HOT ROLL SAUS | | 1.50 B |
| WD LARGE EGGS | RC | 1.25 B |
| WHITE CANDLE | | 1.29 T |
| HRKY SWT THN BACON | RC | 2.99 B |
| HRKY SWT THN BACON | RC | 2.99 B |
| HRKY SWT THN BACON | RC | 2.99 B |
| HRKY SWT THN BACON | RC | 2.99 B |
| COMM D/R PURE COFF | RC | 4.99 B |
| COMM D/R PURE COFF | RC | 4.99 B |
| COMM D/R PURE COFF | RC | 4.99 B |
| COMM D/R PURE COFF | RC | 4.99 B |
| BEGGIN STRIPS ORG. | | 3.79 T |
| REWARD CUSTOMER | | 420XXXX0880 |



Politz 1024

**WAL★MART**
ALWAYS LOW PRICES.
*Always*

```
S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00000410 TE# 21 TR# 08352
BREADED OKRA 020589920076        0.75 T
MT DEW       001200000134 F      1.08 X
LETTUCE      000000004061KF      1.18 X
GRN ONION    003338360803 F      1.17 X
CELERY       003338356322 F      0.68 T
    WAS 1.44 YOU SAVED 0.76
GV STIR FRY  060538818743 F      1.46 T
BE SYMBRCGAL 001460001132 F      1.78 T
SQUASH       00000004086KF
    1.84 lb @ 1 lb /1.53         2.82 X
GALA APPLE   00000004135KF
    WAS 1.48/lb YOU SAVED 0.50
    1.41 lb @ 1 lb /0.98         1.38 T
BUTTERMILK   007225613213 F      1.47 T
GV FIESTA CH 060538818788 F      1.90 T
GV CHED SHED 007874237417 F      1.50 T
PICT CT OKRA 007056086611 F      2.42 T
THK CRMY PCH 007047018086 F      0.50 T
THK CRMY STW 007047018081 F      0.50 T
LT BLACKBERR 007047006526 F      0.50 T
THK CRMY LM  007047018082 F      0.50 T
THK CRMY PCH 007047018086 F      0.50 T
YOP LT PCH   007047000655 F      0.50 T
COLE SLAW    020613770129 F      1.29 T
HOT OATMEAL  007874201371 F      0.98 X
ROTEL        006414428243 F      0.53 T
CRM MUSHRM   005100011551 F      0.93 T
PRO CKN PEN  004119691506 F      1.50 T
CAN SOUP     004119691409 F      1.50 T
JELLY        005150004002 F      2.46 T
REG TENDERS  020580030290        2.90 T
POTATO WEDGE 020816940048        0.48 T
ROLL         007343500008 F      2.38 T
JELLO PUD    004300020559 F      0.62 T
JELLO PUD    004300020552 F      0.62 T
SF TRUFFLES  007726009623 F      1.50 X
SF TRUFFLES  007726009623 F      1.50 X
SF MINT      007726009626 F      1.50 X
YELLOW RICE  001740010505 F      0.53 X
YELLOW RICE  001740010505 F      0.53 X
ROLAIDS      031254765455        1.88 X
ROL ES FRT   031254765029        1.57 X
JELLO PUD    004300020559 F      0.62 T
SF CHEESECAKE 004300020812 F     0.62 T
JELLO PUD    004300020553 F      0.62 T
JELLO GEL    004300020136 F      0.48 T
SF CHEESECAKE 004300020812 F     0.62 T
                  SUBTOTAL       59.64
COUPON 51600 055190010025 F      0.25-0
COUPON 41196 054119611024 F      0.50-0
COUPON 12547 051254799225 F      0.55-0
COUPON 70470 057047091022 F      0.40-0
                  SUBTOTAL       57.94
    TAX 1    7.000 %             4.17
                  TOTAL          62.11
                  MCARD TEND     62.11

ACCOUNT #5646
APPROVAL #862884
TRANS ID -
VALIDATION -
PAYMENT SERVICE - A
                  CHANGE DUE     0.00
```

# ITEMS SOLD 51

```
TC# 7927 5468 8173 2921 9583
```

Get 300# generic scripts at $4 each,
up to a 30 day supply. Select states.
    12/07/06      15:08:49

***CUSTOMER COPY***

---

**Walgreens**
The Pharmacy America Trusts · Since 1901
I'm Jeremy. Thank you for allowing me
to serve you today.

```
453          70   4989   05195  027

453          10   4991   05195  027


453          10   4993   05195  027
RFN# 0519-5274-9936-0611-2020

SQUEAKY              A      1.99
SQUEAKY              A      1.01
  1 @ 1/ 1.99 - 2/ 3.00
ASPN DOG TOY        1A      2.00
HM TWISTIDEN         A      3.29
R/S S/F 30Z          A      1.98 SALE
R/S S/F 30Z          A       .00 SALE
  1 @ 1/ 1.99 - 2/ 1.99
R/S NTYC#32          A      1.99 SALE
R/S S/F 30Z          A       .00 SALE
  1 @ 1/ 1.99 - 2/ 1.99
R/S MC 3.25Z         A      1.99 SALE
R/S MC 3.25Z         A       .00 SALE
  1 @ 1/ 1.99 - 2/ 1.99
R/S S/F 30Z          A      1.99 SALE
R/S S/F 30Z          A       .00 SALE
  1 @ 1/ 1.99 - 2/ 1.99
                  SUBTOTAL      16.25
A-7% SALES TAX                   1.14
                  TOTAL         17.39
MASTER CARD                    17.39
  ACCT#********5846
                  CHANGE          .00

WAG ADVERTISED SAVINGS:          7.96
                                 ----
YOUR TOTAL SAVINGS:              7.96
```

```
15971 Dedeaux Rd, Gulfport, MS
STORE        (228)539-2352

        THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE
NOVEMBER 20, 2006          4:47 PM

****************************
      YOUR OPINION COUNTS!
****************************

ENTER FOR A CHANCE TO WIN $10,000 CASH

     PLEASE CALL TOLL FREE
       1-888-398-5428
        OR LOGON TO
     WWW.WALGREENSSURVEY.COM

WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0519-5274-9936-0611-2020-06

   SEE STORE FOR CONTEST RULES

RETAIN THIS RECEIPT FOR YOUR RECORDS

NOVEMBER 20, 2006          4:47 PM
```

Politz 1025

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER                    420XXXX0880

```
 1 @ 4/4.00
      G.G. CUT GREEN BNS RC    1.00 B
RC 00031494 G.G. CUT GR (.50)S   .50-B
 1 @ 4/4.00
      GG K/SL GRN BEANS  RC     1.00 B
RC 00031494 GG K/SL GRN (.50)    .50-B
 1 @ 4/4.00
      GG K/SL GRN BEANS  RC     1.00 B
RC 00031494 GG K/SL GRN (.50)    .50-B
 1 @ 4/4.00
      GG K/SL GRN BEANS  RC     1.00 B
RC 00031494 GG K/SL GRN (.50)    .50-B
 1 @ 4/4.00
      GG K/SL GRN BEANS  RC     1.00 B
RC 00031494 GG K/SL GRN (.50)    .50-B
 1 @ 4/4.00
      G.G. CUT GREEN BNS RC    1.00 B
RC 00031494 G.G. CUT GR (.50)S   .50-B
 1 @ 4/4.00
      G.G. CUT GREEN BNS RC    1.00 B
RC 00031494 G.G. CUT GR (.50)S   .50-B
      DOMINO LT BRWN SGR RC      .99 B
RC 00032001 DOMINO LT B (.69)R   .30-B
      DOMINO LT BRWN SGR RC      .99 B
RC 00032001 DOMINO LT B (.69)R   .30-B
 1 @ 2/1.39
      JELLO S/F LIME     RC      .70 B
RC 00032172 JELLO S/F L (.40)    .30-B
      JELLO S/F INST B.GN RC     .89 B
RC 00021038 JELLO S/F I (.50)N   .39-B
      JELL S/F WHIT CHOC RC      .89 B
RC 00021038 JELL S/F WH (.50)C   .39-B
      JELLO SF IN/VAN PD RC      .89 B
RC 00021038 JELLO SF IN (.50)U   .39-B
 1 @ 4/4.00
      GG K/SL GRN BEANS  RC     1.00 B
RC 00031494 GG K/SL GRN (.50)    .50-B
 1 @ 4/4.00
      G.G. CUT GREEN BNS RC    1.00 B
RC 00031494 G.G. CUT GR (.50)S   .50-B
 1 @ 4/4.00
      G.G. CUT GREEN BNS RC    1.00 B
RC 00031494 G.G. CUT GR (.50)S   .50-B
      WD HVY WHIP CRM           2.79 B
MO    PRODUCE                    .25 B
**** TAX        .79  TOT       12.11

      JELLO SF IN/VAN PD RC      .89 B
RC 00021038 JELLO SF IN (.50)U   .39-B
      JELL SF INST CHO/F RC      .89 B
RC 00021038 JELL SF INS (.50)F   .39-B
      JELL S/F WHIT CHOC RC      .89 B
RC 00021038 JELL S/F WH (.50)C   .39-B
      FRNCH'S FRD ONIONS RC     3.29 B
RC 00032034 FRNCH'S FR (2.99)S   .30-B
      WD HVY WHIP CRM           2.79 B
**** TAX       1.30  TOT       19.90

VF    GIFT CARDS               10.00

VF    CREDIT CARD               9.90
```

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

      PHARMACY                 12.95 T

REWARD CUSTOMER                    420XXXX0880

```
 **** TAX        .00  TOT       12.95
      $10 GIFT CARD       NP    10.00
GIFTCARD: XXXXXXXXXXXXXXX0732   10.00

      $10 GIFT CARD       NP    10.00
GIFTCARD: XXXXXXXXXXXXXXX0724   10.00

RC    $10 OFF REFILL #2        10.00-
RC    $10 OFF REFILL #3        10.00-
 **** TAX        .00  TOT       12.95

VF    CREDIT CARD              12.95
```

TOTAL NUMBER OF ITEMS SOLD =  3
11/17/06 12:44 PM 1511 33 0038 740

      REWARD CARD SAVINGS         20.00

# You Saved  $20.00

```
453        10   0894   05195  027

   RFM# 0519-5270-8944-0812-1220

LGHTD SNOMHN          A    5.00 SALE
SPUNGLS FIGR          A    5.00 SALE
   1 @ 2/ 10.00
PLANER 13.5OZ         A     2.99
PLANER 13.5OZ         A     2.01
   1 @ 1/ 2.99 - 2/ 5.00




PUF POPUP108         1A     1.49
PUF POPUP108         1A     1.49
HOT/N CARS           1A     1.19
HOT/N CARS           1A     1.19
HOT/N CARS           1A     1.19
Q-T SWAB 500         1A     3.99
PROG CHK NDL 190Z     A     2.69
PROG CHK NDL 150Z     A     2.31
   1 @ 1/ 2.69 - 2/ 5.00
SNK CHKN BRTH 14OZ    A     1.19
SNK CHKN BRTH 14OZ    A      .81
   1 @ 1/ 1.19 - 2/ 2.00
CAR E/MLK 12OZ       1A     1.19
CMP NSH 10.75OZ       A     1.29
HUNTS SAUCE 8OZ       A      .69




SNN CHKK BRTH 14OZ    A     1.00
CMP NSH 10.75OZ       A     1.21
   1 @ 1/ 1.29 - 2/ 2.50
HUNTS SAUCE 8OZ       A      .69
HUNTS SAUCE 8OZ       A      .62
   1 @ 1/ .69 - 3/ 2.00
HUNTS SAUCE 8OZ       A      .67
CMP NSH 10.75OZ       A     1.25
CMP NSH 10.75OZ       A     1.25
   1 @ 1/ 1.29 - 2/ 2.50
CMP NSH 10.75OZ       A     1.25
SWN CHKN BRTH 14OZ    A     1.00
   1 @ 1/ 1.19 - 2/ 2.00
HOL H/CLIPS          1A      .99
J/BELL ERRNG         1A      .89
J/BELL ERRNG         1A      .99
SWN CHKN BRTH 14OZ    A    2.00-WAGC
   4 @ 2/ 1.00
HUNTS SAUCE 8OZ       A    1.67-WAGC
   4 @ 4/ 1.00
CMP NSH 10.75OZ       A    2.25-WAGC
   5 @ 5/ 4.00
PROG CHK NDL 190Z     A    2.00-WAGC
   2 @ 2/ 3.00
CAR E/MLK 12OZ       1A     .50-WAGC
PUF POPUP108          A    1.20-WAGC
   2 @ .89
HOT/N CARS            A    1.20-WAGC
   3 @ .79
Q-T SWAB 500         1A    2.00-WAGC
   SUBTOTAL                34.80

A=7% SALES TAX              2.44
   TOTAL                   37.24

   MASTER CARD          37.24
   ACCT#********55X6
   CHANGE                   .00

WAG COUPON SAVINGS:        12.82

YOUR TOTAL SAVINGS:        12.82
```

15371 Dedeaux Rd. Gulfport, MS
STORE    (228)539-2352

          THANK YOU
       PLEASE COME AGAIN

RETAIN THIS RECEIPT FOR YOUR RECORDS

Politz 1027