# Citi® Dividend Platinum Select® Card

**citi**

**Customer Service:**
1-800-950-5114

BOX 6500
SIOUX FALLS, SD
57117

| | Total Credit Line $10000 | Available Credit Line $9708 | Cash Advance Limit $10000 | Available Cash Limit $9708 | New Balance $291.13 |
|---|---|---|---|---|---|
| | Statement/ Closing Date 11/15/2006 | Amount Over Credit Line $0.00 + | Past Due $0.00 + | Purch/Adv Minimum Due $32.53 = | Minimum Amount Due $32.53 |

Reference Number    84127497

**Activity Since Last Statement**

**Payments, Credits & Adjustments**
PAYMENT THANK YOU                                      -14.92

Standard Purch
LATE FEE - OCT PAYMENT PAST DUE                        29.00
JCPENNEY STORE 0688    BILOXI   MS                     38.50
CABLE ONE *           888-522-2535   AZ                58.95
WINN-DIXIE #8928 1511 S91 GULFPORT  MS                 98.75
MICHAELS #9929            GULFPORT  MS                126.30
PURCHASES*FINANCE CHARGE*PERIODIC RATE                  1.53

Amount

*Handwritten notations:* -14.92 ... 29.00, 38.50, 58.95, 98.75, 126.30, 1.53

Sale Date Post Date
11/08
11/15
11/01
11/08
11/08
11/15

XH73HH75
QVBHNHOJ
QVGBHNHO
QQQZPY30

***Dividend dollars Program***

Category Bonus Dividend Dollars
Gas, Groc, Drug Conv Store Cable Util
Total Category Bonus Div Dollars Earned                 0.96

**CASH WHEN YOU NEED IT** — It's easier than ever to get cash, up to your available
cash advance limit. Tear off the attached check, deposit it into your bank
account, or use it like any personal check. Convenience checks access the cash
advance portion of your credit line. Refer to your Card Agreement for specific
finance charges.

****Dividend Dollars Summary****
Previous Statement Div Dollar Total                     4.04
Bonus Div Dollars Earned                                2.61
Bonus Div Dollars Earned by Category                    0.96
Total Div Dollars Earned this period                    3.97
Total Div Dollars Available                             7.61

Bonus Cash Back may take one to two billing cycles to appear on your statement.
Please refer to the specific terms and conditions pertaining to the promotion
for further details.

If your 'Total Div Dollar Available' balance is at least $50, call us at
1-866-676-4672 or go to www.citicards.com, so that we may send you a check.

Your late fee was based on your account balance as of the payment due date
(11/07/06), which was $311.47.

Use your Citi card to receive $10 off your first 20 lb. gift box of Al's Family
Farms Florida Citrus! Navels $24.95 or mixed, Reg! $34.95, intro price
$24.95 plus s&h. To order: 1-866-743-6277, Dept: 07X, or www.enjoycitrus.com

*Handwritten:* On sept 100   3053   Bill   I mailed about the date   They will give me credit for the $29.00   chg on 11/28/06  1.53   Pd 291.13 0 Bal   11-28-06   # 1053

it'sallinside™

## JCPenn

JCPENNEY #0688
2600 BEACH BLVD
BILOXI, MS  39531
(228)388-8550

```
725/2906/010401      CTN OPP TW PAD
UPC No. 079633426143
            QTY 1            29.99
  Sale Disc               -9.00
  Selling Price Disc      -3.00
  Total Discounts        -12.00
  Discounted Price                 17.99
  Net Sales/Return Value           17.99
725/2906/010401      CTN OPP TW PAD
UPC No. 079633426143
            QTY 1            29.99
  Sale Disc               -9.00
  Selling Price Disc      -3.00
  Total Discounts        -12.00
  Discounted Price                 17.99
  Net Sales/Return Value           17.99

Subtotal                          35.98
Sales Tax 7.0000% 39531             2.52
Total                             38.50

        Total Items Sold: 2
        Total Items Returned: 0
   Your Total Savings Today: 24.00
```

... allin.side.™

## JCPenney

# FREE

# SHIPPING

on your next jcp.com or **JCPenney**
Catalog order of $49 or more delivered
to a JCPenney Catalog Desk.

Offer good through November 27, 2005

**to order & save:**

· Shop **jcp.com** and check "yes" under
  "discounts", then enter **POSFREE** in the
  "promotional code" box at checkout.

- OR -

· Call **1-800-222-6161** and ask for
  **POSFREE.**

*Offer good only on merchandise orders of $49
or more delivered within the 48 contiguous
United States to a JCPenney Catalog Desk.
The following purchases don't qualify for this
discount, nor toward the $49 purchase amount
required (excluding taxes): bonus, offers, truck,
express deliveries; supplier shipped mer-
chandise; Jodee Catalog; Telefloral; Sephora
Website, clearance/outlet prior purchases/
chases, orders currently being processed or in
combination with any other offers. Offer good
through November 27, 2005.

```
I certify this acknowledges receipt of
merchandise in the amount shown, and
agrees to pay for it according to credit
contract or card issuer.

Store: 0688     Term: 261     Tran: 9807
Date: 11/01/05 Time: 04:02    Assoc: 7241

  National Bra Fit Event 11/9 - 11/18
Make an appointment with a Fit Specialist
     In Intimate Apparel Today

        Visit our website at
        www.jcpenney.com
```



11010650688026151989300

Politz 1029

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY
420XXXX0660                    37.75 T

**** TAX              .00  TOT    37.75

REWARD CUSTOMER

$10 GIFT CARD        NP   10.00
GIFTCARD: XXXXXXXXXXXXX0404  10.00

RC    $10 OFF REFILL #4    10.00-
**** TAX          .00  TOT    37.75

VF    CREDIT CARD               37.75

TOTAL NUMBER OF ITEMS SOLD = 2
11/03/06  1:16 PM 1511 33 0026 735

PREPAID CARD SAVINGS
                                10.00

**You Saved    $10.00**

YOU HAVE SAVED A TOTAL OF    655.45

# Citi® Dividend Platinum Select® Card

**Citi**

Account Number

**Customer Service:**
1-800-950-5114

BOX 6500
SIOUX FALLS, SD
57117

| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $10000 | $9985 | $10000 | $9985 | $14.92 |

| Statement/ Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
|---|---|---|---|---|
| 10/18/2006 | $0.00 + | $0.00 + | $14.92 = | $14.92 |

**Activity Since Last Statement**

| Sale Date | Post Date | Reference Number | | | Amount |
|---|---|---|---|---|---|
| 10/01 | 10/01 | VQL45IFS | Standard Purch 00095208 GULFPORT MS | | 14.92 |
| | | | KMART | | |

CASH WHEN YOU NEED IT - It's easier than ever to get cash, up to your available Cash Advance Limit. Tear off the attached check, deposit it into your bank account, or use it like any personal check. Convenience checks access the cash advance portion of your credit line. Refer to your Card Agreement for specific finance charges.

****Dividend Dollars Summary****
Previous Statement Div Dollar Total                3.89
Div Dollars This Statement                         0.15
Total Div Dollars Earned this period               0.15
Total Div Dollars Available                         4.04

Bonus Cash Back may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

If your Total Div Dollar Available balance is at least $50, call us at 1-866-676-4672 or go to www.citicards.com, so that we may send you a check.

Use your Citi card to receive $10 off your first 20 lb. gift box of al's Family Farms Florida Citrus! Navels, grapefruits or mixed. Reg! $34.95, intro price $24.95 plus s&h. To order! 1-866-743-5277, Dept. 07X, or www.enjoycitrus.com

Earn unlimited CASH BACK when you shop within the Citi(R) Dividend Merchant Network. Go to www.citicards.com and activate your membership. It's fast, easy and free. The Citi Dividend Card - the only way to earn cash back fast.

*[Handwritten: Pd 11-6-06 $14.92 #4666]*
*[Handwritten: The Late Pay will take 11/28/06 charge]*

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $0.00 | $14.92 | $0.00 | $0.00 | $14.92 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $0.00 | $14.92 | $0.00 | $0.00 | $14.92 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $0.00 | 0.04997%(D) | 18.240% | 18.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.06367%(D) | 23.240% | 23.240% |

SEND PAYMENTS TO: CITI CARDS P.O. BOX 6411 THE LAKES, NV 88901-6411

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $14.92 | $289.60 | $14.92 | $1.53 | $291.13 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $14.92 | $289.60 | $14.92 | $1.53 | $291.13 |

Days This Billing Period: 28

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $109.61 | 0.04997%(D) | 18.240% | 18.240% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.06367%(D) | 23.240% | 23.240% |

SEND PAYMENTS TO: CITI CARDS P.O. BOX 6411 THE LAKES, NV 88901-6411 8638N
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 12/05/2006

Visit: www.citicards.com

Your Account Number

Please Enter Amount Of Payment Enclosed $

| Payment Due Date | Your Total Balance | Minimum Amount Due |
|---|---|---|
| | | |

8638N MC 00 V 1 BR5040831

Sam's Club Discover®



**Get Rewarded!**
Use your card for all purchases and maximize your rewards.

Accepted At More Than 4 Million Locations Where You Sea

Prepared For
JAN POLITZ

Member Service: 1-866-220-0254
Or Online At samsclubdiscover.com

Account Number

## ACCOUNT INFORMATION

| Statement Date | Days In Billing Period | Minimum Payment This Period | Payment Due Date | Total Minimum Payment |
|---|---|---|---|---|
| 02/14/2007 | 31 | $15.00 | 03/06/2007 | $15.00 |

## CASH EARNED SUMMARY

| | | |
|---|---|---|
| Previous Reward Balance | $31.41 | |
| (+) Rewards Earned | $0.14 | |
| = Cash Reward Balance | $0.00 | |

**Didn't receive a Rewards Check?**

To receive a Rewards Check, you must have earned more than $5.00 in Rewards during 2006, and your account must be in good standing.

## BALANCE SUMMARY

| Cash Advance / Quick Cash Limit | Total Credit Limit | Available Cash Limit | Available Credit Limit |
|---|---|---|---|
| $2,800 | $14,000 | NONE | NONE |

| Previous Balance | - Payments & Credits | + Purchases/Balance Transfers/Fees/Debits | + Cash Advance/Quick Cash | +/- Net FINANCE CHARGE /Transaction Fees | = New Balance |
|---|---|---|---|---|---|
| $153.87 | $153.87 | $55.32 | $0.00 | $0.00 | $55.32 |

## TRANSACTION SUMMARY

| Post Date | Tran. Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 01/25 | 01/25 | 76011360S00Y2892H | PAYMENT - THANK YOU | $153.87 CR |
| 01/30 | 01/30 | 76011360Z01AH0FDY | SAMS CLUB #8236 GULFPORT MS | $55.32 |
| | | | SNACKS/COOKIES, FROZEN FOODS | |
| | | | DAIRY, OIL & CONDIMENTS | |
| | | | PRODUCE, BEER | |

THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY

## FINANCE CHARGE SUMMARY

| | Expiration Date | Average Daily Balance | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | |
|---|---|---|---|---|---|---|
| | | | | | Due to Daily Periodic Rate | Transaction Fees |
| Regular Purchases | NA | $0.00 | .05854% | 21.37% | $0.00 | $0.00 |
| Cash Advances | NA | $0.00 | .06676% | 24.37% | $0.00 | $0.00 |
| Quick Cash | NA | $0.00 | 0.00% | 0.00% | $0.00 | $0.00 |
| ANNUAL PERCENTAGE RATE for purchases .......... | | | 21.37% | Total FINANCE CHARGE | | $0.00 |
| ANNUAL PERCENTAGE RATE for cash advances .......... | | | 24.37% | | | |

*Pd 2-23-07*
*55.32*
*# 1079 & Bal.*
*Acct. Closed*

PAYMENT DUE BY 5 P.M. ON THE DUE DATE. We may convert your payment to an electronic debit. See reverse side for details.
NOTICE: See reverse side for Billing Rights and other important information.

6709  0017  EDG      1      7  14  070214        F  Page 1 Of 1      6212  1000  A203  01BL6709        7174

Politz 1033

Our Business Is Saving
Your Business Money.℠



CLUB MANAGER
( 228 ) 864
Fax and Pull # (
GULFPORT,
01/30/    9994-37

BUDSELECT
CHICK BROTH
SPRING MIX
TNTBURGER
WHIP TOPPING                    5.93 T
PANETINI                        5.88 T
          SUBTOTAL             51.70
   TAX    7.000 %               3.62
             TOTAL             55.32
SAMS DISCOVER P CREDIT         55.32
ACCOUNT #                       4347
APPROVAL #                    000519
          CHANGE DUE            0.00

# ITEMS SOLD 6

   9 7949 7971 3644

us what you think! We want your
      WWW.SAMSCLUBOPINION.COM
   01/30/      14:02:32

*** MEMBER COPY ***

SAM'S CLUB® DISCOVER®

**Want To Earn Up To 2% Cash Back?**
Upgrade To A SAM'S CLUB Plus™ Membership Today!

Accepted At Over 4 Million
Locations Where You See

Prepared For
IAN POLITZ

Member Service: 1-866-220-0254
Or Online At samsclubdiscover.com

Account Number
_____

## ACCOUNT INFORMATION

| Statement Date | Days In Billing Period | Minimum Payment This Period | Payment Due Date | Total Minimum Payment |
|---|---|---|---|---|
| 12/14/2006 | 30 | $15.00 | 01/03/2007 | $15.00 |

## CASH EARNED SUMMARY

| | | You have earned $31.03 |
|---|---|---|
| Previous Reward Balance | $30.26 | |
| (+) Rewards Earned | $0.77 | Upgrade to a Plus Membership today, |
| = Cash Reward Balance | $31.03 | and earn up to 2% Cash Back! |
| | | See your local Sam's Club for details. |

## BALANCE SUMMARY

| Cash Advance / Quick Cash Limit | Total Credit Limit | Available Cash Limit | Available Credit Limit |
|---|---|---|---|
| $2,800 | $14,000 | $2,800 | $13,922 |

| Previous Balance | Payments & Credits | + Purchases/Balance Transfers/Fees/Debits | + Cash Advance/Quick Cash | +/- Net FINANCE CHARGE/Transaction Fees | = New Balance |
|---|---|---|---|---|---|
| $1,082.50 | $1,082.50 | $77.32 | $0.00 | $0.00 | $77.32 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 11/24 | 11/24 | 7601136N590XYPAVQ | PAYMENT - THANK YOU | $1,082.50 CR |
| 11/30 | 11/30 | 7801196H200299QJZ | SAMS CLUB #8235 GULFPORT-MS SAM'S CLUB PURCHASE | $77.32 |

**THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.**

## FINANCE CHARGE SUMMARY

| | Expiration Date | Average Daily Balance | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | |
|---|---|---|---|---|---|---|
| | | | | | Due to Daily Periodic Rate | Transaction Fees |
| Regular Purchases | NA | $0.00 | .05854% | 21.37% | $0.00 | $0.00 |
| Cash Advances | NA | $0.00 | .06676% | 24.37% | $0.00 | $0.00 |
| Quick Cash | NA | $0.00 | 0.00% | 0.00% | $0.00 | $0.00 |

| ANNUAL PERCENTAGE RATE for purchases | 21.37% | Total FINANCE CHARGE | $0.00 |
|---|---|---|---|
| ANNUAL PERCENTAGE RATE for cash advances | 24.37% | | |

## CARDHOLDER NEWS & INFORMATION

GO DIGITAL. Use your card for that digital camera or camcorder you've been thinking about. Plus, pay for your digital prints and photos on CD with your card as well. Let your SAM'S CLUB DISCOVER® help you with all of your holiday photo and video needs.

ONLINE ANYTIME! Access your account 24/7 at samsclubdiscover.com. You can view your account balance and recent transactions, make payments, and download activity to personal financial software anytime.

**PAYMENT DUE BY 5 P.M. ON THE DUE DATE.** We may convert your payment to an electronic debit. See reverse side for details.
**NOTICE:** See reverse side for Billing Rights and other important information.

Politz 1035



Our Business Is Saving
Your Business Money.™

CLUB MANAGER DAVID SHAW
( 228 ) 864 - 3061
Fax and Pull # (228)864-5145
GULFPORT, MS
11/30/06 15:00 0120 8236 004          1492

MEMBER  101-11207115627

# THANK YOU,
JAN POLITZ

141256 WHIP TOPPING
233370 TRASH BAG                    12.88 I
685265 TNTBURGER                    11.86 T
441499 BUDSELECT                    16.32 T
780816 TABLECLOTH
                    SUBTOTAL
        TAX 1    .000 %              5.91
                    TOTAL            77.32
    SAMS DISCOVER P CREDIT           77.32
ACCOUNT #                           4347
APPROVAL #                          000846
            CHANGE DUE               0.00

# # ITEMS SOLD

TC# 4198 8676 9900 86.. 318

Pick up a gift card
for those who matter.
11/30/06     15:02:08

*** MEMBER COPY ***

**SAM'S CLUB® DISCOVER®**

**Want To Earn Up To 2% Cash Back?**
Upgrade To A SAM'S CLUB Plus™ Membership Today!

Accepted At Over 4 Million
Locations Where You See

Prepared For
IAN POLITZ

Member Service 1-866-220-0254
Or Online At samsclubdiscover.com

Account Number

## ACCOUNT INFORMATION

| Statement Date | Days In Billing Period | Minimum Payment This Period | Payment Due Date | Total Minimum Payment |
|---|---|---|---|---|
| 12/4/2006 | 30 | $15.00 | 01/03/2007 | $15.00 |

## CASH EARNED SUMMARY

| | | You have earned $31.03 |
|---|---|---|
| Previous Reward Balance | $30.26 | |
| (+) Rewards Earned | $0.77 | Upgrade to a Plus Membership today, |
| = Cash Reward Balance | $31.03 | and earn up to 2% Cash Back! |
| | | See your local Sam's Club for details. |

## BALANCE SUMMARY

| Cash Advance / Quick Cash Limit | Total Credit Limit | Available Cash Limit | Available Credit Limit |
|---|---|---|---|
| $2,800 | $14,000 | $2,800 | $13,922 |

| Previous Balance | – Payments & Credits | + Purchases/Balance Transfers/Fees/Debits | + Cash Advance/Quick Cash | + Net FINANCE CHARGE/Transaction Fees | = New Balance |
|---|---|---|---|---|---|
| $1,082.50 | $1,082.50 | $77.32 | $0.00 | $0.00 | $77.32 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 11/24 | 11/24 | 7601 36N900X7TAVQ | PAYMENT - THANK YOU | $1,082.50 CR |
| 11/30 | 11/30 | 7801 36NZN0U299Q7Z | SAMS CLUB #8235 GULFPORT MS SAM'S CLUB PURCHASE | $77.32 |

**THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.**

## FINANCE CHARGE SUMMARY

| | Expiration Date | Average Daily Balance | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | |
|---|---|---|---|---|---|---|
| | | | | | Due to Daily Periodic Rate | Transaction Fees |
| Regular Purchases | NA | $0.00 | .05854% | 21.37% | $0.00 | $0.00 |
| Cash Advances | NA | $0.00 | .66676% | 24.37% | $0.00 | $0.00 |
| Quick Cash | NA | $0.00 | 0.00% | 0.00% | $0.00 | $0.00 |
| ANNUAL PERCENTAGE RATE for purchases | | | | 21.37% | Total FINANCE CHARGE | $0.00 |
| ANNUAL PERCENTAGE RATE for cash advances | | | | 24.37% | | |

## CARDHOLDER NEWS & INFORMATION

GO DIGITAL. Use your card for that digital camera or
camcorder you've been thinking about. Plus, pay for your
digital prints and photos on CD with your card as well.
Let your SAM'S CLUB® DISCOVER® help you with all of
your holiday photo and video needs.

ONLINE ANYTIME! Access your account 24/7 at
samsclubdiscover.com. You can view your account balance and
recent transactions, make payments, and download activity to
personal financial software anytime.

**PAYMENT DUE BY 5 P.M. ON THE DUE DATE.** We may convert your payment to an electronic debit. See reverse side for details.
**NOTICE:** See reverse side for Billing Rights and other important information.

6799  0002  EDG    1    7  14  061214          Page 1 Of 2          6212  1000  A203  01AM6709      6022



Our Business Is Saving
Your Business Money.

CLUB MANAGER DAVID SHAW
( 228 ) 864 - 3061
Fax and Pull # (228)864-5145
GULFPORT, MS
11/30/06 15:00 0120 8236 004          1492
MEMBER 101-11207115627

# THANK YOU,
JAN POLITZ

141256 WHIP TOPPING
233370 TRASH BAG                12.88
685265 TNTBURGER                11.86 T
441499 BUDSELECT                16.32 T
780816 TABLECLOTH
                  SUBTOTAL
TAX 1     7.000 %                5.49
                  TOTAL          77.32
SAMS DISCOVER P CREDIT           77.32
ACCOUNT #                        4347
APPROVAL #                       000845
              CHANGE DUE         0.00

# ITEMS SOLD

TC# 4198 8676 9900 86  318

Pick up a gift card
for those who matter.
11/30/06      15:02:08

*** MEMBER COPY ***

**SAM'S CLUB® DISCOVER®**

**Want To Earn Up To 2% Cash Back?**
**Upgrade To A SAM'S CLUB Plus℠ Membership Today!**

Accepted At Over 4 Million Locations Where You See

Prepared For:
JAN POLITZ

Member Service: 1-866-220-0254
Or Online At samsclubdiscover.com

Account Number

## ACCOUNT INFORMATION

| Statement Date | Days in Billing Period | Minimum Payment This Period | Payment Due Date | Total Minimum Payment |
|---|---|---|---|---|
| 11/09/2006 | | $28.00 | 12/04/2006 | $28.00 |

## CASH EARNED SUMMARY

| | |
|---|---|
| Previous Reward Balance | $19.42 |
| (+) Rewards Earned | $10.84 |
| = Cash Reward Balance | $30.26 |

**You have earned $30.26**

Upgrade to a Plus Membership today, and earn up to 2% Cash Back!

See your local Sam's Club for details.

## BALANCE SUMMARY

| Cash Advance/Quick Cash Limit | Total Credit Limit | Available Cash Limit | Available Credit Limit |
|---|---|---|---|
| $2,800 | $14,000 | $2,800 | $12,917 |

| Previous Balance | - Payments & Credits | + Purchases/Balance Transfers/Fees/Debits | + Cash Advance/Quick Cash | + New FINANCE CHARGE /Transaction Fees | = New Balance |
|---|---|---|---|---|---|
| $1,063.59 | $1,063.59 | $1,082.50 | $0.00 | $0.00 | $1,082.50 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 10/15 | 10/15 | 7601101MQ01VKB302 | CHOICE SUPERMARKET #7 GULFPORT MS | $36.10 |
| 10/16 | 10/13 | 7601101MQ02B79D6D | POOL'S LIQUOR GULFPORT MS | $21.12 |
| 10/16 | 10/16 | 7601101MK01VKDAWS | ACADEMY SPORTS & OUTDO 2636465564 MS | $42.65 |
| 10/16 | 10/16 | 7601136MJ019QWX1K | WAL-MART STORE #0969 GULFPORT MS | $8.50 |
| | | | WALMART PURCHASE | |
| 10/16 | 10/16 | 7601136MJ019QWX1V | WAL-MART STORE #0969 GULFPORT MS | $101.25 |
| | | | WALMART PURCHASE | |
| 10/18 | 10/18 | 7601101MM01VKB505 | WINN-DIXIE #1511 591 GULFPORT MS | $62.44 |
| 10/18 | 10/18 | 7601101AM01VKB505 | WINN-DIXIE #1511 591 GULFPORT MS | $7.87 |
| 10/18 | 10/18 | 7601101MJ02KBZ4H0 | KMART 9520 GULFPORT MS | $33.15 |
| 10/21 | 10/21 | 7601101MP01VKB503 | WINN-DIXIE #1511 591 GULFPORT MS | $59.52 |
| 10/24 | 10/24 | 7601100NV02GD8YFY | DOLLAR GENERAL #1026 GULFPORT MS | $11.77 |
| 10/24 | 10/24 | 7601101MS021DFNXC | KMART 9520 GULFPORT MS | $14.98 |
| 10/26 | 10/26 | 7601101MY01VKBED4 | WINN-DIXIE #1511 591 GULFPORT MS | $37.69 |
| 10/27 | 10/27 | 7601101MY02KBJDX | JCPENNEY STORE 0088 BILOXI MS | $64.17 |
| 10/27 | 10/27 | 7601136MY012G26X2 | PAYMENT - THANK YOU | $1,063.59 CR |
| 10/30 | 10/30 | 7601101N N002KJ IXFNV | ALLEN HYUNDAI GULFPORT MS | $125.70 |
| 10/31 | 10/31 | 7601101N2O1VRSNX0 | BED & BATH AND BEYOND GULFPORT MS | $39.01 |
| 11/01 | 11/01 | 7601101N301Z2THZSX | LOWES 466 GULFPORT MS | $76.55 |
| 11/03 | 11/03 | 7601101NS01VKB507 | WINN-DIXIE #1479 591 LONG BEACH MS | $39.91 |
| 11/03 | 11/03 | 7601136N500VQY10R | WAL-MART STORE #0969 GULFPORT MS | $14.99 |
| | | | WALMART PURCHASE | |
| 11/03 | 11/03 | 7601136N500VQY10R | WAL-MART STORE #0969 GULFPORT MS | $81.02 |
| | | | WALMART PURCHASE | |
| 11/04 | 11/04 | 7601100N501VSMP1D | WALGREEN 00351953142 GULFPORT MS | $14.18 |
| 11/05 | 11/05 | 7601101N501VKB502 | WINN-DIXIE #1511 591 GULFPORT MS | $85.66 |
| 11/07 | 11/07 | 7601101N90200JPFQ | LOWES 466 GULFPORT MS | $35.38 |
| 11/08 | 11/08 | 7601100NA01XzF3FS | WALGREEN 00051953142 GULFPORT MS | $68.31 |
| 11/08 | 11/08 | 7601136N5012G5ZDA | WAL-MART STORE #0969 GULFPORT MS | $14.52 |
| | | | WALMART PURCHASE | |
| 11/08 | 11/08 | 7601136NA014R31 0L | WAL-MART STORE #0969 GULFPORT MS | $29.44 |
| | | | WALMART PURCHASE | |
| 11/09 | 11/09 | 7601136NA014R31 H6 | WAL-MART STORE #0969 GULFPORT MS | $30.52 |
| | | | WALMART PURCHASE | |

**THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.**

*Handwritten notations: Pd 11-21-06 # 4672  1,082.50  s 1302*

**PAYMENT DUE BY 5 P.M. ON THE DUE DATE.** We may convert your payment to an electronic debit. See reverse side for details.
**NOTICE:** See reverse side for Billing Rights and other important information.

6709  0002  EDG    1    7  14  861114         Page 1 Of 3    6212  1000  A203  D1AW6709   5555

Politz 1039

# WAL★MART

ALWAYS LOW PRICES.

*Always*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00000158 TE# 07 TR# 02994

```
MT DEW          001200000134 F      1.08 X
BUD SELECT      001820096663        14.64 T
COORS LIGHT     007199030071        13.14 T
CHAIRPAD        082092405336         5.00 T
CHAIRPAD        082092405336         5.00 T
 ** VOIDED ENTRY **
CHAIRPAD        082092405336         5.00-T
                       SUBTOTAL     33.86
         TAX 1   7.000 %             2.37
                          TOTAL     36.23
BREADED OKRA    020589060084         0.84 T
POTATO WEDGE    020816950050         0.50 T
REG TENDERS     020580060475         4.75 T
COB CORN        001450000373 F       1.36 T
COB CORN        001450000380 F       2.36 T
BISCUITS        002059300007 F       2.14 T
MINTS           008644606311 F       0.97 X
SANTITAS        002840003763 F       2.00 X
L P SAUCE       005160000004 F       2.56 X
GRHM CRUMBS     007891328002 F       1.98 T
CAYEN PEPPER    007142912320 F       1.42 T
CREOLE SEASN    007199800005 F       1.66 T
MRTON IZ SAL    002460001003 F       0.38 T
PRO CKN PEN     004119691506 F       1.50 T
EVAP MILK       005000001011 F       0.82 T
2   MILK        007874235187 F       3.28 T
JELLO GEL       004300020136 F
GV GELATIN      007874222833 F
SF CHEESCAKE    004300020812 F
SF CHEESCAKE    004300020812 F       0.62 T
JELLO PUD       004300020855 F       0.62 T
JELLO PUD       004300020559 F       0.62 T
WHIP TOPPING    007874214883 F       0.37 T
WHIP TOPPING    007874214883 F       0.37 T
WHIP TOPPING    007874214883 F       0.37 T
JALP JELLY      007067000461 F       0.71 X
CRAB BOIL LI    007142914605 F       3.87 X
GARLIC          000000004611KF
  0.85 lb @ 1 lb /1.97               1.67 X
                       SUBTOTAL     77.03
COUPON 20593    052059310035 F       0.35-0
COUPON 41196    054119611125 F       0.26-0
                       SUBTOTAL     76.43
         TAX 1   7.000 %             5.39
                          TOTAL     81.82
                 SAMS P CREDIT      81.82
```

ACCOUNT #4347
APPROVAL #000822
TRANS ID ~
VALIDATION ~
PAYMENT SERVICE -
                     CHANGE DUE      0.00

# # ITEMS SOLD 32

TC# 3782 4646 1046 9093 7406



Get 300+ generic scripts at $4 each,
up to a 30 day supply. Select states.
    11/03/06    15:27:25

***CUSTOMER COPY***

---

# Walgreens

The Pharmacy America Trusts · Since 1901

I'm ISAAC Thank you for allowing me
to serve you today.

```
215        10    4389   05195  027
   RFN# 0519-5274-3897-0611-0420

KASHI 12.4OZ          A      2.00 SALE
KASHI 15OZ                   2.00 SALE
WALG NUTS 9Z          A      2.00 SALE
WALG NUTS 9Z                 2.00 SALE
PROGRESO 18Z          A      2.69
PROG CHK 19Z                 2.31
  1 @ 1/ 2.69 - 2/   .00
PROG CHK 19Z                 2.50
PRGRES SP18Z                 2.50
  1 @ 1/ 2.69 - 2/ 5.00
MFG COUPON                    .50-MFGC
PROGRESO 18Z          A      4.00-HAGC
  4 @ 2/ 3.00
          SUBTOTAL          13.50
  7% SALES TAX                 .98
          TOTAL            14.48
     CREDIT CARD           14.48
     ************4
     CHANGE
```

     COUPON SAVINGS
     ADVERTISED SAVINGS
     COUPON SAVINGS

COB TOTAL SAVINGS        9.00

         Cedaux Rd. Gulfport, MS
            (228)539-2952

              THANK YOU
FOR FAST SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE
NOVEMBER  4, 2006      11:17 AM

****************************************
           YOUR OPINION COUNTS!
****************************************

ENTER FOR A CHANCE TO WIN $10,000 CASH

    PLEASE CALL TOLL FREE
        1-888-308-5428
         OR LOGON TO
     WWW.WALGREENSSURVEY.COM

WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0519-5274-3897-0611-0420-06

  SEE STORE FOR CONTEST RULES

RETAIN THIS RECEIPT FOR YOUR RECORDS

NOVEMBER  4, 2006         7 AM

Politz 1040



**kmart.**

KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS  39503
(228)832-7753

** WELCOME TO YOUR **
** KMART STORE 9520 **

CASHIER: ZARNIKA
GROCERY
03400020189    MONSTER MIX
        1 @ 2/7.00       A    3.50 B
03400020189    MONSTER MIX
        1 @ 2/7.00       A    3.50 B
03400020189    MONSTER MIX
        1 @ 2/7.00       A    3.50 B
03400020189    MONSTER MIX
        1 @ 2/7.00       A    3.50 B

**** TAX      .98   BAL    14.98
XXXXXXXXXXXX4347
DS  APPROVAL 000744
VF      DS                     14.98
        CHANGE                  .00

    YOUR TOTAL SAVINGS:  5.96

TOTAL NUMBER OF ITEMS = 4

ØP9 LSD UKQ ØØQ 53G ADI

10/23/06  5:21 PM 9520 04 7891 0024

Merchandise included in today's
transaction may be returned or
exchanged before 01/21/07 with
this receipt.

The complete return & exchange policy
is available at the Service Desk.

    **** THANK YOU FOR  ****
    **** SHOPPING YOUR KMART ****

it'sallinside.™

## JCPenney

JCPENNEY  #0638
2600 BEACH BLVD
BILOXI, MS  39531
(228)388-8550

772/0980/019013     WINE MEDIA
UPC No. 606683416024
            QTY 1        49.99
    Sale Disc          -25.00
    Cert Disc           -3.57
    Total Discounts     /
    Discounted Price             21.42
    Net Sales/Re                 21.42!
772/0520/0100        AK TAPESTRY
UPC No. 606 343  3
            QTY 1        29.99
    Sale Disc          -15.00
    Cert Disc           -2.14
    Total Discounts     17.14
    Discounted Price             12.85
    Net Sales/Return Value       12.85!
772/0893/018811      VALLEY WINERY
UPC No. 606683526047
            QTY 1        59.99
    Sale Disc          -30.00
    Cert Disc           -4.29



Visit our website at
www.jcpenney.com

Politz 1041



Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| | | |
|---|---|---|
| PHARMACY | | 46.57 T |
| PHARMACY | | 12.95 T |
| TAX | .00  TOT | 59.52 |

REWARD CUSTOMER                    420XXXX0880

$10 GIFT CARD        NP   10.00
GIFTCARD: XXXXXXXXXXXXX4795   10.00

RC       $10 OFF REFILL #1        10.00-
         .00  TOT         59.52

    CREDIT CARD          59.52

TOTAL NUMBER OF ITEMS SOLD = 3
10/21/06  11:58 AM 1511 33 0017 740

REWARD CARD SAVINGS          10.00

# You Saved  $10.00

YOU HAVE A TOTAL OF 582.26
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS  TERRI

WINN-DIXIE BATTERY SUPPLY A
1511  # 1511    GULFPORT    MS
PHONE # (228)832-8452
PHARMACY(228)832-0051

THANK YOU FOR SHOPPING WINN-DIXIE

WINN-DIXIE #1511 MERCH
1511 E HWY 49
GULFPORT, MS
10/21/06     11:58 AM
TERMINAL ID: WD1511
CARD NO: DCP XXXXXXXXXXXX4347
SEQ NO: 00337190
PURCHASE FROM CREDIT
TOTAL                    $ 59.52

Politz 1042

Winn / Dixie

REWARD CUSTOMER                420XXXX0880

    PHARMACY                        .05 T
    PHARMACY                      50.00 T
    PHARMACY                      11.49 T
50  $10 OFF REFILL #1             10.00-
    $10 GIFT CARD            NP   10.00
GIFTCARD  XXXXXXXXXXXXXX1235     10.00

    **** TAX       .00   TOT      62.44

    CREDIT CARD                  62.44

TOTAL NUMBER OF ITEMS SOLD =   9
10/18/06 13:51 WP1511 33 0028 0168
REWARD CARD SAVINGS              10.00

# You Saved $10.00

YOU HAVE SAVED A TOTAL OF  547.84
   WITH YOUR CUSTOMER REWARD CARD

    YOUR CASHIER TODAY IS, TINA

    DIRECTOR BELLESKY, DARRYL A
    STORE # 1511   GULFPORT   MS
       PHONE # (228)832-8452
       PHARMACY(228)832-0051

    THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY.49
GULFPORT, MS
10/18/06    12:51 PM
TERMINAL ID: WP1511
CARD NO: DCP XXXXXXXXXXXX4347
SEQ NO: 00334684
PURCHASE FROM CREDIT

**Academy**
SPORTS+OUTDOORS

ACADEMY @ GULFPORT, MS 228-539-4144

                        10/16/06  13:21
    173810 SALE         1932 0058 221

20 LB PROPANE TAN / 7738529
 1 @ 1 for    39.86    MDS        39.86
         SUB-TOTAL               39.86
    7.0% Sales Tax                2.79
         TOTAL                   42.65

<<ELEC SIGNATURE CAPTURED 1932 >>
    Discover Card                42.65
    XXXXXXXXXXXX4347     EXP
    JAN POLITZ           AUTH 000765

*The Right Stuff  The Low Price*

APPLY NOW FOR AN ACADEMY CREDIT CARD!



        2006101613220000580221 1932

        10/16/06  13:22

Politz 1043

*CHOICE SUPERMARKET*
(228)594-0265

10/13/2006    TERM 5    3:28:49 PM

| | | |
|---|---|---|
| MED VEG TRAY | 1 @ 4.99 | $4.99 TF |
| GARLIC | | |
| 0.42 lbs @ | 1lbs/1.79 | $0.75 TF |
| LIMES | 1 @ 7/.99 | $0.15 TF |
| SMOKE SAUSAGE | 1 @ 2/4.00 | $2.00 TF |
| MNDA SM SSG HOT | 1 @ 7.99 | $7.99 TF |
| KF PHIL CRM C | 1 @ 1.05 | $1.05 TF |
| KR PHIL CRM C | 1 @ 1.05 | $1.05 TF |
| BRY SLI BACON | 1 @ 2/5.00 | $2.50 TF |
| BRY SLI BACON | 1 @ 2/5.00 | $2.50 TF |
| 3# YEL ONION | 1 @ .99 | $0.99 TF |

| | | |
|---|---|---|
| SUBTOTAL | 10 | $23.97 |
| PICKAP    - SC | 1 @ 2.29 | $2.29 TF |
| CELLO 24 LETT | 1 @ 1.19 | $1.19 TF |
| BRGRN PCN FC | 1 @ 6.29 | $6.29 TF |

| | | |
|---|---|---|
| SUBTOTAL | 13 | $33.74 |
| TAX | | $2.36 |
| TOTAL | | $36.10 |
| | DUE==> | $36.10 |
| *DISC* | | $36.10 |

S ***********4347 EXP. ****
LOC: 05691105 INV: 00071909
ATH:  000756 APPRVD   000756

CHANGE DUE                $0.00

THANK YOU
FOR SHOPPING WITH US.
*  *
10/13/2006    LACEY    3:30:38 PM



WAL★MART
ALWAYS LOW PRICES.
Always

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00000011 TE# 65 TR# 08766
1.00 lb AT 4.04 lb 4.04
LOWEST PRICE  3.48 lb 3.48
DEVELOPING  023497280404          3.48 T
DEVELOPING  023497210446          4.46 X
SUBTOTAL          7.94
TAX 1  7.000 %          0.56
TOTAL          8.50
SAMS P CREDIT          8.50

ACCOUNT #4347
APPROVAL #000731
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
CHANGE DUE          0.00

# ITEMS SOLD 2

TC# 8204 0846 3482 8087 7042

It's Rollback Season.
10,000 ways to save.
10/16/06    13:46:52

***CUSTOMER COPY***





## LOWE'S

LOWE'S HOME CENTERS, INC.
2151 JOHN HILL BLVD.
GULFPORT, MS 39501
(228)867-9300

-SALE-

SALES #: S0940H41 10/25/09          11-07-06

75892 76-DEFIABLE BONDLE          3.99 R
52433 46LB 26B HHAKE COMPOST      2.68 H
2 2                               1.34
32432 46LB TOP SOIL               2.54
2 3                               1.27

SUBTOTAL                          9.20
TAX                               0.18
INVOICE TOTAL:                    9.38

BALANCE DUE:                      9.38

DISC:                             9.38

DISC XXXXXXXXXX24347
AMOUNT:     9.38
000750

## Winn✓Dixie

Getting better all the time

Questions or Comments
WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER          420XXXXX0380

REWARD CUSTOMER          420XXXXX0860

    PHARMACY
    PHARMACY             50.00 T
GIFTCARD: XXXXXXXXXXXXXXXX9244   35.66 T
    $10 GIFT CARD        10.00-
    $10 OFF REFILL #3  NP 10.00-
RC                          .00 T01
    xxxxx TAX            10.00-
VM   CREDIT CARD          85.66

REWARD CARD SAVINGS      10.00

TOTAL NUMBER OF ITEMS SOLD = 3
11/05/06  1:26 PM 1511 33 0024 740

## You Saved $10.00

YOU HAVE SAVED A TOTAL OF    645.45
WITH YOUR CUSTOMER REWARD CARD

# WAL★MART
### ALWAYS LOW PRICES.
*Always*

```
S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00008374 TE# 96 TR# 02223
BALLOONS     007506002616      1.17 X
BALLOON      007506001169      1.17 X
BALLOON      007506001169      1.17 X
CURL RIBBON  000920022005      0.77 X
HELIUM       000000000840K
    21 AT  1 FOR    0.50      10.50 X
              SUBTOTAL         14.78
** VOIDED ENTRY **
CURL RIBBON  000920022005      0.77-X
              SUBTOTAL          0.77-X
    TAX 1  7.000 %             14.01
              TOTAL             0.98
                               14.99
                               14.99

ACCOUNT #4347
APPROVAL #000755
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
        CHANGE DUE      0.00

# ITEMS SOLD 24

        6 9696 9436
```

```
   scripts at $4 each,
a 30 day supply. Select states.
  11/03/06     14:39:54

      ***CUSTOMER COPY***
```

# WAL★MART
## Self Check-Out
*Fast! Easy! Fun!*

```
S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00009043 TE# 43 TR# 04369
MSF VAN WFR  008201198421 F    1.98 X
MSF VAN WFR  008201198421 F    1.98 X
SOUP         005100001261 F    0.83 T
SOUP         005100001261 F    0.83 T
MAILER       007535310500      0.46 X
MAILER       007535310500      0.46 X
LEGAL PAD    007431920151      3.27 X
DEVELOPING   023497220376      3.76 X
              SUBTOTAL         13.57
    TAX 1  7.000 %             0.95
              TOTAL            14.52
SAMS P CREDIT                  14.52

ACCOUNT #4347
APPROVAL #000760
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
        CHANGE DUE      0.00
```

# # ITEMS SOLD 8

```
   TC# 7460 8362 2007 3431 2807
```



```
Get 300+ generic scripts at $4 each,
up to a 30 day supply. Select states.
  11/08/06      12:20:37

      ***CUSTOMER COPY***
```

# WAL★MART®

ALWAYS LOW PRICES.
Always.

```
SUPER CENTER
WE SELL FOR LESS
MANAGER FRANK CABLER
( 228 ) 864 - 5177
ST# 0969 OP# 00000161 TE# 23 TR# 08469
DOG/CAT TOY  065065700708            0.88 X
GV HOT COCOA  078742370098           1.42 T
PASTA SALAD  021007205141            1.42 T
KR PS ITAL  021007062541             1.42 T
KR PS ITAL  021003064940             1.42 T
MRTON PL SRL  024650001101           0.38 T
CRYEN PEPPER  007142912320           0.38 T
CRAB BOIL LI  007142914605           1.42 T
SF PRESERVE  005150004042            3.87 X
GV CRM CORN  007874209421            2.46 T
MEXICORN  002000010463               0.44 T
SMKD SAUSAGE  001217610010           0.88 T
BROWN  001450008900                  3.28 T
COB CORN  002053000380               2.50 T
BISCUITS  002050000018               2.14 T
2 MILK  007874235187                 2.36 T
RED APPLE  000000004016KF            3.28 T
         WAS 1.34/lb YOU SAVED 0.36
GARLIC  000000004511KF               0.59 T
  0.60 lb @  1 lb /0.98
  0.16 lb @  1 lb /1.97
                        TAX 1  7.000 X       0.32 X
                              SUBTOTAL      28.52
                                 TOTAL       2.00
                        SANS P CREDIT       30.52
                                            30.52

ACCOUNT #4347
APPROVAL #000777
TRANS ID -
VALIDATION -
PAYMENT SERVICE -     CHANGE DUE      0.00

# ITEMS SOLD   17

Get 300+ generic scripts at $4 each,
up to a 30 day supply. Select states.
11/09/06              16:56:39

TC# 3837 5256 8173 2724 8553
***CUSTOMER COPY***
```

```
POIRE'S LIQUOR
13335 DEDEAUX RD STE E
GULFPORT MS. 39503-364

TERMINAL I.D.:   001060000003601107402

MERCHANT #:

DISCOVER
**************347
SALE
RECEIPT #: 40
DATE: OCT 13, 06            INV:
                          AUTH:

TOTAL                     $21.12

MERCHANT #    663601B574
                          TIME: 16:03
                          000943
                          000741

JEAN POLITZ

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

CUSTOMER COPY
```

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
GF   PHARMACY              22.34 T
     PHARMACY               5.68 T
     PHARMACY              43.86 T
     PHARMACY               3.00 T
     COMM D/R PURE COFF RC  5.39 B
     COMM D/R PURE COFF RC  5.39 B
     COMM D/R PURE COFF RC  5.39 B
**** TAX       1.13  TOT   92.18
```

```
REWARD CUSTOMER           120XXXXX0880
3 @ 1.40
RC 00032042 COMM D/R P (3.99)F  4.20-B
**** TAX      .84  TOT   87.69
```

```
$10 GIFT CARD        NP  10.00
GIFTCARD: XXXXXXXXXXXXXXXX4299  10.00
```

```
RC   $10 OFF REFILL #3       10.00-
**** TAX      .84  TOT   87.69
VF   CREDIT CARD          87.69
```

```
TOTAL NUMBER OF ITEMS SOLD =  8
10/26/06  6:22 PM 1511 33 0100 740
```

REWARD CARD SAVINGS:          14.20

## You Saved  $14.20

YOU HAVE SAVED A TOTAL OF   606.46
WITH YOUR CUSTOMER REWARD CARD



```
LOWE'S HOME CENTERS, INC.
2151 JOHN HILL BLVD,
GULFPORT, MS   39501
(228)867-9300
-SALE-
SALES #: S0466SR9 97888Y    11-01-06

94102 5G PEAR BRADFORD             27.56
      2 @    13.78
110270 SMALL STONE POLY WINDOW B    7.92
      2 @     3.96
110347 XL TERRACOTTA POLY DECK P    7.58
      2 @     3.79
92432 40LB TOP SOIL                 2.54
      2 @     1.27
92435 40LB PEAT HUMUS ORGANIC       2.68
      2 @     1.34
93432 4" BASIC ANNUALS              4.69
      6 @     0.78
92985 6PK PANSY                     9.54
      6 @     1.59
96530 4" PANSY                      4.68
      6 @     0.78
50780 8" MUM FALL GARDEN            3.96
      2 @     1.98

              SUBTOTAL:            71.54
         TAX  38570 :               5.01
    INVOICE 45777  TOTAL:          76.55

         BALANCE DUE:              76.55

                DISC:              76.55

DISC  XXXXXXXXXX4347       000815
       AMOUNT:     76.55
```

```
0406 TERMINAL: 45  11/01/06 13:11:59
# OF ITEMS PURCHASED:       30
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS
```

## Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WIND DIXIE (1-866-946-6349)
www.winndixie.com

REWARD CUSTOMER                    42XXXXXX0820

```
       ANGEL SOFT MEGA 08 RC      6.49 T
RC 9159 ANGEL SOFT MEG (5.00)     1.49-T
       ANGEL SOFT MEGA 08 RC      6.49 T
RC 9159 ANGEL SOFT MEG (5.00)     1.49-T
       ANGEL SOFT MEGA 08 RC      6.49 T
RC 9159 ANGEL SOFT MEG (5.00)     1.49-T
RC 9160 FREE GA PACIFI (1.49)     5.00-T
    **** TAX      .76  TOT       10.76

       ARROW PRNT NAPKINS RC      1.79 T
RC 00032019 ARROW PRNT (1.69)S     .10-T
       DOLE CLS BLND SALD         1.99 B
       BF SINK CROSS CUT          4.44 B
       JUMBO DRUMSTKRS    80      3.42 B
RC 00029303 JUMBO DRUMSTICKS      1.79-B
  0.54 lb @ 2.99 /lb
WT     RED CLUSTER TOMS           1.61 B
       DOLE CLSSC ROMAINE 14      2.99 B
RC 00032089 DOLE CLSSC (1.50)E    1.49-B
       DOLE CLSSC ROMAINE RC      2.99 B
RC 00032089 DOLE CLSSC (1.50)E    1.49-B
  1 @ 2/3.00
       HORMEL TABASCO CHI  PC     1.50 B
RC 00032193 HORMEL TAB (1.00)S     .50-B
  282.49  BUNCH BROCCOLI    80    1.56 B
  2 @ 1.50
RC 00028578 BUNCH BROCC (.99)     3.00-B
  0.85 lb @ 1.99 /lb
WT     NECTARINES                 1.69 B
       SARG SL PROVOLONE   RC     2.99 B
RC 00032090 SARG SL PR (2.00)      .99-B
VERIFIED BY CASHIER
       BUD SELECT LNNK 12 RC      9.69 T
RC 00032056 BUD SELECT (7.99)2    1.70-T
    **** TAX     2.90  TOT       12.07

RC     FREE DOLE CLS  3.6         1.99-B
RC     FREE HRML CHILI/TAB        1.00-B
CL     ARROW PRNT NAP/RC RC       1.79-B
RC 00032019 ARROW PRNT (1.69)S     .10 T
    **** TAX     2.48  TOT       27.57

  1 @ 10/10.00
       ARROW PRNT NAPK/RC         1.00 T
RC     FREE ARROW NAP/CRT         1.00-T
    **** TAX     2.45  TOT       27.97

VF     GIFT CARDS                10.00
VF     GIFT CARDS                10.00
VF     GIFT CARDS                10.00

VF     CREDIT CARD                7.81
```

TOTAL NUMBER OF ITEMS SOLD = 16
10/18/06  1:00 PM  1511 01 0059 164

REWARD CARD SAVINGS           24.42

## You Saved  $24.42

---

## WAL★MART

ALWAYS LOW PRICES.
*Always*

```
S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00000163 TE# 17 TR# 09838
MT DEW           001200900134 F     1.08 X
POTATO WEDGE     020816940027       0.27 T
REB TENDERS      020580090524       5.24 T
BREADED OKRA     020589080092       0.92 T
2  MIX           007874235187 F     3.28 T
COTT CHEESE      007874237238 F     1.78 T
WHIP TOPPING     007874214883 F     1.37 T
WHIP TOPPING     007874214883 F     1.37 T
WHIP TOPPING     007874214883 F     1.37 T
WHIP TOPPING     007874214883 F     1.37 T
COLE SLAW        020513750133 F     1.33 T
EGGS             060538871469 F     1.00 T
BISC STH MD      002059300018 F     2.14 T
SHAKE N BAKE     004300026902 F     1.27 T
GALA APPLE       000000004135KF
  0.93 lb @ 1 lb /1.48                1.38 X
PHIL CR CHSE     002100000001 F     0.84 T
PHIL CR CHSE     002100000001 F     0.84 T
CRACKER          004400001272 F     2.00 X
SF ORANGE TB     007874227191 F     1.76 X
LPTN TO GO       004100000839 F     1.93 X
JELLY            005150004002 F     2.46 T
SF PCH TEA       007874205661 F     1.76 X
GV APL TB        007874201474 F     1.76 X
BUD BEER         001820007986       8.76 T
TOMATO PST       007874236955 F     0.35 T
GV GRN BEANS     007874236942 F     0.66 T
GV GRN BEANS     007874236942 F     0.66 T
EQ ASPIRIN       068113169616       1.57 X
GV GRN BEANS     007874236942 F     0.66 T
CHLORTABS        068113177683       2.76 X
PR CTRY GVY      004146093888 F     0.72 T
JELLO PUD        004300020653 F     0.62 T
CEREAL BAR       003800021441 F     3.98 X
MSF VAN WFR      008201198421 F     1.98 X
CC COFFEE        003570001500 F     3.98 X
JELLO PUD        004300020653 F     0.62 T
JELLO PUD        004300020569 F     0.62 T
CC COFFEE        003570001500 F     3.98 X
CC COFFEE        003570001500 F     3.98 X
SF CHEESCAKE     004300020812 F     0.62 T
PF SOFT BAKE     001410007869 F     2.00 X
SF CHEESCAKE     004300020812 F     0.62 T
JELLO PUD        004300020569 F     0.62 T
JELLO PUD        004300020564 F     0.62 T
TOMATO PST       007874236955 F     0.35 T
SOUP             005100001261 F     0.83 T
SOUP             005100001261 F     0.83 T
FIG MES SMK      007232900002 F     0.72 X
GV CKN BROTH     007874237156 F     0.47 T
PICKAPEPPA S     007215500005 F     1.68 T
TIGER SAUCE      007507610001 F     1.48 X
JELLO PUD        004300020552 F     0.62 T
BANANA           000000004011KF
  1.03 lb @ 1 lb /0.50                0.52 X
SF TRUFFLES      007726009623 F     1.50 X
GV CHILI HOT     007874237180 F     0.33 T
FISH FRY         003915600276 F     1.16 T
YELLOW RICE      001740010505 F     0.53 X
YELLOW RICE      001740010505 F     0.53 X
AUTUMN MIX       001130042079 F     1.68 X
GUMMY WORMS      007874232748 F     1.00 X
SF TRUFFLES      007726009623 F     1.50 X
          SUBTOTAL               94.63
    TAX 1   7.000 %                6.62
            TOTAL               101.25
       SAMS P CREDIT            101.28
```

ACCOUNT #4347
APPROVAL #000824
TRANS ID -
VALIDATION -
PAYMENT SERVICE -

              CHANGE DUE          0.00

## # ITEMS SOLD 61

TC# 9137 5581 1739 3242 7069 3

It's Rollback Season.
10,000 ways to save.
10/16/06    14:43:06

***CUSTOMER COPY***

Politz 1049

I's SHERI. Thank you for allowing me
to serve you today.

510        10   1139   05195  028
RFN# 0519-5281-1897-0611-0820

LBY PMKN 15Z          1A    1.29
CAR E/MLX12Z          1A    1.19
BORDEN MLK14           A    2.99
CAR E/MLX12Z          1A     .50-WAGC
LBY PMKN 15Z          1A     .50-WAGC
H/MD CRUST6Z           A    1.59
OREO CRST 6Z           A    1.41
   1 @ 1/ 1.59 - 2/ 3.00
H/MD CRUST6Z           A    1.22-WAGC
   2 @ .89
D/F BTTR 1LB          1A    3.19
D/F BTTR 1LB          1A    3.19
D/F BTTR 1LB           A    2.39-WAGC
   3 @ 2/ 3.99
FIN GLUCOS             A   34.99 SALE
FIN GLUCOS             A     .00 SALE
   1 @ 1/ 34.99 - 2/ 34.99
JELLO S/F 3Z           A     .79
JELLO S/F 3Z           A     .79
JLO SF ORG.3           A     .79
JELLO S/F 3Z           A    1.37-WAGC
   3 @ 3/ 1.00
J/BELL BRCLT          1A     .99
J/BELL BRCLT          1A     .99
J/BELL ERRNG          1A     .99
H/MK CARD             1A     .99
H/MK CARD             1A     .99
H/MARK CARD           1A     .99
H/MARK CARD           1A    2.49
H/MK CARD             1A     .99
H/MK CARD             1A     .99-VOID
H/MARK CARD           1A    1.99
IAMS D/FD4LB          1A    4.19 SALE
COLG WHT6.4Z          1A    2.39
COLG WHT6.4Z           A    2.39
COLG WHT6.4Z-          A    1.78-WAGC
   2 @ 2/ 3.00
   SUBTOTAL                63.84

A=7% SALES TAX             4.47
TOTAL                     68.31

CREDIT CARD              68.31
ACCT#*******4347
CHANGE                      .00

WAG COUPON SAVINGS:        7.76
WAG ADVERTISED SAVINGS:   37.59
                          -----
YOUR TOTAL SAVINGS:       45.35

   RFN# 0519-5281-1897-0611-0820

15371 Dedeaux Rd, Gulfport, MS
STORE    (228)539-2352

         THANK YOU
   FOR FASTER SERVICE, CALL IN YOUR
 PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE
 NOVEMBER  8, 2006      11:05 AM

**********************************
       YOUR OPINION COUNTS!!
**********************************
ENTER FOR A CHANCE TO WIN $10,000 CASH

    PLEASE CALL TOLL FREE
       1-888-308-5428
       OR LOGON TO
    WWW.WALGREENSSURVEY.COM

   WITHIN 72 HOURS TO COMPLETE A
 SHORT SURVEY ABOUT YOUR RECENT
   VISIT TO THIS WALGREENS.

SURVEY# 0519-5281-1897-0611-0820-04

   SEE STORE FOR CONTEST RULES


RETAIN THIS RECEIPT FOR YOUR RECORDS

   NOVEMBER  8, 2006      11:05 AM



kmart

KMART STORE 9520
HWAY 49 DELMAR PLAZA
PORT, MS  39503
(228)832-7753

*  TIME TO YOUR **
** KMART STORE 9520 **

CAS...                AND SAVE
                SERENITY 36C 86   15.49 T
                SERENITY 36C 86   15.49 T
       ITEM FREE                  15.49-T
                RENITY 36C 86     15.49 T
                RINITY 36C 86     15.49 T
       ITEM FREE                  15.49 T

*** TAX      2.17   BAL      33.15
X2
05   T P
01      0                         33.15
       CHANGE                       .00

   YOUR TOTAL SAVINGS        30.98

TOTAL NUMBER OF ITEMS  6

   Ø1B JFF BKO ØØJ MOD DSG

            AM 9520 03 0292 0085


Merchandise included in today's
transaction may be returned or
exchanged before 01/15/07 with
this receipt.

The complete return & exchange policy
is available at the Service Desk

********************************
      $5 Kmart
      Gift Card
   with purchase!
      Buy $20 or more
     of family hosiery
     in a single purchase
       during the month
    of October and receive
         an instant
     $5 Kmart Gift Card

  Gift card subject to terms and conditions.
 expiration date may apply. Offer valid thru
 10/31/06. See store display for details.
********************************

     **** THANK YOU FOR ****
   **** SHOPPING YOUR KMART ****

# Winn√Dixie
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER                420XXXX0880

```
        GM CHEERIOS CEREAL RC     3.99 B
        GM CHEERIOS CEREAL RC     3.99 B
        RED POTATOES        RC    3.99 B
        RED POTATOES        PC    3.99 B
RC 00030395 GM CHEERIOS CEREAL    3.99-B
RC 00028610 RED POTATOES          3.99-B
    **** TAX       .56  TOT       8.54
```

```
  1.64 lb @ 1.89 /lb
WT    GALA APPLES          RC   3.10 B
  1.64 lb @ 1.29 /lb = 2.12
RC 00028551 GALA APPLES            .98-B
  1 @ 10/10.00
        SWAN NAT CKN BROTH RC    1.00 B
RC 00032003 SWAN NAT CK (.79)H     .21-B
  1 @ 10/10.00
        SWAN NAT CKN BROTH RC    1.00 B
RC 00032003 SWAN NAT CK (.79)H     .21-B
  1 @ 10/10.00
        SWAN NAT CKN BROTH RC    1.00 B
RC 00032003 SWAN NAT CK (.79)H     .21-B
  1 @ 10/10.00
        SWAN NAT CKN BROTH RC    1.00 B
RC 00032003 SWAN NAT CK (.79)H     .21-B
        KLEENEX U/R ULTRA   RC   1.99 T
RC 00032096 KLEENEX U/ (1.25)      .74-T
        NATURESOWN HNY WHE RC    3.19 B
RC 00032091 NATURESOWN (2.50)E     .69-B
        3LB YELLOW ONIONS        2.49 B
        WHITE WHL MUSHROOM RC    1.99 B
        WHITE WHL MUSHROOM RC    1.99 B
RC 00028639 WHITE WHL MUSHROOM    1.99-B
        DM F/N CHERRY MIX  RC    1.69 B
RC 00032193 DM F/N CHE (1.00)      .69-B
        DM F/N PEACH CHUNK RC    1.69 B
RC 00032193 DM F/N PEA (1.00)K     .69-B
        DM F/N MANO ORANGE RC    1.69 B
RC 00032193 DM F/N MAN (1.00)E     .69-B
        DM F/N PEACH CHUNK RC    1.69 B
RC 00032193 DM F/N PEA (1.00)K     .69-B
        DM F/N CITRUS SLU  RC    1.69 B
RC 00032193 DM F/N CIT (1.00)      .69-B
        DM F/N PEACH CHUNK RC    1.69 B
RC 00032193 DM F/N PEA (1.00)K     .69-B
        WD LT CREAM CHEESE RC    1.39 B
RC 00032003 WD LT CREAM (.79)E     .60-B
        WD CREAM CHEESE    RC    1.39 B
RC 00032003 WD CREAM CH (.79)      .60-B
        SS KRAB SUPREME          3.29 B
        HC VARIETY PACK    RC    3.99 B
RC 00032034 HC VARIETY (2.99)     1.00-B
  1.13 lb @ .59 /lb
WT    TURNING BANANAS            .67 B
        LRGE ITALIAN BREAD       1.69 B
  1 @ 6/1.00
        LIMES                     .17 B
SAVED .03  ON SPECIAL REWARD ITEM
        2LB. BAGGED LEMONS       3.99 B
    **** TAX      2.93  TOT       44.80
```

```
RC      FREE KLEENEX TISSUE      1.25-T
RC      FREE ITALN BREAD C       1.69-B
MC      SCANNED COUPON            .75-F
MC      GROCERY                  1.00-F
    **** TAX      2.73  TOT       39.91
```

Politz 1051

**SAM'S CLUB® DISCOVER®**

**Want To Earn Up To 2% Cash Back?**
**Upgrade To A SAM'S CLUB Plus℠ Membership Today!**

Accepted At Over 4 Million
Locations Where You See

Prepared For
JAN POLITZ

Member Service 1-866-220-0254
Or Online At samsclubdiscover.com

Account Number

## ACCOUNT INFORMATION

| Statement Date | Days In Billing Period | Minimum Payment/Title Period | Payment Due Date | Total Minimum Payment |
|---|---|---|---|---|
| 10/14/2006 | 30 | $27.00 | 11/03/2006 | $27.00 |

## CASH EARNED SUMMARY

**You have earned $19.42**

| | |
|---|---|
| Previous Reward Balance | $10.02 |
| (+) Rewards Earned | $9.40 |
| = Cash Reward Balance | $19.42 |

Upgrade to a Plus Membership today,
and earn up to 2% Cash Back!

See your local Sam's Club for details.

## BALANCE SUMMARY

| Cash Advance / Quick Cash Limit | Total Credit Limit | Available Cash Limit | Available Credit Limit |
|---|---|---|---|
| $2,800 | $14,000 | $2,800 | $12,879 |

| Previous Balance | – Payments & Credits | + Purchases/Balance Transfers/Fees/Debits | + Cash Advance/Quick Cash | + Net FINANCE CHARGE /Transaction Fees | = New Balance |
|---|---|---|---|---|---|
| $1,080.74 | $1,090.77 | $1,073.62 | $0.00 | $0.00 | $1,063.59 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 09/15 | 09/13 | 7601101J01VKBEPZ | ROSS DRESS FOR LESS GULFPORT MS | $32.05 |
| 09/15 | 09/13 | 7601101L01VKBEPB | WINN-DIXIE #1511 S9I GULFPORT MS | $50.00 |
| 09/15 | 09/14 | 7601101E02396JV7 | THE HOME DEPOT #9910 BILOXI MS | $34.56 |
| 09/15 | 09/13 | 7601101E0319X63GM | BILL #0 7223-EIQ GULFORT MS | $21.20 |
| 09/15 | 09/15 | 7601101L023ATS9P | THE HOME DEPOT 2901 GULFPORT MS CREDIT | $3.67CR |
| 09/15 | 09/15 | 7601101L01VKB504 | WINN-DIXIE #1511 S9I GULFPORT MS | $52.98 |
| 09/18 | 09/16 | 7601101E05VKB501 | WINN-DIXIE #1511 S9I GULFPORT MS | $54.07 |
| 09/18 | 09/17 | 7601101E0KBT5Z | APPLEBEE'S GULF 071067 GULFPORT MS | $31.02 |
| 09/20 | 09/20 | 7601101E01V7YG29 | WALGREEN 0000345C14/2 GULFPORT MS | $48.29 |
| 09/20 | 09/20 | 7601101E01VKB509 | CHOICE SUPERMARKET 47 GULFPORT MS | $21.36 |
| 09/20 | 09/20 | 7601136KR01QHT8RB | WAL-MART STORE #2715 DIBERVILLE MS | $35.17 |
| | | | WALMART PURCHASE | |
| 09/23 | 09/23 | 7601101XD920Z178X | LOOKOUT 49 GULFPORT MS | $39.02 |
| 09/25 | 09/25 | 7601101LX0233NKG | KMART 9525 GULFPORT MS | $21.36 |
| 09/25 | 09/25 | 7601101LX0232QV1 | KMART 9520 GULFPORT MS | $0.02 |
| 09/26 | 09/24 | 7601101LZ023N9AQF | THE HOME DEPOT 2901 GULFPORT MS CREDIT | $6.36CR |
| 09/26 | 09/26 | 7601101Z01VKB501 | WINN-DIXIE #1511 S9I GULFPORT MS | $3.39 |
| 09/26 | 09/26 | 7601101Z01VKB501 | WINN-DIXIE #1511 S9I GULFPORT MS | $45.38 |
| 09/28 | 09/28 | 7601101M01VKB508 | CHOICE SUPERMARKET 47 GULFPORT MS | $12.31 |
| 09/28 | 09/28 | 7601101M20267DXIQ | JCPENNEY STORE 0688 BILOXI MS | $20.29 |
| 09/28 | 09/28 | 7601101M201X48V7S | A&P #70166 GULFPORT MS | $19.96 |
| 09/29 | 09/29 | 7601101M201VKB508 | WINN-DIXIE #1511 S9I GULFPORT MS | $126.55 |
| 09/29 | 09/29 | 7601136M001J4BQEMQ | PAYMENT - THANK YOU | $1,080.74CR |
| 09/29 | 09/29 | 7601136M201M7Y28Z | WAL-MART STORE #0969 GULFPORT MS | $44.85 |
| | | | WALMART PURCHASE | |
| 10/05 | 10/05 | 7601101M50TVKEC74 | CATFISH CHARLIE BILOXI MS | $25.95 |
| 10/06 | 10/06 | 7601136M900VNMZ7V | WAL-MART STORE #0969 GULFPORT MS | $53.17 |
| | | | WALMART PURCHASE | |
| 10/09 | 10/09 | 7601101M01VWVWKV | WALGREEN 00089353142GGULFPORT MS | $14.96 |
| 10/09 | 10/09 | 7601105X0501V1NHYP2 | WALGREEN 00085353142 GULFPORT MS | $43.96 |
| 10/09 | 10/09 | 7601101M01VKB504 | WINN-DIXIE #1511 S9I GULFPORT MS | $106.86 |
| 10/09 | 10/09 | 7601101X0VXX4EV | CVS EQL HWY 49 GULFPORT GULFPORT MS | $18.98 |
| 10/11 | 10/11 | 7601101ME021HDA7W | MIKE ANDERSON'S SEAFD BATON ROUGE LA | $44.50 |

**THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY**

Pd. 10-25-06
#1039     a Bal.
$1,063.59

PAYMENT DUE BY 5 P.M. ON THE DUE DATE. We may convert your payment to an electronic debit. See reverse side for details.
NOTICE: See reverse side for Billing Rights and other important information.

6749  0022  EDC        1        7  14  061013        Page 1 of 4        6212  1000  A203  01AM6709        14172

Politz 1052

# CVS PHARMACY

11022 HWY 49, GULFPORT, MS
PHARMACY: 832-8981 STORE
REG#05 TRAN#9541 CSHR#6603636 STR#05908

CARD #: ************8954

8 ITEMS

| | |
|---|---|
| ARM&HAMMER FR 100Z | 5.49T |
| ARM&HAMMER FR 100Z | 5.49T |
| GEMMIL HNY NU 14 Z | 4.29B |
| CHEERIOS | 4.29B |
| SPECIAL K STR 4.86 | 1.99B SALE |
| SPECIAL K BAR 4.86 | 1.99B SALE |
| SPECIAL K STR 4.86 | 1.99B SALE |
| SPECIAL K STR 4.86 | 1.99B SALE |
| GEMMIL HNY NU 14 Z | 4.29 -CPN |
| ARM&HAMMER FR 100Z | 5.49 -CPN |

| | |
|---|---|
| SUBTOTAL | 17.74 |
| MS 7.0% TAX | 1.24 |
| TOTAL | 18.98 |
| DISCOVER | 18.98 |
| CHANGE | .00 |

5590 8628 2954 1057
RETURNS WITH RECEIPT THRU 12/08/2006

OCTOBER  9, 2006          2:58 PM

TRIP SUMMARY:
SALE & CLIPFREE CPN SAVINGS     14.58

BUY SOMETHING SWEET
FOR THE KIDS ON YOUR STREET!
PICKUP YOUR FAVORITE CANDY
& GET SOME FOR THE KIDS TOO!

Call 1-800-SHOP-CVS for the
Flu Clinic location nearest you!

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US

---

I'm MARY. Thank you for allowing me to
serve you today.

511          10    0866    05195   031

RFN# 0519-5310-8666-0610-0920
STORE
15371 Dedeaux Rd. Gulfport, MS
(228)539-2352

FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

THANK YOU

| STID. EARNINGS | IN | 5.99 |
|---|---|---|
| 3STONE EARRING | 1A | 7.99 |
| SUBTOTAL | | 13.98 |
| A-7% SALES TAX | | .98 |
| TOTAL | | 14.96 |
| CREDIT CARD | | 14.96 |
| ACCT#*********4747 | | |
| CHANGE | | .00 |

RFN# 0519-5310-8666-0610-0920

ENTER FOR A CHANCE TO WIN $10,000 CASH!

*****************************
YOUR OPINION COUNTS!
*****************************
PLEASE CALL TOLL FREE
1-800-925-6278
OR LOGON TO
WWW.WALGREENSSURVEY.COM
WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS!

SURVEY# 0519-5510-8666-0610-0920

SEE STORE FOR CONTEST RULES

OCTOBER  9, 2006          3:19 PM

RETAIN THIS RECEIPT FOR YOUR RECORDS



# WAL★MART

ALWAYS LOW PRICES.

*Always*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197

ST# 0969 OP# 00000388 TE# 02 TR# 07143
BREADED OKRA 020589020096          0.96 T
POTATO WEDGE 020816970030          0.30 T
REG TENDERS  020580010430          4.30 T
MT DEW       001200000134 F        1.08 X
TRAVEL PLW   002569500382          3.53 X
TRAVEL PLW   002569500382          3.53 X
** VOIDED ENTRY **
TRAVEL PLW   002569500382          3.53-X
CITRUS WIPES 001920079853          4.72 X
G.O. SSG     002959900184 F        3.98 X
WHIP TOPPING 007874214883 F        1.37 T
NECTARINE    000000004036KF
   1.22 lb @ 1 lb /0.98            1.20 X
BANANA       000000004011KF
   1.24 lb @ 1 lb /0.50
GV UNSLT BTR 007874237427 F        0.62 X
BROC SALAD   020516130125 F        2.24 T
COLE SLAW    020513780131 F        1.25 T
WHIP TOPPING 007874214883 F        1.37 T
DOG TREATS   003810049621          2.68 X
SF TRUFFLES  007726009623 F        1.50 X
FISHHOOK     004770850167          4.48 X
FISHING LINE 008394105060          2.96 X
SNAP ON FLOA 004506320642          0.97 X
RIG          004478479415          1.74 X
RIG          004478479401          1.54 X
RIG          004478479401          1.54 X
EGG SINKER   008733400025          0.73
RIG          004478479415          1.7?
RIG          004478479401          1.54 X
            SUBTOTAL               49.69
TAX 1      7.000 %                  3.48
            TOTAL                  53.17
         SAMS P CREDIT             53.17

ACCOUNT #4347
APPROVAL #000766
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
         CHANGE DUE        0.00

# ITEMS SOLD 25

TC# 2710 8056 4587 3536 4827

It's Rollback Season.
10,000 ways to save.
10/06/06      12:41:19

.***CUSTOMER COPY***



Politz 1055

# WAL*MART
ALWAYS LOW PRICES. *Always*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER BILL WARREN
( 228 ) 896 - 4740
D I B E R V I L L E - MS

ST# 2715 OP# 00004407 TE# 04 TR# 05108
MT DEW 00012000013B4 F                1.08 X
POTATO WEDGE 020816936037            0.37 T
REG TENDERS 02058090000444           4.44 T
CORE SLAW 0205137701 41 F            1.41 T
BREADED OKRA 020689050050            0.50 T
                            SUBTOTAL  7.80

NECTARINES    0000000004035KF
 0.81 lb @      1 lb /0.98            0.79 X
NECTARINE     000000004036KF
 0.74 lb @      1 lb /0.98
CANDLE STICK 072136600014            0.73 X
CANDLE STICK 072136600014            0.74 X
 **  ITEM PKG#0602125I8              0.74 X
TRIM          0017066970385          3.43 **
 2.500 yd      AT 1 yd FOR 1.37
 **   PACKAGED PRICE 3.43  **
DOILIES       0070896092I0            1.96 X
TENNIS BALLS 080697100016            0.97 X
TENNIS BALLS 080697100016            0.97 X
 170Z CANDLE 072136600235            8.88 T
SF CHEESCAKE 004300020812 F          0.62 T
SPEC K BARS  003800012158 F          2.50 X
SF CHEESCAKE 004300020812 F          0.62 T
JELLO PUD    004300020559 F          1.50 X
GV UTL SPRAY 007874222943            2.30 X
                           SUBTOTAL  32.87 X
                        TAX 1  7.000 %  2.30
                              TOTAL  35.17
                            SANS P CREDIT    35.17

ACCOUNT #4347
APPROVAL #000732
TRANS ID -
VALIDATION -
PAYMENT SERVICE  -

              CHANGE DUE            0.00

# # ITEMS SOLD 19

TC# 1807 5529 7454 2099 6740

---

# RITE AID PHARMACY

With us, it's personal.

Store #07223
11279 HWY 49                        39503
GULFPORT, MS
(228) 832-6280

Register #4  Transaction no #215122
Cashier #7223B365   9/14/06 10:53AM

1 HAR TRIPLT SKINNY PICK             1.49 T
  ON SALE, Reg 1/2.99
1 HAR TRIPLT SKINNY PICK             1.49 T
  ON SALE, Reg 1/2.99
1 HAR 121H WRTH SCR0W                2.99 T
  ON SALE, Reg 1/5.99
1 HAR STND SCR0W SKINN
  ON SALE, Reg 1/2.99
1 HAR 121H SCR0W DOLL 14I            1.49 T
  ON SALE, Reg 1/2.99
1 HAR SALE, SCR0W DOLL 14I           1.49 T
  ON SALE, Reg 1/2.99
1 WH RAIN HS AERO XHLD 70Z           0.79 T
  ON SALE, Reg 1/1.69
1 WH RAIN HS AERO XHLD 70Z           0.79 T
  ON SALE, Reg 1/1.69
1 WH RAIN HS AERO XHLD 70Z           0.79 T
  ON SALE, Reg 1/1.69
1 SERENITY ULTIMATE 10CT             2.50 T
  SALE PRICE, Reg 1/3.49  Disc       5.99 T
1 SERENITY ULTIMATE 10CT
  SERENITY ULTIMATE 10CT             0.01 T
  **FREE**, Reg 2/5.99

11 Items



                         Subtotal   19.81
                              Tax    1.39
                            Total   21.20

**PAID BY DISCOV**
DISCOV card * #XXXXXXXXXXXXX947
Exp 8/31/07 App # AUTO           Tendered  21.20
Ref # 000/12                 Cash Change     .00
Card Present

---

Internet Refills at RiteAid.com
powered by drugstore.com
1-800-RITEAID for customer service.



The Pharmacy America Trusts • Since 1901
I'm ASHLEY. Thank you for allowing me
to serve you today.

550          10    8035   03452  003

550          10    8036   03452  003

RFN# 0345-2036-0369-0609-2020

M P/AMER16Z15S          1A      2.65 SALE
FACIAL TISSU            1A      1.89
FACIAL TISSU            1A      1.89
FACIAL TISSU            A       1.80-WAGC
      2 @ 1.89
ANGLE SFT 95            1A      5.99
ANGLE SFT 95            1A      5.99
ANGLE SFT 95            A       3.98-WAGC
SERE...                 1A     10.99 SALE
SE...                   1A     10.99 SALE
SERENITY SOA            1A     10.99 SALE
      SUBTOTAL                 45.60

A=7% SALES TAX                  3.19
      TOTAL                    48.79

      CREDIT CARD              48.79
      ACCT#********4347
      CHANGE                    .00

WAG COUPON SAVINGS:              5.78
WAG ADVERTISED SAVINGS:         13.50
                               -------
YOUR TOTAL SAVINGS:            19.28

2 Pass Rd Gulfport, MS
STORE    (228)864-8013

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE
************************************
YOUR OPINION COUNTS!
************************************

ENTER FOR A CHANCE TO WIN $10,000 CASH

PLEASE CALL TOLL FREE
1-888-308-5429
OR LOGON TO
WWW.WALGREENSSURVEY.COM

WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0345-2036-0369-0609-2020-06

SEE STORE FOR CONTEST RULES


RETAIN THIS RECEIPT FOR YOUR RECORDS

SEPTEMBER 20, 2006.    12:40 PM


**\*CHOICE SUPERMARKET\***
**(228)594-0265**

9/20/2006      TERM 2     11:52:02 AM

CORNISH HENS      1 @ 2/3.00     $1.50 TF
CORNISH HENS      1 @ 2/3.00     $1.50 TF
PORK TENDERLOIN   1 @ 3.62       $3.62 TF
PORK TENDERLOIN   1 @ 4.07       $4.07 TF
CANTALOUPE        1 @ 2/3.00     $1.50 TF
GRAPES RED (4499
      1.99 lbs @    1lbs/.99     $1.97 TF
OYSTERS CSE       1 @ 5.99       $5.99 TF


SUBTOTAL              7        $20.15
TAX                            $1.41
TOTAL                         $21.56
                 DUE==>        $21.56
\*DISC\*                       $21.56

S ************4347 EXP. ****
LOC: 05891102 INV: 00028593
ATH:   000718 APPRVD     000718

CHANGE DUE                     $0.00


THANK YOU
FOR SHOPPING WITH US.
* *
9/20/2006    CHARONDA    11:53:41 AM

Politz 1057

Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY
PHARMACY
PHARMACY
ROLAIDS 3PK
REWARD CUSTOMER

**** TAX      .15  TOT     64.00

VF      CREDIT CARD

TOTAL NUMBER OF ITEMS SOLD
9/18/06  6:27 PM 1511 33

YOU HAVE SAVED A TOTAL OF   92.78
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS: JERRI

DIRECTOR DARRYL A BELESKY
STORE # 1511  GULFPORT  MS
PHONE # (228)832-8452
PHARMACY(228)832-0061

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
11312-H HWY.49
GULFPORT, MS
09/18/06     6:27 PM
TERMINAL ID: WP1511
CARD NO: DCP XXXXXXXXXXXX4347
SEQ NO: 00338491
PURCHASE FROM CREDIT
TOTAL               $ 64.00

$ 45.38

Your Saved $10.00

Politz 1058



# Winn/Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
DOLE JUST LETTUCE    RC    2.69 B
1 @ 5/1.00
     LIMES               RC     .20 B
1.59 lb @ 7.99 /lb
WI   RED DLS GRAPES     RC    4.75 B
REWARD CUSTOMER         420XXXX0020

1.59 lb @ 6.99 /lb = 1.57
RC 00029316 RED SDLS GRAPES       3.18-B
RC 00030380 LIMES          (.10)   .10-B
RC 00032089 DOLE JUST     (1.50)  1.19-B

VF   CREDIT CARD                   3.39

**** TAX    .22  TOT    3.39

TOTAL NUMBER OF ITEMS SOLD = 3
9/26/06, 3:59 PM 1511 09 0044 164
REWARD CARD SAVINGS    4.47

You Saved $4.47

YOU HAVE SAVED A TOTAL OF 506.85
```

**\*CHOICE SUPERMARKET\***
**(228)594-0265**

9/28/2006     TERM 1     3:13:12 PM

| | | |
|---|---|---|
| SF FOIL 18 | 1 @ 2/3.00 | $1.50 T |
| MRY B STHRN | 1 @ 2/5.00 | $2.50 TF |
| MARY B PLAIN | 1 @ 2/5.00 | $2.50 TF |
| ITLN LNK SAUSGE | 1 @ 2/5.00 | $2.50 TF |
| ITLN LNK SAUSGE | 1 @ 2/5.00 | $2.50 TF |

\*DISC\*

SUBTOTAL     5     $11.50
TAX     $0.81
TOTAL     $12.31
      DUE==>     $12.31
$ \*\*\*\*\*\*\*\*\*\*\*4347 EXP: \*\*\*\*     $12.31
LOC: 0569 1101 INV: 00058373
ATH: 000717 APPRVD     000717

CHANGE DUE     $0.00

**\* THANK YOU \***
**FOR SHOPPING WITH US.**

9/28/2006     KELLY   M     3:14:21 PM



**SAV·A·CENTER**



# WAL★MART
Always Low Prices.

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FRANK CHALER
( 228 ) 864 - 5197

ST#  0969  OP#  00000328  TE#  02  TR# 01646

| | | |
|---|---|---|
| NT NEW | 001200000734 F | 1.08 X |
| BREADED OKRA | 020589070081 F | 1.76 T |
| POTATO WEDGE | 020816970030 F | 0.81 F |
| RED TENDERS | 020580020408 F | 0.30 T |
| COLE SLAW | 020813790137 F | 4.0P |
| CEREAL BAR | 003800021441 F | |
| WHIP TOPPING | 003345063165 F | 3.1 |
| LETTUCE CLD | 003353365020 F | 1 1a |
| NECTARINE | 000000004036KF | |
| @ 1 lb /0.98 | | |
| TY CRUNCH | 007726009662 F | 1.87 X |
| A COCONUT | 007726009522 F | 1.50 X |
| FIN TO GT | 004100008839 F | 1.50 X |
| GRN TURT | 004128879400 F | 1.76 T |
| FIN IN MIX | 007248600220 F | 2.00 X |
| 2  MILK | 007878436187 F | 3.12 T |
| CRACKER | 004400001426 F | 2.50 X |
| VAN WFR | 008201198466 F | 0.53 X |
| VAN WFR | 008201198421 F | 1.98 X |
| VAN WFR | 008201 8421 F | |
| PCH TER | 007874209661 F | |
| MUFFIN MIX | 007248600220 F | 2.00 X |
| MUFFIN MIX | 007248600220 F | 2.00 X |
| SAUSALITO | 001410007712 F | 7.33 X |
| TRADE | 001410007622 F | 0.33 T |
| MUFFIN MIX | 007248600220 F | |

TAX 1   7.000 %      2.94

SUBTOTAL   42.01
TOTAL      44.95
SAMS P CREDIT   44.95

CHANGE DUE      0.00

# ITEMS SOLD 24

ACCOUNT #4347
APPROVAL #000750
TRANS ID -
VALIDATION -
PAYMENT SERVICE -

TC# 2767 5602 7853 2423 7563

It's a Rollback Season.



KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS  39503
(228)832-7753

** WELCOME TO YOUR **
** K MART STORE 9520 **

CASHIER: ANN MARIE
GENERAL MERCHANDISE
38004049800    SERENITY 36C
        2 @ 1/9.99       A    19.98 T

    **** TAX    1.40  BAL     21.38
XXXXXXXXXXXX4347
DS  APPROVAL 000701
VF      DS
XXXXXXXXXXXX4347                  .02
DS  APPROVAL 000722
VF      DS
                CHANGE         21.36
                                .00

        YOUR TOTAL SAVINGS: 11.00

TOTAL NUMBER OF ITEMS * 2

ØQE YB9 JSO ØØJ MD9 5ZH

09/24/06  4:30 PM 9520 03 4331 0016

Merchandise included in today's
transaction may be returned or
exchanged before 12/23/06 with
this receipt.

The complete return & exchange policy
is available at the Service Desk

*********************************
 JAM PACKED
 JEWELRY EVENT!
 2 weeks only!
visit our fine jewelry
department before
October 7th!

1 day specials
70% Off Fine Jewelry
40% Off Sterling Silver

$100 million in
new inventory!
*********************************

**** THANK YOU FOR ****
**** SHOPPING YOUR KMART ****

---

Winn✓Dixie
getting better all the time

Questions or Comments
1 800 WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY                  29.20 T
PHARMACY                  27.66 T
PHARMACY                  50.00 T
REWARD CUSTOMER    420XXXXX0880

    $10 GIFT CARD      NP  10.00
GIFTCARD: XXXXXXXXXXXXXX4654  10.00

RC    $10 OFF REFILL #2      10.00-
    **** TAX       .00  TOT   106.86

VF      CREDIT CARD           106.86

TOTAL NUMBER OF ITEMS SOLD = 4
10/09/06  4:05 PM 1511 33 0071 735

REWARD CARD SAVINGS        10.00

You Saved    $10.00

YOU HAVE SAVED A TOTAL OF  $37.94
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS, TONYA

YOUR OPINION IS IMPORTANT TO US!
PLEASE ACCESS OUR ON-LINE CUSTOMER
SURVEY AT WWW.WINN-DIXIE.COM/SURVEY
OR IF NOT CONVENIENT, CALL
1-866-946-6349 FOR ASSISTANCE IN
COMPLETING THE SURVEY.

DIRECTOR BELESKY,DARRYL A
STORE # 1511 - GULFPORT  MS
    PHONE # (228)832-8462
    PHARMACY#(228)832-0091

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE,STORE #1511
11312-H HWY.49
GULFPORT, MS
10/09/06        4:05 PM
TERMINAL ID: WP1511
CARD NO: DCP XXXXXXXXXXXX4347
SEQ NO: 00036484
PURCHASE FROM CREDIT
TOTAL                    $ 106.86

Politz 1062

**SAM'S CLUB® DISCOVER®**

**Want To Earn Up To 2% Cash Back?**
Upgrade To A SAM'S CLUB Plus℠ Membership Today!

Accepted At Over 4 Million Locations Where You See

Prepared For
IAN POLITZ

Member Service: 1-866-220-0254
Or Online At samsclubdiscover.com

Account Number

## ACCOUNT INFORMATION

| Statement Date | Days in Billing Period | Minimum Payment This Period | Payment Due Date | Total Minimum Payment |
|---|---|---|---|---|
| 09/14/2006 | 31 | $28.00 | 10/04/2006 | $28.00 |

## CASH EARNED SUMMARY

Previous Reward Balance $4.62
(+) Rewards Earned $5.40
= Cash Reward Balance $10.02

**You have earned $10.02**

Upgrade to a Plus Membership today, and earn up to 2% Cash Back!

See your local Sam's Club for details.

## BALANCE SUMMARY

| Cash Advance / Quick Cash Limit | Total Credit Limit | Available Cash Limit | Available Credit Limit |
|---|---|---|---|
| $2,800 | $14,000 | $2,800 | $12,782 |

| Previous Balance | - Payments & Credits | + Purchases/Balance Transfers/Fees/Debits | + Cash Advance/Quick Cash | +/- Net FINANCE CHARGE/Transaction Fees | = New Balance |
|---|---|---|---|---|---|
| $1,151.84 | $1,151.84 | $1,080.74 | $0.00 | $0.00 | $1,080.74 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 08/17 | 08/17 | 7601101KR01VKB509 | WINN-DIXIE #1511 S9I GULFPORT MS | $88.02 |
| 08/18 | 08/18 | 7601101KR01VKB509 | WINN-DIXIE #1511 S9I GULFPORT MS | $17.50 |
| 08/18 | 08/18 | 7601101KR01VKB509 | WINN-DIXIE #1511 S9I GULFPORT MS | $25.08 |
| 08/21 | 08/21 | 7601100KV01XZI763 | WALGREEN 00030478142 BATON ROUGE LA | $10.90 |
| 08/21 | 08/21 | 7601101KV02AFQ7FF | GOODWOOD HARDWARE 2259260040 LA | $43.25 |
| 08/22 | 08/22 | 7601101KV02AFQ7FF | RITE AID 7227 LONG BEACH MS | $49.43 |
| 08/22 | 08/22 | 7601101MW01VKB505 | WINN-DIXIE #1511 S9I GULFPORT MS | $106.17 |
| 08/24 | 08/24 | 7601101KZ01VKB502 | WINN-DIXIE #1511 S9I GULFPORT MS | $25.58 |
| 08/24 | 08/24 | 7601136KX01EEFWZ5 | WAL-MART STORE #0969 GULFPORT MS | $19.53 |
| | | | WALMART PURCHASE | |
| 08/24 | 08/24 | 7601136KX01FFFX0J | WAL-MART STORE #0969 GULFPORT MS | $99.20 |
| | | | WALMART PURCHASE | |
| 08/25 | 08/25 | 7601101KZ01VKB502 | WINN-DIXIE #1511 S9I GULFPORT MS | $5.35 |
| 08/26 | 08/26 | 7601101L901XKX6Z3 | PUBLIX #677 SA1 DESTIN FL | $20.20 |
| 08/27 | 08/27 | 7601101L101XKX672 | PUBLIX #677 SA1 DESTIN FL | $37.00 |
| 08/27 | 08/27 | 7601136L001ZAMLW8 | PAYMENT - THANK YOU. | $1,151.84 CR |
| 09/01 | 09/01 | 7601101LG01VKB503 | WINN-DIXIE #1511 S9I GULFPORT MS | $67.12 |
| 09/03 | 09/03 | 7601100L802FBQKK1 | DOLLAR-GENERAL #1026 GULFPORT MS | $13.91 |
| 09/03 | 09/03 | 7601101L801VKB501 | WINN-DIXIE #1511 S9I GULFPORT MS | $102.31 |
| 09/06 | 09/06 | 7601136LA00YFHM9QF | WAL-MART STORE #0969 GULFPORT MS | $108.19 |
| | | | WALMART PURCHASE | |
| 09/08 | 09/08 | 7601101LD01VGXALA | SALMAGUNDI GIFT SHO OCEAN SPRINGS MS | $26.13 |
| 09/09 | 09/09 | 7601101LD01VKB503 | WINN-DIXIE #1511 S9I GULFPORT MS | $64.57 |
| 09/11 | 09/11 | 7601101LG01VKB500 | WINN-DIXIE #1511 S9I GULFPORT MS | $51.62 |
| 09/13 | 09/13 | 7601136LH01SH9PG3 | WAL-MART STORE #0969 GULFPORT MS | $110.65 |
| | | | WALMART PURCHASE | |

**THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.**

## FINANCE CHARGE SUMMARY

| | Expiration Date | Average Daily Balance | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE Due to Daily Periodic Rate | Transaction Fees |
|---|---|---|---|---|---|---|
| Regular Purchases | NA | $0.00 | .05854% | 21.37% | $0.00 | $0.00 |
| Cash Advances | NA | $0.00 | .06676% | 24.37% | $0.00 | $0.00 |
| Quick Cash | NA | $0.00 | 0.00% | 0.00% | $0.00 | $0.00 |

ANNUAL PERCENTAGE RATE for purchases 21.37%
ANNUAL PERCENTAGE RATE for cash advances 24.37%
Total FINANCE CHARGE $0.00

**PAYMENT DUE BY 5 P.M. ON THE DUE DATE.** We may convert your payment to an electronic debit. See reverse side for details.
NOTICE: See reverse side for Billing Rights and other important information.

6709  0002  EDG    1    7 14  060914      Page 1 Of 2    8212  1000  A203  01AW6709    6659

Politz 1063

# WAL★MART

ALWAYS LOW PRICES.

*Always*

SUPERCENTER
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197

```
ST# 0969 OP# 00000003 TE# 07 TR# 07930
GUMMY WORMS   008117209801 F      0.94 X
MT DEW        001200000134 F      1.08 X
BREADED OKRA  020589030070        0.70 T
PCTATO WEDGE  020816900044        0.44 T
SPICY TENDER  020579730748        7.48 T
GV SUGAR CAN  007874243403 F      1.00 X
S/F MINT PAT  007726009092 F      4.12 X
JELLO PUD     004300020552 F      0.62 T
JELLO PUD     004300020553 F      0.62 T
CLUB SIDKICK  003010020836 F      2.77 X
GRATED PARM   007027783153 F      2.50 T
GV UNSLT BTR  007874237427 F      2.24 T
PAIL          002903371020        0.97 X
SF CHEESCAKE  004300020812 F      0.62 T
JELLO PUD     004300020559 F      0.62 T
COOKIE MIX    001600013900 F      1.50 X
GREEK SSN     007435000002 F      2.33 T
SF ORANGE TB  007874227191 F      1.76 X
CHLOR TABS    068113177683        2.76 X
ROLL          007343500005 T      2.38 T
BC PTT BTR C  001600030570 F      1.50 X
MSi VAN WFR   008201198421 F      1.98 X
G.O. SSG      002959900184 F      3.98 T
1LB FRANKS    004470000210 F      1.86 T
CGLE SLAW     020513750149 F      1.49 T
B B SPRD      001111534003 F      1.46 T
BRYN CRK BO   005340025985 F      2.50 T
2  MILK       007874235187 F      3.12 T
21X34 RUG     890289200068       11.00 T
MACH3         004740017970        8.36 X
TABLECLOTH    004704279926       12.96 X
FLASHLIGHT    003535543360        4.97 X
TWNPK POUF    063084090051        0.97 X
SPRAY PAINT   007874203226        0.96 X
DOUCHE        004160887486        1.94 X
KCC SPRAY PT  005165223311        2.74 X
              SUBTOTAL           99.24
       TAX 1   7.000 %            6.95
               TOTAL            106.19
       SAMS P CREDIT            106.19
```

ACCOUNT #4347
APPROVAL #000789
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
            CHANGE DUE      0.00

# # ITEMS SOLD 36

TC# 3105 1197 0541 0606 3416 0



Stop by the Electronics Dept. to get
the NFL Sunday Ticket through DIRECTV
    09/06/06    15:31:41

***CUSTOMER COPY***

30 DAY RETURN POLICY
**MUST HAVE RECEIPT*
*GOODWOOD HARDWARE**
7539 JEFFERSON HWY
***225-926-0040****

```
                INV NO.:  51133
DATE/TIME: 08-21-2006 13:15:09
2       100100        0      0.35
PENCILS                       0.70
1       999397        2     19.99
JAG LSU PICTURE FRAM         19.99
1       100100        0     18.99
LSU CUP HOLDER               18.99
       SUB TOTAL $           39.68
       TAX       $            3.57
       INV. TOTAL$           43.25
       CHARGE AMT $          43.25
```

Card No: XXXX XXXX XXXX    Exp.
PO NO: -REG003  EMP: SKR
JOB SITE NO...:
Card No:



Winn✓Dixie





WINN-DIXIE
1102 n HWY 49
GULFPORT, MS
09/03/06        4:52 PM
TERMINAL ID: WP1511
THRU NO: WGC XXXXXXXXXXXX
SEQ NO: 00339986
PURCHASE FROM GIFT CARD
TOTAL                    $ 10.00
REMAINING BALANCE        $ .00

CARD NO: WDC XXXXXXXXXXXXXX9954
SEQ NO: 00339987
PURCHASE FROM GIFT CARD
TOTAL                    $ 10.00
REMAINING BALANCE        $ .00

CARD NO: DCA XXXXXXXXXXXXXX4347
SEQ NO: 00339988

GULF

SALMAGUN'... ... ... ... INC
922 WASHINGTON AVE
OCEAN SPRINGS, MS 39564
TID: 00000425275

TIME: 12:08 PM          DATE: 09/08/06

MERCHANT #: 601101303706806
DR xxxxxxxxxx4347

INVOICE #: 0000053005
APPROVAL CODE: 000711
SEQ #: 005

TOTAL AMOUNT          $26.13
POLITZ/JAN

CUSTOMER COPY



## Winn✓Dixie

Getting better all the time

Questions or Comments.
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

MUFFELATTA BREAD                    1.98 B
**** TAX        .35  TOT            5.33

CRAZY DAISY BOUQT.                  6.99 T
FLORAL
MC ANISE SEED
RC 3536 MC ANISE SEED (3.09 .
REWARD CUSTOMER

KEN'S CAESAR           RC   2.99 B
RC 00032020 KEN'S CAES (1.79)  1.20-B
KEN'S CAESAR                2.99 B
RC 00032020 KEN'S CAES (1.79)  1.20-B
WAVY LAY'S REGULAR RC       2.99 B
RC 00032091 WAVY LAY'S (2.50)R   .49-B
0.79 lb @ .59 /lb
WT    TURNING BANANAS
1 @ 5/1.00             RC    .20 B
LIMES              (.10)    .10-B
RC 00030380 LIMES
1 @ 2/.88                   .44 B
MEDIUM LEMONS
0.47 lb @ 1.99 /lb          .94 B
WT    IMPRT NAVAL ORANGE RC
0.47 lb @ 1.69 /lb = .79
RC 00029295 IMPRT NAVAL ORANGE
**** TAX       1.64  TOT

VF    CREDIT CARD           25.68

TOTAL NUMBER OF ITEMS SOLD = 11
8/18/06  4:09 PM 1511 01 0267 129



## Winn✓Dixie

Getting better all the time

Questions or Comments.
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

*accidentally rung up twice JAdams Pharmacy*

TOTAL NUMBER OF ITEMS SOLD = 12
8/17/06  5:12 PM 1511 33 04

YOU HAVE SAVED A TOTAL OF
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS, TERRI

DIRECTOR DARRYL A BELLON
STORE # 1511   GULFPORT
PHONE # (228)832-8452
PHONE # (228)832-0001

THANK YOU FOR SHOPPING WINN-DIXIE

DOLLAR GENERAL STORE #01026
11312 HIGHWAY 49 STE F
GULFPORT, MS 39503-3087
(228) 832-3113

| | | |
|---|---|---|
| SHOUT STAIN REMOVER | | 2.50 S |
| 048500822513-1 | | |
| SPIC N SPAN 17 22 OZ | | 1.00 S |
| 811435001278-1 | | |
| ITALIAN GREEN BEANS | E | 1.00 S |
| 034700012193-1 | | |
| ITALIAN GREEN BEANS | E | 1.00 S |
| 034700012193-1 | | |
| MIXED NUT 65 PEANUT | E | 2.00 S |
| 753519460628-1 | | |
| 1PK ALKALINE 9-V BAT | | 1.50 S |
| 073096300064-3 | | |
| TYOBOL LIQ TOILET BO | | 1.00 S |
| 031600375106-1 | | |
| TYOBOL LIQ TOILET BO | | 1.00 S |
| 031600375106-1 | | |
| TYOBOL LIQ TOILET BO | | 1.00 S |
| 031600375106-1 | | |
| TYOBOL LIQ TOILET BO | | 1.00 S |
| 031600375106-1 | | |

| | |
|---|---|
| SUBTOTAL | $13.00 |
| Tax | $0.90 |
| TOTAL | $13.91 |
| DISCOVER | $13.91 |

************4347
EXPIRY: xx/xx SWIPED
AUTH# 000693
REFERENCE# 65960201

ITEMS 10
2006-09-03  15:31:39  01026 02     902

TIME IS MONEY.
SAVE BOTH AT DOLLAR GENERAL!

It's DISCOVER

---

# Winn✓Dixie
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| | | |
|---|---|---|
| PHARMACY | | 12.50 |
| **** TAX | .00 TOT | 12.50 |
| VF    CREDIT CARD | | 12.50 |

TOTAL NUMBER OF ITEMS SOLD = 1
8/18/06  4:02 PM 1511 35 0050

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY

YOUR CASHIER TODAY IS, TONYA

DIRECTOR DARRYL A BELFSKY
STORE # 1511  - GULFPORT   M
PHONE # (228)832-8497
PHARMACY(228)832-0051

THANK YOU FOR SHOPPING WINN-DIXIE

Politz 1068

**Receipt 1:**

```
publix
PUBLIX PARADISE KEY
WHERE SHOPPING IS A PLEASURE

MARIA WAS YOUR CASHIER TODAY.

PUBLIX BAG TIE 20            3.79 B
1 @ 3/5.00
  KR SHRD CHEESE             1.67 F
  AD SPEC SAVINGS
1 @ 3/5.00
  KR SHRD CHEESE             1.67 F
  AD SPEC SAVINGS
  PUBLIX MILK                3.29 F
  THREE SD BREAD W/G         2.15 F
  MULTIGRAIN BREAD           1.89 F
  AD SPEC SAVINGS             .50
1 @ 3/5.00
  KR FINE SHR SH/CHD         1.67 F
  AD SPEC SAVINGS            1.22
1 @ 3/5.00
  KR SHRD MEX CHNL           1.66 F
  AD SPEC SAVINGS            1.22
  PUBLIX DIP                 1.59 F
  PUB LARGE EGGS             1.03 F
  LAND O'LAKES PROVO         6.97 F
  PUB WHIPPED CREAM          1.79 F
  COCA COLA CLASSIC          3.67 B
  AD SPEC SAVINGS             .42
1 @ 2/6.00
  HORMEL BLK LBL BCN         3.00 F
  AD SPEC SAVINGS            1.59
1 @ 2/6.00
  HORMEL BLK LBL BCN         3.00 F
  AD SPEC SAVINGS            1.59
  **** TAX            .42  BAL   37.09
                                 37.09
VF  CREDIT PURCHASE
    ADVERTISED SPECIAL PURCHASE    7.76
    YOUR TOTAL SAVINGS AT PUBLIX   7.76
```

**Receipt 2:**

```
publix
PUBLIX PARADISE KEY
WHERE SHOPPING IS A PLEASURE

LINDA WAS YOUR CASHIER TODAY.

1 @ 2/5.00
  TOSTITOS BITE SIZE         2.50 F
  AD SPEC SAVINGS             .99
  PUBLIX DIP                 1.59 F
  PUBLIX DIP                 1.59 F
  BUD SELECT 18PK           13.67 T
  **** TAX            .83  BAL   20.20
                                 20.20
VF  CREDIT PURCHASE
    ADVERTISED SPECIAL SAVINGS     .99
    YOUR TOTAL SAVINGS AT PUBLIX   .99

PRESTO!
REF #: 24300540
TRACE #: 001001522
ACCT #: ************4347
PURCHASE (DEBIT)
AMOUNT $ 20.20
AUTH #: 000692

P.O. BOX 407
LAKELAND, FL 33802-0407
```

Politz 1069



Winn✓Dixie

Questions or Comments?
1-866-WINN-DIXIE (1-866-...)
www.winndixie.com

PHARMACY                    10.1
PHARMACY                     1.99
PHARMACY
PHARMACY
REWARD CUSTOMER

$10 GIFT CARD         RP  10.00
GIFTCARD: XXXXXXXXXXXXXX5576  10.00
RC    $10 OFF REFILL #1      -2.00

**** TAX          .06          Bal.

VF    CREDIT CARD         100.00

QTAL NUMBER OF ITEMS SOLD = 5
8/22/06    4:48 PM   WP15 11  02 00 51

REWARD CARD SAVINGS

# You Saved  $10.00

YOU HAVE SAVED A TOTAL OF  $60.00
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS...

DIRECTOR DARRYL A NELESKI
STORE # 1511    GULFPORT    MS
PHONE # 228-832-8452
PHARMACY 228-832-0094

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #...
13121-H HWY 49
GULFPORT, MS
08/22/06    4:48 PM
TERMINAL ID: WP15 11
CARD NO: XXXXXXXXXXXXX4347
SEQ NO: 00334800
PURCHASE FROM CREDIT
TOTAL                  $ 100.00

Politz 1070

# Winn✓Dixie

Getting better all the time

Questions or Comments
1 866 WINN-DIXIE (1 866 946-6349)
www.winndixie.com

REWARD CUSTOMER                    420XXX0604

        S.IVES CLUN B/WASH MO    2 B
RC 00032091 S.IVES CLG (2.50)@
        ST IVES MOIST RAW  MO
RC 00032091 ST IVES MO (2.50)
        **** TAX        .04  10.

VF      CREDIT CARD          4.96

TOTAL NUMBER OF ITEMS SOLD = 4
3/25/06  5:56      41 33 0050 716

REWARD CARD SAVINGS            .98

# You Saved  $0.98

YOU HAVE SAVED A TOTAL OF    $0.98
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS  DEBBI

    DIRECTOR DARRYL A DELLENT
    STORE # 1511 - GULFPORT  MS
    PHONE # (228)832-8452
    PHARMACY (228)832-5051

THANK YOU FOR SHOPPING WINN DIXIE

WINN DIXIE STORE #1511
11312-H HWY.49
GULFPORT, MS
08/25/06       5:56 PM
TERMINAL ID: WP1511
CARD NO: DCP XXXXXXXXXXXX4547
SEQ NO: 00337313
PURCHASE FROM CREDIT
TOTAL



With us, it's personal.

Store #02222
240 W 2ST RACE ST
STATE B.
LONG BEACH, MS  39560
(228) 864 0934

Register #3 Transaction #33642
Cashier #72272019  8/27/06  9:56PM

        RITE AID CARD SAVINGS
    Customer ID: 00092845622
1 ANGEL SOFT 4PK              1.95
    ON SALE, Reg 1/1.89
1 ANGEL SOFT 4PK              1.89
    ON SALE, Reg 1/1.89
1 ANGEL SOFT 4PK              1.95
    ON SALE, Reg 1/1.89
1 ANGEL SOFT 4PK              1.89
    VOID
1 SS BW PR CASH X-DRY 122     4.19
1 SS BW PR CASH X DRY 122     4.19
    VOID
1 COKE .5LT 6PK BTL           2.53
    ON SALE, Reg 1/3.19
1 COKE .5LT 6PK BTL           2.53
    ON SALE, Reg 1/3.19
1 $1.50 OFF 2 COKE PROD 6PK   1.50
    RANGF COUPON SPR
1 NV GRANULA BR VARIETY 8.9   1.99
    ON SALE, Reg 1/3.49
1 CIARA COLOGNE SPR 2.3FL     29.25
1 CIARA COLOGNE SPR 2.3FL O   0.00 T
    **FREE**, Reg 1/29.25
1 TRES SH CLR TRT&PERM 32Z    5.59
1 TRES CD CLR TRT&PERM 320Z   0.00 T
    **FREE**, Reg 1/5.59
1 PERT PLUS SH DANDRUFF 13.   3.99 T
1 PERT PLUS SH DANDRUFF 13.   0.00 T
    **FREE**, Reg 1/3.99

12 Items        Subtotal     46.10
                Tax           3.33
                Total        49.43
    *PAID BY DISCOV*          49.43
DISCOV card * #XXXXXXXXXXXX8947
Exp  8/31/07 App # AUTO
Ref # 000717
Card Present
                Tendered     49.43
                Cash Change    .00

Your RITE AID CARD Savings:     44.37

TOTAL COUPON SAVINGS:    $1.50

Tell us about our service
and you will be entered
to win

## $10,000

Call TOLL FREE
Disponible en Español, llama

## 1-800-962-1914

Enter Code:
0822 1572 2703 423

This code expires 14 days from the
date of this receipt.
For Official Rules Call 1-800-RITE-AID

We're Medicare experts
Ask your pharmacist for a FREE
Medicare Prescription Plan Guide too.

Internet Refills at RiteAid.com
powered by

Politz 1071

**Winn✓Dixie**

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winndixie.com

REWARD CUSTOMER          420XXXX0080

182.99  JUMBO CANTALOUPES  PRC    2.99 B
RC 00032089 JUMBO CANT (1250)    1.49-B
       BONELESS BREASTS    RC    6.02 B
       BONELESS BREASTS    RC    6.02 B
RC 00029633 BONELESS BREASTS     6.02-B
       DOLE JUST LETTUCE   RC    2.69 B
RC 00032089 DOLE JUST (1.50)     1.19-B
       DOLE JUST LETTUCE   RC    2.69 B
RC 00032089 DOLE JUST (1.50)     1.19-B
1 @ .276.00
       BE PEPPER STIR FRY  RC    3.00-B
RC 00031204 BE PEPPER  (1.67)V   1.33-B

RC 00032096 WD CROWDER (1.25)    .42-B
       WD BLACKEYE PEAS    RC    1.59 B
RC 00032096 WD BLACKEY (1.25)    .14-B

RC 00032096 WD CROWDER (1.25)    .42-B
1 @ 3/5.00
       WD FIELD PEAS W/SN  RC    1.69 B
RC 00032096 WD FIELD P (1.25)N   .41-B
       B E FORDHOOK LIMAS  RC    1.67 B
RC 00031109 B E FORDHO (1.67)S   .82-B
       B E FORDHOOK LIMAS  RC    1.67 B
RC 00031109 B E FORDHO (1.67)S   .82-B
       BONELESS BREASTS    RC    5.63 B
       BONELESS BREASTS    RC    5.63 B
RC 00029633 BONELESS BREASTS     5.63-B
1 @ 2.99 /lb
WT    RED CLUSTER TOMS.   RC    4.78 B
1.92 lb @ 1.17 /lb = 2.25
RC 00028617 RED CLUSTER TOMS.    2.53-B
2 LT. CHEK COLA    RC    .79 B
RC 00032136 2 LT. CHEK  (.75)    .04-B
       RIBEYE STK F/P BNL  RC   35.13 B
RC 00028502 RIBEYE STK F/P BNL  14.65-B
       RIBEYE STK F/P BNL  RC   35.01 B
RC 00028502 RIBEYE STK F/P BNL  14.65-B
VERIFIED BY CASHIER
       MILWAUKEE BEST 12P  RC    7.09 T
RC 00032169 MILWAUKEE (6.89)P    .20-T
       WAVY LAY'S REGULAR  RC    2.99 B
RC 00032090 WAVY LAY'S (2.00)R   .99-B
       MILWAUKEE BEST 12P  RC    7.09 T
RC 00032169 MILWAUKEE (6.89)P    .20-T
       BUD SELECT 16/PK    RC   13.79 T
RC 00030490 BUD SELEC (12.79)P   1.00-T
       FISCHER 8LK PEPPER  RC    1.99 B
       FG PF B/U CROUTONS  RC    1.69 B
RC 00028720 FG-FG B/C (1.34)S    .35-B
       RED POTATOES        RC    3.99 B
RC 00032034 RED POTATO (2.99)    1.00-B

**Winn✓Dixie**

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winndixie.com

       PHARMACY
       PHARMACY                  50.00 T
       $10 GIFT CARD       T    10.00
GIFTCARD: XXXXXXXXXXXXXXX9954  10.00

REWARD CUSTOMER          420XXXX0080

RC      $10 OFF REFILL #1
**** TAX          .00  TOT

       $10 GIFT CARD            10.00
GIFTCARD: XXXXXXXXXXXXXXX9970  10.00

RC MO   $10 OFF REFILL #3       10.00
**** TAX          .00  TOT     52.40

       COMM D/R PURE COFF  RC    3.99 T
RC 00032042 COMM D/R P (3.99)P   1.00-T
       COMM D/R PURE COFF  RC    3.99 T
RC 00032042 COMM D/R P (3.99)P   1.00-T
       WD CRNBRY COCKTAIL
       WD CRNBRY COCKTAIL
**** TAX          .96  TOT

VF      CREDIT CARD             67.12

TOTAL NUMBER OF ITEMS SOLD
9/01/06  1:42 PM 1511 33 0090 776

REWARD CARD SAVINGS             22.00

**You Saved  $22.00**

YOU HAVE SAVED A TOTAL OF   861.44
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS, TONYA

DIRECTOR DARRYL A KELLEY
STORE # 1511 - GULFPORT
PHONE # 2283832
TRANSACTION 2283832

THANK YOU FOR SHOPPING WITH DIXIE

WINN DIXIE STORE #1511
11312-H HWY.49
GULFPORT, MS
09/01/06    1:42 PM
TERMINAL ID: WP1511
CARD NO: DCP XXXXXXXXXXXXX947
SEQ NO: 00032650
PURCHASE FROM CREDIT
TOTAL                          $ 67.12

Politz 1072

Winn√Dixie

The Beef People

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

VERIFIED BY CASHIER
    BUD SELECT LNNR 12 PK
    BUD SELECT LNNR 12 PK
    PHARMACY
    PHARMACY
REWARD CUSTOMER

                2 @ 1.70
RC 00032056 BUD SELECT (7.99)2  3.40-T
**** TAX       1.12  TPI      **.98

VI     CREDIT CARD           **.**

TOTAL NUMBER OF ITEMS SOLD   4
8/24/06  3:48 PM 1511

RCWRD   SAVINGS

You Saved   $3.40

YOU HAVE SAVED A TOTAL OF  $3.40
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS: TONYA

DIRECTOR DARRYL A SUTTON
STORE # 1511  GULFPORT
PHONE # (228)832-8454
PHARMACY (228)832-0051

THANK YOU FOR SHOPPING WINN-DIXIE

WINN DIXIE STORE #1511
1312 N HWY 49
GULFPORT, MS
08/24/06   3:48 PM
CASHIER ID: WP1511
CARD NO: DCF XXXXXXXXXXXX2941
AUTH NO: 00169 986
PURCHASE FROM CREDIT
TOTAL              $ 29.98

---

WAL★MART
ALWAYS LOW PRICES
Always

SUPERCENTER
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 6197
ST# 0969 OP# 00008458 TE# 11 TR# 07624
2  MILK         007074205787 F    3.14 T
POTATO         004330100934 F    2.72 T
MCK BRV LMF    003889730714 F    1.36 T
BLUBRRY WFFL   001862776100 F    1.86 T
BLUBRY PNCK    007984410956 F    2.88 T
G SALAMI       020534130197 F    1.97 T
HONEY HAM      020879260364 F    3.64 T
SAUSAGE        002959590018V F    2.83 T
MAPLE BACON    003760010900 F    2.50 T
BL BACON       003760035160 F    2.50 T
BREADED OKRA   020689030086     0.86 T
4-PK RULLS     007343500220 F    0.78 T
COLESLAW KIT   020829700117 F    1.11 T
SPICY TENDER   020879790417     4.17 T
PROVOLONE      020566840219 F    2.19 T
H SALAMI       020540501012 F    1.89 T
KFT SHRP CHE   002100000020 F    1.66 T
1LB FRANKS     004476000210 F    1.50 T
PERSIAN LIME   000000000048KF
                2 AT 1 FOR    0.38    0.76 T
CRUMBLE FETA   007790010061 F    1.50 T
CRUMBLE FETA   007790100863 F    1.40 F
WHIP TOPPING   007074212926 F    1.47 F
SHRED ROMANO   007027783154 F    2.50 T
PARMESAN CUP   007027783152 F    2.50 T
MT DEW         001200000134 F    1.08 X
HEFTY PLATES   001339020760      1.97 X
P-N-S FZ SC    001268770533      9.62
SF CHEESCAKE   004306020612 F    0.62
ROTEL          006014428243 F    0.84
SOUP           005100001261 F    0.83
DOG TREAT      060113124551      1.96 X
DOG TREATS     003811004962      2.66 X
FROTO FRS      002530027264      1.47
JELLO          005150004002 F    2.46
JELLO PUD      004300020553 F    0.62 T
ROTEL          006014428243 F    0.84 T
VIENNA SAUS    003700000926 F    0.44 X
SOUP           005100001261 F    0.83
VIENNA SAUS    007000009925 F    0.44 X
JELLO PUD      004300020553 F    0.62 T
SF CHEESCAKE   004300020812 F    0.62 T
NSF VAN WFR    008201198421 F    1.98 X
COOKIE MIX     001600013900 F    1.50 X
ANG SFT 12K    003040000157      5.48 X
SF PCH TEA     007074205566 F    1.76 X
SF ORANGE T3   007074227191 F    1.76 X
CC COFFEE      003570001500 F    4.33 X
DOG TREAT      074696185101      0.94 X
S/F MINT PPT   007726009092 F    4.12 X
                    SUBTOTAL    92.71
      TAX 1   7.000 %            6.49
                    TOTAL       99.20
                SAMS P CREDIT   99.20

ACCOUNT #6147
APPROVAL #000769
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
                    CHANGE DUE   0.00

# ITEMS SOLD 50

TC# 0370 8423 4567 3834 6877

Stop by the Electronics Dept. to get
the NFL Sunday Ticket through DIRECTV
        08/24/06    15:22:00

***CUSTOMER COPY***

**SAM'S CLUB® DISCOVER®**

**Want To Earn Up To 2% Cash Back?**
**Upgrade To A SAM'S CLUB Plus℠ Membership Today!**

Accepted At Over 4 Million
Locations Where You See

Prepared For
JAM POLITZ

Member Service: 1-866-220-0254
Or Online At samsclubdiscover.com

Account Number

## ACCOUNT INFORMATION

| Statement Date | Days In Billing Period | Minimum Payment This Period | Payment Due Date | Total Minimum Payment |
|---|---|---|---|---|
| 08/14/2006 | 31 | $29.00 | 09/03/2006 | $29.00 |

## CASH EARNED SUMMARY

| | |
|---|---|
| Previous Reward Balance | $1.31 |
| (+) Rewards Earned | $3.31 |
| = Cash Reward Balance | $4.62 |

You have earned $4.62

Upgrade to a Plus Membership today
and earn up to 2% Cash Back

See your local Sam's Club for details

## BALANCE SUMMARY

| Cash Advance / Quick Cash Limit | Total Credit Limit | Available Cash Limit | Available Credit Limit |
|---|---|---|---|
| $2,800 | $14,000 | $2,800 | $12,848 |

| Previous Balance | - Payments & Credits | + Purchases/Balance Transfers/Fees/Debits | + Cash Advances/Quick Cash | +/- Net FINANCE CHARGE /Transaction Fees | = New Balance |
|---|---|---|---|---|---|
| $63.18 | $63.18 | $1,151.84 | $0.00 | $0.00 | $1,151.84 |

## TRANSACTION SUMMARY

| Post Date | Tran. Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 07/15 | 07/14 | 7601101JM01VKQY5B | CATFISH CHARLIE BILOXI MS | $32.47 |
| 07/15 | 07/15 | 7601136JN012KZFPT | WAL-MART STORE #0969 GULFPORT MS | $36.79 |
| | | | SAM'S CLUB PURCHASE | |
| 07/17 | 07/17 | 7601101JR01VKGKD5 | ALAGASCO SAN DIEGO CA | $423.95 |
| 07/18 | 07/18 | 7601100JT01W8PAFZ | DOLLAR-GENERAL 51026 GULFPORT MS | $39.06 |
| 07/22 | 07/22 | 7601101JY025JKAJX | JCPENNEY STORE 0688 BILOXI MS | $59.91 |
| 07/23 | 07/23 | 7601101JX021MQJKL | KMART 9520 GULFPORT MS | $9.62 |
| 07/23 | 07/23 | 7601101JX021M118V5 | KMART 9520 GULFPORT MS | $22.45 |
| 07/24 | 07/24 | 7601136JY01ED4VY1 | WAL-MART STORE #0969 GULFPORT MS | $119.70 |
| | | | WALMART PURCHASE | |
| 07/30 | 07/30 | 7601101KSD1VKB58K | RITE AID 7223 GULFPORT MS | $36.18 |
| 08/03 | 08/03 | 7601136K8D1MFWOGY | SAMS CLUB #8236 GULFPORT MS | $239.15 |
| | | | DAIRY, FRESH MEAT | |
| | | | FROZEN FOODS | |
| 08/03 | 08/03 | 7601136K8O0XTMJG0 | PYMNT IN CLUB THANK YOU GULFPORT MS | $63.18CR |
| 08/08 | 08/08 | 7601136KD01VARJHZ | SAMS CLUB #8236 GULFPORT MS | $14.56 |
| | | | SNACKS/COOKIES, OFFICE SUPPLIES | |
| 08/11 | 08/11 | 7601136KJ010TRVED | WAL-MART STORE #0969 GULFPORT MS | $118.00 |
| | | | WALMART PURCHASE | |

THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.

## FINANCE CHARGE SUMMARY

| | Expiration Date | Average Daily Balance | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE Due to Daily Periodic Rate | FINANCE CHARGE Transaction Fees |
|---|---|---|---|---|---|---|
| Regular Purchases | NA | $0.00 | .05854% | 21.37% | $0.00 | $0.00 |
| Cash Advances | NA | $0.00 | .06676% | 24.37% | $0.00 | $0.00 |
| Quick Cash | NA | $0.00 | 0.00% | 0.00% | $0.00 | $0.00 |

| ANNUAL PERCENTAGE RATE for purchases | 21.37% | Total FINANCE CHARGE | $0.00 |
|---|---|---|---|
| ANNUAL PERCENTAGE RATE for cash advances | 24.37% | | |

*Pd 8-23-06 1,151.84 0 Bal. # 1032*

PAYMENT DUE BY 5 P.M. ON THE DUE DATE. We may convert your payment to an electronic debit. See reverse side for details.
NOTICE: See reverse side for Billing Rights and other important information.

6769  0802  EDG    1    7  14  060814        Page 1 Of 2        6212  1000  A203  01AW6739    6427

Politz 1074



KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS  39503
(228)832-7753

** WELCOME TO YOUR **
** KMART STORE 9520 **

CASHIER: JENIFER
GENERAL MERCHANDISE
07200082823   WIRE CADDY      14.99 T
02661661204   12'BLKCXCBL      5.99 T

    **** TAX    1.47  BAL    22.45
XXXXXXXXXXXX4347
DS  APPROVAL 000659
VF       DS                    22.45
         CHANGE                 0.

TOTAL NUMBER OF ITEMS = 2


Ø04 9G6 5CC Ø65 QOR 5A2

07/22/06 11:38 AM 9520 34 5277 0067

Merchandise included in today's
transaction may be returned or
exchanged before 10/20/06 with
this receipt.

The complete return & exchange policy
is available at the Service Desk.

     **** THANK YOU FOR ****
     **** SHOPPING YOUR KMART ****

Our Business Is Saving
Your Business Money.™



CLUB MANAGER DAVID SHAW
( 228 ) 864 - 3061
Fax and Pull # (228)864-5145
GULFPORT, MS
08/08/06 14:50 2313 8236 001        1413
V MEMBER  101-11207116127

THANK YOU
JAN POLITZ

B41913 POPSECRET            6.74 T
677685 HANGING FILE         6.87 T
              SUBTOTAL      13.61
        TAX 1   7.000 %      0.95
                 TOTAL      14.56
SAMS DISCOVER P CREDIT      14.56
ACCOUNT #                    4347
APPROVAL #                 000668
         CHANGE DUE          0.00

# ITEMS SOLD 2

TC# 8597 5978 7752 2284 9167


Affordable health insurance!
Call toll free 1-866-814-3637
08/08/06      14:51:03

    *** MEMBER COPY ***

Politz 1075





With us, it's personal.

Store #07223
11279 HWY 49
GULFPORT, MS 39503
(228) 832-6280

Register #2 Transaction #382649
Cashier #72230865 7/30/06 4:39PM

1 BUD LIGHT 12Z 20PK LN                12.99 T
ON SALE, Reg 1/14.49
1 KEL SPECK FRT&YOGURT12.8Z             2.49 TF
SALE PRICE            1.90- Disc
- 1 KEL SPECK FRT&YOGURT12.8Z           4.39-TF
VOID
1 KEL SPECK FRT&YOGURT12.8Z             4.39 TF
1 SMART START 17.5Z                     4.39 TF
- 1 SUMMERS EVE SEN WASH 15Z            5.49-T
VOID
1 MERCHANDISE                           2.00-
MANUF COUPON
1 $.50 OFF ANY ALWAYS                   0.50-
MANUF COUPON
1 $.50 OFF ANY ALLDAYS                  0.50-
MANUF COUPON
1 SUMMERS EVE SEN WASH 15Z              5.49 T
1 ALWAYS LINER 34CT MAX PRO             3.99 T
1 ALWAYS LINER 34CT MAX PRO             1.99 T
ON SALE, Reg 1/3.99
1 SUMMERS EVE SEN WASH 15Z              4.99 T
SALE PRICE            0.50- Disc
1 SUMMERS EVE SEN WASH 15Z              5.49-T
1 SUMMERS EVE SEN WASH 15Z              5.49-T
VOID
1 SUMMERS EVE SEN WASH 15Z              2.49 T
SALE PRICE, Reg 1/3.49
ON SALE, Reg 1/3.49        0.25- Disc
1 COLG NX FRSH COOL MNT 6Z              3.29 T
1 COLG NX FRSH COOL MNT 6Z              0.00 T
**FREE**, Reg 1/3.29

12 Items           Subtotal              33.62
                        Tax               2.56
                      Total              36.18

**PAID BY DISCOV**
DISCOV card * #XXXXXXXXXXXX9947    36.18

```
         DOLLAR GENERAL STORE #01026
           11312 HIGHWAY 49 STE F
           GULFPORT, MS 39503 5027
              (228) 832-5112

 1 SEASONAL CARD                   1.00 S
   084269225008-3
 1 SEASONAL CARD                   1.00 S
   084269225008-3
 HANES MEN 2PK PLD BO              6.00 S
   075338471297-8
 HANES MEN 5PK BRIEF               5.00 S
   075338470177-8
 BATH MAT WHITE 18X24              1.00 S
   400015099264-9
 BATH MAT WHITE 18X24              1.00 S
   400015099264-9
 BATH MAT WHITE 18X24              1.00 S
   400015099264-9
 GLADE AERO HAWAIIAN               1.00 S
   046500125942-1
 RENUZIT CARRIB COOLE              1.00 S
   023400355204-1
 FANTASTIK TRIGGER 32              2.00 S
   054600002865-1
 SHOUT STAIN REMOVER               2.50 S
   046500822513-1
 TYDBOL LIQ TOILET BO              1.00 S
   031600375106-1
 TYDBOL LIQ TOILET BO              1.00 S
   031600375106-1
 PLASTIC TOTE BASKET               1.50 S
   400014040861-2
 PLASTIC TOTE BASKET               1.50 S
   400014040861-2
 LITE MICROWAVE POPCO       6      1.00 S
   041667127396-1
 CASCADE 2 IN 1 PACS               3.00 S
   037000446002-1
 LEMON FURNITURE WIPE              1.50 S
   780707381090-1
 EVEREADY 9V 1PK ALK               1.50 S
   039800004284-3
 EVEREADY 9V 1PK ALK               1.50 S
   039800004284-3


 SUBTOTAL                         $36.50
 Tax                               $2.56
 TOTAL                            $39.06
 DISCOVER                         $39.06
 ************4347
 EXPIRY: **/** SWIPED
```

