***** WELCOME TO *****
GULFPORT GMF
11110 HIGHWAY 49
GULFPORT  MS 39503 9998
11/06-08 01:39PM

Transaction Number          54
USPS #                  2-140-9000

1. 36 First Class Stamps      :4 04

Subtotal                      :4 04
Total Charged                 :4.04

DebitCard                     :4 04

#1043

DebitCard
ACCT #:                          :
7780
RECEIPT #:

ALL SALES FINAL                ...
REFUNDS FOR DAMAGE             ...

**K**

**kmart**

KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS  39503
(228)832-7753

** WELCOME TO YOUR **
** KMART STORE 9520 **
CASHIER: DOROTHY
SALES
07665769824    TOWEL RING    A    8.99 T

    **** TAX       .63  BAL      9.62
XXXXXXXXXXXX4347
DS  APPROVAL 000646

VF        DS
          CHANGE                 9.62
                                  .00

        YOUR TOTAL SAVINGS: 1.00

███████████████████████████████████
    Ø04 9AØ UYO Ø4J ØD9 4ZY

07/22/06 11:46 AM 9520 25 0065 9000

Merchandise included in today's
transaction may be returned or
exchanged before 10/20/06 with
this receipt.

The complete return & exchange policy
is available at the Service Desk.

    **** THANK YOU FOR ****
    **** SHOPPING YOUR KMART ****

Politz 1078

**WAL★MART**
ALWAYS LOW PRICES.
*Always*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00000204 TE# 14 TR# 03446
HOT ITAL SAU 007772008813 F          3.66 T
PORK TASSO    007660900017 F          2.94 T
PORK TASSO    007660900017 F          2.94 T
G.O. SSG      002959900184 F          3.98 T
SMK ANDOUILL  007666091012O F         3.77 T
S/F MINT PAT  007726009092 F          4.12 N
SF TRUFFLES   007726009623 F          1.50 X
SFCOCONUT     007726009632 F          1.50 X
3    OZ ONION 003338360002 F          1.98 T
BREADED OKRA  020589000095              .95 T
RED ONION     00000000004082KF
0.70 lb  @ 1 lb /0.98
GRN ONION     003338360503 F            .69 T
CUCUMBER SS   00000000004062KF
2 AT  1 FOR         0.88              1.17 T
SALAD MIX     007127910402 F          1.16 T
SLB ROM       007127910808 F          1.50 T
CLUB SIDKICK  003010020836 F          2.18 T
BELL PEPPER   00000000004065KF        2.77 X
ROLLS         001410037348 F            .78 T
ROLL          007343500000 F          2.76 T
BREAD         005040072709 F          2.38 T
SMK BC/CHED   008379107010 F          2.00 T
PROVOLONE     020566870310 F          1.44 X
SPICY TENDER  020579750668 F          3.10 T
SF CHEESECAKE 004300020812 F          6.68 T
JELLO PUD     004300010553 F            .62 T
JELLO PUD     004300020559 F            .62 T
JELLO PUD     004300022559 F            .62 T
SF CHEESECAKE 004300020812 F            .62 T
JELLO PUD     004300020553 F            .62 T
JELLO PUD     004300020552 F            .62 T
PEACHES       00000000004038KF        0.62 T
1.24 lb @ 1 lb YOU SAVED 0.26
1.71 lb  @ 1 lb /0.98
PF SAUSALITO 001410007712 F           1.68 T
TOMATOES      00000000                2.00 N
WAS 1.58/lb YOU SAVED 0.60
1.90 lb  @  1 lb /.93
MSF VAN WFR  008201198421 F           1.86 T
PUB CHEESE    007016329022 F          1.98 X
KRRB SALAD    002697110101 F          2.50 T
MACARONI      007111717010 F          2.50 T
POTATO        007111717010 F            .50 T
GV MUSTARD    007874213637 F            .50 F
TABSCO SPEAR 005410000110 F             .96 X
FIG MES SMK   007232900002 F          2.17 X
PICK&PEPPA S 007215500005 F            .72 X
PRO TOM BSL   004119601013 F          1.68 T
SF ORANGE TB 007874227191 F           1.78 T
LPTN TO GO    004100000337 F          1.76 X
TOMATOES      024000031786 F          1.93 X
PRO CHSY EN   004119691513 F            .84 T
SWT GHERKINS 000930000048 F           1.78 T
GV CRM CORN  007874209421 F           1.98 T
BANANA        00000000004011KF          .44 T
1.00 lb  @ 1 lb /0.48
CC COFFEL     003570001500 F            .48 T
CRED JAM FR  007199800340 F           4.33 X
GV VINEGAR    007874235197 F            .98 T
SALSA         078113870016 F            .63 T
GV KIDNYBEAN 007874237138 F           1.96 T
10 BEAN SOUP 002861800410 F            .98 T
COLE SLAW     028613750214 F          2.34 X
MSH/GAR PAS   070601041588 F          2.14 T
EGGS          050638871457 F          1.88 X
2  MILK       007874235187 F          3.14 T
SUBTOTAL                            109.20
MT DEW        002000001134 F           1.08 N
SUBTOTAL                            110.28
TAX 1    7.000 %                       7.72
TOTAL                              118.00
SAMS P CREDIT                      118.00

ACCOUNT #4347
APPROVAL #000775
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
CHANGE DUE        0.00

# ITEMS SOLD 62

TC# 3695 3175 7593 0616 1712 0



Protect your TV or Computer.
Purchase a Product Care Plan today!
08/11/06    15:03:02

---

**WAL★MART**
ALWAYS LOW PRICES.
*Always*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00000249 TE# 06 TR# 04179
WHIP TOPPING 007874212926 F           1.37 T
WHIP TOPPING 007874212926 F           1.37 T
HONEY HAM     004450097648 F          3.48 T
B B SPRD      001111534003 F          1.46 T
GV UNSLT BTTR 007874237427 F          2.24 T
WAS 1.54/lb YOU SAVED 0.56
1.50 lb  @ 1 lb /0.98                  1.47 T
GRN ONION     003338360503 F          1.17 T
BANANA        00000000004011KF
0.81 lb  @ 1 lb /0.48                   .39 T
FUJI APPLES   00000000004131KF        1.78 T
1.30 lb  @ 1 lb /.37
WHITE ONIONS 00000000004663KF
0.75 lb  @ 1 lb /0.98                   .74 T
LETTUCE CLD  003338369020 F           1.12 T
HOT   SPICY  007217112359 F           1.44 N
WHEAT THIN    004400001088 F          2.00 X
ROLL          007343500000 F          2.38 T
BREAD         007313000138 F          2.50 T
SF CHOC PNTS 007726009930 F           1.50 X
SF TRUFFLES   007726009623 F          1.50 X
S/F MINT PAT  007726009092 F          4.12 X
DOG TREAT     002310001461 F          2.56 X
PRESSNSEAL    001258770441 F          2.88 X
QUICK OATS    003000001180 F          1.86 X
LPTN TO GO    004100000839 F          1.93 X
CC COFFEE     003570001500 F          4.33 X
TIGER SAUCE  007507610001 F           1.48 X
ARTICHOKES    004122440240 F          2.48 T
GS ITALIAN    004300097825 F          2.68 T
SPEC K BARS  008800012158 F           2.50 X
SPEC K BARS  008800022224 F           2.50 X
WASTEBASKET   007169116301 F          2.97 X
BREADED OKRA 020589030086             0.86 T
SPICY TENDER 020579150511              5.11 T
MT DEW        001200000134 F          1.08 X
COLE SLAW     020513730174 F          1.74 T
SIGN STAKE    002906940603             .63 X
SIGN STAKE    002906940603             .63 X
VH ITEM PACKAGE 488802121841 XX
FABRIC        001664218802 F          3.96 X
1.000 yd AT 1 yd FOR 3.96
** PACKAGED PRICE 3.96 **
WD 40         007956710008 F          1.88 X
SCISSORS      007081401411 F           .88 X
CHLORTABS     068113117683 F          2.76 X
EZ GLUE       007934025849 F          2.92 X
NIGHTLIGHT    087563800741 F          3.68 X
MACH3         004740017970 F          8.36 X
MASKING TAPE 007535305148 F            .54 X
JELLO PUD     004300020559 F           .62 T
JELLO PUD     004300020553 F           .62 T
PRVPRP        002906900048 F            .97 X
PRVPRP        002906900048 F            .97 X
HLMN LITE 15 004800121344 F           1.88 X
SF ORANGE TB 007874227191 F           1.76 X
SF PCH TEA    007874205661 F          1.76 X
JELLO PUD     004300020559 F            .62 T
JELLO PUD     004300020553 F            .62 T
SF CHEESECAKE 004300020812 F            .62 T
MCCORMICK     006210004081 F          1.17 T
MSF BPED WFR 008201198466 F           2.00 X
SF CHEESECAKE 004300020812 F            .62 T
VANITY WASTE 007169129535 F           1.53 X
TWISTERGRIP   002201458036             .88 X
SUBTOTAL                            111.87
TAX 1    7.000 %                       7.83
TOTAL                              119.70
SAMS P CREDIT                      119.70

ACCOUNT #4347
APPROVAL #000758
TRANS ID -
VALIDATION -
PAYMENT SERVICE -
CHANGE DUE        0.00

# ITEMS SOLD 58

TC# 7528 7919 7849 5090 1296 5

Purchase all  your BTS needs
with a WM gift card.
07/24/06    15:25:42

***CUSTOMER COPY***

Politz 1079

**SAM'S CLUB® DISCOVER®**

**Want To Earn Up To 2% Cash Back?**
Upgrade To A SAM'S CLUB Plus™ Membership Today!

Accepted At Over 4 Million
Locations Where You See
DISCOVER

Prepared For:
IAN POLITZ

Member Service: 1-866-220-0254
Or Online At samsclubdiscover.com

Account Number

## ACCOUNT INFORMATION

| Statement Date | Days In Billing Period | Minimum Payment This Period | Payment Due Date | Total Minimum Payment |
|---|---|---|---|---|
| 07/14/2006 | 30 | $15.00 | 08/08/2006 | $15.00 |

## CASH EARNED SUMMARY

| | |
|---|---|
| Previous Reward Balance | $1.15 |
| (+) Rewards Earned | $0.16 |
| = Cash Reward Balance | $1.31 |

**You have earned $1.31**

Upgrade to a Plus membership today,
and earn up to 2% Cash Back!

See your local Sam's Club for details.

## BALANCE SUMMARY

| Cash Advance / Quick Cash Limit | Total Credit Limit | Available Cash Limit | Available Credit Limit |
|---|---|---|---|
| $2,800 | $14,000 | $2,800 | $13,936 |

| Previous Balance | – Payments & Credits | + Purchases/Balance Transfers/Fees/Debits | + Cash Advance/Quick Cash | + Net FINANCE CHARGE / Transaction Fees | = New Balance |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $63.18 | $0.00 | $0.00 | $63.18 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 07/03 | 07/03 | 7601113GJ041VPV5L | SAMS CLUB #8846 GULFPORT MS ROADSHOWS | $31.97 |
| 07/06 | 07/06 | 7601101JF01VK8R509 | WINN-DIXIE #1479 591 LONG BEACH MS | $31.21 |

THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.

## FINANCE CHARGE SUMMARY

| | Expiration Date | Average Daily Balance | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE Due to Daily Periodic Rate | FINANCE CHARGE Transaction Fees |
|---|---|---|---|---|---|---|
| Regular Purchases | NA | $0.00 | .05786% | 21.12% | $0.00 | $0.00 |
| Cash Advances | NA | $0.00 | .06608% | 24.12% | $0.00 | $0.00 |
| Quick Cash | NA | $0.00 | 0.00% | 0.00% | $0.00 | $0.00 |

ANNUAL PERCENTAGE RATE for purchases .......... 21.12%     Total FINANCE CHARGE     $0.00
ANNUAL PERCENTAGE RATE for cash advances ...... 24.12%

## CARDHOLDER NEWS & INFORMATION

Did you know your SAM'S CLUB Optical offers
Superior Vision at an Outstanding Value? Here's Why:
* We offer 50-70% Savings on Eyeglasses and Sunglasses!
* We have the Best Prices on Contact Lenses!
* We accept Vision Insurance!

Back to school time is near! From computers and office
supplies, to furniture and appliances, SAM'S CLUB has
everything you need to prepare for the school season.
Visit www.samsclub.com or stop by your local SAM'S CLUB
today to check out the latest merchandise!

PAYMENT DUE BY 5 P.M. ON THE DUE DATE. We may convert your payment to an electronic debit. See reverse side for details.
NOTICE: See reverse side for Billing Rights and other important information.

6709  0002  EDC      1     7  14  060714          Page 1 OF 3          6212  1600  A203  01AH6709   64173

Politz 1080



Our Business Is Saving
Your Business Money.℠

CLUB MANAGER DAVID SHAW
( 228 ) 864 - 3061
Fax and Pull # ( 228 )864-6145
GULFPORT, MS

```
08/03/06 09:20 0042 8236 046      1323
  843747 CREDITPYMT           63.18 N
              TOTAL           63.18
         CHECK TEND           63.18
  SAMS DISCOVER P CREDIT       63.18
ACCOUNT #4347
APPROVAL #                   000713
         CHANGE DUE           0.00
```

We are taking this payment on your
behalf. It is not deemed accepted
until received by the creditor. See
the Credit Card Agreement. Please
retain this receipt for your records.


TC# 2351 6146 2616 5704 5702

Affordable health insurance!
Call toll free 1-866-814-3637
     08/03/06      09:24:51

*** MEMBER COPY ***

Politz 1081



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295   REG:0236  V08.25   05/27/2006
TRAN#:9111        ASSOC:004278      11:55 AM

SALE

KNIT TOPS
773450624354      CP1527948 T      13.86
  22.00  PERM MKDN         15.99
  22.0.    . . .           15.40
  15.40  TR CP .0%         13.86
SHEET SETS
021828710703    CP2715794B T      44.99
  69.99  NEW PRICE         49.59
  4.. .                    44.99

QUANTITY:002     SUB-TOTAL         58.85
                 TAX               4.12
                 TOTAL        $    62.97
                 BELK CARD         62.97
ACCT S ******0589         PLAN: 01
JAN POLITZ
       AUTH:   000000

YOU SAVED $      33.14

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.



029502369111052700629



EDGEWATER MALL
2600 BEACH BLVD
BILOXI, MS 39531
( 228 ) 385 - 7470

STORE:0629   REG:S106  V08.17   04/06/2006
TRAN#:5065        ASSOC:003492      11:36 AM

SALE

WOVEN TOPS
735611218178               T       1.98
  90.00  PERM MKDN         9.98
   9.98  NEW PRICE         1.98
WOVEN TOPS
400482664071      CP89610008 T     16.99
  34.00  PERM MKDN        29.99
  24.99  NEW PRICE        19.99
  19.99  TR CP 15%        16.99
WOVEN TOPS
400482664118      CP89610008 T     16.99
  34.00  PERM MKDN        24.99
  24.99  NEW PRICE        19.99
  19.99  TR CP 15%        16.9
MINIBAGS
791439469628               T      12.99
  28.00  PERM MKDN        19.99
  19.99  NEW PRICE        12.99

QUANTITY:004     SUB-TOTAL         48.95
                 TAX               3.43
                 TOTAL        $    52.38
                 BELK CARD         52.38
ACCT S ******0589         PLAN: 01
JAN POLITZ
       AUTH:   000000

YOU SAVED $      87.05

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.
PLEASE RETAIN THIS RECEIPT FOR RETURN
OR EXCHANGE.



062951065065040600523B

Politz 1082



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    REG:0221  VOB 25    05/27/2006
TRAN#:3912      ASSOC:000906      10:53 AM

SALE

DRESS PANTS
017457331137      CP66637089 T      26.99
    60.00  NEW PRICE      29.99
    29.99  TR CP 10%      26.99
DRESS PANTS
019781602815      CP66637089 T      26.99
    60.00  NEW PRICE      29.99
    29.99  TR CP 10%      26.99
WOVEN TOPS
014782244880      CP66637089 T      18.00
    40.00  50% OFF        20.00
    20.00  TR CP 10%      18.00
WOVEN TOPS
014782244880      CP66637089 T      18.00
    40.00  50% OFF        20.00
    20.00  TR CP 10%      18.00

QUANTITY:004      SUB-TOTAL      89.98
                  TAX             6.30
                  TOTAL      $    96.28
                  BELK CARD       96.28
ACCT 5 ******0589          PLAN: 02
JAN POLITZ
          AUTH:    000000

YOU SAVED $  110.02

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.

0295022139120527009628





CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    REG:0237  VOB 14    04/04/2006
TRAN#:4288      ASSOC:000782      12:55 PM

SALE

KNIT TOPS
960982894751      CP66068399 T      11.04
    18.00  NEW PRICE      12.99
    12.99  TR CP 15%      11.04
WOVEN TOPS
987299987678S     CP66068399 T      15.29
    30.00  PERM MKDN      19.99
    19.99  NEW PRICE      17.99
    17.99  TR CP 15%      15.29
ALTERN LENGTH
882445622660      CP66068399 T      20.40
    40.00  PERM MKDN      27.99
    40.00  40% OFF        24.00
    24.00  TR CP 15%      20.40
ALTERN LENGTH
345776645       CP66068399 T        16.99
    34.00  PERM MKDN      24.99
    24.99  NEW PRICE      19.99
    19.99  TR CP 15%      16.99

QUANTITY:004      SUB-TOTAL      63.72
                  TAX             4.46
                  TOTAL      $    68.18
                                  68.18
       ******0589
JAN
          AUTH:    000000

YOU SAVED $   58.28

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.

0295024742880404006818





CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    REG:0257  VOB.48    12/04/2006
TRAN#:3708    ASSOC:000442    12:49 PM

RETURN

TOPS
703304105449
    16.99  NEW PRICE         T       13.51-R
DENIM JEANS              13.51
612766042448
    19.99  NEW PRICE         T       16.20-R
COATS                   16.20
66331213E795
    23.99  NEW PRICE         T       21.60-R
KNITS                   21.60
030122995779
    17.99  NEW PRICE         T       16.20-R
PANT                    16.20
686176260082
    14.99  NEW PRICE         T       13.50-R
                        13.50

QUANTITY:005    SUB-TOTAL        81.01-R
                TAX               5.67-R
                TOTAL      $     86.68-R
                BELK CARD        86.68-R
ACCT A ************2507    PLAN: 02

*Credit*

CUSTOMER COPY



---



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    REG:0291  VOB.48    12/04/2006
TRAN#:2353    ASSOC:004944    12:57 PM

SALE

CHRISTMAS
882864033604    CP25211900 T   G  25.49
    60.00  NEW PRICE         29.99
    29.99  CP 15% OFF        25.49
CHRISTMAS
882864033635    CP25211900 T   G  25.49
    60.00  NEW PRICE         29.99
    29.99  CP 15% OFF        25.49

QUANTITY:002    SUB-TOTAL        50.98
                TAX               3.57
                TOTAL      $     54.55
                BELK CARD        54.55
ACCT S ************2507    PLAN: 01
POLITZ/JAN
        AUTH:    000000

YOU SAVED $    69.02

PREMIER CUSTOMER

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE

0295029123531204005455

*All For You!*

Politz 1084



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    REG:0291  VOB.40   12/02/2006
TRAN#:2120    ASSOC:006033       12:53 PM

SALE

SWEATERS
400488619051    CP86836594 T      18.36
  36.00  40% OFF          21.60
  21.60  TR CP 15%        18.36
CHRISTMAS
641265446174    CP78925444 T       8.09
  15.00  NEW PRICE         8.99
   8.99  TR CP 10%         8.09
CHRISTMAS
641265450966    CP78925444 T      13.49
  25.00  NEW PRICE        14.99
  14.99  TR CP 10%        13.49

QUANTITY:003     SUB-TOTAL         39.94
                 TAX               2.80
                 TOTAL        $    42.74
                 BELK CARD         42.74
ACCT S ***********2507   PLAN: 02
POLITZ/JAN
            AUTH:    000000

YOU SAVED $   36.06

PREMIER CUSTOMER

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.

029502912120120200427 4



---



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    REG:0256  VOB.40   12/02/2006
TRAN#:9689    ASSOC:000167       01:26 PM

SALE

ACTIVEWR/FLEECE
655480477187    CP93465095 T       7.99
  15.00  PERM MKDN         9.99
   9.99  TR CP 20%         7.99
ACTIVEWR/FLEECE
655480477170    CP93465095 T       7.99
  15.00  PERM MKDN         9.99
   9.99  TR CP 20%         7.99
GIFTS
715717714576             T        19.99
  30.00  NEW PRICE        19.99

QUANTITY:003     SUB-TOTAL         35.97
                 TAX               2.52
                 TOTAL        $    38.49
                 BELK CARD         38.49
ACCT S ***********2507   PLAN: 01
POLITZ/JAN
            AUTH:    000000

YOU SAVED $   24.03

PREMIER CUSTOMER

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.

029502569689120200384 9



Politz 1085



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    REG:0291  VOB.48    11/30/2006
TRAN#:1959    ASSOC:006033         02:06 PM

SALE

CHRISTMAS
882864033628      CP25211900 T        25.49
   60.00  NEW PRICE      29.99
   29.99  CP 15% OFF     25.49

QUANTITY:001     SUB-TOTAL         25.49
                 TAX               1.78
                 TOTAL         $   27.27
                 BELK CARD         27.27
ACCT S ************2507    PLAN: 02
POLITZ/JAN
        AUTH:   000000


YOU SAVED $    34.51

PREMIER CUSTOMER

CUSTOMER COPY


THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.



0295029119591130002727

---



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    REG:0391  VOB.48    11/30/2006
TRAN#:0382    ASSOC:004944         01:30 PM

SALE

JKTS
704975829214      CP25211900 T        19.99
   50.00  PERM MKDN      24.99
   24.99  CP 20% OFF     19.99
JKTS
400498625670             T            19.99
   30.00  PERM MKDN      19.99

QUANTITY:002     SUB-TOTAL         39.98
                 TAX               2.80
                 TOTAL         $   42.78
                 BELK CARD         42.78
ACCT S ************2507    PLAN: 02
POLITZ/JAN
        AUTH:   000000


YOU SAVED $    40.02

PREMIER CUSTOMER

CUSTOMER COPY


THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OF
EXCHANGE.



0295039103821130004278



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295     REG:0257  VOB.4B     12/04/2006
TRAN#:3709     ASSOC:000442          12:50 PM

SALE

COATS
72610B5B4B14     CP26059699 T      23.04
   4B.00  PERM MKDN        29.99
   4B.00  40% OFF          28.80
   28.80  CP 20% OFF       23.04

QUANTITY:001     SUB-TOTAL        23.04
                 TAX              1.61
                 TOTAL       $    24.65
                 BELK CARD        24.65
ACCT S ************2507   PLAN: 02
POLITZ/JAN
        AUTH:    000000

YOU SAVED $     24.96

PREMIER CUSTOMER

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.





CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295     REG:0291  VOB.4B     12/21/2006
TRAN#:4559     ASSOC:004944         12:09 PM

SALE

TEES
BB5759404B17       CP89610008 T      12.75
   30.00  50% OFF         15.00
   15.00  TR CP 15%       12.75
KTCHN GADGTS
400487982910       CP89610008 T       8.99
   29.99  NEW PRICE        9.99
   9.99  TR CP 10%         B.99

QUANTITY:002     SUB-TOTAL       21.74
                 BELK RW $       10.00
                 SUB-TOTAL       11.74
                 TAX              .82
                 TOTAL       $   12.56
                 BELK CARD       12.56
ACCT S ************2507   PLAN: 02
POLITZ/JAN
        AUTH:    000000

YOU SAVED $     48.25

PREMIER CUSTOMER

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK   PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.



𝓑elk

CROSSROADS MALL
15725 CROSSROADS BLVD
GULFPORT, MS 39503
( 228 ) 832  7333

STORE 0295     REG:0239  WOR:21     08/05/2006
TRANS 0095        HELK: 005045        01:22 PM

SALE

KNIT TOPS
400483285914
  24.00  PLAN MRDN           1       12.99
KNIT TOPS
400482896505
  24.00  PLAN MRDN           1       12.99

QUANTITY 002             SUB-TOTAL           25.98
                         TAX                  1.82
                         TOTAL               27.80
ACCT 5 *****40589        BELK CARD      $     27.80
JHN POLIT/               PLAN  01
         AUTH:   000000

  CUSTOMER COPY

  YOU SAVED   $    22.02

THANK YOU FOR SHOPPING AT BELK  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.

Politz 1088



**Belk**

CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 39503
( 228 ) 832 - 2333

STORE:0295   REG:0257  V08.48   12/02/2006
TRAN# 3436    ASSOC:006165        11:48 AM

SALE

COATS
663312138795    CP22587769 T      21.60
    48.00  PERM MKDN       23.99
    23.99  TRCP    2.39    21.60
SLPWR/ROBES
769137366518    CP22587769 T      12.60
    29.00  PERM MKDN       13.99
    13.99  TRCP    1.39    12.60
DENIM JEANS
612766042448    CP22587769 T      16.20
    30.00  PERM MKDN       19.99
    19.99  NEW PRICE       17.99
    17.99  TRCP    1.79    16.20
TOPS
703304106449    CP22587769 T      13.51
    25.00  PERM MKDN       16.99
    25.00  40% OFF         15.00
    15.00  TRCP    1.49    13.51
COATS
040443280492    CP22587769 T      25.94
    48.00  PERM MKDN       29.99
    48.00  40% OFF         28.80
    28.80  TRCP    2.86    25.94
TOPS
758667521301    CP22587769 T       6.29
    15.00  PERM MKDN        6.99
     6.99  TRCP     .70     6.29
PANT
400494568213    CP22587769 T      15.67
    29.00  PERM MKDN       19.99
    29.00  40% OFF         17.40
    17.40  TRCP    1.73    15.67
SLPWR/ROBES
769137366631    CP22587769 T      12.60
    29.00  PERM MKDN       13.99
    13.99  TRCP    1.39    12.60
KNITS
030122995779    CP22587769 T      16.20
    36.00  PERM MKDN       17.99
    17.99  TRCP    1.79    16.20
PANT
686176260082    CP22587769 T      13.50
    30.00  PERM MKDN       14.99
    14.99  TRCP    1.49    13.50
DENIM JEANS
745649905254    CP22587769 T      13.50
    30.00  PERM MKDN       14.99
    14.99  TRCP    1.49    13.50
TOPS
400489742697    CP22587769 T      13.51
    25.00  PERM MKDN       16.99
    25.00  40% OFF         15.00
    15.00  TRCP    1.49    13.51

QUANTITY:012    SUB-TOTAL      181.12
                TAX             12.68
                TOTAL     $    193.80
                BELK CARD      193.80
ACCT 5 xxxxxxxxxx2507  PLAN: 02
POLITZ/JAN
        AUTH:  000000

Politz 1089



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2393

STORE:0295   REG:0256  V08.4B   12/08/2006
TRAN#:0148     ASSOC:000442      09:23 PM

EXCHANGE

ORIGINAL RECEIPT:0295034130251120020849
ORIGINAL ASSOCIATE #:0295002399

RETURN
DRESS APP/DRESSES
791080963751          T      17.85-R
   42.00  NEW PRICE     17.85
DRESS APP/DRESSES
791080963751          T      17.85-R
   42.00  NEW PRICE     17.85
DRESS APPL
634123748091          T      22.44-R
   25.99  NEW PRICE     22.44
      RETURN SUB-TOTAL     58.14-
             TAX          4.07-R

PURCHASE
PANT SETS
091939514775          T      16.00
   32.00  PERM MKDN    21.99
   32.00  50% OFF      16.00
PANT SETS
091939514775          T      16.00
   32.00  PERM MKDN    21.99
   32.00  50% OFF      16.00
PANT SETS
091939516700          T      22.00
   44.00  PERM MKDN    29.99
   44.00  50% OFF      22.00
PANT SETS
759291704542          T      12.00
   24.00  PERM MKDN    15.99
   24.00  50% OFF      12.00
      PURCHASE SUB-TOTAL    66.00
             TAX          4.62-

QUANTITY:001      SUB-TOTAL    7.86
                  TAX          4.62
                  TAX          4.07-R
                  TOTAL    $     8.41
                  BELK CARD        8.41
ACCT S xxxxxxxxxx42507  PLAN: 02
POLITZ/JAN
        AUTH:    000000


YOU SAVED $    66.00

PREMIER CUSTOMER

CUSTOMER COPY



0295085601481208000841

---



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295   REG:0341  V08.4B   11/20/2006
TRAN#:3025     ASSOC:002399      05:32 PM

SALE

PANTS
773459648261          i      20.99
   56.00  PERM MKDN    27.99
   27.99  25% OFF      20.99
SWEATERS
638419737356          T      13.49
   36.00  PERM MKDN    17.99
   17.99  25% OFF      13.49
SWEATERS
638419754025          T      11.99
   32.00  PERM MKDN    15.99
   15.99  25% OFF      11.99
TOPS
655420454836     CP95844799 T   17.85
   35.00  40% OFF      21.00
   21.00  TR CP 15%    17.85
SETS
655420455413     CP95844799 T   25.50
   50.00  40% OFF      30.00
   30.00  TR CP 15%    25.50
DRESS APP/DRESSES
791080963751     CP95844799 T   17.85
   42.00  50% OFF      21.00
   21.00  TR CP 15%    17.85
DRESS APP/DRESSES
791080963751     CP95844799 T   17.85
   42.00  50% OFF      21.00
   21.00  TR CP 15%    17.85
DRESS APPL
634123748091     CP95844799 T   22.44
   44.00  PERM MKDN    29.99
   44.00  40% OFF      26.40
   26.40  TR CP 15%    22.44
TOPS
655420598066     CP95844799 T    8.16
   16.00  40% OFF       9.60
    9.60  TR CP 15%     8.16
UNDRWR
736209090954     CP95844799 T    1.69
    4.00  PERM MKDN     2.99
    2.99  NEW PRICE     1.99
    1.99  TR CP 15%     1.69
UNDRWR
736209090527     CP95844799 T    1.69
    4.00  PERM MKDN     2.99
    2.99  NEW PRICE     1.99
    1.99  TR CP 15%     1.69
UNDRWR
736209093979     CP95844799 T    1.69
    4.00  PERM MKDN     2.99
    2.99  NEW PRICE     1.99
    1.99  TR CP 15%     1.69
ACCESS
025725225903     CP95844799 T   25.50
   50.00  40% OFF      30.00
   30.00  TR CP 15%    25.50
ACCESS
025725148295     CP95844799 T    8.16
   16.00  40% OFF       9.60
    9.60  TR CP 15%     8.16

QUANTITY:014      SUB-TOTAL    194.85
                  TAX           13.69
                  TOTAL    $    208.44

Politz 1090

# Belk

| Total Minimum Payment Due | Payment Due Date | Next Payment | Account Number |
|---|---|---|---|
| $0.00 | 2/20/2007 | $7.70 CR | |

Fill in amount completely  $ ☐☐☐☐☐ . ☐☐

☐ New address or email?
Check the box at left and print changes on back.

JAN POLITZ                          159469
13446 HUNTINGTON CIR
GULFPORT MS 39503-4955

Make Payment To:  **BELK**
PO BOX 960012
ORLANDO, FL 32896-0012

00000000042272 0000000000000000  000604583  1318602 50703

▲ Detach and mail this portion with your check to BELK. Please use blue or black ink. ▲

# Belk

## ACCOUNT INFORMATION

| Account Number | Statement Date | Payment Due Date | Days In Billing Period | Credit Line | Available Credit |
|---|---|---|---|---|---|
| | 01/26/2007 | 2/20/2007 | 31 | $4,000.00 | $4,008.00 |

## BELK REWARDS SUMMARY

| | |
|---|---|
| Previous Point Balance | 46 |
| Points Earned This Period | 17 |
| Points Redeemed This Period | 0 |
| Total Points | 17 |
| Points to Next Certificate | 383 |
| Points Expired as of 12/31/06 | 46 |

## BELK ACCOUNT NEWS

Congratulations! You are currently a Belk Premier Customer.

Use Your Belk Card To Enjoy Exceptional Value, Savings And Rewards! Remember You Earn 1 Point For Every Dollar You Spend. Some Exclusions Apply.

## ACCOUNT SUMMARY

| Plan Type | Previous Balance | + New Purchases | - Payments & Credits | + Debt Cancellation/ Insurance & Debits | +/- FINANCE CHARGE (net) | = New Balance | Minimum Payment |
|---|---|---|---|---|---|---|---|
| Regular | $8.30 | $0.00 | $16.00 | $0.00 | $0.00 | -$7.70 | $0.00 |
| 0%Premier | $414.42 | $17.97 | $432.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $422.72 | $17.97 | $448.39 | $0.00 | $0.00 | -$7.70 | $0.00 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Plan Type | Description | Amount |
|---|---|---|---|---|---|
| 01/10 | 01/10 | P9356000B00YNMAJW | | PAYMENT-THANK YOU  ALPHARETTA GA | $422.72 CR |
| 01/24 | 01/24 | P9356000T00YLWFXE | | STORE # 0295 GULFPORT MS  CREDIT 2713 RETURN: FABRIC | $25.67 CR |
| 01/24 | 01/24 | P9356000T00YLWFXE | 0% Prem | STORE # 0295 GULFPORT MS 2713 FABRIC | $17.97 |

**THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.**

*Please do not pay, as of this statement date your account has a credit balance.*

## FINANCE CHARGE SUMMARY

| How Your FINANCE CHARGE Was Calculated | Balance Subject to Finance Charge | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| 0%Premier | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| **ANNUAL PERCENTAGE RATE** | | | 23.100% | Total Periodic FINANCE CHARGE $0.00 | |

## CARDHOLDER NEWS & INFORMATION

YOUR ACCOUNT HAS A CREDIT BALANCE. YOU MAY APPLY THIS AGAINST FUTURE PURCHASES OR WE WILL AUTOMATICALLY

Politz 1091



**Belk**

CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 39503
( 228 ) 832 - 2333

STORE:0295    REG:0285  VOB.48    01/24/2007
TRAN#:3828    ASSOC:006084    12.53 PM

EXCHANGE

ORIGINAL RECEIPT:02950385290211120045B9
ORIGINAL ASSOCIATE #:0295005959

RETURN
FABRIC
702725650304              T       23.99-R
  29.99  NEW PRICE        23.99
       RETURN SUB-TOTAL           23.99-R
              TAX                   1.68-R

PURCHASE
FABRIC
09868926240G              T       16.79
  48.00  PERM MKDN        27.99
  27.99  40% OFF          16.79
     PURCHASE SUB-TOTAL            16.79
              TAX                   1.18

QUANTITY:000    SUB-TOTAL          7.20-
                TAX                1.18
                TAX                1.68-R
                TOTAL       $      7.20-
                BELK CARD          7.20-R
ACCT # ************2507  PLAN: 02

YOU SAVED $        31.21

         CUSTOMER COPY


029502853828012400070

---



**Belk**

CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 39503
( 228 ) 832 - 2333

STORE:0295    REG:038S  VOB.48    11/12/2006
TRAN#:2902    ASSOC:005959    11:41 AM

SALE

FABRIC
702725650304      CP99224711 T     23.99
  40.00  PERM MKDN        29.99
  29.99  TR CP 20%        23.99
FRAMES
09628206738G      CP99224711 T      9.90
  22.00  50% OFF
  11.00  TR CP 10%                   .90
FRAMES
01320282246       CP99224711 T      9.00
  20.00  50% OFF         10.00
  10.00  TR CP 10%        9.00

QUANTITY:003    SUB-TOTAL          42.89
                TAX                3.00
                TOTAL       $      45.89
                BELK CARD          45.89
ACCT S ***********2507  PLAN: 02
POLITZ/JAN
           AUTH:    000000

YOU SAVED $        39.11

     PREMIER CUSTOMER

         Customer

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
              EXCHANGE.


02950385290211120045B9

Politz 1092



## ACCOUNT INFORMATION

| Account Number | Statement Date | Payment Due Date | Days in Billing Period | Credit Line | Available Credit |
|---|---|---|---|---|---|
| | 12/26/2006 | 1/20/2007 | 30 | $4,000.00 | $3,577.00 |

## BELK REWARDS SUMMARY

| | |
|---|---|
| Previous Point Balance | 51 |
| Points Earned This Period | 395 |
| Points Redeemed This Period | 400 |
| Total Points | 46 |
| Points to Next Certificate | 354 |

## BELK ACCOUNT NEWS

Congratulations! You are currently a
Belk Premier Customer.

Congratulations! Enclosed is Your Rewards
Certificate. Thank You For Shopping At
Belk!

## ACCOUNT SUMMARY

| Plan Type | Previous Balance | + New Purchases | - Payments & Credits | + Debt Cancellation/ Insurance & Debits | +/- FINANCE CHARGE (net) | = New Balance | Minimum Payment |
|---|---|---|---|---|---|---|---|
| Regular | $0.00 | $157.19 | $148.89 | $0.00 | $0.00 | $8.30 | $8.30 |
| 0%Premier | $306.79 | $414.42 | $306.79 | $0.00 | $0.00 | $414.42 | $139.00 |
| Total | $306.79 | $571.61 | $455.68 | $0.00 | $0.00 | $422.72 | $147.30 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Plan Type | Description | Amount |
|---|---|---|---|---|---|
| 11/26 | 11/24 | # P935600NS00YZ1TV8 | Regular | STORE # 0295 GULFPORT MS<br>8330 KTCHN GADGTS | $64.15 |
| 11/30 | 11/30 | P935600NZ00YME7KQ0% Prem | 0% Prem | STORE # 0295 GULFPORT MS<br>7616 CHRISTMAS | $27.27 |
| 11/30 | 11/30 | P935600NZ00YYYXSQ0% | 0% Prem | STORE # 0295 GULFPORT MS<br>6167 JKTS<br>1725 JKTS | $42.78 |
| 12/02 | 12/02 | P935600P200YJ5T3V | Regular | STORE # 0295 GULFPORT MS<br>4525 ACTIVEWR/FLEECE<br>3790 GIFTS | $38.49 |
| 12/02 | 12/02 | P935600P200YJ6XNT | 0% Prem | STORE # 0295 GULFPORT MS<br>4270 COATS<br>4390 SLPWR/ROBES<br>4442 DENIM JEANS<br>4290 TOPS<br>4450 PANT<br>4342 KNITS | $193.80 |
| 12/02 | 12/02 | P935600P200YME95H | 0% Prem | STORE # 0295 GULFPORT MS<br>1713 SWEATERS<br>7663 CHRISTMAS | $42.74 |
| 12/04 | 12/04 | P935600P300YJ70BS | | STORE # 0295 GULFPORT MS   CREDIT<br>4290 RETURN: TOPS<br>4442 RETURN: DENIM JEANS<br>4270 RETURN: COATS<br>4342 RETURN:KNITS<br>4450 RETURN: PANT | $96.08  CR |
| 12/04 | 12/04 | P935600P300YJ70Q2 | 0% Prem | STORE # 0295 GULFPORT MS<br>4270 COATS | $24.65 |
| 12/04 | 12/04 | P935600P300YMEBEH | Regular | STORE # 0295 GULFPORT MS<br>7616 CHRISTMAS | $54.55 |
| 12/07 | 12/07 | P935600P600YJ0SFG | | PAYMENT - THANK YOU -  ALPHARETTA  GA | $306.79  CR |
| 12/08 | 12/08 | P935600P600YJ2VYH | | STORE # 0295 GULFPORT MS   CREDIT<br>4160 RETURN: DRESS APP/DRES<br>4102 RETURN: DRESS APPL | $62.21  CR |
| 12/08 | 12/08 | P935600P600YJ2VYH | 0% Prem | STORE # 0295 GULFPORT MS<br>4161 PANT SETS<br>4532 PANT SETS | $70.62 |
| 12/21 | 12/21 | P935600PL00YMFCZV | 0% Prem | STORE # 0295 GULFPORT MS<br>6500 TEES<br>8330 KTCHN GADGTS | $12.56 |

THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.

*Handwritten: Pd 1-8-07 # 1060 422.72*

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse for details.
**NOTICE:** See reverse side for Billing Rights and other important information.

6128   0807  1MB      1    7  25  061225.                Page 1 of 3             9556  1300  B010                    197943

Politz 1093

| FINANCE CHARGE SUMMARY | | | | | |
|---|---|---|---|---|---|
| How Your FINANCE CHARGE Was Calculated | Balance Subject to Finance Charge | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Balance Method |
| Regular Purchases | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| 0% Premier | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| **ANNUAL PERCENTAGE RATE** | | 23.100% | Total Periodic FINANCE CHARGE | $0.00 | |

6128  0007  1WG      1    7  25  061225          Page 2 of 3          9356  1300  B010          197943

Politz 1094


*Belk*

## ACCOUNT INFORMATION

| Account Number | Statement Date | Payment Due Date | Days in Billing Period | Credit Line | Available Credit |
|---|---|---|---|---|---|
| | 11/26/2006 | 12/20/2006 | 31 | $4,000.00 | $3,629.00 |

## BELK REWARDS SUMMARY

| | |
|---|---|
| Previous Point Balance | 120 |
| Points Earned This Period | 331 |
| Bonus Points | 43 |
| Points Redeemed This Period | 400 |
| Total Points | 51 |
| Points to Next Certificate | 349 |

## BELK ACCOUNT NEWS

Congratulations! You are currently a
Belk Premier Customer.

Congratulations! Enclosed is Your Rewards
Certificate. Thank You For Shopping At
Belk!

## ACCOUNT SUMMARY

| Plan Type | Previous Balance | + New Purchases | - Payments & Credits | + Debt Cancellation/ Insurance & Debits | +/- FINANCE CHARGE (net) | = New Balance | Minimum Payment |
|---|---|---|---|---|---|---|---|
| Regular | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0% Premier | $111.59 | $306.79 | $111.59 | $0.00 | $0.00 | $306.79 | $103.00 |
| Total | $111.59 | $306.79 | $111.59 | $0.00 | $0.00 | $306.79 | $103.00 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Plan Type | Description | Amount |
|---|---|---|---|---|---|
| 11/08 | 11/08 | P935600N8011AW2A1 | | PAYMENT - THANK YOU    ALPHARETTA GA | $111.59 CR |
| 11/12 | 11/12 | P935600ND00YYDQG3 | 0% Prem | STORE # 0295 GULFPORT MS | $45.89 |
| | | | | 2713 FABRIC | |
| | | | | 5350 FRAMES | |
| 11/20 | 11/20 | # P935600NM00YMDZ7H | 0% Prem | STORE # 0295 GULFPORT MS. | $9.62 |
| | | | | 7920 SEASONAL | |
| 11/20 | 11/20 | # P935600NM00YS74SK | 0% Prem | STORE # 0295 GULFPORT MS | $208.49 |
| | | | | 6270 PANTS | |
| | | | | 1840 SWEATERS | |
| | | | | 6147 SWEATERS | |
| | | | | 4666 TOPS | |
| | | | | 4836 SETS | |
| | | | | 4160 DRESS APP/DRESSES | |
| | | | | 4102 DRESS APPL | |
| | | | | 4380 UNDRWR | |
| | | | | 4690 ACCESS | |
| 11/20 | 11/20 | # P935600NM00YY2T63 | 0% Prem | STORE # 0295 GULFPORT MS | $42.79 |
| | | | | 2944 CANVAS SHOES | |

*Pd. 12-5-06  306.79  #4681*

### THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.

## FINANCE CHARGE SUMMARY

| How Your FINANCE CHARGE Was Calculated | Balance Subject to Finance Charge | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| 0% Premier | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| ANNUAL PERCENTAGE RATE | | 23.100% | Total Periodic FINANCE CHARGE | $0.00 | |

## CARDHOLDER NEWS & INFORMATION

Earn Premier Card Benefits by December 31, 2006 by
spending $600 or more on your Belk Card. See cardholder
terms for additional details.

Get more Rewards with the Belk Premier Card, including
FREE Deluxe Gift Wrap, FREE Basic Alterations and
special Financing. See cardholder terms for additional
details.

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse for details.
**NOTICE:** See reverse side for Billing Rights and other important information.

6128  0008  IWG    1    7 25  061124              Page 1 of 2          9356  1300  B010          153237

Politz 1095



**Belk**

CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    U08 48    11/20/2006
TRAN#:T102    REG 0291    03:46 PM
MSSOC:005533

SALE

SEASONAL
B025841359848    CP96844799 T    8.99
20.00  NEW PRICE    9.99
9.99   IR CP 10%    8.99
QUANTITY:001

SUB-TOTAL    8.99
TAX    .63
TOTAL    $    9.62
BELK CARD    9.62
ACCT 5 ***********0509    PLAN: 60
JPN POLITZ
AUTH:    000000

YOU SAVED $    11.01

PREMIER CUSTOMER

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK. PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.



---



*(duplicate receipt)*

**Belk**

CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295    U08 48    11/20/2006
TRAN#:T102    REG 0291    03:52 PM
MSSOC:005901

SALE

CANVAS SHOES
B85144502154    T 0    39.99
30.00  NEW PRICE    39.99
QUANTITY:001

SUB-TOTAL    39.99
TAX    2.80
TOTAL    $    42.79
BELK CARD    42.79
ACCT 5 ***********0509    PLAN: 60
JPN POLITZ
AUTH:    000000

YOU SAVED $    10.01

PREMIER CUSTOMER

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK. PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.



## ACCOUNT INFORMATION

| Account Number | Statement Date | Payment Due Date | Days In Billing Period | Credit Line | Available Credit |
|---|---|---|---|---|---|
| | 10/25/2006 | 11/20/2006 | 30 | $4,000.00 | $3,888.00 |

### BELK REWARDS SUMMARY

| | |
|---|---|
| Previous Point Balance | 16 |
| Points Earned This Period | 104 |
| Points Redeemed This Period | 0 |
| Total Points | 120 |
| Points to Next Certificate | 280 |

### BELK ACCOUNT NEWS

Congratulations! You are currently a
Belk Premier Customer.

Use Your Belk Card To Enjoy Exceptional
Value, Savings And Rewards. Remember You
Earn 1 Point For Every Dollar You Spend,
Some Exclusions Apply.

## ACCOUNT SUMMARY

| Plan Type | Previous Balance | + New Purchases | - Payments & Credits | + Debt Cancellation/ Insurance & Debits | +/- FINANCE CHARGE (net) | = New Balance | Minimum Payment |
|---|---|---|---|---|---|---|---|
| Regular | $19.80 | $0.00 | $19.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0%Premier | $63.63 | $111.59 | $63.63 | $0.00 | $0.00 | $111.59 | $75.00 |
| Total | $83.43 | $111.59 | $83.43 | $0.00 | $0.00 | $111.59 | $75.00 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Plan Type | Description | Amount |
|---|---|---|---|---|---|
| 10/06 | 10/06 | P935600M900Z88S44 | | PAYMENT - THANK YOU   ALPHARETTA  GA | $83.43  CR |
| 10/11 | 10/11 | P935600MD00YVM6PP0% Prem | | STORE # 0285 GULFPORT MS | $111.59 |
| | | | | 7730 GIFTWARE | |
| | | | | 5950 FRAMES | |
| | | | | 9450 MATTRESS PADS | |

THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.

## FINANCE CHARGE SUMMARY

| How Your FINANCE CHARGE Was Calculated | Balance Subject to Finance Charge | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| 0%Premier | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| ANNUAL PERCENTAGE RATE | | 23.100% | | Total Periodic FINANCE CHARGE | $0.00 |

## CARDHOLDER NEWS & INFORMATION

Remember you earn $10 for every 400 points earned on your
Belk Card.
Be sure to earn your points before 12/31/06 to redeem your
2006 Belk Rewards.

*Pd.  11 - 6 - 06*
*111.59*
*# 4670*

PAYMENT DUE BY 5:00 PM ON THE DUE DATE.  We may convert your payment into an electronic debit. See reverse for details.
NOTICE: See reverse side for Billing Rights and other important information.

6128  0006  IMG      1 -  7  25  061025              Page 1 of 1              9356  1300  B010                151567

Politz 1097



## ACCOUNT INFORMATION

| Account Number | Statement Date | Payment Due Date | Days In Billing Period | Credit Line | Available Credit |
|---|---|---|---|---|---|
| | 09/25/2006 | 10/20/2006 | 31 | $4,000.00 | $3,916.00 |

## BELK REWARDS SUMMARY

| | |
|---|---|
| Previous Point Balance | 339 |
| Points Earned This Period | 77 |
| Points Redeemed This Period | 400 |
| Total Points | 16 |
| Points to Next Certificate | 384 |

## BELK ACCOUNT NEWS

Congratulations! You are currently a Belk Premier Customer.

Congratulations! Enclosed is Your Rewards Certificate. Thank You For Shopping At Belk!

## ACCOUNT SUMMARY

| Plan Type | Previous Balance | + New Purchases | - Payments & Credits | + Debt Cancellation/ Insurance & Debits | +/- FINANCE CHARGE (net) | = New Balance | Minimum Payment |
|---|---|---|---|---|---|---|---|
| Regular | $203.07 | $19.80 | $203.07 | $0.00 | $0.00 | $19.80 | $10.00 |
| 0%Premier | $365.45 | $63.63 | $365.45 | $0.00 | $0.00 | $63.63 | $63.63 |
| Total | $568.52 | $83.43 | $568.52 | $0.00 | $0.00 | $83.43 | $73.63 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Plan Type | Description | Amount |
|---|---|---|---|---|---|
| 09/07 | 09/07 | P935600LA00YN31A5 | | PAYMENT - THANK YOU    ALPHARETTA  GA | $568.52  OR |
| 09/13 | 09/13 | P935600LH00YJ845K | 0% Prem | STORE # 0295 GULFPORT  MS | $63.63 |
| | | | | 9450 MATTRESS PADS | |
| | | | | 8360 MISC | |
| | | | | 7996 GARDEN/OUTDR | |
| | | | | 7730 GIFTWARE | |
| | | | | 5350 FRAMES | |
| 09/21 | 09/21 | P935600LT00YJ56M5 | Regular | STORE # 0295 GULFPORT  MS | $19.80 |
| | | | | 5350 FRAMES | |
| | | | | 7996 GARDEN/OUTDR | |

**THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.**

## FINANCE CHARGE SUMMARY

| How Your FINANCE CHARGE Was Calculated | Balance Subject to Finance Charge | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| 0%Premier | $0.00 | .06329% | 23.10% | $0.00 | 2D |
| ANNUAL PERCENTAGE RATE | | | 23.100% | Total Periodic FINANCE CHARGE | $0.00 |

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.** We may convert your payment into an electronic debit. See reverse for details.
**NOTICE:** See reverse side for Billing Rights and other important information.

Politz 1098



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295   REG:0256  V08.35   09/21/2006
TRAN#:7797     ASSOC:000116      04:03 PM

EXCHANGE

ORIGINAL RECEIPT:0295026773740913006363
ORIGINAL ASSOCIATE #:0295005444

**RETURN**
GIFTWARE
0019328044924          T      17.99-R
   40.00  NEW PRICE     17.99
        RETURN SUB-TOTAL        17.99-
                    TAX          1.26-R

**PURCHASE**
GIFTWARE
0019328044924          T  0   17.99
   40.00  NEW PRICE     19.99
   19.99  NEW PRICE     17.99
        PURCHASE SUB-TOTAL       17.99
                    TAX          1.26

           TOTAL       $      .00

·  YOU SAVED $    22.01

PREMIER CUSTOMER



0295026577370921000000

---



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295   REG:0256  V08.35   09/21/2006
TRAN#:7798     ASSOC:000116      04:08 PM

SALE

FRAMES
013206276351                    .    10.00
   20.00  50% OFF          10.00
GARDEN/OUTDR
400402740535             T       8.50
   34.00  75% OFF          8.50

QUANTITY:002       SUB-TOTAL      18.50
                   TAX            1.30
                   TOTAL    $    19.80
                   BELK CARD      19.80
ACCT S ************2507   PLAN: 01
POLITZ/JAN
          AUTH:    000000

YOU SAVED $    35.50

PREMIER CUSTOMER

CUSTOMER COPY

THANK YOU FOR SHOPPING AT BELK.  PLEASE
RETAIN THIS RECEIPT FOR RETURN OR
EXCHANGE.

0295025677980921001980

Politz 1099



CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 35903
( 228 ) 832 - 2333

STORE:0295   REG:0257   V08.35   09/13/2006
TRAN#:7374      ASSOC:005448      11:21 AM

SALE

MATTRESS PADS
031374518082          T       29.99
    60.00  NEW PRICE      29.99
MISC
048552082891    CP72464475 T   17.99
    30.00  NEW PRICE      19.99
    19.99  TR CP 10%      17.99
GARDEN/OUTDR
746851846618    CP72464475 T    4.50
    20.00  75% OFF         5.00
     5.00  TR CP 10%       4.50
GIFTWARE
0019328044924   CP72464475 T   17.99
    40.00  NEW PRICE      19.99
    19.99  TR CP 10%      17.99
FRAMES
013208276351    CP72464475 T    9.00
    20.00  50% OFF        10.00
    10.00  TR CP 10%       9.00


QUANTITY:005      SUB-TOTAL      79.47
                  BELK RW $      20.00
                  SUB-TOTAL      59.47
                  TAX             4.16
                  TOTAL      $   63.63
                  BELK CARD      63.63
ACCT S ************2507  PLAN: 02
POLITZ/JAN
          AUTH:    000000



## ACCOUNT INFORMATION

| Account Number | Statement Date | Payment Due Date | Days in Billing Period | Credit Line | Available Credit |
|---|---|---|---|---|---|
| | 06/25/2006 | 7/20/2006 | 31 | $4,000.00 | $3,812.00 |

## BELK REWARDS SUMMARY

| | |
|---|---|
| Previous Point Balance | 586 |
| Points Earned This Period | 175 |
| Points Redeemed This Period | 400 |
| Total Points | 41 |
| Points to Next Certificate | 559 |

## BELK ACCOUNT NEWS

Current Year-To-Date Spend: $378.65
Spend Needed For Premier Status: $221.35

Congratulations! Enclosed is Your Rewards Certificate. Thank You For Shopping At Belk!

## ACCOUNT SUMMARY

| Plan Type | Previous Balance | + New Purchases | - Payments & Credits | + Debt Cancellation/ Insurance & Debits | +/- FINANCE CHARGE (net) | = New Balance | Minimum Payment |
|---|---|---|---|---|---|---|---|
| Regular | $0.00 | $90.77 | $0.00 | $0.00 | $0.00 | $90.77 | $10.00 |
| 0%Premier | $0.00 | $96.28 | $0.00 | $0.00 | $0.00 | $96.28 | $75.00 |
| Total... | $0.00 | $187.05 | $0.00 | $0.00 | $0.00 | $187.05 | $85.00 |

## TRANSACTION SUMMARY

| Post Date | Tran Date | Reference Number | Plan Type | Description | Amount |
|---|---|---|---|---|---|
| 05/27 | 05/27 | # P935600H500YET6PN | 0% Prem | STORE # 0295 GULFPORT MS<br>3313 DRESS PANTS<br>3320 WOVEN TOPS | $96.28 |
| 05/27 | 05/27 | # P935600H500YG8JBD | Regular | STORE # 0295 GULFPORT MS<br>1738 KNIT TOPS<br>9470 SHEET SETS | $62.97 |
| 06/05 | 06/05 | # P935600HD00YG5S9N | Regular | STORE # 0295 GULFPORT MS<br>1853 KNIT TOPS | $27.80 |

THE PERIODIC RATE SHOWN ON THIS STATEMENT MAY VARY.

## FINANCE CHARGE SUMMARY

| How Your FINANCE CHARGE Was Calculated | Balance Subject to Finance Charge | Daily Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | $0.00 | .06192% | 22.60% | $0.00 | 2D |
| 0%Premier | $0.00 | .06192% | 22.60% | $0.00 | 2D |
| ANNUAL PERCENTAGE RATE | | 22.600% | Total Periodic FINANCE CHARGE | $0.00 | |

## CARDHOLDER NEWS & INFORMATION

TAKE ADVANTAGE OF ALL THE BENEFITS YOUR BELK REWARDS CARD HAS TO OFFER! USE IT FOR ALL YOUR BELK PURCHASES AND EARN ONE POINT FOR EVERY DOLLAR YOU SPEND** PLUS HASSLE FREE RETURNS, EXCLUSIVE SAVINGS EVENTS, AND MORE! SO WHY WAIT - USE YOUR BELK CARD TODAY! **SOME EXCLUSIONS MAY APPLY. SEE REWARDS TERMS & CONDITIONS IN THE BELK CARDHOLDER AGREEMENT.

**Belk Card Customer:**

Thank you for using your Belk Card account.  GE Money Bank (GEMB) is now the creditor on your Belk credit card.

ALL REFERENCES TO BELK NATIONAL BANK IN COMMUNICATIONS ABOUT THE BELK CREDIT CARD PROGRAM ARE NOW DEEMED TO REFER TO GEMB.

IN ADDITION, ANY REFERENCE TO THE OFFICE OF THE COMPTROLLER OF THE CURRENCY ON CORRESPONDENCE RELATING TO THE BELK CREDIT CARD PROGRAM SHOULD BE DEEMED TO REFER TO THE OFFICE OF THRIFT SUPERVISION, WHICH IS THE FEDERAL AGENCY THAT ADMINISTERS COMPLIANCE WITH THE EQUAL CREDIT OPPORTUNITY ACT FOR GEMB, AND WHICH IS LOCATED AT: WEST REGIONAL OFFICE, PO BOX 7165, SAN FRANCISCO, CALIFORNIA 94120.

IF YOU HAVE QUESTIONS ABOUT THIS INFORMATION, PLEASE CALL 1-800-669-6550.

IC270

SPRING IS HERE!! SHOP BELK FOR ALL THE LATEST SPRING FASHIONS FOR THE ENTIRE FAMILY. USE YOUR BELK CARD TO EARN REWARD POINTS FOR FUTURE PURCHASES. IT PAYS TO SHOP AT BELK!!

➤ PAGE 1 OF 1

| TRANSACTION DESCRIPTION | CHARGES | PAYMENTS | CREDITS |
|---|---|---|---|
| **REVOLVING PLAN** | | | |
| 03  08  RETURN- 195 MODERATE PETITE | | | |
| 03  08  RETURN- 139 PETITE MOD CASUA | | | 109.10 |
| 03  08  RETURN- 187 MS TRAD RELATED | | | 9.63 |
| 03  08  195 MODERATE PETITE SEPERATE | | | |
| 03  08  139 PETITE MOD CASUAL | 109.10 | | |
| 03  09  PRINCIPAL DEBIT ADJUSTMENT | 9.63 | | |

**REVOLVING PLAN SUMMARY**

| PREVIOUS BALANCE | CHARGES | PAYMENTS | CREDITS | FINANCE CHARGE | NEW BALANCE | PAYMENT DUE |
|---|---|---|---|---|---|---|
| .00 | 118.73 | .00 | 118.73 | .00 | .00 | .00 |

**0% PREMIER PLAN(306090)**

| | | | |
|---|---|---|---|
| 03  08  195 MODERATE PETITE SEPERATE | | | |
| 03  08  139 PETITE MOD CASUAL | 92.73 | | |
| 03  09  PRINCIPAL CREDIT ADJUSTMENT | | | 9.63 |

**0% PREMIER PLAN(306090) SUMMARY**

| PREVIOUS BALANCE | CHARGES | PAYMENTS | CREDITS | FINANCE CHARGE | NEW BALANCE | PAYMENT DUE |
|---|---|---|---|---|---|---|
| .00 | 92.73 | .00 | 9.63 | .00 | 83.10 | 75.60 |

*Pd 4-7-06*
*# 985 → Bal.*

NOTICE: See reverse side for **PRIVACY POLICY**.

## ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **\*FINANCE CHARGE RATES** | ACCOUNT NUMBER | | |
| Applied to Average Daily Balance(s) of .00 | BILLING DATE | 03/25/06 | CHARGES  211.46 |
| Monthly Periodic Rate 1.80% | CREDIT LINE | 4,000 | PAYMENTS  .00 |
| **ANNUAL PERCENTAGE RATE 21.60%** | CREDIT AVAILABLE | 3,916 | CREDITS  128.36 |
| \*Finance Charge Rates may be applied to combined balances (see reverse) | PREVIOUS BALANCE | .00 | *FINANCE CHARGE*  .00 |
| | | | NEW BALANCE  83.10 |
| 1 2 3 4 5 | BELK "SELECT" STATUS REQUIRES SPENDING $850 TO QUALIFY, YOU MUST SPEND ONLY ANOTHER...  566 BY END OF THIS YEAR | | PAST DUE AMOUNT  .00 |
| | | | PAYMENT NOW DUE  *Politz 75.00* |

 PO BOX 1098
Charlotte NC 28201-1098

Regarding your Belk Account Ending in: 0589

184514

JAN POLITZ
5519 GATES AVE
LONG BEACH, MS 39560-3521

իլդիիսիդիսիիդիսիրսունիիմիդիսիդըսիին

## Important Rewards Information Enclosed!

Congratulations! Belk Rewards now pays like never before!

We are delighted to inform you that we have enhanced the Belk Rewards program so that you can earn more rewards, more often. By using your card, you are well on your way towards receiving Belk rewards certificates.

Remember, for every dollar purchased* at a Belk Store using a Belk Credit Card, you earn one reward point. Each time you earn 400 points**, one $10 rewards certificate will be issued.

Over the next several months we will be upgrading your Belk credit statement to incorporate your Belk rewards information. Please see the Belk Rewards Summary below for your available point balance as of 03/24/06.

```
                    BELK REWARDS SUMMARY
    Previous Point Balance              0
    Points Earned This Period          +126
    Points Redeemed This Period        -0
    Total Points                       =126
    Points to Next Certificate         274
```

Your rewards certificate status will be automatically updated, you don't have to do a thing! The information above tells you just how close you are to getting your next certificate.

You are also eligible for special promotions and 12 special Savings Days throughout the year. Spend $600 in purchases* this year on your Belk Credit Card, and you will receive additional Premier benefits.

Should you have any questions about your rewards, you can call us at 1-800-669-6550. Thank you for your continued patronage and we look forward to seeing you very soon.

Sincerely,

Tim Belk

Tim Belk
Chairman & CEO

*Purchases excludes non-merchandise, leased departments, fine jewelry and Belk Gift Cards
**Points earned for all qualifying purchases minus returns and adjustments, based on a calendar year.

COLR0194 6126 0001 2064R 07 060324 PAGE 00001 OF 00001     00184514

Politz 1103

*Belk*

CROSSROADS MALL
15226 CROSSROADS BLVD
GULFPORT, MS 39503
( 228 ) 832 - 2333

STORE:0295    VOB.20
TRAN#:1526    ASSOC:002054    07/../2006  .. 11 PM

RETURN

ORIGINAL ASSOCIATE #:067900215]

ALTERN LENGTH
B279496.13655
19.99 NEW PRICE          T  -16.99-8

QUANTITY:001
                      SUB-TOTAL          16 .
                      TAX

ACCT # ***** :5B9

BEL1



Politz 1105

1522
GUI
( 22

STORE:0295 REG:0236 02
TRAN#:8392 ASSOC:000787 05

SALE

SWEATERS
[redacted] T 15.39
44.00 PERM MKDN 21 9
21 99 30% OFF 15
WOVEN TOPS
400450736113 CP66088399 T
30.00 PERM MKDN 19.99
19.99 TR CP 15% 16.99
KNIT TOPS
400449892165 CP66088399 T
20.00 PERM MKDN 14.99
14.99 TR CP 15% 12.74
KNIT TOPS
40 171357 CP66088399 T 8.49
PERM MKDN 14 99
14 99 NEW PRICE 9 99
9.99 TR CP 15% 8.49
SWEATERS
638419623956 CP66088399 T 16.99
30.00 PERM MKDN 19.99
19.99 TR CP 15% 16.99
SWEATERS
638419623819 CP66088399 T 25.49
44.00 PERM MKDN 29.99
29.99 TR CP 15% 25.49
MAIDENFORM
014671049305 CP66088399 T 16
32.00 40% OFF 19.20
19.20 TR CP 15% 16.32

QUANTITY:007 SUB-TOTAL 112.41
TAX 7.87
TOTAL $ 120.28
M/C 120.28
ACCT S ************3389
POLITZ/JAN
AUTH: 000001

YOU SAVED $ 111 59

CUSTOMER :

THANK YOU FOR SHOP
RETAIN THIS REF

## Pick up a Belk Great Gifts™ Card today!

Need a great gift idea? Give the gift that everyone loves, the Belk Great Gifts™ Card. Spend it just like cash to purchase merchandise or services at any Belk store. The cards are available in amounts from $5 to $10,000. You can purchase your gift card from any Belk sales associate at any register, or on the Internet at belk.com. Belk Great Gifts™ Cards always make the perfect gift!



MAKE THIS VALENTINE'S DAY SPECIAL WITH GREAT SAVINGS ON MEN'S AND WOMEN'S DESIGNER FRAGRANCES FROM BELK! USE YOUR BELK CARD AND ENJOY SPECIAL REWARDS AND BENEFITS ALL YEAR LONG!

➤ PAGE 1 OF 1

| TRANSACTION DESCRIPTION | CHARGES | PAYMENTS | CREDITS |
|---|---|---|---|

**30-60-90 DAY PLAN**

| | | | | |
|---|---|---|---|---|
| 11 | 28 | 826 SMALL ELECTRIC | | |
| 11 | 28 | 146 MISSES KNIT TOPS | | |
| 11 | 28 | 141 MOD PETITE COLLECTION | | |
| 11 | 28 | 195 MODERATE PETITE SEPERATE | 246.50 | |
| 12 | 06 | 264 FASHION ACCESSORIES | | |
| 12 | 06 | 139 PETITE MOD CASUAL | | |
| 12 | 06 | 111 COATS | 33.71 | |

**30-60-90 DAY PLAN SUMMARY**

| PREVIOUS BALANCE | CHARGES | PAYMENTS | CREDITS | FINANCE CHARGE | NEW BALANCE | PAYMENT DUE |
|---|---|---|---|---|---|---|
| .00 | 280.21 | .00 | .00 | .00 | 280.21 | 94.00 |

*Pd. 1-2-06 #4585 280.21 -0- Bal.* (handwritten)

NOTICE: See reverse side for PRIVACY POLICY.

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| *FINANCE CHARGE RATES | ACCOUNT NUMBER | CHARGES | 280.21 |
| Applied to Average Daily Balances of .00 | BILLING DATE 12/25/05 | PAYMENTS | .00 |
| Monthly Periodic Rate 1.80% | CREDIT LINE 4,000 | CREDITS | .00 |
| ANNUAL PERCENTAGE RATE 21.60% | CREDIT AVAILABLE 3,719 | *FINANCE CHARGE* | .00 |
| *Finance Charge Rates may be applied to combined balances (see reverse) | PREVIOUS BALANCE .00 | NEW BALANCE | 280.21 |
| | | PAST DUE AMOUNT | |
| 145 | BELK "SELECT" STATUS REQUIRES SPENDING $650 TO QUALIFY, YOU MUST SPEND ONLY ANOTHER... 369 | PAYMENT NOW DUE | 94.00 |

Politz 9107

Politz 1108



```
           CROINTAL PROMLNADE
      300 CROINTAL PROMENADE PKWY
          DRANGSTER, FL 33007
          ( 205 ) 635 - 9034

STORE-0330   REG-12 30  OUL IM   11/28/2006
TRAN#-3992   TRSANC-0006.99       05 57 PM

SALE


NOVELTY ELECTR
7160291250 0          1      33 99
    20.00  SUP PRICE        39 99
    39.99  IR 15% OFF       33 99
SWEATERS
4004406430 0          1      12 74
    36.00  PERM MKDN        14 99
    14 99  TR 15% OFF       12 74
KNIT TOPS
4004436351 0          1      10 19
    24.00  PERM MKDN        11 99
    11.99  TR 15% OFF       10 19
JKTS
0294088122 0          1      25 50
    60.00  PERM MKDN        49 99
    60.00  50% OFF          30 00
    30.00  TR 15% OFF       25 50
JKTS
8862921150 0          1      18 36
    36.00  PERM MKDN        24 99
    36.00  40% OFF          21 60
    21.60  TR 15% OFF       18 36
SWEATERS
6384194978 0          1      16 32
    32.00  PERM MKDN        19 99
    32.00  40% OFF          19 20
    19.20  TR 15% OFF       16 32
SWEATERS
6384194973 0          1      16 32
    32.00  PERM MKDN        19 99
    32.00  40% OFF          19 20
    19.20  TR 15% OFF       16 32
SWEATERS
6384194923 0          1      16 32
    32.00  PERM MKDN        19 99
    32.00  40% OFF          19 20
    19.20  TR 15% OFF       16 32
PANTS
0872990972 0          1      16 99
    19.99  TR 15% OFF       16 99
PANTS
7156990203 0          1      22 44
    44.00  PERM MKDN        52 99
    44.00  40% OFF          26 40
    26.40  TR 15% OFF       22 44
JKTS
8862921130 0          1  U   15 29
    36.00  PERM MKDN        24 99
    36.00  40% OFF          21 60
    21.60    5.61 DIF       17 99
    17.99  TR 15% OFF       15 29
PANTS
8862921141 0          1  U   12 74
    30.00  PERM MKDN        19 99
    30.00  40% OFF          18 00
    18.00    3.01 DIF       14 99
    14.99  TR 15% OFF       12 74
PANTS
0872990972 0          1  U   11 04
    19.99    7.00 DIF       12 99
    12.99  TR 15% OFF       11 04


QUANTITY-0 3      SUB TOTAL       228 24
                  TAX              18 26
                  TOTAL        $  246 50
```

Politz 1109



# Citi® Dividend World MasterCard®

**citi**

| | |
|---|---|
| **Customer Service:** | |
| 1-866-775-0556 | |
| BOX 6062 | |
| SIOUX FALLS, SD | |
| 57117 | |

| Revolving Credit Line | Available Revolving Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|
| $11000 | $10314 | $10000 | $10000 | $686.00 |
| Statement/Closing Date | Amount Over Revolving Credit Line | Past Due | Purch/Adv Minimum Due | Minimum Amount Due |
| 11/15/2007 | $0.00 | $0.00 | $20.00 | $20.00 |

**Activity Since Last Statement**

| Sale Date | Post Date | Reference Number | Payments, Credits & Adjustments | Amount |
|---|---|---|---|---|
| 10/25 | 11/05 | 83689269 | PAYMENT THANK YOU | -1,396.00 |
| | 10/25 | Y92B0335 | HARRIEE CENTER PA | -39.98 |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| | | | **Standard Purch** | |
| 10/20 | 10/20 | G1FRIWP0 | WINN-DIXIE #1511 S91 GULFPORT MS | 15.71 ✓ |
| 10/20 | 10/20 | C1FR1WP0 | WINN-DIXIE #1511 S91 GULFPORT MS | 53.14 ✓ |
| 10/23 | 10/23 | W3CB6866 | DRG TV/WEB PURCHASE 8662581930 FL | 67.75 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 10/27 | 10/27 | 79284437 | WINN-DIXIE #1503 GULFPORT MS | 28.21 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 10/28 | 10/28 | 89286479 | WINN-DIXIE #1511 S91 GULFPORT MS | 49.82 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 10/28 | 10/28 | 89286481 | WINN-DIXIE #1511 S91 GULFPORT MS | 17.11 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 10/28 | 10/28 | 09282811 | PEOPLE PC INT SVC 866-226-2468 CA | 9.95 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 10/30 | 10/30 | 09282067 | BAYCLIFF BAR & GRILL BAY ST. LOUIS MS | 19.23 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 10/31 | 10/31 | 19282065 | FREDS 000017558 GULFPORT MS | 19.15 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 10/31 | 10/31 | 19282069 | WINN-DIXIE #1511 S91 GULFPORT MS | 53.53 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 11/01 | 11/01 | A9286423 | CABLE ONE AZ | 58.05 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 11/02 | 11/02 | 39289160 | WINN-DIXIE #1511 S91 GULFPORT MS | 34.84 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 11/03 | 11/03 | C9289158 | MI NABOR SUPERMARKET BATON ROUGE LA | 14.40 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 11/05 | 11/05 | F9286669 | ALLEN HYUNDAI GULFPORT MS | 20.01 |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 11/06 | 11/06 | F9285609 | WAL-MART #2727 GULFPORT MS | 36.83 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 11/10 | 11/10 | J9284989 | KMART 9520 GULFPORT MS | 18.15 ✓ |
| | | | TRANSFERRED FROM PRIOR ACCOUNT NUMBER | |
| 11/12 | 11/12 | 022U2TB7 | DANNY AND CLYDES #20 MANDEVILLE | 35.10 ✓ |

**\*\* Citi Cash Rebate Program \*\***

| | |
|---|---|
| Special Category Dollars | 50.44 |
| Gas, Groc, Drug, Conv Store, Cable/Util | 1.73 |
| Total Special Category Dollar Earned | 10.30 |

**\*\*\*Dividend Dollars Summary\*\*\***

| | |
|---|---|
| Previous Statement Dividend Dollars Total | 10.30 |
| Base Dividend Dollars Earned | 12.25 |
| Special Dividend Dollars Earned this Period | 62.40 |
| Total Dividend Dollars Available | |

Bonus Cash Back may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

*Handwritten:* Pd. 12-1-07  686.00  #7989

| | |
|---|---|
| | 10.30 |
| | 10.30 |

SEND PAYMENTS TO: CITI CARDS P.O. BOX 6411 THE LAKES, NV 88901-6411
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 12/10/2007

Politz 1110

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | Amount |
|---|---|---|---|---|

If your 'Total Div Dollar Available' balance is at least $50, call us at
1-866-576-4672 or go to www.citicards.com, so that we may send you a check.

Remember, with a no-preset spending limit you now have more financial
flexibility. But you MUST PAY IN FULL any charges over the revolving credit
line indicated.

RECEIVE $10 OFF YOUR FIRST 20LB BOX OF FLORIDA CITRUS! Navels, grapefruit
or mixed. Intro Price: $24.95 plus S&H. Ends 01/15. To Order:
1-866-743-6297, Dept. OFX / www.enjoycitrus.com, Dept. OFX. Brought to you by
Al's Family Farms.

REWARD YOURSELF WITH USA TODAY! Get 13 weeks of USA TODAY for only $45.50.
Call 1-800-872-0001, ask for offer 856 or visit
www.usatodaysubscribe.com/usat856 Void in Alaska. Brought to you by Spectra
Products.

GO PAPERLESS AND PLANT A TREE THIS HOLIDAY SEASON. Switch to Paperless
Statements and Citi will plant a tree on your behalf. Get an email notice when
your statement is ready. Sign up at plantatree.citicards.com

NOW, LOST STATEMENTS ARE A THING OF THE PAST! Never worry about a lost
statement again. Request and download PDF replicas of your current and past
statements as far back as 15 years! Try it now at www.citicards.com

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $1,396.00 | $705.98 | $1,415.98 | $0.00 | $686.00 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $1,396.00 | $705.98 | $1,415.98 | $0.00 | $686.00 |

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | Days This Billing Period: 29 ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | $0.00 | 0.047926%(D) | 17.490% | 17.490% |
| ADVANCES Standard Adv | $0.00 | 0.061622%(D) | 22.490% | 22.490% |

citi

DANNY & CLYDE#20
HWY.59 &
ABITA SPR    LA

DANNY'S AND CL
58083 HWY 59
MANDEVILLE        LA
DLR# 001427  20

DATE: 11/
JAN POLITZ
M/C              ACCT#
**** **** **** 4267
RCPT# 14-3791
INV# 175338    08/09
REF# 61 61-066
AUTH# 00 APPR 235803

PUMP# 11
UNLEAD          11.942G
SELF
PRICE/GAL       $2.939

FUEL TOTAL      $35.10

TOTAL           $35.10

THANK YOU

---

RICKEY'S BAR AND GRILL
603 HWY 90 STE 7
BAY ST. LOUIS MS,39520
228-463-0540
2711000224090

TUE, OCT 30, 2007  12:27P

*** CREDIT CARD ***

CARD NO:        *****
CARD TYPE:      MC - CREDIT
TR  TYPE:       SALE
APP CODE:       /92417
SERVER TO:      8
REC NO:         0014

SUBTOTAL:    $  19.25

TIP:         $

TOTAL:       $

SIGN
POLITZ/JAN
THANK YOU!
COME AGAIN!

FRED'S 228-831-3378
11310 HWY 49
GULFPORT, MS 39503

105283 CASH                   72*4 1755 022

628607 KLEENEX FACIAL WHI  1   .94 *
727935 CARDCARE ACTION PM  1  3.49
947607 PLEASE FURNITURE M  1  3.49
227471 TV-D-BOL TABS 3 PA  1  2.00
846692 LOVE MY DARPET CYV  1  2.49
353903 DAILY SHOWER SAVER  1  3.00
775079 DENBY ULTRA REFIL   1  4.49
                  SUBTOTAL    17.90
7 % SALES TAX                  1.25
                     TOTAL    19.15

CHECK YOU PUBLIZATION
ACCOUNT NUMBER  ****************
*help*          ***************5646
CUSTOMER HOTLINE 800-776-7421 EXT 8285

TRAN 0892  0981540775350
11/01/07  13:52                  19.15

HI NABOR
SUPERMARKET
DRUSILLA
225-927-5450

BRGRN PCN HV                   $5.49 T F
BRGRN PCN HV                   $5.49 T F
BRGRN PCN HV                   $5.49 T F
TOSTITOS MULTIGRAIN
  1 @  2 FOR
BRGRN PCN HV                   $3.00 T F
                               $6.00
ITEM SUBTRACTED
BRGRN PCN HV                  -$5.49 T F

BALANCE DUE                   $14.40
CREDIT CARD                   $14.40
[S] ****  ****  ****  5646
EXP. DATE: 00/2009
Seq. # = 430809Z
CHANGE                         $0.00

TAX-CODE       TAXABLE-VAL     TAX-VALUE
TAX 1            $3.98          $0.42 T

CASHIER NAME: EVELYN 36
C0036     #0165     12-24-48
          S00001    R001
THANK YOU
FOR SHOPPING!            3NOV2007

## Winn/Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY
REWARD CUSTOMER                        15.00
                                920XXXXX0980

20.98    GREEN BILL PEPPERS            1.96 B
         WI EX7LARGE EGGS              1.89 B
SAVED .20  ON SPECIAL REWARD ITEM
CUSTOMER ID VERIFIED    1/01/1931
         BUD SELECT 20P BTL RC        15.59 I
RC       BUD SELECT 20 (14.69)         .90-T
**** TAX                              34.84

                                      34.84 TOT

VF       MasterCard                    34.84
         XXXXXXXXXXXX0946
         AUTH #: 025162    SEQ #: 1189

You Saved  $1.10

RD NUMBER # ITEMS SOLD = 5
02/07 11:58 AM 1511 33 0372

> RWARD CARD SAVINGS               .50
> PECIAL REWARD SAVINGS            .20
YOU SAVED  TOTAL OF  1,170.30
WITH YOUR CUS. OER REWARD CARD)

---

## WAL★MART

Save money. Live better.

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER BILL WARREN
( 228 ) 396 - 4740
D'IBERVILLE, MS
ST# 2715 OP# 00006052 TE# 03 TR# 07622
2 MILK        007874251187 F    4.22 X
QUICK OATS    007874429408 F    2.98 X
LNC OPTIONS   007641025408 F    1.67 X
CRACKERS      003001007080 F    1.76 X
SF ORANGE TB  007874227191 F    1.76 X
CF ORANGE TB  007874227191 F    1.76 X
GOLDEN CRKE   064420941140 F    2.22 X
GRITS         003000004360 F    1.22 F
SF ORANGE TB  007874227191 F    1.76 T
MOVE OUR BTR  002900007665 F    0.88 T
PINEAPPLE     003890030096 F    1.96 T
PINEAPPLE     003890030096 F    1.96 T
MIXED FRUIT   007402707506 F    0.86 T
FRUIT APPLE   002879226251 F    2.51 T
HONEY HAM     025566932081 F    2.81 T
PROVOLONE     002725891480 F    5.93 T
BREAD         007872431497 F    1.00 T
GV WAFFLES    007878436009 F    2.38 T
ROLL          007343500005 F    1.28 T
               SUBTOTAL        34.42
         TAX 1  7.000 %         2.41
               TOTAL           36.83
               MCARD TEND      36.83

ACCOUNT #6646
APPROVAL #470732
TRANS ID -
VALIDATION -
PAYMENT SERVICE -         CHANGE DUE    0.00

# ITEMS SOLD 19

2008 SCHOLARSHIPS ON-LINE
www.walmartfoundation.org
11/06/07        13:04:69

TC# 2601 6246 0963 9047 0259

***CUSTOMER COPY***

---

## Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| PHARMACY | 9.98 |
| PHARMACY | 10.70 |
| PHARMACY | 50.00 |
| PHARMACY | 50.00 |
| PHARMACY | 1.43 |
| PHARMACY | 50.00 |
| TAX | .00 |

VF

MasterCard          172.11
XXXXXXXXXXXX5646
AUTH #: 808302   SEQ #: 3619

TOTAL NUMBER OF ITEMS SOLD = 6
10/28/07 12:12 PM 1511 33 0012

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS, JEANETTE

DIRECTUM DARYL HELESKY
STORE # 1511
GULPORT, MS
PHONE # (228)832-8452
PHARMACY (228)832-0051

---

## kmart

KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS 39503
(228)832-7753

** WELCOME TO YOUR **
** KMART STORE 9520 **

CASHIER: CINDY
BUY MORE AND SAVE
0712492l074    LOR HAIRCOLR BG    7.99 I
0712492l074    LOR HAIRCOLR BG    7.99 I
               SAVE 50% OFF        4.00-T
GROCERY
0520003383l    GATORADE           2.49 B
0520003383l    GATORADE           2.49 B
**** TAX     1.19   BAL    18.15
XXXXXXXXXXXX5646
MC APPROVAL 583272
VF
MC                              18.15
CHANGE                            .00

TOTAL NUMBER OF ITEMS = 4

YOUR TOTAL SAVINGS:    4.00

11/10/07  9:11 AM 9520 06 0788 0043

RECEIPT# 09520 111007 006 07887

Refunds will be issued in the original method of payment with the exception of purchases made by check - refunds will be given on a Kmart Cash card if the check purchase was within the past 10 days.

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CARD #    1-XXXXX0880

PHARMACY                              26.38
PHARMACY                               3.75
PHARMACY                               6.18
PHARMACY                               2.52
CAMP CLSSC NOODLE        RC    2.59 B
CAMP CLSSC NOODLE        RC    2.59 B
CAMP CLSSC NOODLE        RC    2.59 B
CAMP CLAM CHW            RC    2.59 B
CAMP CKY HS CHICK/DUMP   RC    2.59 B
CAMP CKY BK POT/C        RC    2.59 B
CAMP CLSSC NOODLE        RC    2.59 B
CAMP CLSSC NOODLE        RC    2.59 B
CAMP CLAM CHW            RC    2.59 B
CAMP CKY BK POT/C        RC    2.59 B
CAMP CKY POT/HAM         9C    2.59 B
CAMP CKY BK POT/C        RC    2.59-B
CAMP CKY BK POT/C        RC    2.59-B
CAMP CLAM CHW            RC    2.59-B
CAMP CLSSC NOODLE        RC    2.59-B
CAMP CKY BK POT/C        RC    2.59-B

**** TAX                        .91  TOT    53.53

MasterCard
XXXXXXXXXXXX0646
VF  AUTH #: 68470Z    SEQ #: 3513    53.53

TOTAL NUMBER OF ITEMS SOLD = 14
10/31/07  1:48 PM 1511 33 0058

REWARD CARD SAVINGS                   12.95

---

To: CORINE  Thank you for allowing me
to serve you today.

418                14    9498    05195   027
418                10    8497    05195   027
        RFN# 0519 5276-0719-0719-2720
NCAA 'FLEECE L901       1A            12.99
B/VEL MLK GL            1A    3.99 SALE
WALG MXD NUT/SG0Z       A     2.00 SALE
J&J F/A KIT             1A            1.99
KOAK 4PK 9EX           1A    1.99 SALE
J&J F/A KIT            1A      1.99-WAGC
F                                    20.30
4%TX SALES TAX                        1.85
        TOTAL                        28.21
MASTER CARD                          28.21
ACCT #**********3540
CHANGE                                .00

WAG COUPON SAVINGS:                   1.00
WAG ADVERTISED SAVINGS:               4.09

YOUR TOTAL SAVINGS:                   5.09

15071 Dedeaux Rd. Gulfport, MS
STORE          (228)539-9690

F=ELIGIBLE FLEX SPEND ACCT ITEM (FSA)

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

RETAIN THIS RECEIPT FOR YOUR RECORDS

OCTOBER 27, 2007          12:54 PM

# Riddex Plus

4201 Kellway Circle
Addison TX 75001
(866) 214-5141

00421306 2

Order: 4213062          Ship: NORMAL          Terms: MC          10/23/07 2:46:42 PM
Customer:

Ship To:

JOHN POLITZ
13446 HUNTINGTON CIR
GULFPORT, MS 39503-4955

| QTY | Code | Description | Each | Total |
|---|---|---|---|---|
| 2 | RIDP-01 | Riddex Plus (buy 1 get 1 free) | $29.95 | $29.95 |
| 1 | RIDP-01 | Riddex Plus | $14.95 | $14.95 |

SubTotal: $44.90
Tax: $0.00
S & H: $22.85
Total: $67.75

Invoice Paid in full by: MC
Your Credit Card charges will read 'DRG TV/Web Purchase'.

60 Day Money-Back Guarantee (less shipping & handling).

If you wish to return or exchange an item for any reason, please call Customer Service at (866) 214-5141 to obtain an RMA #.

Purchaser is responsible for all postage and shipping fees relating to return of merchandise.



Politz 1117

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866 WINN DIXIE or 866-946-6349
www.winn dixie.com

| | | |
|---|---|---|
| PHARMACY | | 2.76 |
| PHARMACY | | 12.95 |
| REWARD CUSTOMER | | 420XXXX0880 |

| ****TAX | .00 TOT | 15.71 |
|---|---|---|

VF      MasterCard              15.71
        XXXXXXXXXXXX5646
        AUTH #:  808328    SEQ #:  5631

TOTAL NUMBER OF ITEMS SOLD = 2
10/20/07  1:20 PM 1511 33 0046

YOU HAVE SAVED A TOTAL OF  1,119.84
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS, TERESA

DIRECTOR DARRYL BELESKY
STORE # 1511
GULFPORT, MS
PHONE # (228)832-8452
PHARMACY (228)832-0051
FTD FLORIST (800)852-9297

THANK YOU FOR SHOPPING WINN-DIXIE

Politz 1118

**Winn✓Dixie**

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER                420XXXXX0880

FP DIET COKE 12 PK RC    4.69 B
FRDG PK CLS COKE    RC    4.69 B
CUSTOMER ID VERIFIED   1/02/1941
BUD SELECT 20P BTL RC   15.59 T
RC    BUD SELECT 20 (14.69)      .90-T
ROTEL DCD TOM&CHLI RC    1.29 B
RC    ROTEL DCD TOM& (1.00)      .29-B
ROTEL DCD TOM&CHLI RC    1.29 B
RC    ROTEL DCD TOM& (1.00)      .29-B
PNULL MEX.TOM/CHTL RC    1.29 B
RC    ROTEL MEX.TOM/ (1.00)      .29-B
B/E CUB CORN 6 PK        2.29 B
W-D SHRP CHEZ/STCK RC    2.49 B
RC    W-D SHRP CHEZ/ (2.00)      .49-B
JUMBO DRUMSTICKS    RC    1.98 B
RC    JUMBO DRUMSTICKS         1.98-B
0.80 lb @ .99 /lb
WT    TURNING BANANAS          .47 B
0.79 lb @ 6.99 /lb
WT    BULK NAVLS               5.52 B
1 @ 2/.88
MEDIUM LEMONS            .44 B
D HRTS OF ROMAINE  RC    3.59 B
RC    D HRTS OF ROMA (2.50)    1.09-B
2.12 lb @ 2.49 /lb
WT    RED SDLS GRAPES    RC    5.28 B
2.12 lb @ 1.29 /lb = 2.73
RC    RED SDLS GRAPES         2.55-B
1.44 lb @ 1.59 /lb
WT    DISNEY GALA APPLES       2.29 B
10.69    CUCUMBERS      RC      .69 B
RC    CUCUMBERS      (.50)     .19-B
0.49 lb @ 2.49 /lb
WT    BULK GARLIC              1.22 B
RC    FRDG PK CLS CU (2.50)    2.19-B
RC    FP DIET COKE 1 (2.50)    2.19-B
**** TAX    3.26  TOT       49.82

VF    MasterCard           49.82
XXXXXXXXXXX5646
AUTH #: 05360Z   SEQ #: 3400


TOTAL NUMBER OF ITEMS SOLD -  17
10/28/07 12:21 PM 1511 02 0157

REWARD CARD SAVINGS        12.45

# You Saved   $12.45

YOU HAVE SAVED A TOTAL OF  1,156.45
WITH YOUR CUSTOMER REWARD CARD


YOUR CASHIER TODAY IS, COREY

DIRECTOR DARRYL BELESKY
STORE # 1511
GULFPORT, MS

**Politz 1119**



Sears Gold MasterCard®

IAN POLITZ
Account Number
Page 4 of 4

**SearsCard.com 24/7**
Manage your Sears card account

Write to us at PO Box 6922 The Lakes NV 88901-6922

**Pay and Save**
- Pay your Sears card bill
- View balances
- Transfer balances

**View and Print**
- View (everything)
- Manage it
- View offers
- Download and Print Stmt.
- Get exclusive offers

Go to SearsCard.com today and click "register" to sign up. FREE!

Billing and 1-800-599-3000
Go to: www.searscard.com

Pd. 8-5-07
16:03
#1135

**Your Account Summary**

| | 07/09/07 |
|---|---|
| Billing Cycle Closing Date | |
| Amount Over Credit Line | $0.00 |
| Amount Past Due | $0.00 |
| Current Minimum Due | $10.00 |
| Total Minimum Due | $10.00 |
| Previous Balance | $0.00 |
| Payments & Credits | $0.00 |
| Purchases & Debits | $16.03 |
| Transfer & Debits | $0.00 |
| Other Charges | $0.00 |
| FINANCE CHARGES | $0.00 |
| Account Balance | $16.03 |

**Your Credit Summary**

| Total Credit Line | $9,950.00 |
|---|---|
| Available Credit Line | $9,933.00 |
| Cash Access Line | $1,990.00 |
| Available Cash | $1,990.00 |

| Activity | Sale Date | Post Date | Description | Amount $ |
|---|---|---|---|---|
| | 06/21/07 | 06/21/07 | WRENCH, SNIPS | 16.03 |

| Rates *Rate Varies | Balance | Average Daily Balance | Corresponding ANNUAL PERCENTAGE RATE | Periodic Rate D=Day Mo/Month | Periodic FINANCE CHARGE |
|---|---|---|---|---|---|
| **SEARS** | | | | | |
| REGULAR | $16.03 | $0.00 | 19.24%* | .05268%(D)* | $0.00 |
| **EXTERNAL** | | | | | |
| REGULAR | $0.00 | $0.00 | 19.24%* | .05268%(D)* | $0.00 |
| **CASH ACCESS** | | | | | |
| REGULAR | $0.00 | $0.00 | 27.49%* | .07534%(D)* | $0.00 |

Days in Billing Period: 32    Effective ANNUAL PERCENTAGE RATE: 27.49%    Minimum FINANCE CHARGE: $0.00

**Cardmember News**

Your Sears Gold MasterCard could get you closer to living a Major League Baseball® dream! Visit priceless.com for details, July 1 through September 30, 2007.



## WorldPoints

Prepared for: **JOHN J POLITZ**

**September 2007 Statement**
Credit Line: $9,000.00
Cash or Credit Available: $8,942.43

**Customer Service**
For information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 37291
BALTIMORE, MD 21297-3291
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-769-8685
TDD hearing-impaired 1-800-346-3179

**Account Information**

**Summary of Transactions**
| | |
|---|---|
| Previous Balance | $360.99 |
| Payments and Credits | − $360.99 |
| Cash Advances | $0.00 |
| Purchases and Adjustments | + $57.57 |
| Periodic Rate Finance Charges | + $0.00 |
| Transaction Fee Finance Charges | + $0.00 |
| New Balance Total | $57.57 |

**Billing Cycle and Payment Information**
| | |
|---|---|
| Days in Billing Cycle | 31 |
| Closing Date | 09/06/07 |
| Payment Due Date | 09/28/07 |
| Current Payment Due | $15.00 |
| Past Due Amount | $0.00 |
| Total Minimum Payment Due | $15.00 |

**Transactions**

| Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|
| **Payments and Credits** | | | | | |
| PAYMENT - THANK YOU | 08/13 | 08/10 | 41158 | 7084 | Cr 360.99 |
| **Purchases and Adjustments** | | | | | |
| LOWES #466 GULFPORT MS | 08/16 | 09/02 | 2090 | 7084 | C 35.90 |
| CRACKER BARREL #438 GULFPORT MS | 09/04 | | | | 21.67 |

WORLDPOINTS SUMMARY
58  MONTHLY EARNINGS
0  BONUS POINTS THIS MONTH
418  POINTS AVAILABLE
TO VIEW OR REDEEM POINTS, VISIT US AT
WWW.BANKOFAMERICA.COM/ONLINEBANKING

*(handwritten) Pd. 9-13-07  ck# 4771  59.57*

**Finance Charge Schedule**

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances** | | | |
| A. Balance Transfers, Checks | 0.03901% DLY * | 14.24% | $0.00 |
| B. ATM, Bank | 0.06641% DLY * | 24.24% | $0.00 |
| C. Purchases | 0.03901% DLY * | 14.24% | $0.00 |

**Annual Percentage Rate for this Billing Period:** See Corresponding Annual Percentage Rate Above
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges.)

*Periodic Rate May Vary

**Important Information About Your Account**
CONGRATULATIONS! YOUR CREDIT LIMIT HAS BEEN INCREASED TO  $9000.00.

# L O W E ' S

LOWE'S HOME CENTERS, INC.
2151 JOHN HILL BLVD.
GULFPORT, MS 39501
(228)867-9000
-SALE-
SALES #: FSTLANE2 13                08-10-07

```
245744 (157174)DELUX HOS      9.98
228756 METAL PISTOL GRIP      9.98
62037 PLAST.ANCH. #8-10       1.38
155346 FS 4 X 1/4" MASON      2.62
92359 LIGHT DUTY HOSE 5       9.59


            SUBTOTAL:        33.55
       TAX   38570 :          2.35
   INVOICE 05425  TOTAL:     35.90



      BALANCE DUE:           35.90

           VISA :            35.90


  VISA  XXXXXXXXXXXXX7064        03578B
       AMOUNT:       35.90
 0466 TERMINAL: 05  08/10/07 16:38:01

# OF ITEMS PURCHASED:    5
   EXCLUDES FEES, SERVICES AND
       SPECIAL ORDER ITEMS
```



WorldPoints

Prepared for: **JOHN J POLITZ**

**August 2007 Statement**
Credit Line: $6,000.00
Cash or Credit Available: $5,639.01

**Customer Service**

For Information on Your Account Visit:
www.bankofamerica.com

Mail Payments to:
BANK OF AMERICA
P.O. BOX 672051
BALTIMORE, MD 21267-3261

Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

Call toll-free: 1-800-766-0385
TDD/hearing impaired: 1-800-246-9276

## Account Information

**Summary of Transactions**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments and Credits | $0.00 |
| Cash Advances | $0.00 |
| Purchases and Adjustments | $360.99 |
| Periodic Rate Finance Charges + | $0.00 |
| Transaction Fee Finance Charges + | $0.00 |
| **New Balance Total** | **$360.99** |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 31 |
| Closing Date | 08/06/07 |
| Payment Due Date | 08/26/07 |
| Current Payment Due | $15.00 |
| Past Due Amount + | $0.00 |
| **Total Minimum Payment Due** | **$15.00** |

## Transactions

| Purchases and Adjustments | Posted Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| CVS PHARMACY #5046 G43 GULFPORT MS | 07/24 | 07/22 | 0498 | 7084 | C | 29.54 |
| CVS PHARMACY #4808 G03 GULFPORT MS | 07/24 | 07/22 | 0504 | 7084 | C | 47.43 |
| WINN-DIXIE #1611 504 GULFPORT MS | 07/24 | 07/22 | 5719 | 7084 | C | 57.36 |
| RADIO SHACK 01-6166 GULFPORT MS | 07/24 | 07/23 | 9369 | 7084 | C | 29.03 |
| DOLLAR-GENERAL #1028 GULFPORT MS | 07/25 | 07/22 | 4844 | 7084 | C | 99.20 |
| ALLEN DYNASTY 37 GULFPORT MS | 07/31 | 07/30 | 3488 | 7084 | C | 33.41 |
| BATH & BODY WORKS 0946 BILOXI MS | 08/06 | 07/30 | 0043 | 7084 | C | 24.06 |
| | 08/06 | 08/03 | 0899 | 7084 | C | 37.15 |

WORLDPOINTS SUMMARY
360 MONTHLY EARNINGS
0 BONUS POINTS THIS MONTH
960 POINTS AVAILABLE
TO VIEW OR REDEEM POINTS, VISIT US AT
WWW.BANKOFAMERICA.COM/ONLINEBANKING

## Finance Charge Schedule

| Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charge |
|---|---|---|---|
| **Cash Advances:** | | | |
| A. Balance Transfers, Checks | 0.03901% DLY * | 14.24% | $0.00 |
| B. ATM, Bank | 0.066410% DLY * | 24.24% | $0.00 |
| C. Purchases | 0.03901% DLY * | 14.24% | $0.00 |

**Annual Percentage Rate for this Billing Period:**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges)

See Corresponding Annual Percentage Rate Above

* Periodic Rate May Vary

PD 8-12-07
$360.99
#4701

Prepared for:  JOHN J POLITZ

**August 2007 Statement**
Credit Line: $6,000.00
Cash or Credit Available: $5,639.01

**WorldPoints** ✳

**Important Information About Your Account**

PLEASE NOTE: YOUR DUE DATE HAS CHANGED. PLEASE ENSURE YOUR PAYMENT IS
RECEIVED BY THE PAYMENT DUE DATE TO AVOID LATE FEES OR OTHER IMPACTS TO
YOUR ACCOUNT. IF PAYING BY MAIL, ALLOW 5-7 BUSINESS DAYS MAIL TIME.
IF YOU USE A BILL-PAYMENT SERVICE, NOTIFY THE SERVICES OF YOUR DUE DATE.

ALL PAYMENTS BY PHONE WILL BE MADE ELECTRONICALLY. YOU MAY AUTHORIZE AN
ELECTRONIC PAYMENT BY PROVIDING THE PAYMENT AMOUNT AND DATE, YOUR BANK ACCOUNT
NUMBER, AND SECURITY INFORMATION. A SERVICE FEE MAY APPLY. TO CANCEL, CALL US
BY 3:30PM ET ON THE PAYMENT DATE. PLEASE RETAIN THESE TERMS.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9268
TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160018.



0019
Server: JODY S                     Rec: 16
07/05/07 12:36, Swiped    T:  10 Term:  5

Copeland's of New Orleans
1337 Gause Blvd.
Slidell, LA 70458
(504)643-0001
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXXX4367
Name: JAN POLITZ
00 TRANSACTION APPROVED
AUTHORIZATION #: 05997B
Batch_#:_961_Sequence_#:_14
Reference: 0705010000019
TRANS TYPE: Credit Card SALE

CHECK:              24.11

TIP:                 5.00

TOTAL:              29.11

X_____

PHONE: (      )      -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
***Duplicate Copy
top copy -> customer



With us, it's personal.

Store #07223
11279 HWY 49
GULFPORT, MS  39503
(228) 832-6280

Register #3 Transaction #957584
Cashier #72237207  6/27/07  6:43PM

 1 TIDE W/BLEACH LIQ 2000Z     10.99 T
   ON SALE, Reg 1/15.99

 1 Items          Subtotal      10.99
                       Tax        .77
 *VISA *            Total      11.76
    VISA  card * #XXXXXXXXXXXXX4367
    App # AUTO
    Ref # C5039B
    Card Present
                    Tendered    11.76
                    Cash Change    .00

Internet Refills at RiteAid.com
  powered   by  drugstore.com
1-800-RITEAID for customer service

Politz 1126





```
WEBSTERS BED AND BONE K
14664 JOHN LEE ROAD
D'IBERVILLE, MS. 39532
228-392-4691

              C O P Y
          07/02/2007  13:21
Sale:

Transaction #              1
Card Type:              VISA
Acc:         ************4367
Entry:                Swiped
Sale:
Reference No.:
Auth. Code:           094138
Response:           APPROVAL
Response Code:          A510

                27.00
```

```
            Walgreens
     The Pharmacy America Trusts • Since 1901™
  I'm Jaimie. Thank you for allowing me
  to serve you today.

   RFN# 0519-6270-6709 0709-2720

 288        10  0570  05195  02*
 288        10  0590  05185  02*

 CREST T/P 6Z          1A    2.98
 CREST T/P 6Z          1A    2.99
 BOOST VAN 30Z 6S      1A    5.99 SALE
 BAYER CH 36S          1A    2.79
 BAYER CH 36S          1A    2.79
 R/S S/F P/B CP 30Z     A     .99 SALE
 R/S 1 @ 1.99 - 2/      A     .00 SALE
 R/S S/F P/B CP 30Z     A    1.99
 R/S S/F P/B CP 30Z     A     .99 SALE
 R/S 1 @ 1.99 - 2/      A     .00 SALE
 R/S S/F P/B CP 30Z     A    1.99
 R/S S/F P/B CP 30Z     A    1.99 SALE
 R/S 1 @ 1.99 - 2/      A     .00 SALE
 BAYER CH 36S          A    2.50*MFRG
 CREST T/P 6Z          A    3.00
 2 @ 1.00
 MFG COUPON                 1.00-MFRG
 MFG COUPON           1     6.00-MFRG
 SUBTOTAL                  11.94

 A=7% SALES TAX             1.47
 TOTAL                     13.41

 VISA                      13.41
 ACCT#**********4367
 CHANGE                      .00

 WAG COUPON SAVINGS:
 WAG ADVERTISED SAVINGS:    2.98
```