# CVS/pharmacy
Expect something extra

```
11022 HWY 49, GULFPORT, MS
PHARMACY: 832-8981  STORE: -
REG#03 TRAN#0832 CSHR#000009 STR#5908
CARD #: ************8954

CO G TTL WHT 7.82        3.59T
COLG TTL WHT 7.82        3.59T
  @ 2/   9.98
EXCELLENCE CH 8.5A       4.99I SALE
  @ 2/   9.98
GE DEL MIX NU 102        4.99I SALE
SERNTY ULTRA 36CT        2.99B SALE
BOUNTY 8 ROLL 56CT      11.99I SALE
BUD SELECT LN 12Z        9.99I SALE
COLG TTL WHT 7.82        3.59 -CPN
COUPON                   5.00 -
COUPON                   1.50 -
CVS COUPON               2/00 -

8 ITEMS
     SUBTOTAL           35.58
     MS 7.0% TAX         2.96
     TOTAL              38.54
     VISA               38.54
     ***********7064 MS
     CHANGE               .00

JULY 22, 2007                6:36 PM

TRIP SUMMARY:
SALE & CLIPFREE CPN SAVINGS  16.39

DID YOU KNOW?
  YOU EARN 2% BACK ON ALMOST
  EVERYTHING IN THE STORE &
  YOUR PURCHASES ON CVS.COM!
  IT'S FREE CVS MONEY!

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US

RETURNS WITH RECEIPT THRU 09/20/2007

5590 8720 3083 2035
```



# CVS/pharmacy
Expect something extra

```
11022 HWY 49, GULFPORT, MS
PHARMACY: 832-8981  STORE: -
REG#03 TRAN#0829 CSHR#000009 STR#5908
CARD #: ************8954

BUD SELECT LN 12Z        9.79I
COLG TTL WHT 7.82        3.59I
COLG TTL WHT 7.82        3.59I
GE DEL MIX NU 102        4.39B
EXCELLENCE CH 8.5A       7.99I
EXCELLENCE CH 8.5A       7.99I
BOUNTY 8 ROLL 56CT       9.39I
SERNTY ULTRA 36CT       13.99I
COLG TTL WHT 7.82        3.59 -CPN
EXTRACARE SAVINGS       12.80 -CPN

8 ITEMS
     SUBTOTAL           44.33
     MS 7.0% TAX         3.10
     TOTAL              47.43
     VISA               47.43
     ***********7064 MS
     CHANGE               .00

JULY 22, 2007                6:28 PM

TRIP SUMMARY:
SALE & CLIPFREE CPN SAVINGS  16.39

DID YOU KNOW?
  YOU EARN 2% BACK ON ALMOST
  EVERYTHING IN THE STORE &
  YOUR PURCHASES ON CVS.COM!
  IT'S FREE CVS MONEY!

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US

RETURNS WITH RECEIPT THRU 09/20/2007

5590 8720 3082 9035

ExtraCare balances as of 06/27
SUMMER 2007 SPENDING:        12.70
```





Restaurant receipt:

*****************
Customer Copy
*****************

Holly Beach Lookout
J Highway 49
MS 39503
228-328-1966

Date:           01/../07
Time:           4:.. PM
Server:         15. OAIHAH L
Order:          3264.25
Description:    Table 112

Card Type:      VISA
Card No:        ************7064
Expires:        0510
Appr Code:      04595B

Purchases:      $    28.20

Tip:            $     5 0 0

Total:          $    33.20

POLITZ/JAN

I agree to pay the above total amount
according to the card issuer agreement

CVS/pharmacy
Expect something extra

1422 E PASS RD. GULFPORT, MS
PHARMACY: 604-0138  STORE:
REG#01 TRAN#1375 CSHR#609446 STR#5933

CARD #: *************8954

1 BOUNTY 8 ROLL 56CT        6.49T SALE
1 LYSOL POWER T 24 2
 @ 2/
1 WINDEX BLUE W 26 2        2.50T SALE
 @ 2/                5.00
1 COMET CLEANSE 16.8        2.50T SALE
1 COUPON                    .99T
1 COUPON                    .25 -
1 COUPON                    .40 -
4 ITEMS
 SUBTOTAL                 11.83
 MS 7.0% TAX               .87
 TOTAL                    12.70
 VISA                     12.70
 ****-****-****-4367        .00
 CHANGE                    .00

RETURNS WITH RECEIPT THRU 08/26/2007

5593 3717 8137 5015
JUNE 27, 2007          6:00 PM

TRIP SUMMARY:
SALE & CLIPFREE CPN SAVINGS      4.88

JULY 1S EXTRA BUCKS MONTH!!
YOUR 2% EARNINGS FOR THE SPRING
  QUARTER START PRINTING
  AT THE REGISTER JULY 1ST
ENJOY YOUR FREE CVS MONEY!

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US



DOLLAR GENERAL STORE #01026
11312 HIGHWAY 49 STE F
GULFPORT, MS 39503-3087
(228) 832-3113

| | | |
|---|---|---|
| GLAD FREEZER QUART | | |
| 0125877803749-1 | | |
| REGULAR PRICE | 2.00 S | |
| COUPON $0.30 | | |
| REGULAR PRICE | 2.00 | |
| 0284004417720-1 | 0.30- | |
| KKL RUFFLES REGULAR | 2.50 S | |
| 0284004417720-1 | | |
| SUGAR FREE PBUTTER P | E | 1.00 S |
| 0772600992242-1 | | |
| SUGAR FREE PBUTTER P | E | 1.00 S |
| 0772600992242-1 | | |
| SUGAR FREE PBUTTER P | E | 1.00 S |
| 0772600992242-1 | | |
| SUGAR FREE PBUTTER P | E | 1.00 S |
| 0772600992242-1 | | |
| SUGAR FREE CARAMEL C | E | 1.00 S |
| 0772600992235-1 | | |
| FRITO LAY | G | 2.50 S |
| 0284000033404-1 | | |
| SUGAR FREE CARAMEL C | E | 1.00 S |
| 0772600992235-1 | | |
| TIDE REGULAR 100 OZ | *5.00 S | |
| 0370092291-1 | | |
| REGULAR PRICE | 6.75 | |
| TYBOL LIQ TOILET 90 | 1.00 S | |
| 0316083751706-1 | | |
| TYBOL LIQ TOILET BO | 1.00 S | |
| 0316083751706-1 | | |
| CREAMY SOUTHWST RANC | F | ?.50 S |
| 0284000657387-1 | | |
| HEFTY 8 7 8 IN LNCH | 2.00 S | |
| 0137000786620-1 | | |
| AM VALUE PLASTIC CUP | 1.00 S | |
| 0415945605649-1 | | |
| AM VALUE FORM PLATE... | 1.00 S | |
| 7532957796042-1 | | |
| ROPE BALL CHEW | 2.00 | |
| 8740960007716-1 | | |
| VANITY FAIR 100CT NA | 2.00 | |
| 0420003556018-1 | | |
| MIXED NUT 65  PEANUT | E | 2.00 S |

Bath & BodyWorks

Bath & BodyWorks

Bath & BodyWorks

Bath &

BATH & BODY WORKS
EDGEWATER MALL
2600 BEACH BOULEVARD
BILOXI, MS 39531

QUESTIONS? Call 1-800-395-1001

STR#00946 REG#004 TRN7068 CSH#10 SLS910 SALE

| | | |
|---|---|---|
| 037290071502 | AB_802CLBC_FRVWG | 3.00 * |
| 5C0596315 | REG 4.50 | |
| Buy 5/$15.00 | AB802_CLBC_BLASH | 3.00 * |
| 5C0596315 | REG 5.00 | |
| 53272800 | AB802_CLBC_VNSGR | 3.00 * |
| Buy 5/$15.00 | REG 5.00 | |
| 037722238 | AB802_CLBC_EXCOC | 3.00 * |
| Buy 5/$15.00 | REG 5.00 | |
| 037722238 | AB802_CLBC_EXCOC | 3.00 * |
| Buy 5/$15.00 | REG 5.00 | |
| 54734094 | NY_MA_ELDF_VNDOC | 10.00 * |
| Buy 2/$20.00 | REG 12.50 | |
| 54734027 | MG_MA_ELDF_CHRBL | 10.00 * |
| Buy 2/$20.00 | REG 12.50 | |

| | |
|---|---|
| SUBTOTAL | 35.00 |
| MS TAX 7.0000% ON 35.00 | 2.45 |
| TOTAL | 37.45 |
| VISA | (NV) 37.45 |
| ACCT #: XXXXXXXXXXXXX7064 | |
| APPROVAL #: 002638 | EXP: XX/XXXX |
| CHANGE DUE | 0.00 |

TOTAL ITEMS PURCHASED = 7

ALL OF OUR PRODUCTS
COME WITH A 100% GUARANTEE!

Shop 24/7 at
BathandBodyWorks.com

08/03/07        12:20 PM

080946.004.7068.0803207.910.910

 **Sony**Card

| | Opening/Closing Date: | 06/27/07 - 07/26/07 |
|---|---|---|
| | Payment Due Date: | 08/15/07 |
| | Minimum Payment Due: | $10.00 |

**CUSTOMER SERVICE**
In U.S. 1-877-717-7669
Español 1-888-446-3308
TDD 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
 1-302-594-8200

**VISA ACCOUNT SUMMARY**

Account Number:

| | | |
|---|---|---|
| Previous Balance | $83.11 | |
| Payment, Credits | -$83.11 | |
| Purchases, Cash, Debits | +$135.28 | |
| New Balance | $135.28 | |

| | |
|---|---|
| Total Credit Line | $8,000 |
| Available Credit | $7,864 |
| Cash Access Line | $1,600 |
| Available for Cash | $1,600 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/sonycard



Pd. 8-7-07
# 4755
135.28

**SONY CARD REWARD POINTS SUMMARY**

| | |
|---|---|
| Promotional Points | 0 |
| Points Earned Fromo Everyday Purchases | 136 |
| Total Points Posted to your Sony Card Account | 136 |

Check or redeem your Sony Points at
www.sony.com/sonycard.

The points above reflect only purchases made during your statement period. To
see a complete summary of your Sony Rewards points visit
www.sony.com/sonycard or call toll free 1-877-718-SONY (7669).

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 06/27 | 24399007176142056298756 | WALGREEN 00051953 GULFPORT MS | | $13.41 |
| 06/27 | 24792627179691309588605 | RITE AID STORE 7223 GULFPORT MS | | 11.76 |
| 06/27 | 24445007179879519129635 | CVSPHARMACY #5933 Q03 GULFPORT MS | | 12.70 |
| 07/02 | 24717057184131845297790 | WEBSTERS BED AND BONE KEN BILOXI MS | | 27.00 |
| 07/05 | 24761977187276961010161 | COPELANDS OF N.O. #5 SLIDELL LA | | 29.11 |
| 07/09 | 11901900300000595831590 | Payment Thank You Electronic Chk | 83.11 | |
| 07/09 | 24472687191489176370911 | NORTHWOOD HILLS ANIMAL GULFPORT MS | | 41.30 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate Corresp. 30 days in cycle | APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .00000% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .06642% | 24.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):**  0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

X 0000001 FIS33335 C 4        000  N  Z  26  07/07/26        Page 1 of 3        06337    MA MA 10002    29710000040501000201

Politz 1131

# Sony Card

| | | Opening/Closing Date: | 05/27/07 - 06/26/07 |
|---|---|---|---|
| | | Payment Due Date: | 07/16/07 |
| | | Minimum Payment Due: | $10.00 |

**CUSTOMER SERVICE**
In U.S.  1-877-717-7669
Español  1-888-446-3308
TDD  1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-302-594-8200

## VISA ACCOUNT SUMMARY

Account Number: ▮▮▮▮

| | | | |
|---|---|---|---|
| Previous Balance | $237.80 | Total Credit Line | $8,000 |
| Payment, Credits | -$237.80 | Available Credit | $7,916 |
| Purchases, Cash, Debits | +$83.11 | Cash Access Line | $1,600 |
| New Balance | $83.11 | Available for Cash | $1,600 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/sonycard

*Pd. 7-5-07 83.11 0 Bal. # 4740*

## SONY CARD REWARD POINTS SUMMARY

Check or redeem your Sony Points at
www.sony.com/sonycard.

| | |
|---|---|
| Promotional Points | 0 |
| Points Earned From Everyday Purchases | 84 |
| Total Points Posted to your Sony Card Account | 84 |

The points above reflect only purchases made during your statement period. To
see a complete summary of your Sony Rewards points visit
www.sony.com/sonycard or call toll free 1-877-718-SONY (7669).

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 06/07 | 1158158030000546540255 | Payment Thank You Electronic Chk | $237.80 | |
| 06/10 | 2444500716288005655427 | STEIN-MART #0045 JACKSONVILLE FL | | 26.73 |
| 06/13 | 2442733716571003194673O | FILL-UPS FOOD STORE #3 DEFUNIAK SPRI FL | | 31.57 |
| 06/18 | 2422638716938051958961O | WM SUPERCENTER SLIDELL LA | | 10.68 |
| 06/20 | 2430133717111800019174 7 | PICCADILLY CAFETERIA #181 COVINGTON LA | | 14.13 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .00000% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .06642% | 24.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):**    0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

X 0000007  RIS33335 C 4        000  N  Z  26  07/05/26        Page 1 of 3        08997  MA MA 10258    1771000040621025801

Politz 1132

## Steak 'n Shake

3818 South 3rd St.
Jacksonville Beach, FL 32250
(904)241-6084

6/10/2007                      1:27:09 PM EST
Trans.: 5010                   Store: 00045
Reg.: 006                      Till:006
Cashier: 911512200             Sales: 911512200

SALE

Please Keep Your Receipt
Return Before 7/10/2007

*000450065010*

561-LEATHER CARRIER              24.98 T
16608614       1.00 @ 24.98
Sub-Total                        24.98
Tax     7.0%                       1.75
Total                            26.73

Total                            26.73
    Visa (S)                     26.73
    Account: 4367
    Auth: 092458 (A)

Total Tender                     26.73

Change Due                        0.00

---

## Piccadilly

Piccadilly - Covington
892-6994

O225a   #Party 1
CONNIE B  3n/DE:215  3:18p 06/20/07
DINE IN

Senior Citizen Discount           -1.45
Parmesan Crusted Tilapia LG        6.99

..in Crusted Tilapia SIGNATURE LG
                                   6.99

                                   0.10
                                   0.10
                                   0.10
                                   0.10

              Sub Total:          13.03
TAX         Other  0.50)  Tax     1.10
****************************

TENT   #:      O

              *TOTAL:            14.13

*000000225*

VISA           AMT TEND  CHANGE   TALLY
               14.13              14.13
                                 -------
                                  14.13

# WAL★MART

ALWAYS LOW PRICES.

*Always*

```
WAL*MART
WE SELL FOR LESS
MANAGER CHARLES ENCLARDE
( 985 ) 641 - 8572
SLIDELL,LA
ST# 0553 OP# 00005428 TE# 22 TR# 03226
CHLORTABS      068113177683      2.76 X
CHLORTABS      068113177683      2.76 X
HAIRCOLOR      007572412052      3.68 X
BANANAS        000000004011KF
  1.27 lb @ 1 lb /0.50            0.64 R
               SUBTOTAL           9.84
     TAX 1   4.000 %              0.37
     TAX 3   4.750 %              0.47
               TOTAL             10.68
          VISA TEND              10.68
```

```
ACCOUNT #4367
APPROVAL #09654B
TRANS ID -0167169586153894
VALIDATION -46ML
PAYMENT SERVICE - E
               CHANGE DUE         0.00
```

# # ITEMS SOLD 4

```
TC# 8214 0383 1535 6478 3007
```

New! Olay Definity UV Foam & Cleansers
```
    06/18/07       11:17:11
```

```
***CUSTOMER COPY***
```

```
WELCOME

1D12596724-001
FILL-UPS #3091
2396 US HWY 331S
DEFUNIAK SPRINGS, FL

DATE          06/13/07
TIME           1:26 PM
AUTH# 06266B

    VISA
       ACCOUNT NUMBER
XXXX XXXX XXXX 4367
    POLITZ/JAN

PUMP  PRODUCT    PPG
 01     UNLD    $2.979

GALLONS        TOTAL
10.597         $31.57

      THANK YOU
  HAVE A NICE DAY
```

# SonyCard

| | | |
|---|---|---|
| Opening/Closing Date: | 04/27/07 - 05/26/07 | |
| Payment Due Date: | 06/15/07 | |
| Minimum Payment Due: | $10.00 | |

**CUSTOMER SERVICE**
In U.S.  1-877-717-7669
Español  1-888-446-3308
TDD  1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-302-594-8200

## VISA ACCOUNT SUMMARY

**Account Number:**

| | | | |
|---|---|---|---|
| Previous Balance | $33.34 | Total Credit Line | $8,000 |
| Payment, Credits | -$33.34 | Available Credit | $7,762 |
| Purchases, Cash, Debits | +$237.80 | Cash Access Line | $1,600 |
| New Balance | $237.80 | Available for Cash | $1,600 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/sonycard

## ONY CARD REWARD POINTS SUMMARY

Check or redeem your Sony Points at www.sony.com/sonycard.

| | |
|---|---|
| omotional Points | 0 |
| Points Earned From Everyday Purchases | 238 |
| Total Points Posted to your Sony Card Account | 238 |

The points above reflect only purchases made during your statement period. To see a complete summary of your Sony Rewards points visit www.sony.com/sonycard or call toll free 1-877-718-SONY (7669).

*Pd. 6-5-07 237.80 #4-729*

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| | | | $33.34 | |
| 05/06 | 1128128031267552484 1852 | Payment Thank You Electronic CHK | | 16.04 |
| 04/14 | 24246517135554005227914 | BED BATH & BEYOND #589 GULFPORT MS | | 10.86 |
| 05/15 | 24717057136151362114854 | DANNY AND CLYDES 20 MANDEVILLE LA | | 27.29 |
| 05/16 | 24427387136080002557403 | FAST MART, LLC GULFPORT MS | | 19.23 |
| 05/16 | 24399007137909520136526 | KMART   00096206 GULFPORT MS | | 12.59 |
| 05/19 | 24399007140142012591984 | WALGREEN   00051953 GULFPORT MS | | 30.73 |
| 05/19 | 24782627140691078076659 | RITE AID STORE 7223 GULFPORT MS | | 7.68 |
| 05/19 | 24445007140835957912908 | CVSPHARMACY #5908  Q03 GULFPORT MS | | 27.80 |
| 05/18 | 24275307142649397145335 | VAN HEUSEN DIRECT #397 GULFPORT MS | | 85.58 |
| 05/18 | 24275307142650175113461 | GEOFFREY BEENE #175 GULFPORT MS | | |

## FINANCE CHARGES

| Category | Daily Periodic Rate 30 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .00000% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .06642% | 24.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | $0.00 |

Total finance charges

**Effective Annual Percentage Rate (APR):**    0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

X 0000001  FIS33335 C 4          000  N  Z  26  07:05:29          Page 1 of 3          08337     MA MA 30845     14510000040653084501

Politz 1135

**CVS PHARMACY**
11022 HWY 49, GULFPORT, MS
PHARMACY: 832-8981    STORE:
REG#01 TRAN#7713 CSHR#421449 STR#5908

CARD #: ************8954

| | | |
|---|---|---|
| 1 BORDEN POINS | 16 | 2.69B SALE |
| 1 SHOUT LIQUID | 22 | |
| 1 @ 2/ | 5.00 | 2.50T SALE |
| 1 SHOUT LIQUID | 22 | |
| 1 @ 2/ | 5.00 | 2.50T SALE |
| 1 COUPON | 5.00 | .55 - |

3 ITEMS
SUBTOTAL                  7.14
MST-A 7.0% TAX            .54
TOTAL                    7.68
VISA                     7.68
************4367          NO
CHANGE                   .00

6590 8713 9771 3018
RETURNS WITH RECEIPT THRU 07/18/2007

MAY 19, 2007                11:34 AM

TRIP SUMMARY:
SALE & CLIPLFREE CPN SAVINGS    2.68

INTRODUCING DIGITAL SUNDAYS!
LEARN HOW EASY IT IS TO PRINT YOUR
DIGITAL PICTURES & MORE FROM OUR
DIGITAL EXPERTS. SUNDAYS NOON TO 2.
FREE COUPONS AND GIVEAWAYS!

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US

---

**Van Heusen # 397**
Gulfport Factory Shops
1-(228)-863-0017

452484407S7  MEN'S ACCESSORIES *12.99 T
ORIGINAL PRICE          16.99
PROMO PRICE             12.99
452484407S7  M'S ACCESSORIES *12.99 T
ORIGINAL PRICE          16.99
PROMO PRICE             12.99

SUBTOTAL                $25.98
25.98    SALES TAX 7%    $1.82
**T O T A L**          $27.80
**V I S A**            $27.80
***********4367
PURCHASE
SWIPED
APPROVED
AUTH# 017598
INVOICE #:     4533
05/18/2007 05:44:41



ITEMS 2

05/18/2007  11:44:41  6397 01 1751 0122

**YOU SAVED**
**$8.00**

9055701455S9

Thank you for shopping Van Heusen!
Contact us at WWW.PVH.COM
Customer Service # 1-800-386-4172

```
            FAST MART
       11617 THREE RIVERS RD
        GULFPORT, MS 39503
           2298311118
            Sale
    ID: 00823713000101
    05/16/07                17:15:00
    Batch #: 1302

    Network ID:
    VISA

    xxxxxxxxxx4367

    Appr Code: # 066188    Invoice#: 04763452
    Total:                    $ 27.23

          Customer Copy
          THANK YOU
          HAVE A NICE DAY
```

BEVERLY BEENE

WOMENS SKIRTS
  ORIGINAL PRICE        47.99
  PROMO PRICE           24.99
WOMENS KNIT TOPS
  ORIGINAL PRICE        19.99
  PROMO PRICE            9.99
WOMENS KNIT TOPS
WOMENS SWEATERS
WOMENS KNIT TOPS
WOMENS WOVEN TOPS
WOMENS WOVEN TOPS

SUBTOTAL
SALES TAX
TOTAL
VISA
PURCHASE
SOLD EO
APPROVED

YOU SAVED
$ 50.00

ITEMS 7

```
BED BATH & BEYOND #589
15140 CROSSROADS PARKWAY
GULFPORT, MS. 39503
228-831-3515

00589 10 05/14/07-1404 000050 52-2791

RVN # 0058-9279-1052-0514-0700

TWEEZER EPILATOR           1T
75235678431  OUR PRICE     19.99
          $5 OFF TRANS T    5.00-
          YOUR PRICE       14.99
SUBTOTAL                   14.99

MS 7.00% SALES TAX          1.05
TOTAL                      16.04

VISA                       16.04
ACCT#: XXXXXXXXXXXX4367 (S)
EXPDT: XX/XX
AUTH#: 060898

CHANGE                       .00

YOUR TOTAL SAVINGS $        5.00
```

RVN # 0058-9279-1052-0514-0700

```
THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
      GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00589 10 05/14/07-1405 000050 52-2791
```

# Walgreens
The Pharmacy America Trusts • Since 1901™
I'm MARY. Thank you for allowing me to
serve you today.

```
511        10   6631   05195  027
    RFN# 0519-5276-6315-0705-1920

T/S LDS CLOG       1A    5.00 SALE
WALG M/NUT SLT 9OZ 1A    1.99 SALE
NAB NTR BTR 5.25OZ  A    1.00 SALE
NAB LRN DNE 5OZ     A    1.00 SALE
NAB LRN DNE 5OZ     A    1.00 SALE
PUFFS + 60 SHEETS  1A    1.69
PUFFS + 60 SHEETS  1A    1.69
PUFFS + 60 SHEETS   A    1.60-WAGC
  2 @ .89
  SUBTOTAL              11.77

A=7% SALES TAX           .82
  TOTAL                12.59

VISA                  12.59
  ACCT#********4367
CHANGE                  .00

WAG COUPON SAVINGS:       1.60
WAG ADVERTISED SAVINGS:   7.49
                        ------
YOUR TOTAL SAVINGS:       9.09
```

Politz 1138

Danny & Clydes
68083 Hwy 59
Mandeville, LA 70471
(985) 892-2790
Date:          May15'07 03:55PM
Card Type:     Visa
Acct #:        XXXXXXXXXXXX4367
Exp Date:      XX/XX
Auth Code:     01144B
Check:         2823
Server:        801 KIOSK K

Total              10.86

_____
Signatrure

**** Customer Copy ****

Politz 1139

# SonyCard

Opening/Closing Date:
Payment Due Date: 06/16/07
Minimum Payment Due: $10.00

CUSTOMER SERVICE
In U.S.          1-877-717-7669
Español          1-888-446-3308
TDD              1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                 1-302-594-8200

## VISA ACCOUNT SUMMARY

Account Number:

| | |
|---|---|
| Previous Balance | $140.64 |
| Payment, Credits | -$140.64 |
| Purchases, Cash, Debits | +$33.34 |
| New Balance | $33.34 |

| | |
|---|---|
| Total Credit Line | $8,000 |
| Available Credit | $7,966 |
| Cash Access Line | $1,600 |
| Available for Cash | $1,600 |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/sonycard

*Pd. 5-4-07 33.34 to Bal # 4721*

## SONY CARD REWARD POINTS SUMMARY

Check or redeem your Sony Points at
www.sony.com/sonycard.

| | |
|---|---|
| Promotional Points | 0 |
| Points Earned From Everyday Purchases | 34 |
| Enrollment Points | 5,000 |
| Total Points Posted to your Sony Card Account | 5,034 |

The points above reflect only purchases made during your statement period. To
see a complete summary of your Sony Rewards points visit
www.sony.com/sonycard or call toll free 1-877-718-SONY (7669).

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 04/04 | 24226387094360643450095 | WM SUPERCENTER GULFPORT MS | | $33.34 |
| 04/09 | 10990990307033592762076 | Payment Thank You Electronic Chk | 140.64 | |

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .00000% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .06642% | 24.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):**      0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

X 0000001  FISG3395 C 4          000  N  Z  26  07/04/26          Page 1 of 1          05237   MA MA 04136   1161000004065041996 01

Politz 1140

**WAL★MART**
**Self Check-Out**
*Fast! Easy! Fun!*

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER FARON CABLER
( 228 ) 864 - 5197
ST# 0969 OP# 00009047 TE# 47 TR# 01261
BOOST          004167967466 F      6.92 X
EQ ASPIRIN     068113177915H       2.94 X
DEVELOPING     023497200396        3.96 X
DEVELOPING     023497280578        5.78 X
CHLORTABS      068113177683H       2.76 X
BOOST          004167998766 F      6.92 X
BREAD          007294560154 F      1.88 X
                    SUBTOTAL       31.16
        TAX 1   7.000 %             2.18
                       TOTAL       33.34
                  VISA  TEND       33.34

ACCOUNT #4367
APPROVAL #066358
TRANS ID -0087094711553887
VALIDATION -HH43
PAYMENT SERVICE - E
                  CHANGE DUE        0.00

# ITEMS SOLD 7

TC# 2312 4960 4236 7391 7416



New! Olay Definity UV Foam & Cleansers
     04/04/07      14:46:11

***CUSTOMER COPY***

Politz 1141



| Opening/Closing Date: | 08/06/07 - 03/26/07 |
| Payment Due Date: | 04/16/07 |
| Minimum Payment Due: | $10.00 |

**CUSTOMER SERVICE**
In U.S.          1-877-717-7669
Español          1-888-446-3308
TDD              1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                 1-302-594-8200

## VISA ACCOUNT SUMMARY

**Account Number:**

| | | | |
|---|---|---|---|
| Previous Balance | $0.00 | Total Credit Line | $8,000 |
| Purchases, Cash, Debits | +$140.64 | Available Credit | $7,859 |
| New Balance | $140.64 | Cash Access Line | $1,600 |
| | | Available for Cash | $1,600 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/sonycard

*Pd. 140.64*
*4-6-07*
*#-4708*

## SONY CARD REWARD POINTS SUMMARY

Check or redeem your Sony Points at
www.sony.com/sonycard.

| | |
|---|---|
| Promotional Points | 0 |
| Points Earned Fromo Everyday Purchases | 141 |
| Total Points Posted to your Sony Card Account | 141 |

The points above reflect only purchases made during your statement period. To
see a complete summary of your Sony Rewards points visit
www.sony.com/sonycard or call toll free 1-877-718-SONY (7669).

## TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 03/22 | 24299916708190396486796 | JCPENNEY STORE 0688 BILOXI MS | | $81.83 |
| 03/21 | 24399007081909520060480 | KMART    00095208 GULFPORT MS | | 58.81 |

## FINANCE CHARGES

| Category | Daily Periodic Rate 21 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | .00000% | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .06642% | 24.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):**          0.00%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees -
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

NOTICE: We are replacing the Two-Cycle Average Daily Balance
Method (compute interest on previous and current cycle
purchase balances) with the Average Daily Balance including
new purchases Method (purchases daily balance times
purchases daily rate each day only in the current cycle).

Politz 1142



```
                    kmart

              KMART STORE 9520
      12057 HIGHWAY 49 DELMAR PLAZA
             GULFPORT, MS  39503
               (228)832-7753

         ** WELCOME TO YOUR **
         ** KMART STORE 9520 **

CASHIER: LADONNA
GENERAL MERCHANDISE
0318565007   ROSE                        15.98 T
               2 @ 1/7.99       A
0322247G3305   WEED & FEED      A         14.99 T
0716450.04.22  20 LB SOIL                  1.69 T
21       .20   ANNUAL
               2 @ 1/2.59                  5.18
153390906l   ANNUAL                         .99
115339C9067  ANNUAL
               2 @ 1/2.99                  5.98
715339620u1.   ANNUAL
               2 @ 1/1.99
7164570611524  TOP SOIL                    3.98 T
               5 @ 1/1.59                    .95 T

****  TAX      2.07  BAL            A      58.81
XXXXXXXXXX4367
VS  APPROVAL 008938
VF        VS                               58.81
          CHANGE                             .00
```



```
                 JCPenney

              Every Day Matters'
                 jcp.com
              JCPENNEY #0688
             2600 BEACH BLVD
           BILOXI, MS  39531
              (228)388-8550


745/7575/019005    QTY 1   21X34  ALLIANNA
                                   28.00
Sale Disc                         -11.51
Total Discounts                   -11.51
Discounted Price                            16.49
Net Sales/Return Value                      16.49T
745/75377/017215   QTY 1  4' OCT ALLIANNA
Clearance                        120.00
Clearance Disc                   -60.00
Total Discounts                  -60.01
Discounted Price                            59.99
Net Sales/Return Value                      59.99T

Subtotal                                    76.48
Sales Tax 7.00%X 39531                       5.35
Total                                       81.83
**********************************************
**********************************************
         Tell us about your visit at
           www.jcpsurvey.com
```

Politz 1143

Sears Gold MasterCard

Shop 24/7 online

**Your Account Summary**

Closing Date    10/09/07

**Your Credit Summary**

| Activity | Sale Date | Post Date | Description | Balance | Average Daily Balance | Corresponding ANNUAL PERCENTAGE RATE | Periodic Rate | Periodic FINANCE CHARGE |
|---|---|---|---|---|---|---|---|---|
| **SEARS** | | | | | | | | |
| REGULAR | 06/19/07 | 09/11/07 | PIERS | $21.39 | $0.00 | 18.74%* | .0514%(D)* | $0.00 |
| **EXTERNAL** | | | | | | | | |
| REGULAR | | | | $0.00 | $0.00 | 18.74%* | .0514%(D)* | $0.00 |
| **CASH ACCESS** | | | | | | | | |
| REGULAR | | | | $0.00 | $0.00 | 26.99%* | .0740%(D)* | $0.00 |

Days in Billing Period: 29   Effective ANNUAL PERCENTAGE RATE: 26.99%   Minimum FINANCE CHARGE: $0.00







JOHN OR JAN POLITZ
DL HIS 31  DL HERS 1033915
DOB 01-01-31  DOB HER 01-02-41
5519 GATES AVE  205-317-5055
LONG BEACH, MS  39560

4641

84-7358/2654

Date  8-3-06

Pay To The
Order Of   Verizon                                    $ 242.95

Two Hundred + Forty Two Dollars  93/100

La Capitol
FEDERAL CREDIT UNION
800-522-2748
225-342-5055
www.lacapfcu.org

For  228-224-4481                     Jan Politz

⑆265473582⑆ 000⑆5698.38⑈ 4641



| | | |
|---|---|---|
| **Bill date** | June 26, 2006 | Page 4 of 4 |
| **Account number** | 420462716-00001 | |
| **Invoice number** | 1201007006 | |

**Usage Summary - Continued**
**Total usage charges**                                                    $55.35

*Bill call details (including roaming and long distance) are available online for FREE.*
*Just login to My Account at verizonwireless.com.*

### Verizon Wireless surcharges
| | |
|---|---|
| Fed Universal Service Charge | $2.23 |
| Regulatory Charge | .05 |
| Administrative Charge | .40 |
| **Subtotal** | 2.68 |
| **Total Verizon Wireless surcharges** | **$2.68** |

### Taxes, governmental surcharges and fees
| | |
|---|---|
| MS State E911 Fee | $1.00 |
| MS E911 Training Surcharge | .05 |
| MS State Sales Tax | 7.00 |
| **Total taxes, governmental surcharges and fees** | **$8.05** |

**Total current charges for 228-224-4481**              **$108.06**

Politz    1147

Order #: 1626 Copy #: 02

Control #: 60002253-00005859

PLEASE RECYCLE



**Bill date** June 25, 2006
**Account number** 420462716-00001
**Invoice number** 1201007006

Page 2 of 4

Politz    1 of 48

## Customer Information

### Important Information About New Cruise Ship Services and International Roaming Rate Changes

Verizon Wireless recently introduced Cruise Ship services, providing the ability to make and receive calls while traveling on select cruise lines for $2.49 per minute Including airtime and toll charges. You must have the International dialing feature added to your account to make and receive calls to and from locations other than the U.S., and to make and receive calls when you are in port or on land (subject to roaming service availability and rates). Verizon Wireless is also introducing new, simplified pricing for International roaming. Effective August 3, 2006, International roaming rates will change for International roaming calls from our customers' facilities, to a flat rate of either $0.69 per minute plus the serving carriers taxes, tolls and surcharges, or a flat rate of either $0.69 per minute or $1.29 per minute, depending on the country. Cruise Ship rates will remain at $2.49 per minute, but will be billed as a flat rate instead of airtime plus toll. Phone GSM airtime rates will not be impacted by this change. You will enjoy these global connections that make it easy to keep in touch. For more information, please visit www.verizonwireless.com/international and select "International Roaming" or call 800-922-0204. Please consult your Customer Agreement for information about rate changes.

## Billing Information

**Verizon Wireless' Surcharges** includes charges to recover or help defray costs of taxes and of governmental charges and fees imposed on us, including a Regulatory Charge (which helps defray costs of various regulatory mandates, including government number administration and license fees) and a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover costs imposed on us by the government to support universal service, and may include other charges also related to our governmental costs. It also includes an Administrative Charge, which helps defray certain costs we incur, currently including (i) charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers, (ii) fees and assessments on network facilities and services, and (iii) certain costs and charges associated with proceedings related to new cell site construction. Please note that these are Verizon Wireless Charges, not taxes. These charges, and what's included, are subject to change from time to time.

**Verizon Wireless' Other Charges and Credits** includes charges for products and services, and credits owing.

**Taxes, Governmental Surcharges and Fees** includes sales, excise and other taxes and governmental surcharges and fees that we are required by law to bill to customers. These taxes, surcharges and fees may change from time to time without notice.

**Inquiries/Requests** - Most customer payments are processed using an automated system. This means that inquiries or requests you include with or on your payment won't reach us. Please send your correspondence to the address on page 1 (see Mail Letters) or call our Customer Service Department at 1(800) 922-0204 or *611 from your wireless phone. If you're trying to resolve a dispute by sending us payment of less than the full amount we've billed you, please note that your Customer Agreement requires you to pay in full despite any disputes, and informs you that we won't honor limiting notations you make on or with a payment.

**verizon**wireless

| | |
|---|---|
| Bill date | June 26, 2006 |
| Account number | 420462716-00001 |
| Invoice number | 1201007006 |

Page 3 of 4

## Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 228-224-4481  John Politz | 3 | | 41.98 | 55.35 | .00 | 2.68 | 8.05 | 108.06 |
| **Total current charges** | | **$.00** | **$41.98** | **$55.35** | **$.00** | **$2.68** | **$8.05** | **$108.06** |

## Charges for 228-224-4481

John Politz

**Messaging Detail Now Available in My Account**
Great news for Verizon Wireless subscribers. Details on Text, Picture and Video Messages you sent or received over your 3 most recent bill cycles, including what number you sent messages to (or received messages from) and time of those messages, will be available via My Account in June 2006. Click on the Usage Details link in My Account to get started.

### Monthly Charges

| | |
|---|---|
| Current calling plan | |
| 06/27/06 - 07/26/06 | $39.99 |
| Extended Warranty | |
| 06/27/06 - 07/26/06 | $1.99 |
| **Total monthly charges** | **$41.98** |

### Your Service Profile

| | |
|---|---|
| Current calling plan: | America's Choice II 450 Any Unlim N&W and Unlim IN Calling $39.99 070 Monthly charge $39.99 Monthly allowance minutes 450 general Additional per minute charge $.45 peak, $.45 off-peak |
| Promotional details: | |
| Current: | >Beginning on 05/11/06: Unlimited night and weekend home airtime minutes per month |
| Enhanced services: | 3-Way Calling, Busy Transfer, Call Forwarding, No Answer Transfer, Call Waiting, Call Delivery, Basic Voice Mail, TXT MSG W Per MSG Charges, Caller ID, Message Waiting Ind, Extended Warranty, Streamline Billing, PIX-FLIX Pay Per MSG, Natl Enhanced Svc Access, Natl IN Calling-unlim, New Every Two Multi Tier |
| Current feature(s): | Natl IN Calling-unlim Monthly allowance unlimited general |

### Usage Summary 228-224-4481

John Politz

| In Your Home Area | Allowance | Peak Included | Peak Billable | Off Peak Included | Off Peak Billable | Total |
|---|---|---|---|---|---|---|
| **Current Usage** | | | | | | |
| Promotional Minutes | | 0 | 0 | 484 | 0 | Included |
| Monthly Minutes | 450 General | 450 | 123 | 0 | 0 | $55.35 |
| **Usage Totals** | | **450** | **123** | **484** | **0** | |
| **Total Current Airtime Usage** | | 573 | | 484 | | 1057 |
| **Current Usage Charges** | | | **$55.35** | | **$.00** | **$55.35** |
| Total usage charges in your home area | | | | | | **$55.35** |

Order #: 1628  Copy #: 02

Control #:60002253-00005859

**verizon**wireless

P.O.BOX 105378
ATLANTA, GA 30348

6C0022553  01 AB 0.917  **AUTO  T2 3 1626 39560-352119 1 9K  E  HOME2802

JOHN POLITZ
5519 GATES AVE
LONG BEACH, MS 39560-3521

June 26, 2006

Page 1 of 150

Account number        **To Make A Payment**
420462716-00001       Online:       verizonwireless.com (My Account)
Invoice number        Phone:        #PMT (#768) or #BAL (#225)
1201007006                          from your wireless phone. Airtime free.
                      Mail Payment: Verizon Wireless
                                    P.O. Box 660108
                                    Dallas, TX 75266-0108

                      **Contact Us**
                      Online:       verizonwireless.com
                      Phone:        *611 or 1-800-922-0204 Airtime free.
                      Mail Letters: Verizon Wireless
                                    P.O.Box 105378
                                    Atlanta, GA 30348

## Verizon Wireless news

Browse, download and play your favorite tunes right on your phone
for a chance to WIN $500. See enclosed insert for details.

## Account summary
**Previous charges**
Previous balance                                              $110.56
Payment received 06/08 - Thank you                           -110.56
Balance forward                                                $.00

## Current charges
Monthly charges                                                41.98
Usage charges                                                  55.35
Verizon Wireless surcharges and other charges and credits       2.68
Taxes, governmental surcharges and fees                         8.05
**Total current charges**                                   **$108.06**

**Total Amount Due by July 21, 2006**                       **$108.06**

_A late payment charge applies for unpaid balances. The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty._

Pd. 7-8-06

#46227



**Left receipt (upside down):**

REFUNDS WILL NOT BE GIVEN WITHOUT A RECEIPT.
We reserve the right to limit or refuse to accept the return of certain products.

KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS  39503
(228)832-7753

** WELCOME TO YOUR **
** KMART STORE 9520 **

CASHIER  PENNY
BUY MORE AND save
58004049800    SERENITY 36C BG   14.99 T
58004049800    SERENITY 36C BG   14.99 T
          ITEM FREE            14.99 T
58004049800    SERENITY 36C BG   14.99 T
58004049800    SERENITY 36C BG   14.99 T
          ITEM FREE            14.99 T
58004049800    SERENITY 36C BG   14.99 T
58004049800    SERENITY 36C BG   14.99 T
          ITEM FREE            14.99 T
GENERAL MERCHANDISE
30427101876    VICL 20.32 S
          1 @ 2710.00     A     9.00 T
00521808700    VASELINE LOT
          1 @ 2710.00     A     5.00 T
05200010795    ALWAYS 68CT          5.99 T
0160 179692    ZPK BXR RPL     A   7.00 T
GROCERY
02345 32509    RENUZIT
          1 @ 275.00      A   1.50 T
02349 5045     RENUZIT          2.79 T
03700055 62    HUMV 51 02

**Right receipt:**

KMART
kmart

KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS  39503
(228)832-7753

** WELCOME TO YOUR **
** KMART STORE 9520 **

CASHIER   LZABETH
GENERAL MERCHANDISE
66152661746    CARD             2.55 T
02546563820    AQUA SHOE     A   4.99 T

     **** TAX      53 BAL      8.11
XXXXXXXXXXXX7760
DEBIT APPROVAL 544664
AMOUNT DEBIT FROM CARD       $58.11
AMOUNT OF CASH BACK          $50.00
VF     DEBIT                  08.11
       CHANGE                 50.00
                  #1108
       YOUR TOTAL SAVINGS      5.00

TOTAL NUMBER OF ITEMS = 2

ØVØ BVB QGO ØØD V74 27E

05/28/07  3:06 PM 9520 02 3897 0011

Merchandise included in today's
transaction may be returned or
exchanged before **08/26/07** with
this receipt.

The complete return & exchange policy
is available at the Service Desk

     **** THANK YOU FOR ****
     **** SHOPPING YOUR KMART ****

**kmart**

```
KMART STORE 9520
12057 HIGHWAY 49 DELMAR PLAZA
GULFPORT, MS  39503
(228)832-7153

** WELCOME TO YOUR **
** KMART STORE 9520 **

CASHIER: ZARNIKA
GENERAL MERCHANDISE
0431801I041   AUTO N/L        4.99 T
0461351O889   40W XTRA        1.79 T
0720008067S9  PLACEMAT
              2 @ 17.99       1.98 T
                          BAL 9.37
**** TAX          .61
Cash            20.02
CHANGE          10.65

TOTAL NUMBER OF ITEMS = 4
```

**CVS/pharmacy**
Expect something extra

```
2424 25TH AVE, GULFPORT, MS
PHARMACY: 822-0163 STORE:
REG#12 TRAN#8097 CSHR#683491 STR#5923

CARD #: ************8954

3 ITEMS
1 SERNTY ULTRA  36CT    11.99T SALE
1 SERNTY ULTRA  36CT    11.99T SALE
1 SERNTY ULTRA  36CT    11.99T SALE
       SUBTOTAL            35.97
       MS 7.0% TAX          2.52
       TOTAL               38.49
MASTERCARD                 38.49
************5646 MS
CHANGE                      .00

5592 3720 6809 7126
RETURNS WITH RECEIPT THRU 09/23/2007
JULY 25, 2007          10:29 AM

TRIP SUMMARY:
SALE & CLIPFREE CPN SAVINGS    6.00

DID YOU KNOW?
  YOU EARN 2% BACK ON ALMOST
  EVERYTHING IN THE STORE &
  YOUR PURCHASES ON CVS.COM!
  IT'S FREE CVS MONEY!

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING WITH US

ExtraCare balances as of 07/22
SUMMER 2007 SPENDING:

This Week's
Extra Buck Offers:
Serenity Pads, Buy 1 Get 2 EB   Balance: 4
* Offer Limit Reached           41.45
```

# CVS PHARMACY

1102. HWY 49 GULFPORT M
PHARMACY  35. 896. 1 586

REG#05  TRANS#204 6 CASHIER#.96 0118/0208

## CARD #: ********8954

ST IVES TAGS   142
1 @ 2/    5 00
ST IVES 411 # 142
1 @ 2/    5 00
ST IVES 6941  142
1 @ 2/    5 00
ST IVES 411 # 142
1 @ 2/    5 00

*  ITEMS
SUBIDI
M  2 3   TAX
TOTAL
CASH
CHANGE

# 1012

RETURNS WITH RECEIPT THRU 10/20/2006

AUGUST 21  2006        1 PM

TRIP SUMMARY
SALE & CLEARED  GEN SAVINGS    . GEN

TRY DIGITAL PRINT
BUY 10 DIGITAL PRINTS
GO TO CVS.COM

SHOP 24 HOURS A DAY AT CVS.COM
THANK YOU FOR SHOPPING

---

# Winn✓Dixie

« Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY              12.95 T
**** TAX        .00  TOT   12.95

VF   CREDIT CARD          12.95

TOTAL NUMBER OF ITEMS SOLD =  1
2/15/07  4:23 PM 1511 33 0068 740

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

## WINN - DIXIE

Getting better all the time

CUSTOMER SERVICE DEPARTMENT
1-866-WINN-DIXIE (1-866-946-6349)

TRANSACTION RETRIEVED: 093/0064

REWARD CUSTOMER                    4.02XXX...

   **** TAX           .36  10T        1.??

   CASH                              5.00

   CHANGE                             .15

TOTAL NUMBER OF ITEMS SOLD = 2
9/21/05  5:52 PM 0509 ?? 0007

REWARD CARD SAVINGS           1.01

## You Saved  $1.01

YOU HAVE SAVED A TOTAL OF   1.01
  WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS  JENNIFER

DIRECTOR JOHN C DUNSTON
STORE # 0509  - CHELSEA    ,AL
   PHONE # (205)678-8808
   PHARMACY (205)678-8878

THANK YOU FOR SHOPPING WINN DIXIE

---

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

         WHEAT ITALIAN BRD        2.49 B
REWARD CUSTOMER             420XXXX0880

 30.89   LEMONS LARGE           2.67 B
  0.25 lb @ 2.49 /lb
 WT      BULK GARLIC      RC     .62 B
  0.25 lb.@ 1.89 /lb = .47
 RC      BULK GARLIC             .15-B
         MEDIC 3DY CR           9.99 T
         RED CRMR POTATOES  RC   2.99 B
 RC      RED CRMR POTAT (2.50)   .49-B
    **** TAX       1.27  TOT    19.39
 VF     CREDIT CARD             19.39

TOTAL NUMBER OF ITEMS SOLD = 7
 2/25/07 12:20 PM 1511 05 0081 136

 REWARD CARD SAVINGS            .64

## You Saved  $0.64

YOU HAVE SAVED A TOTAL OF   890.00
  WITH YOUR CUSTOMER REWARD CARD

YOUR TOTAL GAS POINTS: ** 64     **

YOUR CASHIER TODAY IS  SHELIA

        CONGRATULATIONS!
 YOU HAVE BEEN CHOSEN TO RECEIVE
 VALUABLE $10 COUPONS. BE ON THE
 LOOKOUT EACH WEEK FOR THESE OFFERS
 WHEN YOU CHECK-OUT AT WINN-DIXIE.
   IT IS OUR WAY OF REWARDING
        YOUR LOYALTY.

            Politz   1154
   DIRECTOR DARRYL BELESKY
   STORE # 1511  - GULFPORT   ,MS
   PHONE # (228)832-9452



## Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
          PHARMACY            113.95 T
          PHARMACY             23.95 T
     **** TAX        .00  TOT  137.90

  CL      PHARMACY            113.95-T
  CL      PHARMACY             23.95-T
     **** TAX        .00  TOT     .00

          PHARMACY            113.95 T
     **** TAX        .00  TOT  113.95

  CL      PHARMACY            113.95-T
     **** TAX        .00  TOT     .00

          PHARMACY             43.86 T
     **** TAX        .00  TOT   43.86

  VF      CREDIT CARD          43.86


  TOTAL NUMBER OF ITEMS SOLD =  1
   6/26/06  5:16 PM 1479 33 0051 560

       SIGN UP FOR YOUR
   CUSTOMER REWARD CARD TODAY!


   YOUR CASHIER TODAY IS, PHARMACY


       DIRECTOR CHIP E TURNER
    STORE # 1479  - LONG BEACH .MS
        PHONE # (228)863-8680
        PHARMACY(228)863-0631

   THANK YOU FOR SHOPPING
```

## Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
REWARD CUSTOMER          420XXXX0880

       MINI SDLS MELON   RC    3.99 B
RC 00032034 MINI SDLS (2.99)   1.00-B
       TIDE LIQ DET.     RC    7.99 T
RC 00032047 TIDE LIQ D (5.99)  2.00-T
  0.74 lb @ 1.69 /lb
WT     LARGE V/R TOMATOES      1.25 B
       DOLE JUST LETTUCE RC    2.69 B
RC 00032003 DOLE JUST L (.97)  1.72-B
       DOLE CLSSC ROMAINE RC   2.99 B
RC 00032007 DOLE CLSSC (.97)E  2.02-B
  1 @ 2/5.00
       JUMBO CANTALOUPES  RC   2.50 B
RC 00032007 JUMBO CANTA (.97)  1.53-B



  **** TAX       .92  TOT   14.06

  0.74 lb @ 1.69 /lb
  CL   LARGE V/R TOMATOES      1.25-B
       **** TAX    .83  TOT   12.72

  VF      GIFT CARDS           10.00

  VF      DEBIT CARD           12.72

          CHANGE               10.00

 TOTAL NUMBER OF ITEMS SOLD =  5
   7/10/06  6:15 PM 1479 01 0339 490

   REWARD CARD SAVINGS          8.27
```

# You Saved  $8.27

```
   YOU HAVE SAVED A TOTAL OF  285.43
    WITH YOUR CUSTOMER REWARD CARD


                  Politz   1155
   YOUR CASHIER TODAY IS, LESLIE
```

## Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
     PHARMACY              33.99 T
**** TAX        .00  TOT  33.99

VF    CREDIT CARD          33.99
```

TOTAL NUMBER OF ITEMS SOLD = 1
5/14/06 10:08 AM 1479 33 0001 595

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!


YOUR CASHIER TODAY IS, JENNIFER


DIRECTOR CHIP E TURNER
STORE # 1479  - LONG BEACH ,MS
PHONE # (228)863-8680
PHARMACY(228)863-0631

THANK YOU FOR SHOPPING WINN-DIXIE



## Getting better all the Time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
       SGR BUSTR STRW/CRM RC   5.49 B
REWARD CUSTOMER        420XXXX0880

RC 00032042 SGR BUSTR (3.99)  1.50-B
    **** TAX      .28  TOT      4.27




VF      DEBIT CARD            14.27
       CHANGE                 10.00
```





# WINN DIXIE

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| | | |
|---|---|---|
| NY SESAM BAGEL CHP | | 2.49 B |
| W-D COLBY STICK | RC | 2.19 B |
| FRSH SEAFOOD SALAD | | 2.49 B |
| SS CAJUN KRAB DIP | | 3.29 B |
| LG HEAD ON SHRIMP | RC | 23.95 B |

| | | |
|---|---|---|
| CAJUN ETIUFFEE | RC | 1.99 B |
| ZAT CRAB CAKE MIX | | 2.79 B |
| ZAT CRAB CAKE MIX | | 2.79 B |
| ZAT CRAB CAKE MIX | | 2.79 B |
| GREY POUPON MUSTRD | RC | 2.87 B |
| INGL HORSERADISH | | 1.59 B |
| BF N/Y STRIP BNLS | RC | 11.19 B |
| 1@2.99  JUMBO CANTALOUPES | RC | 2.99 B |
| COCKTAIL SAUCE | RC | 2.49 B |

REWARD CUSTOMER          420XXXX0880

| | | |
|---|---|---|
| RC 00032025 COCKTAIL S (2.19) | | .30-B |
| RC 00010397 BF N/Y STRIP BNLS | | 2.24-B |
| RC 00032012 JUMBO CANT (1.29) | | 1.70-B |
| RC 00032030 GREY POUPO (2.59) | | .28-B |
| RC 00010670 LG HEAD ON SHRIMP | | 3.96-B |
| RC 00032019 CAJUN ETIU (1.69) | | .30-B |
| RC 00010047 W-D COLBY (1.67) | | .52-B |
| **** TAX    4.25    TOT | | 60.85 |

VF      DEBIT CARD              160.85

CHANGE  #942            100.00

TOTAL NUMBER OF ITEMS SOLD =   14
1/06/06 10:29 AM 0572 02 0003 400

REWARD CARD SAVINGS          9.30

# You Saved  $9.30

YOU HAVE SAVED A TOTAL OF   62.90
WITH YOUR CUSTOMER REWARD CARD

Politz   1157

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

| PHARMACY | 2.80 F |
| PHARMACY | 5.68 T |
| TAX | .00 TOT | 8.48 |

VF    CREDIT CARD    8.48

TOTAL NUMBER OF ITEMS SOLD = 2
/29/06  6:41 PM 1479 33 0051 595

SIGN UP FOR YOUR
CUSTOMER REWARD CARD    AY!

YOUR CASHIER TODAY IS, JENNIFER

DIRECTOR    TURNER
STORE # 14    PEACH MS
PHONE    8680
PHARMACY    0631

THANK YOU FOR SHOPPING WINN-DIXIE

---

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER    420XXXX0880

| DOWNY APRIL FRESH  RC | 4.99 T |
| RC 00032042 DOWNY APRI (3.99) | 1.00-T |
| ROTEL DCD TOM&CHLI | 1.19 T |
| MC ANISE SEED | 6.19 B |
| RC 3536 MC ANISE SEED (3.09) | 3.10-B |
| 1 @ 3/4.00 | |
| CAMP CRM MUSH/GRLC | 1.34 B |
| LUXURY ANGLE PASTA RC | .99 T |
| RC 00021195 LUXURY ANGL (.80)A | .19-B |
| MAHATMA YELLOW RCE | 1.29 T |
| 1.60 lb @ 2.99 /lb | |
| WT    RED SDLS GRAPES    PU | 4.78 B |
| 1.60 lb @ .99 /lb = 1.58 | |
| RC 00029096 RED SDLS GRAPES | 3.20-B |
| **** TAX    .93  TOT | 14.21 |

| VF | GIFT CARDS | 10.00 |
| VF | DEBIT CARD | 24.21 |
|  | CHANGE #1017 | 20.00 |

TOTAL NUMBER OF ITEMS SOLD = 7
8/22/06  4:55 PM 1511 01 0359 137

REWARD CARD SAVINGS    7.49

*Beath*

# WINN DIXIE
## Getting better all the Time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
         WD FIELD PEAS W/SN RC   1.89 B
         WD CROWDER PEAS    RC   1.89 B
REWARD CUSTOMER            420XXXX0880

RC 00032096 WD CROWDER (1.25)    .64-B
RC 00032096 WD FIELD P (1.25)    .64-B
         WD BROCCOLI CUTS    RC  2.39 B
RC 00030002 WD BROCCOL (1.67)    .72-B
         WD BROCCOLI CUTS    RC  2.39 B
RC 00030002 WD BROCCOL (1.67)    .72-B
1@1.49  MANGOS            RC  1.49 B
RC 00030637 MANGOS        (.68)    .81-B
1@1.29  ICEBERG LETTUCE   RC  1.29 B
RC 00029303 ICEBERG LET (.68)    .61-B
1 @ 2/1.29
         CUCUMBERS         RC    .65 B
RC 00029888 CUCUMBERS   (.49)    .16-B
1@1.49  MANGOS            RC  1.49 B
RC 00030637 MANGOS        (.68)    .81-B
         DOWNY APRIL FRESH RC  4.99 T
SAVED .50 ON SPECIAL REWARD ITEM
RC 00028979 DOWNY APRI (3.97)   1.02-T
         GRAPE TOMATOES    RC  2.99 B
RC 00032008 GRAPE TOMAT (.98)   2.01-B
         C/S STRAWBERRIES  RC  3.49 B
RC 00030670 C/S STRAWB (1.48)   2.01-B
    **** TAX      1.04  TOT      15.84

VF     DEBIT CARD                55.84
       CHANGE                    40.00
```

*#693*

# Winn✓Dixie
Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
REWARD CUSTOMER            420XXXX0880

         SARGENTO SHRD ITLN RC   2.49 B
RC 00021271 SARGENTO S (1.67)N   .82-B
         SARG LT 4 CHSE MEX RC   2.49 B
RC 00021271 SARG LT 4 (1.67)X   .82-B
         SARG MOZZ/ASIAGO  RC   2.49 B
PC 00021271 SARG MOZZ/ (1.66)   .83-B
    **** TAX       .35  TOT       5.35

VF     DEBIT CARD                15.35

       CHANGE                    10.00

TOTAL NUMBER OF ITEMS SOLD = 7
8/01/06  7:43 PM 1511 01 0455 108

REWARD CARD SAVINGS              2.47
```

## Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

VERIFIED BY CASHIER
BUD SELECT 18 PK                    15.79 T
REWARD CUSTOMER                  420XXXX0880

**** TAX                          .97  TOT    14.76

CASH                                          15.00
CHANGE                                          .24

TOTAL NUMBER OF ITEMS SOLD = 1
10/06/06  2:08 PM 1511 03 0147 167

YOU HAVE SAVED A TOTAL OF  27.84
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS. BERNADETTE

YOUR OPINION IS IMPORTANT TO US!
PLEASE ACCESS OUR ON-LINE CUSTOMER
SURVEY AT WWW.WINNDIXIE.COM/SURVEY
OR TO THE INDEPENDENT. CALL
1-866-394-6349 FOR ASSISTANCE IN
COMPLETING THE SURVEY.

DIRECTOR Bennie
STORE # 1511

---

## WINN DIXIE

Getting better all the Time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PERT 2N1 CLEANSE            RC  3.99 T
REWARD CUSTOMER          420XXXX0880

RC 00032023 PERT 2N1 C (1.99)  2.00-T
**** TAX                  .14  TOT  2.13

VF  DEBIT CARD                    52.17

CHANGE                            50.00

# You Saved   $2.00

REWARD CARD SAVINGS              2.00

TOTAL NUMBER OF ITEMS SOLD = 1
3/11/06  7:38 AM 1479 01 0003 205

YOU HAVE SAVED A TOTAL OF  132.99
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS. GLENN

DIRECTOR CHIP E TURNER
STORE # 1479 - LONG BEACH ,MS
PHONE # (228)863-8680
PHARMACY(228)863-0631

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
        GRAPE TOMATOES        2.99 B
        GRAPE TOMATOES        2.99 B
REWARD CUSTOMER           420XXXX0880

   **** TAX      .42  TOT       6.40

CL    GRAPE TOMATOES        2.99-B
   **** TAX      .21  TOT       3.20

VF    DEBIT CARD                23.20

      CHANGE                    20.00

TOTAL NUMBER OF ITEMS SOLD =  1
 4/28/06  9:24 AM 1479 01 0066 355
```

YOU HAVE SAVED A TOTAL OF  208.93
WITH YOUR CUSTOMER REWARD CARD

YOUR CASHIER TODAY IS, LATISHA

DIRECTOR CHIP E TURNER
STORE # 1479  - LONG BEACH ,MS
PHONE # (228)863-8680
PHARMACY(228)863-0631

THANK YOU FOR SHOPPING WINN-DIXIE

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
      WD 2% R/F MILK 1-G      3.59 B
   **** TAX      .25  TOT        3.84

VF    DEBIT CARD               13.84

      CHANGE                   10.00

TOTAL NUMBER OF ITEMS SOLD =  1
 6/26/06  5:57 PM 1479 05 0171 200
```

SIGN UP FOR YOUR
CUSTOMER REWARD CARD TODAY!

YOUR CASHIER TODAY IS, CHRISTY

DIRECTOR CHIP E TURNER
STORE # 1479  - LONG BEACH ,MS
PHONE # (228)863-8680
PHARMACY(228)863-0631

THANK YOU FOR SHOPPING WINN-DIXIE

Politz    1161

# Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER          420XXXXX0880

RC 00032091 DOLE CSR L (2.50)     .99-B
DOLE CSR L IE KIT   RC      3.49 B
WT   RED CLD.HER 0UNS.            1.37 B
0.55 lb @ 2.49 /lb
                          .27  TOT
**** TAX                         4.14

VF   DEBIT CARD          *1629
     CHANGE                      20.00
                         (  24.14  )

TOTAL NUMBER OF ITEMS SOLD = 2
9/29/06 11:53 AM 1511 02 0036 144

REWARD CARD SAVINGS               .99

---

# Winn✓Dixie

Getting better all the time

1-866-WINN-DIXIE (1-866-946-6349)

REWARD          XXXXXX0

VF          *1870

     (  4.00  )

Politz    1162



Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

PHARMACY
PHARMACY
**** TAX



PROGRESS
PHARMACY
FTD FLORIST

THANK YOU FOR SHOPPING

WINN DIXIE STORE #1511
11312-H HWY 49
GULFPORT, MS
06/08/07      2:22 PM
TERMINAL ID: WP1511
CARD NO: MCI XXXXXXXXXXXX5646
SEQ NO: 00339918 %
PURCHASE FROM CREDIT
TOTAL                    $ 30.00

Winn✓Dixie

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

REWARD CUSTOMER              420XXXX0880

|  | SHOUT TRIGGR BONUS RC | 3.29 T |
| RC | SHOUT TRIGGR B (1.99) | 1.30-T |
|  | SHOUT TRIGGR BONUS RC | 3.29 T |
| RC | SHOUT TRIGGR B (1.99) | 1.30-T |
|  | SHOUT TRIGGR BONUS RC | 3.29 T |
| RC | SHOUT TRIGGR B (1.99) | 1.30-T |
| RC | | |
| RC | DOLE CSR LITE KIT  RC | 3.49 B |
|  | DOLE CSR LITE KIT  RC | 3.49 B |
|  | LB BAG BABY CARROT RC | 1.99 B |
| RC | LB BAG BABY CA (1.50) | .49-B |
|  | LB BAG BABY CARROT RC | 1.99 B |
| RC | LB BAG BABY CA (1.50) | .49-B |

VERIFIED BY CASHIER

|  | BUD SELECT 20P BTL RC | 15.59 T |
| RC | BUD SELECT 20 (14.69) | .90-T |
|  | BUD SELECT 20P BTL RC | 15.59 T |
| RC | BUD SELECT 20 (14.69) | .90-T |
|  | BUD SELECT 20P BTL RC | 15.59 T |
| RC | BUD SELECT 20 (14.69) | .90-T |

4 @ 4/1.00
APRICOTS                    1.00 B
1.37 lb @ 2.99 /lb
WT    GREEN SDLS GRAPES  RC   4.10 B
1.37 lb @ .98 /lb = 1.34
RC    GREEN SDLS GRAPES       2.76-B
BLUEBERRIES          RC    3.99 B
BLUEBERRIES          RC    3.99 B
RC    BLUEBERRIES             3.99-B
1.56 lb @ 2.99 /lb
WT    RED CLUSTER TOMS.  RC   4.66 B
1.56 lb @ .98 /lb = 1.53
RC    RED CLUSTER TOMS.       3.13-B
0.63 lb @ 1.69 /lb
WT    LG. RED DEL APPLES RC   1.06 B
0.63 lb @ 1.27 /lb = .80
RC    LG. RED DEL APPLES      .26-B
0.09 lb @ 2.99 /lb
WT    GINGER ROOT             .27 B
CL    BUD SELECT 20P BTL RC  15.59-T
RC    BUD SELECT 20 (14.69)   .90 T
CL    BUD SELECT 20P BTL RC  15.59-T
RC    BUD SELECT 20 (14.69)   .90 T
RC    DOLE CSR LITE KIT      3.49-B
**** TAX    2.94  TOT     45.01

MO    CASH                    .00

VF    CREDIT CARD   Politz   19.63

Rouses Market #41
1345 East Pass Rd
Gulfport, MS 39705
(228) 604-0076

DEBIT        Merchandise Purchase
Account No.:***********7760
        Audit#:15239
    Approval#:360272

DEBIT FROM
  DEBIT Account            47.62

Your Cashier:ANNIE
- - - - - - - - - - - - - - - - - - -
Thanks For Shopping
Rouses Market #41
Gulfport,  MS
(228)604-0076
- - - - - - - - - - - - - - - - - - -

_049595_12-21-07_ 2:54P_030/03/0041_

---

**ROUSES**
*Louisiana's Best*

| | | | |
|---|---|---|---|
| 1 | Domino Lt Brown Sugar 1lb | TF* | 0.79 |
| 2 | BY 36% HVY WHIPNG CRM | TF* | 0.99 |
| 3 | BY 36% HVY WHIPNG CRM | TF* | 0.99 |
| 4 | BY 36% HVY WHIPNG CRM | TF* | 0.99 |
| 5 | BY 36% HVY WHIPNG CRM | TF* | 0.99 |
| 6 | Hndi C  Cary Pan W/Lid 3 | T | 2.37 |

```
*********** Sale Subtotal***   7.12
       Sales Tax     0.50
************* Total Sale***     7.62
*** DEBIT                      47.62
     Change :  40.00  $
=======================================
  ITEMS PURCHASED: 6
=======================================
```

Your Cashier:ANNIE
- - - - - - - - - - - - - - - - - - -
Thanks For Shopping
Rouses Market #41
Gulfport,  MS
(228)604-0076
- - - - - - - - - - - - - - - - - - -

049595 12-21-07  2:54P 030/03/0041

Politz    1164



**ROUSES**
*Louisiana's Best*

```
1  Q Shrimp Basket        T    6.99
2  Meatball Half Ea       T    3.99
4  Drinks                 TF   1.09
*********** Sale Subtotal***      12.07
               Sales Tax          1.01
**************** Total Sale***   13.08
*** DEBIT                        73.08
        Change :  60.00  $

ITEMS PURCHASED: 3
```

Your Cashier:Annette

Thanks For Shopping
Rouses Market #22
Slidell, LA
*****************************
Super Seafood
EXTRAVAGANZA
Fridays in Lent
*****************************
202831 03-12-07 10:43A 010/16/0022

---

Rouses Market #22
1644 Gause Blvd.
Slidell, LA 70458
(985) 646-2620

DEBIT       Merchandise Purchase
Account No.:*************7760
       Audit#:141877
       Approval#:421899

DEBIT FROM
DEBIT Account

                          73.08

Your Cashier:Annette

Thanks For Shopping
Rouses Market #22
Slidell, LA
*****************************
Super Seafood
EXTRAVAGANZA
Fridays in Lent
*****************************
202831 03-12-07 10:43A 010/16/0022

#1085

Politz    1165

Politz    1166

FREDS  228-831-3378
11312 HWY 49 -UNIT G-13
GULFPORT, MS, 39503

    1755191 CASH        7300 1755 023

355763 J6 IN SCARECROW ON   1    7.97
535494 BRACH  GUMMYS FRUI  1F    1.50
602396 ALK,BATT, AA 2 PAC   1    1.99
602507 ALK,BATT, AAA 2 PA   1    1.99
927627 175PC, WOOD SCREWS   1    2.14
522538 2 PC SCRAPER SET     1     .50 ↓
876216 FREDS TRIPLE ANTIB   1    2.49
091707 2X5 CLOTH REINFORC   1    1.59
418200 BLACKEYE SUSAN/BER   1    1.00
418200 BLACKEYE SUSAN/BER   1    1.00
418200 BLACKEYE SUSAN/BER   1    1.00
418200 BLACKEYE SUSAN/BER   1    1.00
417700 CATTAIL/DAISY 4G66   1    3.50
279706 TAPE MEASURE         1    1.00
195324 FABRIC BOND          1    1.00
282723 SEWING KIT XTRA LA   1    1.00
967033 FARLEY 12OZ HARVES  1F    1.00
181951 MELMAC ASHTRAY 7 1   1    1.00
644307 7ORD W36 TOPPER -    1    9.99
867497 NON-STICK COOKIE P   1    3.50
189651 WAVES 2PC BATH RUG   1   12.99
245810 RIO COLLECTION 2PC   1   14.99
622389 WONDERFUL WISHES     1     .50
120375 FLAT BLACK SPRAY P   1    1.09
589896 SMALL TABLE CLOCK    1    4.97
134112 BULK THREAD BLK/WH   1     .25
241270 HURRICANE 12  AMBE   1    9.99
188701 PILLAR 3@3 IVORY     1    1.50
              SUBTOTAL          92.44
   7 % SALES TAX                 6.47
              TOTAL             98.91
  Debit                         98.91

           #1024

EFT DEBIT   PAY FROM PRIMARY
ACCOUNT:    7760
   TOTAL DEBIT:           98.91
APPROVAL CODE: 642000
REFERENCE ID: 73000026

CUSTOMER HOTLINE 800-374-7417 EXT.8255

TRAN CODE: 409234255342

---

FREDS  228-831-3378
11312 HWY 49 -UNIT G-13
GULFPORT, MS, 39503

    1755217 CASH        9162 1755 022

048330 PRIMA EMBROIDERED   1    2.24 ↓
048330 PRIMA EMBROIDERED   1    2.24 ↓
511960 WHITE BEACHCOMBER   1    1.00
511960 WHITE BEACHCOMBER   1    1.00
391573 NYLON CABLE TIES 5  1     .98
              SUBTOTAL          7.46
   7 % SALES TAX                 .52
              TOTAL             7.98
   Debit                        7.98
   Debit Cash Back             20.00
   Total Debit                 27.98
              CHANGE           20.00

           #1035

EFT DEBIT   PAY FROM PRIMARY
ACCOUNT:    7760
   DEBIT PURCHASE:         7.98
   DEBIT CASH BACK:       20.00
   TOTAL DEBIT:           27.98
APPROVAL CODE: 136686
REFERENCE ID:  91608014

CUSTOMER HOTLINE 800-374-7417 EXT.8255

TRAN CODE: 909264209385
               10/06/06  14:06

**FREDS 228-831-3378**
11312 HWY 49 -UNIT G-13
GULFPORT, MS, 39503

1755004 CASH        8653 1755 023

| | | |
|---|---|---|
| 409171 30'' BUFFET LAMP G | 1 | 16.99 ◆ |
| 00459& GLADE SPRING 9 OZ | 1 | 1.00 |
| 00459& GLADE SPRING 9 OZ | 1 | 1.00 |
| 733598 GLADE TROPICAL 9OZ | 1 | 1.00 |
| 060976 AIR WICK PAPAYA 80 | 1 | 1.00 |
| 081515 TY-D-BOL AUTO 12 O | 1 | 1.00 |
| 081515 TY-D-BOL AUTO 12 O | 1 | 1.00 |
| 034240 DAWN DIRECT FOAM R | 1 | 2.66 ◆ |
| 233081 4& - 86 PALM - RUS | 1 | 11.99 |
| 370070 DOWNY APRIL FRESH | 1 | 4.49 |
| 301957 SPRAY & WASH 22/30 | 1 | 2.17 |
| 276260 POWERHOUSE GLASS W | 1 | 1.00 |
| 384585 CREST TC SMOOTH MI | 1 | 1.99 |
| 188701 PILLAR 3&3 IVORY | 1 | 1.50 |
| 189341 VOTIVE WHITE 15 H | 1 | .50 |
| 189341 VOTIVE WHITE 15 H | 1 | .50 |
| 272957 HAND NEEDLES SH/EM | 1 | 1.00 |
| 517674 SMALL OVAL ROASTER | 1 | 6.99 |
| 036277 CO-00823 CK TIC TA | 1F | .59 |
| 038474 CO-00821 TIC TAC F | 1F | .59 |
| 648175 FREDS GUMMI WORMS | 1F | 1.00 |
| 04&241 FREIDA EMBROIDERED | 1 | 1.99 |
| SUBTOTAL | | 61.97 |
| 7 % SALES TAX | | 4.34 |
| TOTAL | | 66.31 |
| Vendor Coupon | | 1.00 |
| Vendor Coupon | | 1.00 |
| Vendor Coupon | | .50 |
| SUBTOTAL | | 59.47 |
| 7 % SALES TAX | | 4.34 |
| TOTAL | | 63.81 |
| Vendor Coupon | | 1.00 |
| Vendor Coupon | | 1.00 |
| Vendor Coupon | | .55 |

---

**FAMILY DOLLAR STORES**
**BIG BRANDS.**
**LITTLE PRICES.**
**THANK YOU**
< < < < > > > >

Store #:01575        Register #:02

| | | |
|---|---|---|
| 1412526 WNDW CLN | | 1.00T |
| 1413200 FRESH ELEM | | 1.00T |
| 2806915 24x40 | | 10.00T |
| Tax 1 | | 0.84 |
| Total | | $ 12.84 |
| Debit | | 12.84 |
| | | |
| ITEM 3 | | |
| SALE DEBIT | | $ 12.84 |
| TOTAL | | 711280 |
| Approval Code | | |
| | | |
| Merchant ID | | K628451149002 |
| Invoice # | | 000013 |
| Card # | | xxxxxxxxxxxx7760 |
| Exp. Date | | 11/08 |
| | | |
| 02/12/06 | | 12:53TM |
| KRISTAL | | 5250 |

APPROVED  711280

FAMILY DOLLAR #1575
2006 W RAILROAD ST
LONG BEACH, MS 39560

```
FREDS 228-831-3378
11312 HWY 49 -UNIT 6-13
GULFPORT, MS, 39503

1755004  CASH          8653 1755 023

409171 30'' BUFFET LAMP G    1   16.99 ✓
004596 GLADE SPRING 9 OZ     1    1.00
004596 GLADE SPRING 9 OZ     1    1.00
733598 GLADE TROPICAL 90Z    1    1.00
060976 AIR WICK PAPAYA 80    1    1.00
081515 TY-D-BOL AUTO 12 0    1    1.00
081515 TY-D-BOL AUTO 12 0    1    1.00
034240 DAWN DIRECT FOAM R    1    2.66 ✓
233081 48 - 86 PALM - RUS    1   11.99
370070 DOWNY APRIL FRESH     1    4.49
301957 SPRAY & WASH 22/30    1    2.19
276260 POWERHOUSE GLASS W    1    1.00
384585 CREST TC SMOOTH HI    1    1.99
18870T PILLAR 3X3 IVORY      1    1.50
189341 VOTIVE WHITE 15 H     1     .50
189341 VOTIVE WHITE 15 H     1     .50
272957 HAND NEEDLES SH/EM    1    1.00
517674 SMALL OVAL ROASTER    1    6.99
036277 CO-00823 CK TIC TA   1F     .59
038474 CO-00821 TIC TAC F   1F     .59
64B175 FREDS GUMMI WORMS     1    1.00
048241 FREIDA EMBROIDERED    1    1.99
                    SUBTOTAL      61.97
7 % SALES TAX                      4.34
                       TOTAL      66.31

            Vendor Coupon         1.00
            Vendor Coupon         1.00
            Vendor Coupon          .50
                    SUBTOTAL      59.47
7 % SALES TAX                      4.34
                       TOTAL      63.81

            Vendor Coupon         1.00
            Vendor Coupon         1.00
            Vendor Coupon          .55
```

```
FAMILY DOLLAR STORES
   BIG BRANDS.
  LITTLE PRICES.
   THANK YOU

Store #:01575        Register #:02

1412526  WNDW CLN              1.00T
1413200  FRESH ELEM          10.00T
2806915  24X40                1.00T
Tax 1                          0.84
Total                         12.84
Debit                        -12.84

ITEM 3
SALE DEBIT                 $ 12.84
TOTAL                        711280

Approval Code

Merchant ID       K628451149002
Invoice #               000013
Card #       xxxxxxxxxxxx7760
Exp. Date                 11/08

02/12/06                   12:53TM
KRISTAL                     5250

APPROVED  711280

FAMILY DOLLAR #1575
2006 W RAILROAD ST
LONG BEACH, MS 39560
```

12.84

```
       FAMILY DOLLAR STORES
           BIG BRANDS.
          LITTLE PRICES.
           <<<<>>>>
           THANK YOU

Store #:01575          Register #:01

0614913   3-drawer t          6.00T
0621470   Strainer            1.00T
3004017   Foam Plate          1.00T
3006139   Freeze Gal          1.00T
3001025   BATHTISSUE          1.00T
Tax 1                          0.77
Total                         11.77
Debit                         11.77

ITEM 5
SALE DEBIT
TOTAL                       $ 11.77
Approval Co te               415468

Merchan.          K628451149001
Invoice #              000006
Card #          xxxxxxxxxxxx7760
Exp. Date              11/08

02/10/06                    15:17TM
KAN01                        5037
       ＶＶＶＶＶＶＶ

APPROVED 415468

FAMILY DOLLAR #1575
2006 W RAILROAD ST
LONG BEACH, MS 39560
```

DOLLAR GENERAL STORE #010626
11312 HIGHWAY 49 STE F
GULFPORT, MS 39503 3082
(228) 832-3113

EVEREADY 9V 1PK ALK
0398000042R4-3                    1.50 S
EVEREADY 9V 1PK ALK
0398000042R4-3                    1.50 S

SUBTOTAL                          $3.00
Taxi                              $0.21
TOTAL                             $3.21
CASH                              $5.26
CHANGE                            $2.05

ITEMS 2
2006-07-23   15:33:26  0102/6 01   8*18

TIME IS MONEY
SAVE BOTH AT DOLLAR GENERAL!

It pays to DISCOVER

---

# With us, it's personal.

**RITE AID PHARMACY**

Store #07223
11279 HWY 49
GULFPORT, MS  39503
(228) 832-6280

Register #4 Transaction #280867
Cashier #7223J9365 9/18/07 10:53AM

| | | |
|---|---|---|
| 1 LOR EXCEL 8.5 CHAMP BLND | | 7.99 T |
| ON SALE, Reg 1/9.29 | | |
| 1 PERT SH 2N1 DEEP CD BONUS | | 2.50 T |
| ON SALE, Reg 1/3.99 | | |
| 1 MERCHANDISE | | 1.00- |
| MANUF COUPON | | |
| 1 $2 OFF LOREAL EXCELLENCE | | 2.00- |
| MANUF COUPON SPN | | |
| 1 $2 OFF LOREAL EXCELLENCE | | 2.00- |
| MANUF COUPON SPN | | |
| 5 Items | | |
| Subtotal | | 5.49 |
| Tax | | .73 |
| Total | | 20.22 |
| CASH PAYMENT | | |
| Tendered | | 20.22 |
| Cash Change | | 14.00 |

TOTAL COUPON SAVINGS: /5.00

Internet Refills at RiteAid.com
powered by drugstore.com
1-800-RITEAID for customer service

Politz    1171



**RITE AID PHARMACY**

With us, it's personal.

Store #07227
200 W RAILROAD ST
SUITE B.
LONG BEACH, MS  39560
(228) 864-0334

Register #4 Transaction #10976
Cashier #72277125  4/13/06  7:19PM

1 SMART START 17.5Z    2/5.00  2.50 TF
  ON SALE, Reg 1/4.39
1 SMARTSTRT HEALTHY H  2/5.00  2.50 TF
  ON SALE, Reg 1/4.39

2 Items
        Subtotal        5.00
        Tax              .35
        Total           5.35

        *PAID BY DEBIT*          35.35
DEBIT card * XXXXXXXXXXXX7760
App # AUTO
Ref # 392794
Card Present
        Tendered        35.35
        Cash Change     30.00

Internet Refills at RiteAid.com
powered by drugstore.com
1-800-RITEAID for customer service



**RITE AID PHARMACY**

With us, it's personal.

Store #07223
11279 HWY 49
GULFPORT, MS  39503
(228) 832-6280

Register #4 Transaction #201863
Cashier #72238833  7/12/06  5:15PM

1 COKE DIET 0.5 LT BTL 6PK    2.50 TF
  ON SALE, Reg 1/3.19
1 COKE DIET 0.5 LT BTL 6PK    2.50 TF
  ON SALE, Reg 1/3.19
1 $1 OFF 2 COKE PROD 6PK      1.00-T
  RETAIL COUPON

3 Items
        Subtotal        4.00
        Tax              .28
        Total           4.28

        CASH PAYMENT           10.30
        Tendered        10.30
        Cash Change      6.02

TOTAL COUPON SAVINGS:     $1.00

Internet Refills at RiteAid.com
powered by drugstore.com
1-800-RITEAID for customer service

## Receipt 1

RITE AID PHARMACY

With us, it's personal.

Store #07227
200 W RAILRAOD ST
SUITE B,
LONG BEACH, MS    39560
(228) 864-0334

Register #4 Transaction #16582
Cashier #72277125  7/25/06  3:17PM

| | | |
|---|---|---|
| 1 KASHI HRT TO HRT CER 12.4 | 1.99 | TF |
| ON SALE, Reg 1/4.39 | | |
| 1 KASHI STRNBRY FIELD 10.4 | 1.99 | TF |
| ON SALE, Reg 1/4.39 | | |
| 1 C B ALTOID MINTS TIN 1.76 | 0.88 | TF |
| ON SALE, Reg 1/1.99 | | |
| 1 ALTOIDS WINTERGREEN 1.76Z | 0.88 | TF |
| ON SALE, Reg 1/1.99 | | |

4 Items

Subtotal        5.74
Tax             .40
Total           6.14

*PAID BY DEBIT*
DEBIT card * *XXXXXXXXXX7760
App # AUTO
Ref # 518515
Card Present

Tendered        26.14
Cash Change     20.00

Internet Refills at RiteAid.com
powered by drugstore.com
1-800-RITEAID for customer service

## Receipt 2

RITE AID PHARMACY

With us, it's personal.

Store #07223
11279 HWY 49
GULFPORT, MS    39503
(228) 832-6280

Register #2 Transaction #377729
Cashier #72237552  7/12/06  5:14PM

RITE AID CARD SAVINGS
Customer ID: 0009284S022

| | | |
|---|---|---|
| 1 CRVS LK 16.90Z 24PK | 3.99 | TF |
| ON SALE, Reg 1/4.99 | | |

1 Items

Subtotal        3.99
Tax             .28
Total           4.27

*PAID BY DEBIT*
DEBIT card * *XXXXXXXXXX7760
App # AUTO
Ref # 264877
Card Present

Tendered        14.27
Cash Change     10.00

Your RITE AID CARD Savings:     1.00

Internet Refills at RiteAid.com
powered by drugstore.com
1-800-RITEAID for customer service

RITE AID

With us, it's personal.

$10,000

Walgreens
The Pharmacy America Trusts

I'm BECKY. Thank you for allowing me
to serve you today.

YOUR OPINION

ENTER FOR A CHANCE TO WIN $10,000 CASH

PLEASE CALL TOLL-FREE
1-888-398-5428
OR LOGON TO
WWW.WALGREENSSURVEY.COM

WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY#: 0519-5278-9873-0608-0820-06

SEE STORE FOR CONTEST RULES

AUGUST  8, 2006            3:06 PM

Politz            1174

## Walgreens
The Pharmacy America Trusts • Since 1901™

I'm Theresa. Thank you for allowing me
to serve you today.

```
STORE
15371 Dedeaux Rd. Gulfport, MS
(228)539-9890

806        TD  8986   05195  035

RFN# 0519-5358-9986-0705-0520

F RX 0977029
TOTAL                          1    5.43
                                    5.43

             CASH            10.00
CHANGE                        4.57
```

F=ELIGIBLE FLEX SPEND ACCT ITEM (FSA)

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

MAY 5, 2007                   6:13 PM

*************************************
YOUR OPINION COUNTS!
*************************************

ENTER FOR A CHANCE TO WIN $10,000 CASH!

PLEASE CALL TOLL FREE
1-888-424-1018
OR LOGIN TO
WWW.WALGREENSSATISFACTION.COM
WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0519-5358-9986-0705-0520-16

MAY 5, 2007                   6:13 PM

SEE STORE FOR CONTEST RULES

---

**Left receipt (Customer Receipt):**

| Do Not Take Other Medicines Without Checking With Your Doctor Or Pharmacist. | Do Not Drink Alcoholic Beverages While Taking This Medicine. |
| --- | --- |

Taking More Of This Medication Than Recommended May Cause Serious Breathing Problems.

1 DEDEAUX RD GULFPORT, MS 395033123          PH (228)539-9890
                                      PATIENT PH (228)832-1976
ANETTE POLITZ
6 HUNNINGTON CIRCLE
PORT, MS 395033123                 NDC 00406-3243-01
0977029-05195 DATE 05/05/07        MFG MALLINCKRODT
ROMOPHONE HCL 2MG TABLETS
60    NO REFILLS
    $27.79  Your Insurance Saved You: $22.36          $5.43

/JTL/JTL/JTL                    DR G. ECKHOLDT
  HUMLA              CLAIM REF# A2075255661531
P# 720003

*Walgreens* Customer Receipt

---

**Right receipt (Duplicate Receipt):**

15371 DEDEAUX RD GULFPORT, MS 395033123        PH (228)539-9890
                                      PATIENT PH (228)832-1976
**JEANETTE POLITZ**
13446 HUNNINGTON CIRCLE
GULFPORT, MS 395033123
NO 0977029-05195 DATE 05/05/07
**HYDROMORPHONE HCL 2MG TABLETS**
QTY 60    NO REFILLS
NEW   $27.79  Your Insurance Saved You: $22.36       $5.43

TMB/JTL/JTL/JTL                  DR G. ECKHOLDT
PLAN HUMLA          CLAIM REF# A2075255661531  Politz  1175
GROUP# 720003                         NDC 00406-3243-01
                                      MFG MALLINCKRODT



*Walgreens* Duplicate Receipt



**Walgreens**
The Pharmacy America Trusts · Since 1901
I'm REBECCA. Thank-you for allowing me
to serve you today.

RFN# 0345-2039-8659-0702-2720

821        10    9865    03452   003

WALG KNEE HI                      A      .79
WALG KNEE HI                      A      .40
WALG KNEE HI       2/ 1.19        A
WALG KNEE HI                      A      .60
WALG KNEE HI    1/ 1.79           A      .59
WALG A-Z CPL                      1A   10.00  SALE
KBL P/SAND ESS5.5OZ               1A    1.69
NAG LTN DINE 5OZ                  A     1.00  SALE
KBL P/SAND ESS5.5OZ  2/           A     1.31
WALG KNEE HI    1 @ 1.69 - 2/     3.00
4* @ 41.00                             1.38-WAGC
B/VEL MLK GL                      1A    2.79  SALE
SUBTOTAL                               17.79

A=7% SALES TAX                          1.25
TOTAL                                  19.04

MASTER CARD                            19.04
ACCT#**********5646
CHANGE                                   .00

WAG COUPON SAVINGS:                           1.38
WAG ADVERTISED SAVINGS:                       6.38

---

**Walgreens**
The Pharmacy America Trusts · Since 1901
I'm BECKY. Thank you for allowing me
to serve you today.

RFN# 0519-5279-0872-0809-1120

267        10    9087    05195   027

N/FRSH N/QL             1A    6.99-EXCH
N/FRSH 1/QL             1A    6.99-EXCH
N/FRSH 1/QL             1A    6.99
N/FRSH 1/QL             1A    1.99
N/FRSH 1/QL             1A    1.99
R/S S/F 3OZ                   1.99
R/S S/F 3OZ                   1.99
R/S S/F 3OZ                   3.98
R/S S/F 3OZ                   3.98-WAGC
SUBTOTAL                      3.98

A=7% SALES TAX                 .28
TOTAL                         4.26

CHARGE                       16.00

CASH                          3.98

WAG TOTAL SAVINGS:           3.98

THANK YOU
PRESCRIPTION SERVICE - CALL IN YOUR
ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

YOUR OPINION COUNTS!
WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREEN.

PLEASE CALL TOLL FREE
OR LOGIN TO
WWW.WALGREENSSURVEY.COM

ENTER FOR A CHANCE TO WIN $10,000 CASH

SURVEY# 0519-5279-0872-0809-1120-06

Politz      1176

**Receipt 1 (left):**

I'm JENNY. Thank you for allowing me
to serve you today.

```
         10   4895   09545  027

  RFN# 0954-5274-8953-0605-0920

CLG M/FRSH0Z        A      2.50 SALE
CLG M/FRSH0Z        A      2.50 SALE
  1-@-2/4.00
  MFG COUPON              2.00-MFGC
  SUBTOTAL                 3.00

A=7% SALES TAX              .35
  TOTAL                    3.35

  DEBIT CARD              23.35
  CASH BACK              20.00

WAG ADVERTISED SAVINGS:      .98
MFG COUPON SAVINGS:         2.00

YOUR TOTAL SAVINGS:         2.98
```

120 W RAILROAD ST. LONG BEACH, MS
STORE    (228)575-3497

        THANK YOU
  FOR FASTER SERVICE, CALL IN YOUR
  PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

  NEED MEDICARE RX COVERAGE?
INITIAL ENROLLMENT DEADLINE MAY 15TH!
GET AARP MEDICARERX PLAN INFO HERE!

WALGREENS #9545
SEQ # 954527084
CARD# ****-****-****-7700
TR # 954527084  PAYMENT FROM PRIMARY

RETAIN THIS RECEIPT FOR YOUR RECORDS

    MAY  6, 2006          1:34 PM

**Receipt 2 (right):**

I'm GRANT. Thank you for allowing me
to serve you today

```
204        10   4266   09545  026

  RFN# 0954-5284-2663-0605-0920

  D/F MILK GL        1A     2.79 SALE
  SUBTOTAL                  2.79

A=7% SALES TAX              .20
  TOTAL                    2.99

          CASH          10.00
  CHANGE                  7.01

WAG ADVERTISED SAVINGS:      .20

YOUR TOTAL SAVINGS:         .20
```

120 W RAILROAD ST. LONG BEACH, MS
STORE    (228)575-3497

        THANK YOU
  FOR FASTER SERVICE, CALL IN YOUR
  PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

  NEED MEDICARE RX COVERAGE?
INITIAL ENROLLMENT DEADLINE MAY 15TH!
GET AARP MEDICARERX PLAN INFO HERE!

    MAY  9, 2006          5:03 PM

Please return this portion with payment.

**PI POWER**

2829 13th Street
Gulfport, MS 39501

DRAFT DATE
09/13/2005

*Charged Address on 9-6-05*

*Check Bk. statment.*

468741440155100000022502000000000000000000000000000

*TALked to JoANNA*

225.02 | Electric Svc

Mail To:
PO BOX 245
BIRMINGHAM AL
35201-0245

*They may not even do a draft.*

JAN POLITZ
116 WINTERS LN
LONG BEACH MS 39560

*They know how to find me / @ Jason + Lisa*

*Drake Done 9/13*

ACCOUNT NUMBER 68741-44015  04

Your Phone Number: (228) 868-8524

TOTAL DUE | $225.02

www.mississippipower.com
ACCOUNT ACCESS CODE: 414046
ACCOUNT NUMBER 68741-44015
CUSTOMER NAME JAN POLITZ
SERVICE ADDRESS 116 WINTERS LN

R003077

**MISSISSIPPI POWER COMPANY**
2829 13th Street
Gulfport, MS 39501
For Customer Service, Please Call
1-800-532-1502   24 Hrs. Day 7 Days/Wk

| RATE NAME | SERVICE PERIOD FROM | TO | METER NUMBER | READING TYPE | METER READING PREVIOUS | PRESENT | METER CONSTANT | USAGE |
|---|---|---|---|---|---|---|---|---|
| RA | 07-25-05 | 08-23-05 | 212143 | Tot kWh | 88830 | 91335 | 1 | 2,505 |

**EXPLANATION OF CHARGES**
RA - Residential All Electric
Current Service
Environmental Costs

07/25-08/23
220.28
4.74

**PAYMENTS SINCE LAST BILLING**
Thank You!    09/15/05    266.06

*Pd. 9-3-05*
*A/D. on 9-13-05 # 4564*

**HISTORICAL DATA**

| | Days | KWH | KWH/DAY |
|---|---|---|---|
| This Mth | 29 | 2505 | 86 |
| Last Mth | 32 | 2962 | 93 |
| 1 Yr Ago | 32 | 2642 | 83 |

*JoAnna*

DRAFT DATE
09/13/2005

TOTAL DUE
$225.02

RESIDENTIAL ELECT SERVICE IS EXEMPT FROM SALES TAX. ALL OTHER TAX TOTALS $27.00.

Save a stamp, save some time and pay your electric bill online with Mississippi Power's e-bill. E-Bill is free and can be accessed through Mississippi Power's website at mississippipower.com. You can use e-Bill to view your current bill, 12 months of billing history or contact Mississippi Power's customer service. Log on to our website and sign up today.
ACCOUNT NUMBER   68741-44015

The amount of this bill will be automatically deducted from your bank account on 09-13-05. Please contact us at 1-800-532-1502 at least seven days before this date if you have any questions about this bill.

*Call*

Politz   1178



| BILL DATE | DUE DATE | No. of Days | Service From – To | Meter Readings Present – Constant | Meter Reading Present – Constant | KWH Usage |
|---|---|---|---|---|---|---|

Explanation of Charges

Previous Balance
Payments – Thank You
Residential Service        72.95
Total Amount Due          72.95


*******Bank Draft*******
The total due shown will be
transferred from your bank
account on the due date

Residential electric service is exempt from sales tax.

*Please bring entire bill when paying in person*

*Please detach this portion of bill*
*and return with payment*

# Coast Electric
## POWER ASSOCIATION
Your Touchstone Energy® Cooperative

302 U.S. Highway 90
P. O. Box 2430
Bay St. Louis, MS 39521-2430

| Customer Account No: | 0277996-5 |
|---|---|
| Total Amount Due: | 72.95 |
| Due Date: | May 18 2006 |

☐ Check here for address or phone number
correction and complete form on reverse side.
Our records show your phone number is
(228) 214-9688

Contribution to Share Your Blessings   $ _____

HELEN J POLITZ
5519 GATES AVE
LONG BEACH MS   39560-3521

4335
532

0277996500051820060000072952

Politz    1179



**choice** *Supermarkets*

200 WEST RAILROAD ST
LONG BEACH, MS. 39560
(228)214-9716

CREDIT PURCHASE
TIME - 13:57
CHECKER: C0606
AMT: $***68.29
SEQ # 050426
AUTH # 036719
********* APPROVED *********

MC CREDIT
**** **** **** 1646
EXP. DATE  08.09
AUTHORIZATION: 050426

AMOUNT = $      .29

PLEASE KEEP FOR YOUR RECEIPTS

CASHIER NAME: DIAN
C0606        SCR:01

TH ANK
FOR SH
CHOICE SUP  RM KET



**choice** *Supermarkets*

200 WEST RAILROAD ST
LONG BEACH, MS. 39560
(228)214-9716

CHUCK RVR ROAST HR                    $7.52 T
FRESH EXP ROM HR
1 @ FOR   $5.00                       $2.50 T
PRODUCE                               $0.50 T
POTATOES RED
0.89 LB @  $0.79/ lb                  $0.29
BLUE RUNNER REDBNS H                  $1.29 T
WASHINGTON APPLES
1 @ 2 FOR   $5.00                     $2.50 T
FRITOS CANISTER                       $0.69 T
IDAHOAN RSTD GRLC MA                  $0.69 T
PREMIUM WSHRMS                        $1.29 T

9 BALANCE DUE                        $19.24
  DEBIT CARD                         $59.24
  **** **** **** 7750
  [S]
  EXP. DATE: 11/2008
  Seq.  # = 161124
CHANGE                               $40.00

SUB TOTAL                            $17.98
TOTAL TAX                             $1.26
TOTAL                                $19.24

CASHIER NAME: JESSICA M.
C0013        #6314  15:58:04
             S0000: R006

THANK YOU
FOR SHOPPING
CHOICE SUPERMARKET

19FEB200

**choice** *Supermarket*

200 WEST RAILROAD ST
LONG BEACH, MS. 39560
(228)214-9716

SEQ #161124
DEBIT PURCHASE
TIME - 16:06
CHECKER: 00013
AMT:$****59.24
PRCH:$****19.24
CASH:$****40.00
******* APPROVED *******

DEBIT CARD
**** **** **** 7760
EXP. DATE  11/08
AUTHORIZATION: 161124

AMOUNT: $59.24

PLEASE KEEP FOR YOUR RECORDS

CASHIER NAME: JESSICA M.
C0013    #6314
         15:58:04
         S0001    R006.4

THANK YOU
FOR SHOPPING
CHOICE SUPERMARKET

---

THE HOME DEPOT #2901
1522C CREOSOTE RD  GULFPORT, MS 39503
(228)867-9925 STORE MGR: DAVID BENOIT

2901 00023 32492
      22 MDOSGI
SALE

09142126830346 FAN ADC          8.35
XXXXXXXG300    SALES TAX         0.58
               TOTAL            $8.93
CARD BALANCE   STORE CREDIT      4.94
                                 4.94 TA
*******************************************
CARPET CLEANING BY CHEM-DRY IS NOW
AVAILABLE THROUGH HOME DEPOT.
CALL TODAY- 1-800-HOMEDEPOT.
*******************************************

2901 23 32492 09/15/2006 6200

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Your Opinion Counts! We would like to
hear about your shopping experience.
Enter to win a $5,000 Home Depot Gift
Card by completing a brief survey about
your store visit at:

www.HomeDepotOpinion.com

You will need the following to enter
on-line:

User ID:
68174 65296

09/15/06 06:49 PM
Rolitz 11181

```
THE  HOME  DEPOT  #2901
  15220 CREOSOTE RD  GULFPORT,MS 39503
  (228)867-9925 STORE MGR: DAVID BENOIT

              2901 00023 32484    09/15/06
RETURN             22 MDO3GI      06:43 PM

        **  REFUND  **

* ORIG REC: 2910 004 52441 09/14/06 TA *

091421273463 DOWNROD            -12.96

               SALES TAX         -0.91
               TOTAL           -$13.87
XXXXXXXX6300   STORE CREDIT     -13.87
                                    TA

        **  REFUND  **

      CUSTOMER COPY

   CARPET CLEANING BY CHEM-DRY IS NOW
    AVAILABLE THROUGH HOME DEPOT.
     CALL TODAY: 1-800-HOMEDEPOT
************************************

     ENTER FOR A CHANCE
      TO WIN A $5,000
     HOME DEPOT GIFT
           CARD!

 Your Opinion Counts!  We would like to
  hear about your shopping experience.
  Enter to win a $5,000 Home Depot Gift
 Card by completing a brief survey about
        your store visit at:


     www.HomeDepotOpinion.com


 You will need the following to enter
             on-line:


         User ID:
       68158 65280


        Password:
       6465 65257


 Entries must be entered by 10/15/2006.
 Entrants must be 18 or older to enter.
   See complete rules on website. No
         purchase necessary.


 (Esta encuesta también se encuentra en
   español en la página del Internet.)
```

```
THE  HOME  DEPOT  #2901
  15220 CREOSOTE RD  GULFPORT,MS 39503
  (228)867-9925 STORE MGR: DAVID BENOIT

             2901 00010 64369    09/26/06
SALE              11 CMN898      12:29 PM
```



```
030699140954 SISAL            1.79
              SALES TAX        0.13
              TOTAL           $1.92
              CASH            2.00
              CHANGE DUE       0.08
```



```
 2901 10 64369 09/26/2006 3535

  CARPET CLEANING BY CHEM-DRY IS NOW
   AVAILABLE THROUGH HOME DEPOT.
    CALL TODAY: 1-800-HOMEDEPOT
***********************************
```

Politz    1182

| Item Date | Qty | Item(s) | Amount |
|---|---|---|---|
| 03/01/07 | 1 | THE COUNTRY DOCTOR HANDBOOK @ 29.97 | 29.97 |
| | | SHIPPING AND HANDLING | 6.49 |
| | | | N/C |
| | 20/20/20 BOOKLET | TOTAL | $36.46 |

QUESTIONS? CALL 1-800-226-8024 M-F 9-5 EST

To pay in 3 installments of $9.99 plus
shipping & handling (& tax if added), amount now
due for first payment is: **$12.15**

Rec'd, 36.46 or, to pay full amount due, return: **$36.46**
4-4-07
# 4711

Note: A $3.00 late fee will be added to past due balances
to cover postage, handling, and other expenses.
(This is not a finance charge.)

To Pay in Full,
Pay Last Amount
in This Column

Order No. 14-637263-6

Printed In USA

---

TUESDAY MORNING, INC.
19099 PINEVILLE ROAD
LONG BEACH, MS 39560
(228) 575-8826
01-29-06 S00598 R002

CUSTOMER RECEIPT COPY

| | |
|---|---|
| 13.75X7.25 RUSH 2TONE W/ 000006027728 | 11.99 |
| SUGAR FREE 70% DK CHOC. 000006171933 | 4.49 |
| SUGAR FREE 70% DK CHOC. 000006171933 | 4.49 |
| CHILI PEPPER SLICE 000006229500 | 14.99 |
| CHARISMA HEARTH ASST-2X3 000005637795 | 19.99 |
| S/4 SABER LEG TBLS 000005839247 | 129.99 |
| LA CUCINA RND TIN 000005286968 | 3.99 |
| 12C DRY FOOD CANISTER 000006269285 | 6.99 |
| 5X7 GLASS FRAME 000004340944 | 3.19 |
| ALMND RIBBON BISCOTT 000005346264 | 3.99 |

| | |
|---|---|
| SUB TOTAL | 204.10 |
| SALES TAX | 14.29 |
| TOTAL | 218.39 |
| AMOUNT TENDERED | |
| VISA | |
| CARD #: | 218.39 |
| | ************7760 |
| EXP DATE | **** |
| AMOUNT | 218.39 |
| SEQUENCE NUMBER | 00005248 VIS |

TOTAL PAYMENT
JAN POLITZ                    218.39

#945

**CITY OF LONG BEACH, MISSISSIPPI**
**P.O. BOX 630**
**LONG BEACH, MISSISSIPPI 39560**

| ACCOUNT NUMBER | | BILLING DATE | |
|---|---|---|---|
| 1009066 | | 05/31/2006 | |

| METER READING | | | | |
|---|---|---|---|---|
| PREVIOUS | PRESENT | CONSUMPTION | CODE | AMOUNT |
| 0 | 0 | WT | | 9.60 |
| 0 | 0 | SC | | 8.55 |
| 0 | 0 | ST | | 6.75 |
| 0 | 0 | SD | | 11.10 |
| 0 | 0 | GA | | 11.00 |
| PN-UTILITY | | | | .00 |
| TX | | | | .00 |
| DISCOUNT | | | | .00 |
| | | BALANCE FORWARD | | |
| | | | | .00 |

| 04/30/2006 | 05/31/2006 | |
|---|---|---|
| | SERVICE ADDRESS | |
| 5519 | GATES AVE | |
| SERVICE FROM | | DUE BY 10TH |
| | | 47.00 |
| SERVICE TO | | DUE AFTER 10TH |
| | | 49.36 |

PLEASE INCLUDE CUST # ON CHECK

---

**CITY OF LONG BEACH, MISSISSIPPI**
**P.O. BOX 630**
**LONG BEACH, MISSISSIPPI 39560**

| ACCOUNT NUMBER | | BILLING DATE | |
|---|---|---|---|
| 1009066 | | 04/30/2006 | |

| METER READING | | | | |
|---|---|---|---|---|
| PREVIOUS | PRESENT | CONSUMPTION | CODE | AMOUNT |
| 0 | 0 | WT | | 9.60 |
| 0 | 0 | SC | | 8.55 |
| 0 | 0 | ST | | 6.75 |
| 0 | 0 | SD | | 11.10 |
| 0 | 0 | GA | | 11.00 |
| PN-UTILITY | | | | .00 |
| TX | | | | .00 |
| DISCOUNT | | | | .00 |
| | | BALANCE FORWARD | | |
| | | | | .00 |

*Pd. 5-3-06 #1001*

| 03/31/2006 | 04/30/2006 | |
|---|---|---|
| | SERVICE ADDRESS | |
| 5519 | GATES AVE | |
| SERVICE FROM | | DUE BY 10TH |
| | | 47.00 |
| SERVICE TO | | DUE AFTER 10TH |
| | | 49.36 |

PLEASE INCLUDE CUST # ON CHECK

---

**CITY OF LONG BEACH, MISSISSIPPI**
**P.O. BOX 630**
**LONG BEACH, MISSISSIPPI 39560**

| ACCOUNT NUMBER | | BILLING DATE | |
|---|---|---|---|

| METER READING | | | | |
|---|---|---|---|---|
| PREVIOUS | PRESENT | CODE | | AMOUNT |
| 0 | 0 | WT | | 9.60 |
| 0 | 0 | SC | | 8.55 |
| 0 | 0 | ST | | 6.75 |
| 0 | 0 | SD | | 11.10 |
| 0 | 0 | GA | | 11.00 |
| TX | | | | PN-U |
| DISCOUNT | | | | .00 |
| | | | | .00 |
| | | BALANCE FORWARD | | |
| | | | | .00 |

*Pd. 7-3-06 # 4622*

| 05/31/2006 | 0 | SERVICE ADDRESS |
|---|---|---|
| 5519 | GATES AVE | |
| SERVICE FROM | | DUE BY 10TH |
| SERVICE TO | | DUE AFTER 10TH 47.00 |
| | | 49.36 |

PLEASE INCLUDE CUST # ON CHECK

MORGANS
HARDWARE
228 832-2622

00000#6499          CLERK04
10/02/2007  2:12PM    04

HARDWARE              1 $3.49
HARDWARE            1 $2.99
MDSE ST               $6.48
TAX1                  $0.45

ITEMS        20
***TOTAL          $6.93
CASH             $20.03
CHANGE           $13.10

---

0045
Server: JENNIFER S                    Rec:
02/21/07 13:09, Swiped   T:  43 Term:

Copeland's of New Orleans
1337 Gause Blvd.
Slidell, LA 70458
(504)643-0001
MERCHANT #:

CARD TYPE              ACCOUNT NUMBER
MASTER CARD         XXXXXXXXXXXX5646
00 TRANSACTION APPROVED
AUTHORIZATION #: 566566
Batch #:.693 Sequence #:.2
Reference: 02/21/2000045
TRANS TYPE: C  ard SALE

CHECK :                       22-bts

TIP :                           4.00

TOTAL :                        26.58

X_____

PHONE: (    )
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
**Duplicate Copy
top copy -> customer

Polk2   1185

# WAL★MART

T~D Pharmacy
12372 Highway 49
Gulfport, MS 39503
(228) 832-1414

C O P Y
12/14/2007   13:43:36
Sale:

| | |
|---|---|
| Transaction # | 6 |
| Card Type: | MasterCard |
| Acc: | ***********4267 |
| Entry: | Swiped |
| Total: | 19.45 |

Reference No.:
              734819752349
Auth.Code:         111271
Response:APPROVAL 111271
Sequence Number:     0011
Merchant_Number:
              000008098742
Terminal_ID:     71998554
Terminal_Number:     0001

CUSTOMER COPY

## MORGANS HARDWARE
228 832-2622

10/02/2007  2:12PM    04
000000#6499      CLERK04

| | |
|---|---|
| HARDWARE | ᴛ₁ $3.49 |
| HARDWARE | ᴛ₁ $2.99 |
| MDSE ST | $6.48 |
| TAX1 | $0.45 |

| | | |
|---|---|---|
| ITEMS | 2Q | |
| ***TOTAL | | $6.93 |
| CASH | | $20.03 |
| CHANGE | | $13.10 |

Politz    1186

LARKIN SMITH
GULFPORT, Mississippi
395039998
273786D5D3-0096
(228)831-5406

10/19/2007                        02:10:57 PM

Sales Receipt

| Product Description | Sale Unit Qty | Unit Price | Final Price |
|---|---|---|---|
| NORTH WALES PA 19455 | | | |
| Zone-6 Parcel Post | | | |
| 2 lb. 14.50 oz. | | | $7.05 |

Issue PVI:                              =========

Total:                                     $7.05

Paid by:
Cash                                       $7.10
Change Due:                               -$0.05

Order stamps at PS.com/cl ickn ship
1-800-Stamp24 s with postage.
to print ship call 1-800-ASK-USPS.
For other inform

Go to: http://gx.gallup.com/pos

HELP US SERVE YOU BETTER

YOUR OPINION COUNTS
TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

***********************************
***********************************

Bill#: 1000400769344
Clerk: 08

Customer Copy

---

19371 Dedeaux Rd, Gulfport, MS
STORE                    (228)539-9880

THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

OCTOBER    2, 2007              2:36 PM

297              10  1228  05195  027

| | | | | |
|---|---|---|---|---|
| E/R ALRM 2S | | 1A | 3.99 |
| E/R WT 37TBP | | 1A | 3.99 |
| SUBTOTAL | | | 7.95 |

A=7% SALES TAX                          .59
TOTAL                                  8.54

CASH                                  10.00
CHANGE                                 1.46

HOW ARE WE DOING?

ENTER OUR MONTHLY CASH SWEEPSTAKES
THIS MONTH THE PRIZE IS
$3,000 CASH

PLEASE CALL TOLL FREE
1-888-424-1018
OR VISIT
WWW.WALGREENSSATISFACTION.COM
WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0519-5271-2280-0710-0220-16
FOR CONTEST RULES, SEE STORE OR

thank you for allowing me
today.

10  1227  05195  027

Politz    1187

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
Purchase    $32.92
Cashback    $40.00
            --------
Total       $72.92

Debit Card      # **** **** **** 7760
Auth # 933396   Payment from Checking
Lane # 03       Checker # 117
12/26/06   9:25  Ref # 038675
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



St Francisville IGA
7135 Hwy 61  635-3497

GROCERY

```
MAHATMA YEL
   2 @    $0.77       $1.54 1 F
0/G SMKHSE C          $1.29 1 F
ZAT SHRIMP C          $1.69 1 F
ZATAR CRAB CK MX      $2.79 1 F
```

MEAT

```
MANDA SMOKE SAUSAGE   $8.99 1 F
PORK TASSO
   2 @    $2.69       $5.38 1 F
RICHARDS ANDOUIL      $3.69 1 F
RICHARDS SAUS         $2.79 1 F
SAV ANDOUILL          $3.49 1 F

 BALANCE DUE          $32.92
 DEBIT CARD           $72.92
  [S] **** **** **** 7760
  EXP. DATE: 11/2008
  Seq. # = 933396  # 1057
 CHANGE               $40.00

 SUB TOTAL            $31.65
 TOTAL TAX            $1.27
 TOTAL                $32.92
```

```
CASHIER NAME: ANGIE
C0117   #0046    9:25:48    26DEC2006
           S00001   R003
```

THANKS FOR SHOPPING
ST FRANCISVILLE IGA

Politz    1188

```
***** WELCOME TO *****
        GULFPORT GMF
      11110 HIGHWAY 49
    GULFPORT, MS 39503-9998
      07/09/07 01:37PM

Transaction Number
USPS® #                         41
                      273146-9550

  1. First-Class Mail® Letter
     Destination:              .58
        30374
     Weight:
        0 lb. 1.30 oz.
     Total Cost:
        .58
     Base Rate:
        .58
     Two $.41 Stamps
                               .82
  Subtotal
  Total Charged             1.40
                           1.40
  DebitCard

        <23-902260025-99>
  DebitCard                 1.40
  ACCT. NUMBER
  7780             TRANS #    AUTH
  RECEIPT # 030437   454     261565

          Thanks.
   It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

*****************************************
*                                       *
*     Your opinion matters to us.       *
*          Please visit                 *
*                                       *
*      http://gx.gallup.com/apc         *
*****************************************
```

```
        BED BATH & BEYOND #589
       15140 CROSSROADS PARKWAY
         GULFPORT, MS. 39503
            228-831-3515

00589 10 09/13/06-1100 000103 51-3200

#4759615207
  ORIGINS ORCHID NAP  11    1.99
#4759615207
  ORIGINS ORCHID NAP  11    1.99
#73279-20461
  SUEDE DOE 17" PLW   11   12.99
          SUBTOTAL          16.97

      MS 7.00% SALES TAX     1.19
      TOTAL                  18.16

  CHECK                      18.16
  ACCT#: XXXXXXX
  AUTH#: 180524
  MERCH# 5840000589

  CHANGE                       .00

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
       GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00589 10 09/13/06-1105 000103 51-3200
```



```
**********************************
*                                *
*         Customer Copy          *
*                                *
**********************************

            Long Beach Lookout
            12013 Highway 49
            Gulfport, MS 39503
            o 228-328-1366

Date:           03/02
Time:           1:24 PM
Server:         11. AMY 1
Order #:        280901
Description:    Table 23

Card Type:      Master Card
Card No:        ************5646
Expires:        0809
Appr Code:      136565

Purchases:      $    25.52

Tip:            $ ___5.00

Total:          $  30.52
                PULITZ/JAN

I agree to pay the above total amount,
according to the card issuer agreement.
```

```
***************************************
Long Beach Lookout    Check 280901
12013 Highway 49
Gulfport  MS  39503
Tel. 228 328 1366
***************************************
03/02/07    1:24 PM
Table 23   People 2
Waiter 11 AMY 1
***************************************
1 ICE TEA                         1.95
1 CAT ORLEA                      11.95
1 CATFISH LOOKOUT                 9.95

                   Taxable:      23.85

                 Sub-total:      23.85
                  Gratuity:       0.00
                 Sales Tax:       1.67

          Total Due: 25.52

                Thank you
```





MORGAN'S
HARDWARE
1-228-832-2622

09-15-06

01  *2.16 TX 1
    *2.16 ST
    *0.15 TX 1

    *2.31 CA

000-913 1
*   12-55

**Winn✓Dixie**

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
ANGEL SOFT DBL ROL        5.49 T
TIC TAC BOLD MINT          .99 B
TIC TAC FRESHMINTS         .79 B
TIC TAC FRESHMINTS         .79 B
TIC TAC CITRUS TWS         .79 B
WHEEL BLUE COOLER  RC     34.99 T
ANGEL SOFT MEGA 3R RC      6.49 T
1 @ 6/4.00
    YOP LT VERY VANILL RC   .67 B
1 @ 6/4.00
    YOP LT T&C PEACHES RC   .67 B
1 @ 6/4.00
    YOPLAIT LT BLKBRRY RC   .66 B
    LOL UNSALTD BUTTER RC  3.39 B
1 @ 6/4.00
    YOPLAIT LT PEACH  RC    .67 B
1 @ 6/4.00
    YOPLAIT YOGURT    RC    .67 B
    PRO M JAMBLYA MIX RC   1.19 B
     BOLOGNA               1.99 B
    P&H STK/MSHRM     RC   2.25 B
    PRO CHKN/HERB DUM RC   2.29 B
    BLUE BAR SPCY BEAN      .99 B
    PRO CKN CHS ENCH   RC  2.29 B
    WD LT COFFEE CRM   RC  2.49 B
    1-LB CELLO CARROTS      .99 B
0.45 lb @ 1.99 /lb
WT    GRANNYSMITH APPLES RC  .90 B
0.63 lb @ 1.99 /lb
WT    FUJI BULK APPLES  RC  1.25 B
0.50 lb @ 1.99 /lb
WT    CUCUMBERS             .99 B
28.69 - CUCUMBERS     RC  1.38 B
1.11 lb @ 2.99 /lb
WT    WHITE SDLS GRAPES RC  3.31 B
      BLUEBERRIES         3.39 B
**** TAX      0.25        95.18
```

REWARD CUSTOMER        420XXXX0880

```
1.13 lb @ 1.27 /lb = 1.44
RC    WHITE SDLS GRAPES    1.94 B
0.87 lb @ 1.29 /lb = 1.12
RC    FUJI BULK APPLES      .61
0.45 lb @ 1.29 /lb = .58
RC    GRANNYSMITH APPLES    .32 B
       2 @ 2/1.00
RC    CUCUMBERS     (.50)   .38 B
RC    WD LT COFFEE C (2.00) .49 B
RC    4.40Z BLUEBERRY (2.00)1.99 B
RC    PROG CHKN/HERB (1.34) .95 B
RC    PRO CKN CHS EN (1.34) .95 B
RC    PRO P&H S K/HS (1.33) .96 B
RC    ZATARN JAMBLYA (1.00) .19 B
RC    LOL UNSALTD BU (2.50) .89 B
RC    YOPLAIT YOGURT  (.50) .17 B
RC    YOPLAIT LT PEAC (.50) .17 B
RC    YOPLAIT LT BLKB (.50) .16 B
RC    YOP LT T&C PEAC (.50) .17 B
RC    YOP LT VERY VAN (.50) .17 B
      ANGEL SOFT MEG (6.00) .49 T
      WHEEL BLUE CO (24.99)15.00 T
**** TAX     1.11  TOT    67.36
```

```
MC    SCANNED COUPON        .40 F
MC    SCANNED COUPON        .50 F
MC    SCANNED COUPON        .55 F
```

---

**Winn✓Dixie**

Getting better all the time

Questions or Comments
1-866-WINN-DIXIE (1-866-946-6349)
www.winn-dixie.com

```
LIQ TIDE 32 LOAD H RC     7.99 T
DOWNY ULTRA BLUE   RC     5.99 T
LIQ TIDE W/BLEACH  RC     7.99 T
1 @ 2/3.00
    WD KETCHUP             1.50 B
    WD BIG ROLL TOWEL      1.39 T
    ZAT CRAB CAKE MIX  RC  2.69 B
    COCKTAIL SAUCE     RC  1.99 B
    WHITE WHL MUSHROOM     1.99 B
```

REWARD CUSTOMER        420XXXX0880

```
RC 00032030 ZAT CRAB C (2.59)  .10 B
RC 00032045 DOWNY ULTR (4.99) 1.00 T
RC 00032047 LIQ TIDE W (5.99) 2.00 T
RC 00032047 LIQ TIDE 3 (5.99)H 2.00 T
    DOLE CLSSC ROMAINE RC 2.99 B
RC 00032089 DOLE CLSSC (1.50)E 1.49 B
    DOLE CLSSC ROMAINE RC 2.99 B
RC 00032089 DOLE CLSSC (1.50)E 1.49 B
    W D LOS U/S BUTTER RC 2.79 B
RC 00032030 W D LOS U/ (2.00)R  .79 B
    W D LOS U/S BUTTER RC 2.79 B
RC 00032030 W D LOS U/ (2.00)R  .79 B
1.02 lb @ 2.99 /lb
WT    TOMATOES          RC 3.05 B
1.02 lb @ 1.79 /lb = 1.83
RC 00029631 TOMATOES          1.22 B
101.59 ICEBERG LETTUCE  RC 1.59 B
RC 00029419 ICEBERG LET (.79)  .80 B
1.69 lb @ 1.99 /lb
WT    RED SDLS GRAPES       3.36 B
1.03 lb @ .59 /lb
WT    TURNING BANANAS        .61 B
    WD LT CREAM CHEESE RC  1.39 B
RC 00032003 WD LT CREAM (.79)E  .60 B
```

```
MC    SCANNED COUPON        .50
MC    SCANNED COUPON        .50
MC    SCANNED COUPON        .40
RC    FREE WD KETCHUP      1.50 B
RC    FREE WD BIG ROLL T   1.39 B
RC    FREE DOLE W/S MUSH   1.99 B
**** TAX     2.52  TOT
VF    GIFT CARDS            .25
VF    GIFT CARDS          10.00
VF    GIFT CARDS          10.00
VF    GIFT CARDS          10.00
```