# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOHN POLITZ and HELEN POLITZ**                                   **PLAINTIFFS**

**V.**                                   **CIVIL ACTION NO.1:08CV18 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,**
**U.S. SMALL BUSINESS ADMINISTRATION, ET AL.**                     **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That Nationwide Mutual Fire Insurance Company's motions [128] [130] [132] to exclude the testimony of plaintiff's expert witnesses are **DENIED**; and

That Plaintiff Helen Politz's motion [274] to exclude the testimony of three of her treating physicians is **DENIED**.

**SO ORDERED** this 18th day of May, 2009.

>                         s/ L. T. Senter, Jr.
>                         L. T. SENTER, JR.
>                         SENIOR JUDGE