# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOHN POLITZ and HELEN POLITZ**  PLAINTIFFS

V.  CIVIL ACTION NO.1:08CV18 LTS-RHW

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,**
**U.S. SMALL BUSINESS ADMINISTRATION, ET AL.**  DEFENDANTS

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That Nationwide Mutual Fire Insurance Company's motion *in limine* [283] to exclude evidence and argument concerning sums claimed as additional living expenses under Coverage D - Loss of Use is **GRANTED IN PART** and **DENIED IN PART**;

The motion is **GRANTED** as to the plaintiff's mortgage payments on the insured dwelling and all undocumented expenses identified in the plaintiff's affidavit only as "miscellaneous"; and

The motion is in all other respects **DENIED**.

**SO ORDERED** this 18th day of May, 2009.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE