## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**JOHN POLITZ and HELEN POLITZ**                                        **PLAINTIFFS**

**V.**                                             **CIVIL ACTION NO.1:08CV18 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,**
**U.S. SMALL BUSINESS ADMINISTRATION, ET AL.**                  **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That Nationwide Mutual Fire Insurance Company's motion *in limine* [281] to exclude evidence and argument concerning Option K of its homeowners policy is **DENIED**; and

That Nationwide Mutual Fire Insurance Company's motion *in limine* [282] to exclude evidence of the valuation of the insured dwelling is **DENIED**.

**SO ORDERED** this 18th day of May, 2009.

                                                      s/ L. T. Senter, Jr.
                                                      L. T. SENTER, JR.
                                                      SENIOR JUDGE