**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**


**JOHN POLITZ and HELEN POLITZ**                                    **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO.1:08CV18 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,
U.S. SMALL BUSINESS ADMINISTRATION, ET AL.**                  **DEFENDANTS**

**ORDER**

Certain motions *in limine* may be ruled upon summarily in light of this Court's prior opinions and orders.

It is hereby

**ORDERED**

That Nationwide's motion *in limine* [280] asking the Court to exclude evidence of any government investigation of post-Katrina claims handling practices is **GRANTED**;

That Nationwide's motion *in limine* [279] asking the Court to exclude evidence of other claims against Nationwide is **GRANTED** subject to a limited exception for claims concerning insured property in close physical proximity to the plaintiff's residence;

That Nationwide's motion *in limine* [285] asking the Court to exclude evidence of bulletins issued by the Mississippi Department of Insurance is **GRANTED** subject to an exception for any bulletins that Nationwide relied upon in adjusting Katrina claims;

That Nationwide's motion *in limine* [286] asking the Court to exclude any evidence or argument concerning its other motions *in limine* is **GRANTED**, and this ruling will also apply to motions *in limine* filed by the plaintiff, these motions having no bearing on any fact in dispute;

That Nationwide's motion *in limine* [290] asking the Court to prohibit the introduction of entire depositions as evidence is **GRANTED**, and designations by both parties shall be made as required by the Court's pre-trial rules and procedures;

That Nationwide's motion *in limine* [291] asking the Court to exclude any evidence of settlement discussions and mediation is **GRANTED**;

That Plaintiff's motion *in limine* [272] asking the Court to exclude evidence concerning the Mississippi Development Authority grant the plaintiffs received is **GRANTED**, subject to

exceptions for the grant application, which may be admissible as a prior inconsistent statement if circumstances warrant and for the grant itself if the plaintiffs' financial condition becomes a fact issue during the trial;

**SO ORDERED** this 18th day of May, 2009.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE