IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HELEN POLITZ                                                                                       PLAINTIFF

VERSUS                                                         CIVIL ACTION NO.:1:08CV18-LTS-RHW

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, ET AL           DEFENDANTS

**MOTION TO SEAL EXHIBIT "2" TO NATIONWIDE'S [420]
REPLY TO RESPONSE TO MOTION [404] MOTION FOR
SUMMARY JUDGMENT (SECOND SUPPLEMENTAL)**

COMES NOW the Plaintiff, HELEN J. POLITZ, by and through her attorneys of record, DENHAM LAW FIRM, and would move the Court to seal and/or remove from the Court's ECF website Exhibit "2" to [420] Nationwide's Reply to Response to Motion [404] Motion for Summary Judgment (Second Supplemental), and in support thereof would show as follows:

I.

Exhibit "2" Plaintiff's July 21, 2009, deposition contains confidential and personal information not relating to this cause. Defendant by filing same un-redacted has placed Plaintiff's personal and confidential information which in no way is related to this cause on the Court's ECF website allowing same to be obtained by anyone with access to the Court's ECF website. Plaintiff respectfully requests the Court to seal and/or remove Exhibit "2" to [420] Nationwide's Reply to Response to Motion [404] Motion for Summary Judgment (Second Supplemental) from the Court's website to protect the Plaintiff's privacy.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully request the Court to immediately seal and/or remove Exhibit "2" to [420] Nationwide's Reply to Response to Motion [404] Motion for Summary Judgment (Second Supplemental) from the Court's website to protect the Plaintiff's privacy.

          Respectfully submitted,
          HELEN J. POLITZ
          BY: DENHAM LAW FIRM

          BY: ___s/Kristopher W. Carter_
              KRISTOPHER W. CARTER
              MS Bar No. 101963

### CERTIFICATE

I, KRISTOPHER W. CARTER, do hereby certify that I electronically filed the above and foregoing document with the Clerk of the Court utilizing the ECF system, which provides notification of said filing to the following:

Laura Limerick Gibbes, Esquire
Laura Louise Hill, Esquire
Watkins, Ludlam, Winter & Stennis, P.A.
Post Office Drawer 160
Gulfport, MS 39502-0160

Elizabeth Locke, Esquire
Daniel F. Attridge, P.C.
Thomas A. Clare, P.C.
Christian D.H. Schultz
Robert B. Gilmore, Esquire
Sean M. McEldowney, Esquire
Kirkland & Ellis LLP
655 15th Street, N.W., Suite 1200
Washington, DC 20005

Crockett Lindsey
U.S. Attorney's Office
1575 20th Ave.
Gulfport, MS 39501

SO CERTIFIED on this the 28th day of August , 2009.

          _s/Kristopher W. Carter_
          KRISTOPHER W. CARTER

KRISTOPHER W. CARTER, MS Bar No. 101963
DENHAM LAW FIRM
424 Washington Avenue (39564), Post Office Drawer 580
Ocean Springs, MS 39566-0580
228.875.1234 Telephone, 228.875.4553 Facsimile