IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HELEN POLITZ                                                                                         PLAINTIFF

VERSUS                                                    CIVIL ACTION NO.:1:08CV18-LTS-RHW

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, ET AL          DEFENDANTS

**MOTION FOR LEAVE TO FILE SUR-REBUTTAL**

COMES NOW the Plaintiff, HELEN J. POLITZ, by and through her attorneys of record, DENHAM LAW FIRM, and would file this, her Motion for Leave to file Sur-rebuttal to Defendant's [420] Reply in Support of Second Supplemental Motion for Summary Judgment, and in support thereof would show as follows:

I.

Plaintiff requests permission to file a Response to Defendant's [420] Reply in Support of Second Supplemental Motion for Summary Judgment, on the narrow issue regarding Nationwide referencing policy conditions which the Nationwide policy does not require.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully request the Court for leave to file a Sur-rebuttal to Defendant's [420] Reply in Support of Second Supplemental Motion for Summary Judgment.

                        Respectfully submitted,
                        HELEN J. POLITZ
                        BY: DENHAM LAW FIRM


                        BY: ___s/Kristopher W. Carter_
                              KRISTOPHER W. CARTER
                              MS Bar No. 101963

CERTIFICATE

      I, KRISTOPHER W. CARTER, do hereby certify that I electronically filed the above and foregoing document with the Clerk of the Court utilizing the ECF system, which provides notification of said filing to the following:

Laura Limerick Gibbes, Esquire
Laura Louise Hill, Esquire
Watkins, Ludlam, Winter & Stennis, P.A.
Post Office Drawer 160
Gulfport, MS 39502-0160

Elizabeth Locke, Esquire
Daniel F. Attridge, P.C.
Thomas A. Clare, P.C.
Christian D.H. Schultz
Robert B. Gilmore, Esquire
Sean M. McEldowney, Esquire
Kirkland & Ellis LLP
655 15th Street, N.W., Suite 1200
Washington, DC 20005

Crockett Lindsey
U.S. Attorney's Office
1575 20th Ave.
Gulfport, MS 39501

      SO CERTIFIED on this the 3rd day of September, 2009.

                                *s/Kristopher W. Carter*
                                KRISTOPHER W. CARTER

KRISTOPHER W. CARTER, MS Bar No. 101963
DENHAM LAW FIRM
424 Washington Avenue (39564)
Post Office Drawer 580
Ocean Springs, MS 39566-0580
228.875.1234 Telephone
228.875.4553 Facsimile