**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**HELEN POLITZ**                                                                                    **Plaintiff**

**v.**                                                            Civil Action No.: **1:08cv18-LTS-RHW**

**NATIONWIDE MUTUAL FIRE**
**INSURANCE COMPANY, U.S. SMALL**
**BUSINESS ADMINISTRATION, AND**
**JOHN DOES 1 THROUGH 10**                                                    **Defendants**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY'S RESPONSE IN**
**OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REBUTTAL**
**[DKT. 424]**

COMES NOW, Defendant Nationwide Mutual Fire Insurance Company ("Nationwide"),

by and through counsel, and hereby files this Response In Opposition To Plaintiff's Motion For

Leave to File Sur-rebuttal to Nationwide's [420] Reply in Support of Second Supplemental

Motion for Summary Judgment ("Pl.'s Mot.") (Dkt. 424). In response to Plaintiff's Motion,

Nationwide states as follows:

1.      In her Motion seeking permission to file a sur-rebuttal memorandum regarding

Nationwide's pending Second Supplemental Motion for Summary Judgment, Plaintiff states a

sur-rebuttal is necessary, "on the narrow issue regarding Nationwide referencing policy

conditions which the Nationwide policy does not require." (Pl.'s Mot. at 1.)  It is unclear how

further briefing on these issues could have any bearing on the issues already raised by the

pending supplemental motion for summary judgment. As such, Plaintiff has failed to

demonstrate any legitimate need for sur-rebuttal briefing.

2.      Plaintiff's request for sur-rebuttal briefing in this instance continues a pattern of

similar requests for sur-rebuttal briefing on other motions filed in this case. (*See* June 17, 2009

Pl.'s Mot. for Leave to file Sur-Rebuttal to Nationwide's [360] Def.'s Resp. in Opp. to Pl.'s Mot.

for Review of Magistrate Judge's Order (Dkt. 364); June 18, 2009 Pl.'s Mot. for Leave to File Sur-Rebuttal to [358] Nationwide's Reply in Supp. of Mot. for Clarification Regarding the Courts Order on Mot. in Limine No. 2 to Exclude Test., Evidence and Argument Regarding Ins. Claims Other then Pl.'s Claims Against Nationwide (Dkt. 369);  Aug. 12, 2009 Pl.'s Mot. for Leave to File Sur-Rebuttal to Nationwide's [410] Reply to [400] Resp to [392] Mot. to Strike [381] Notice of Service of Disclosure (Dkt. 411).)

          WHEREFORE premises considered, Nationwide respectfully requests that the Court deny Plaintiff's Motion For Leave to File Sur-rebuttal to Defendant's Second Supplemental Motion for Summary Judgment.

          THIS, the 21st day of September, 2009.

                                        Respectfully submitted,

                                        NATIONWIDE MUTUAL FIRE
                                        INSURANCE COMPANY, Defendant

                                        By Its Attorneys,
                                        WATKINS LUDLAM WINTER & STENNIS, P.A.


                                        By: /s/ Laura Limerick Gibbes
                                              LAURA LIMERICK GIBBES
                                              lgibbes@watkinsludlam.com

H. Mitchell Cowan (MSB No.7734)
Laura Limerick Gibbes (MSB No. 8905)
F. Hall Bailey (MSB No. 1688)
Janet D. McMurtray (MSB No. 2774)
Christopher R. Shaw (MSB No. 100393)
Laura L. Hill (MSB No. 102247)
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, MS  39205
Telephone: (601) 949-4900
Facsimile: (601) 949-4804

Of Counsel:
Daniel F. Attridge, P.C. (Bar No. 44644)
Thomas A. Clare, P.C. (Bar No. 44718)
Christian D. Schultz (Bar No. 44747)
Robert B. Gilmore (Bar No. 44997)
Elizabeth M. Locke (Bar No. 45000)
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the

Court using the ECF system which sent notification of such filing to the following:

Kristopher W. Carter, Esq.
Earl Denham, Esq.
Denham Law Firm
424 Washington Avenue
Post Office Drawer 580
Ocean Springs, MS  39566-0580

Crockett Lindsey
U.S. Attorney's Office
1575 20th Ave.
Gulfport, MS 39501
Tel: (228) 563-1560
Fax: (228) 563-1571
crockett.Lindsey@usdoj.gov

This, the 21st day of September, 2009.

/s/ Laura Limerick Gibbes
LAURA LIMERICK GIBBES
lgibbes@watkinsludlam.com